IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS,<br><br>Plaintiffs,<br><br>v.<br><br>LEHIGH COUNTY BOARD OF ELECTIONS,<br><br>Defendant. | Civ. No. 2:22-cv-00397 |

### [PROPOSED] TEMPORARY RESTRAINING ORDER

On January 31, 2022, Plaintiffs' filed a complaint and motion for temporary restraining order and/or preliminary injunction. Upon consideration of the motion, the Court finds that Plaintiffs have demonstrated a substantial likelihood of success on the merits of their claims under the Materiality Provision of the Civil Rights Act, 52 U.S.C. § 10101(a)(2)(B), and under the First and Fourteenth Amendments to the U.S. Constitution. Unless Defendant Lehigh County Board of Elections is enjoined from certifying the November 2, 2021 election results, scheduled for 9:00 am on February 1, 2022, Plaintiffs will suffer irreparable harm by denial of their constitutional right to vote. Defendant will not be harmed by postponing certification of the election results until such time as the Court can consider the merits of Plaintiffs' claims. Further, consideration of Plaintiffs' claims will ensure that no eligible, registered voters are unfairly and illegally deprived of their right to vote, and that the certified election results will reflect the true winners elected by the people. A temporary restraining order, therefore, is in the public interest.

2

In light of the foregoing, it is hereby ORDERED that Defendant Lehigh County Board of Election is enjoined from certifying the results of the 2021 election in Lehigh County until such time as the Court can consider the merits of Plaintiffs' claims, not to exceed 14 days from the time after entry of this order, unless extended pursuant to Federal Rule of Civil Procedure 65(b)(2).

Date: _____  _____
                                United States District Judge