IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MS. LINDA MIGLIORI, et al : | CIVIL ACTION |
| vs. : | |
| LEHIGH COUNTY BOARD OF ELECTIONS : | NO.:  22-cv-0397 |

# O R D E R

**AND NOW**, this 31st day of January, 2022, in accordance with the court's procedure for random reassignment of cases, it is hereby

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Edward G. Smith, to the calendar of the Honorable Joseph F. Leeson, Jr.

FOR THE COURT:

JUAN R. SÁNCHEZ
**Chief Judge**

ATTEST:

*Kate Barkman*

**KATE BARKMAN**
**Clerk of Court**