UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MS. LINDA MIGLIORI, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | 5:22-cv-0397 |
| | : | |
| LEHIGH COUNTY BOARD OF ELECTIONS, | : | |
| Defendant. | : | |

# NOTICE OF SCHEDULING OF TELEPHONE CONFERENCE

Please take notice that Judge Leeson has scheduled a telephone conference call for **Monday, January 31, 2022,** at **4:30 p.m.** concerning Plaintiffs' Emergency Motion for Temporary Restraining Order.

Counsel should use the following call-in information for the telephone conference:

Dial: 888-363-4734
Enter: 2547992#

BY THE COURT:

By: /s/ Diane J. Abeles
    Diane J. Abeles, Civil Deputy Clerk
    The Honorable Joseph F. Leeson, Jr.
    Diane_J_Abeles@paed.uscourts.gov

Dated: January 31, 2022