UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, *et al.*, | : |
| Plaintiffs, | : |
| v. | : No. 5:22-cv-00397 |
| LEHIGH COUNTY BOARD OF ELECTIONS, | : |
| Defendant. | : |

## O R D E R

**AND NOW**, this 1st day of February, 2022, upon consideration of Plaintiffs' Emergency Motion for Temporary Restraining Order, ECF No. 2, and following a telephone conference during which oral argument was held on the motion,[1] **IT IS HEREBY ORDERED THAT**:

1. The parties are to confer and submit the following to Chambers **no later than 5:00 p.m. on Tuesday, February 1, 2022**:

    a. A proposed Order that addresses the actions the Defendant will or will not take with respect to certification of the election at issue.

    b. A joint stipulation, signed by both parties, that provides a proposed briefing schedule and proposed deadlines for any and all submissions to be considered by this Court.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Attorneys Witold J. Walczak, Esq., Marian K. Schneider, Esq., Richard T. Ting, Esq., and Steve Loney, Esq., participated on behalf of Plaintiffs. Attorney Lucas Repka, Esq., participated on behalf of Defendant. Attorneys Josh Voss, Esq., and Adam Bonin, Esq., attended as non-speaking observers on behalf of their clients David Ritter and Zac Cohen respectively.