IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, et al, : | |
| : | No. 5:22-CV-397-JFL |
| Plaintiffs, : | |
| v. : | |
| : | |
| LEHIGH COUNTY BOARD OF ELECTIONS : | |
| : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Lucas J. Repka, Esquire in the above-captioned action on behalf of <u>Defendant, Lehigh County Board of Elections</u>. The foregoing attorney requests to be added to the electronic service list in this action.

LEHIGH COUNTY

Date: February 1, 2022

*Lucas J Repka*
Lucas J. Repka, Esq.
108 E Center Street
Nazareth, PA 18064
610-365-2670
*Attorney for Defendants*