IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LINDA MIGLIORI, et al,                          :
                                                :        No. 5:22-CV-397-JFL
                        Plaintiffs,             :
            v.                                  :
                                                :
LEHIGH COUNTY BOARD OF ELECTIONS                :
                                                :
                        Defendants.             :

## ENTRY OF APPEARANCE

Kindly enter the appearance of Joshua S. Mazin, Esquire in the above-captioned action

on behalf of Defendant, Lehigh County Board of Elections.  The foregoing attorney requests to

be added to the electronic service list in this action.

LEHIGH COUNTY

Date: February 1, 2022                          _____Joshua Mazin_____
                                                Joshua S Mazin, Esq.
                                                108 E Center Street
                                                Nazareth, PA 18064
                                                610-365-2670
                                                *Attorney for Defendants*