IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS | ) ) ) ) | |
| Plaintiffs, | ) ) | Civ. No. 5:22-cv-00397 |
| v. | ) ) ) | |
| LEHIGH COUNTY BOARD OF ELECTIONS, | ) ) ) | |
| Defendant. | ) | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Linda Migliore, Francis J. Fox, Richard E. Richards, Kenneth Ringer, and Sergio Rivas.

                Respectfully submitted,

Dated: February 1, 2022

s/Richard T. Ting
Richard T. Ting (PA 200438)
ACLU OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
P: 412-681-7864
rting@aclupa.org

*Counsel for Plaintiffs*