IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> LEHIGH COUNTY BOARD OF ELECTIONS, <br><br> Defendant. | No. 5:22-cv-00397-JFL |

**ORDER**

THIS MATTER having come before the Court upon Judicial Candidate David Ritter's Motion to Intervene (the "Motion"); and the Court having reviewed the Motion; and any response thereto;

IT IS HEREBY ORDERED AND DECREED that Ritter's Motion is GRANTED; and it is further

ORDERED that Ritter is hereby granted intervenor status as a Defendant in this case; and it is further

ORDERED that the Answer attached as Exhibit A to the Motion shall be deemed filed as a responsive pleading in this matter.

BY THE COURT:

_____
JOSEPH F. LEESON, JR, U.S.D.J.