# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS,<br><br>        Plaintiffs,<br><br>v.<br><br>LEHIGH COUNTY BOARD OF ELECTIONS,<br><br>        Defendant. | Civ. No. 5:22-cv-00397 |

## PRAECIPE FOR ENTRY OF APPEARANCE

To: The Clerk of Court and all parties of record.

Kindly enter my appearance in this case as counsel for Plaintiffs Linda Migliori, Francis J. Fox, Richard E. Richards, Kenneth Ringer, and Sergio Rivas.

Respectfully submitted,

Dated: February 2, 2022

/s/ *Marian K. Schneider*
Marian K. Schneider (PA 50337)
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
P: 215-592-1513
mschneider@aclupa.org

*Counsel for Plaintiffs*