IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, *ET AL.* | No. 22-CV-00397 |
| *Plaintiffs*, | |
| v. | |
| LEHIGH COUNTY BOARD OF ELECTIONS, | |
| *Defendants*. | |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Intervenor Defendant David Ritter.

Respectfully submitted,

Dated: February 3, 2022

/s/ James G. Gorman III
James G. Gorman III (No. 328376)
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Ph: (215) 568-2000
Fax: (215) 568-0140
Email: jgorman@kleinbard.com

*Attorney for Intervenor Defendant David Ritter*

{02196393;v1 }