IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS<br><br>Plaintiffs,<br><br>v.<br><br>LEHIGH COUNTY BOARD OF ELECTIONS et al.,<br><br>Defendant. | Civ. No. 5:22-cv-00397 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record.

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Linda Migliori, Francis J. Fox, Richard E. Richards, Kenneth Ringer, and Sergio Rivas.

                                          Respectfully submitted,

Dated: February 8, 2022                      s/ Connor P. Hayes
                                                                Connor P. Hayes (PA 330447)
                                                                 ACLU OF PENNSYLVANIA
                                                                 P.O. Box 23058
                                                                 Pittsburgh, PA 15222
                                                                 P: 412-681-7864
                                                                 chayes@aclupa.org

                                                                 *Counsel for Plaintiffs*