IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>LEHIGH COUNTY BOARD OF ELECTIONS,<br><br>    Defendant,<br><br>And<br><br>DAVID RITTER,<br><br>    Intervenor Defendant. | No. 5:22-cv-00397-JFL |

### STIPULATION OF PARTIAL DISMISSAL AS TO COUNT III ONLY

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through the undersigned counsel, hereby stipulate and agree that Plaintiffs may withdraw Count III of the operative Complaint, set forth at paragraphs 56-63 of Plaintiffs' January 31, 2022 Complaint (Dkt. 1). Count III is hereby voluntarily dismissed without prejudice.

**SO STIPULATED:**

| On Behalf of Plaintiffs | On Behalf of Defendant David Ritter |
|---|---|
| *[signature]*<br>Witold Walczak (No. 62976)<br>Richard Ting (No. 200438)<br>Connor Hayes (No. 330447)<br>ACLU OF PENNSYLVANIA<br>P.O. Box 23058<br>Pittsburgh, PA 15222<br>P: 412-681-7864<br>vwalczak@aclupa.org<br>rting@aclupa.org<br>chayes@aclupa.org<br><br>Stephen A. Loney, Jr. (No. 202535)<br>Marian K. Schneider (No. 50337)<br>ACLU OF PENNSYLVANIA<br>P.O. Box 60173<br>Philadelphia, PA 19102<br>P: 215-592-1513<br>sloney@aclupa.org<br>mschneider@aclupa.org<br><br>*Attorneys for Plaintiffs* | *[signature]*<br>Joshua J. Voss (No. 306853)<br>Shohin H. Vance (No. 323551)<br>Samantha G. Zimmer (No. 325650)<br>James G. Gorman, III (No. 328376)<br>Francis G. Notarianni (No. 327461)<br>KLEINBARD LLC<br>Three Logan Square<br>1717 Arch Street, 5th Floor<br>Philadelphia, PA 19103<br>Ph: (215) 568-2000<br>Fax: (215) 568-0140<br>Eml: jvoss@kleinbard.com<br>svance@kleinbard.com<br>szimmer@kleinbard.com<br>jgorman@kleinbard.com<br>fnotarianni@kleinbard.com<br><br>*Attorneys for Defendant David Ritter* |
| **On Behalf of Defendant Lehigh County Board of Elections**<br>*[signature]*<br>Lucas J. Repka (No. 93509)<br>REPKA LAW OFFICES, LLC<br>108 East Center Street<br>Nazareth, Pennsylvania 18064<br>Phone: (610) 365-2670<br>Fax: (610) 365-2672<br>lrepka@repkalawoffices.com<br><br>*Attorneys for Defendant Lehigh County Board of Elections* | **Dated: February 10, 2022** |