# Exhibit A

**Pennsylvania Application for Mail-in Ballot**



## How to submit your application:

Once your application is completed, you may **return it to your local county board of elections**. If you're unsure of where to mail your application, please visit **www.vote.pa.gov/county** for more information.

## Deadline alert:

The **deadline to apply** for a mail-in ballot is 5:00PM on the Tuesday before the election. Please note your application must be **received** in the county board of election's office by that time. **Postmarks do not count**.

The **deadline to return your completed ballot** is 8:00PM on election day. Please note your completed ballot must be **received** by the county board of election's by that time. **Postmarks do not count**.

## Necessary identification:

In order to apply for a mail-in ballot, you must supply your PA Driver's License or PennDOT issued photo ID card number in the Identification section. If you do not have a PA Driver's License or PennDOT issued photo ID card, you must supply the last four (4) digits of your Social Security number.

If you do not have a valid form of either of these types of identification, please check the box titled "I do not have a PA driver's license or a PennDOT ID card or a Social Security number" in the Identification section. If you choose this option, you must enclose a photocopy of an acceptable ID.

Please visit **www.vote.pa.gov/MailBallot** for more information, call **1-877-868-3772**, or contact your county board of elections.

## What is an annual mail-in ballot request?

If you indicate you would like to be added to the annual mail-in ballot request list, you will receive an application to renew your request for mail-in ballot each year. Once your application is approved, you will automatically receive ballots for the remainder of the year and you <u>do not</u> need to submit an application for each election.

If you update your voter registration due to relocation out of county after you submit an annual mail-in ballot request, please ensure your annual status is transferred when updating your address.

**WARNING:** If you receive a mail-in ballot and return your voted ballot by the deadline, you may not vote at your polling place on election day. If you are unable to return your voted mail-in ballot by the deadline, you may only vote a provisional ballot at your polling place on election day, unless you surrender your mail-in ballot and the return envelope containing the Voter's Declaration to the judge of elections to be voided to vote by regular ballot.

## Questions?

**Call your County Election Office or call 1-877-868-3772.**

**For more information about voting, visit our website: www.vote.pa.gov**

**Información en español:**

Si le interesa obtener este formulario en español, llame al **1-877-868-3772**.

# Pennsylvania Application for Mail-in Ballot

**M**
Page 2
07.2021

**Print name**
Please print your name exactly as registered.

**1**

First name _____   Middle name or initial _____

Last name _____   ☐ Jr  ☐ Sr  ☐ II  ☐ III  ☐ IV

**About you**
Phone and email are optional and used if information is missing on this form.

**2**

Birth date (required) _____   Phone number _____

Email _____

**Your address**
Please print your address exactly as registered. If your address has changed, you should first update your voter registration. The deadline to update your address is 15 days before the date of the next election.

**3**

Address (not P.O. Box) _____   Apt. number _____

City _____   State **PA**   Zip _____   County _____

Voting district or precinct (if known) _____   Municipality _____   Ward (if known) _____

I have lived at this address since _____

**Where to mail ballot?**

**4**

☐ Same as above   Address or PO Box _____

City _____   State _____   Zip _____

This address is my (e.g. vacation home, temporary residence, etc.) _____

**Identification**
If you have a PennDOT number, you must use it. If not, please provide the last four digits of your Social Security number. See "Necessary Identification" instructions page.

**5**

PA driver's license or PennDOT ID card number _____

Last four digits of your Social Security number   X X X - X X - _____

☐ I do not have a PA driver's license or a PennDOT ID card or a Social Security number.

**Declaration**

**6**

I declare that I am eligible to vote by mail-in ballot at the forthcoming primary or election; that I am requesting the ballot of the party with which I am enrolled according to my voter registration record; and that all of the information which I have listed on this mail-in ballot application is true and correct.

Voter signature here X _____   Date _____

**Annual mail-in request**
See "What is an annual mail-in ballot request?" for more information.

**7**

If you would like to apply to receive mail-in ballots for the remainder of this year and if you would like to automatically receive an annual application for mail-in ballots each year, please indicate below. If you update your voter registration due to relocation out of county after you submit an annual mail-in ballot request, please ensure your annual status is transferred when updating your address.

☐ I would like to receive mail-in ballots this year and receive annual applications for mail-in ballots each year.

**Help with this form**
Complete this section if you are unable to sign the declaration in Section 6.

**8**

I hereby state that I am unable to sign my application for a mail-in ballot without assistance because I am unable to write by reason of my illness or physical disability. I have made or have received assistance in making my mark in lieu of my signature.

Mark of voter X _____   Date _____

Address of witness _____

Signature of witness X _____

**WARNING:** If you receive a mail-in ballot and return your voted ballot by the deadline, you may not vote at your polling place on election day. If you are unable to return your voted mail-in ballot by the deadline, you may only vote a provisional ballot at your polling place on election day, unless you surrender your mail-in ballot and the return envelope containing the Voter's Declaration to the judge of elections to be voided to vote by regular ballot.

# Pennsylvania County Election Office addresses

PA-DOS COAD 01.2021

**Adams**
117 Baltimore St
Rm 106
Gettysburg PA 17325
(717) 337-9832

**Allegheny**
542 Forbes Ave
Ste 609
Pittsburgh PA 15219-2913
(412) 350-4500

**Armstrong**
Administration Bldg
450 E Market St
Ste 207
Kittanning PA 16201
(724) 548-3222

**Beaver**
810 Third St
Beaver PA 15009
(724) 770-4440

**Bedford**
200 S Juliana St
3rd Fl
Ste 301
Bedford PA 15522
(814) 623-4807

**Berks**
633 Court St
1st Fl
Reading PA 19601
(610) 478-6490

**Blair**
279A Loop Road
Hollidaysburg PA 16648
(814) 693-3287

**Bradford**
6 Court St
Ste 2
Towanda PA 18848
(570) 265-1717

**Bucks**
55 E Court St
Doylestown PA 18901-4318
(215) 348-6163

**Butler**
PO Box 1208
Butler PA 16003
(724) 284-5308

**Cambria**
200 S Center St
Ebensburg PA 15931
(814) 472-1464

**Cameron**
20 E Fifth St
Emporium PA 15834-1469
(814) 486-9321

**Carbon**
44 Susquehanna St
PO Box 170
Jim Thorpe PA 18229-0170
(570) 325-4801

**Centre**
420 Holmes St Willowbank
Office Bldg Bellefonte PA
16823-1486 (814)
355-6703

**Chester**
601 Westtown Rd
Ste 150
PO Box 2747
West Chester PA 19380-0990
(610) 344-6410

**Clarion**
Administrative Building
330 Main St
Rm 104
Clarion PA 16214
(814) 226-4000 Ext 2006

**Clearfield**
212 E Locust St
Ste 106
Clearfield PA 16830
(814) 765-2642 ext 5053

**Clinton**
2 Piper Way
Ste 309
Lock Haven PA 17745
(570) 893-4019

**Columbia**
PO Box 380
Bloomsburg PA 17815-0380
(570) 389-5640

**Crawford**
903 Diamond Park
Meadville PA 16335
(814) 333-7307

**Cumberland**
1601 Ritner Highway
Ste 201
Carlisle PA 17013
(717) 240-6385

**Dauphin**
1251 South 28th Street
Harrisburg, PA 17111 (717)
780-6360

**Delaware**
Govt Center Bldg
201 W Front St
Media PA 19063-2728
(610) 891-4659

**Elk**
300 Center St
PO Box 448
Ridgway PA 15853-0448
(814)776-5337

**Erie**
140 W 6th St
Rm 112
Erie PA 16501
(814) 451-6276

**Fayette**
22 E Main St
Public Service Bldg Uniontown
PA 15401
(724) 430-1289

**Forest**
526 Elm St
Box 3
Tionesta PA 16353
(814) 755-3537

**Franklin**
272 N. Second Street
Chambersburg, PA 17201
(717) 261-3886

**Fulton**
116 W Market St
Ste 205
McConnellsburg PA 17233
(717) 485-6872

**Greene**
93 E High St
Rm 102
Waynesburg PA 15370
(724) 852-5230

**Huntingdon**
Bailey Building
233 Penn St
Huntingdon PA 16652-1486
(814) 643-3091 Ext 205

**Indiana**
825 Philadelphia St
Indiana PA 15701-3934
(724) 465-3852

**Jefferson**
155 Main St
Jefferson Place
Brookville PA 15825-1269
(814) 849-1693

**Juniata**
1 N Main St
PO Box 68
Mifflintown PA 17059
(717) 436-7706

**Lackawanna**
123 Wyoming Ave
2nd Floor
Scranton PA 18503
(570) 963-6737

**Lancaster**
PO Box 2139
Lancaster PA 17608
(717) 299-8293

**Lawrence**
430 Court St
New Castle PA 16101
(724) 656-2161

**Lebanon**
400 S 8th St
Municipal Bldg
Rm 209
Lebanon PA 17042
(717) 228-4428

**Lehigh**
17 S 7th St
Allentown PA 18101-2401
(610) 782-3194

**Luzerne**
20 N Pennsylvania Ave
Ste 207
Wilkes-Barre PA 18701
(570) 825-1715

**Lycoming**
48 W Third St
Williamsport PA 17701-9536
(570) 327-2267

**McKean**
500 W Main St
Smethport PA 16749
(814) 887-3203

**Mercer**
130 North Pitt Street, Ste B
Mercer PA 16137-1227
(724) 662-7542

**Mifflin**
20 N Wayne St Lewistown
PA 17044 (717) 248-6571

**Monroe**
One Quaker Plaza
Rm 105
Stroudsburg PA 18360
(570) 517-3165

**Montgomery**
Voter Services
PO Box 311
Norristown PA 19404-0311
(610) 278-3280

**Montour**
435 East Front St Danville
PA                    17821
(570) 271-3002

**Northampton**
Elections Division
669 Washington St Easton
PA 18042
(610) 829-6260

**Northumberland**
320 N 2nd St
Ste 1
Sunbury PA 17801
(570) 988-4208

**Perry**
PO Box 37
New Bloomfield PA 17068
(717) 582-2131 ext 4110

**Philadelphia**
City Hall, Room 142 1400
John F Kennedy Blvd
Philadelphia, PA 19107
(215) 686-3469

**Pike**
506 Broad St
Milford PA 18337
(570) 296-3427

**Potter**
1 N Main St
Ste 204
Coudersport PA 16915
(814) 274-8467

**Schuylkill**
420 N Centre St Pottsville
PA 17901
(570) 628-1467

**Snyder**
PO Box 217
Middleburg PA 17842-0217
(570) 837-4207

**Somerset**
300 N Center Ave
Ste 340
Somerset PA 15501 (814)
445-1549

**Sullivan**
245 Muncy St
PO Box 157
Laporte PA 18626
(570) 946-5201 ext 7

**Susquehanna**
PO Box 218
31 Lake Ave
Montrose PA 18801
(570) 278-6697

**Tioga**
118 Main St
Wellsboro PA 16901
(570) 723-8230

**Union**
155 N 15th St
Lewisburg PA 17837-8822
(570) 524-8681

**Venango**
1174 Elk St
PO Box 831
Franklin PA 16323-0831
(814) 432-9514

**Warren**
204 4th Ave
Warren PA 16365
(814) 728-3406

**Washington**
100 W Beau St
Rm 206
Washington PA 15301
(724) 228-6750

**Wayne**
925 Court St
Honesdale PA 18431
(570) 253-5978

**Westmoreland**
2 N Main St
Ste 109
Greensburg PA 15601
(724) 830-3150

**Wyoming**
1 Courthouse Sq
Tunkhannock PA 18657
(570) 996-2226

**York**
28 E Market St
York PA 17401-1579
(717) 771-9604

For a listing of available
email addresses, go to
**www.vote.pa.gov/county.**