# Exhibit B

**To be Completed by Voter Unable to Sign their Declaration Because of Illness or Physical Disability:** I hereby declare that I am unable to sign my declaration for voting my ballot without assistance because I am unable to write by reason of my illness or physical disability. I have made or received assistance in making my mark in lieu of my signature.

Para ser completado por el votante que no pueda firmar su declaración debido a una enfermedad o discapacidad física: Por la presente declaro que no puedo firmar mi declaración para marcar mi boleta sin ayuda, ya que no puedo escribir debido a mi enfermedad o discapacidad física. He hecho mi marca o recibí ayuda para hacerla, en lugar de mi firma.

X _____
Voter, mark here / Votante, marque aquí

_____
Date (MM/DD/YYYY) / Fecha (MM/DD/AAAA)

_____
Voter, print name / Votante, nombre en letra de imprenta

_____
Witness, address (city, zip code) / Testigo, dirección (ciudad, código postal)

_____
Witness, sign here / Testigo, firme aquí

**Voter's declaration:** I hereby declare that I am qualified to vote from the above stated address at this election; that I have not already voted in this election; and I further declare that I marked my ballot in secret. I am qualified to vote the enclosed ballot. I understand I am no longer eligible to vote at my polling place after I return my voted ballot. However, if my ballot is not received by the county, I understand I may only vote by provisional ballot at my polling place, unless I surrender my balloting materials, to be voided, to the judge of elections at my polling place.

**Declaración de votante:** Por la presente declaro que califico para votar desde la dirección indicada a continuación, en estas elecciones; que aún no he votado en estas elecciones; y declaro, además, que marqué mi papeleta en secreto. Califico para votar con la papeleta adjunta. Entiendo que, después que envíe mi papeleta con mi voto, ya no cumplo los requerimientos para votar en mi centro de votación. Sin embargo, si el condado no recibe mi papeleta, entiendo que solo puedo votar por medio de una papeleta provisional en mi centro de votación, a menos que entregue mis materiales de votación al juez de elecciones en mi centro de votación, para ser anulados.

X _____ _____
Voter, sign or mark here / Votante, firme o marque aquí    Date (MM/DD/YYYY) / Fecha (MM/DD/AAAA)

_____
Voter, print name / Votante, nombre en letra de imprenta

EXHIBIT
tabbies
1
11-22-21   LCN