# Exhibit C

**Place a $0.58 stamp here**
Coloque $.58 sello aquí





**ELECTION MATERIAL — PLEASE EXPEDITE**


PALHRC01

LEHIGH COUNTY VOTER SERVICES
17 S. 7TH STREET
ALLENTOWN, PA 18101-2401




104045021-39   190104-1
JOE DOE
1117 PARK AVENUE
ANY TOWN, PA 14615

Lehigh_Civilian ReturnEnvelope_9 x 6_9-27-21

**Your ballot must have the following to be counted:**
☐ You sign and date the voter's declaration in your own handwriting
☐ You **seal** your ballot inside the white secrecy envelope ("Official Election Ballot") and place it in here

**Su papeleta electoral debe incluir todo lo siguiente para que se cuente:**
☐ Usted firma y pone la fecha en la declaración del votante de su puño y letra
☐ Usted **selle** el sobre de confidencialidad blanco (que dice "papeleta electoral oficial") con su papeleta adentro y lo coloca aquí

**Voter's declaration:** I hereby declare that I am qualified to vote in this election from the address stated on the reverse side of this envelope; that I have not already voted in this election; and I further declare that I marked my ballot in secret. I am qualified to vote the enclosed ballot. I understand I am no longer eligible to vote at my polling place after I return my voted ballot. However, if my ballot is not received by the county, I understand I may only vote by provisional ballot at my polling place, unless I surrender my balloting materials, to be voided, to the judge of elections at my polling place.

**Declaración de votante:** Por lo presente declaro que estoy calificado para votar en esta elección desde la dirección indicada en el reverso de este sobre; que aún no he votado en estas elecciones; y declaro, además, que marqué mi papeleta en secreto. Califico para votar con la papeleta adjunta. Entiendo que, después que envíe mi papeleta con mi voto, ya no cumplo los requerimientos para votar en mi centro de votación. Sin embargo, si el condado no recibe mi papeleta, entiendo que solo puedo votar por medio de una papeleta provisional en mi centro de votación, a menos que entregue mis materiales de votación al juez de elecciones en mi centro de votación, para ser anulados.

**Voter, sign or mark here (required) /
Votante, firme o marque aquí (obligatorio)**

✗ _____  _____
                           Date (MM/DD/YYYY) (required) /
                           Fecha (MM/DD/AAAA) (obligatorio)

_____
Voter, print name / Votante, nombre en letra de imprenta

**To be completed by voter unable to sign their declaration because of illness or physical disability:** I hereby declare that I am unable to sign my declaration for voting my ballot without assistance because I am unable to write by reason of my illness or physical disability. I have made or received assistance in making my mark in lieu of my signature.

**El votante que no pueda firmar su declaración debido a una enfermedad o discapacidad física debe completar lo siguiente:** Por la presente declaro que no puedo firmar mi declaración para finalizar mi papeleta sin ayuda, ya que no puedo escribir debido a mi enfermedad o discapacidad física. He puesto mi marca o recibí ayuda para ponerla, en lugar de mi firma.

**Voter, mark here / Votante, marque aquí**

✗ _____

_____
Date (MM/DD/YYYY) / Fecha (MM/DD/AAAA)

_____
Witness, print name / Testigo, nombre en letra de imprenta

_____
Witness, address (city, zip code) / Testigo, dirección (ciudad, código postal)

_____
Witness, sign here / Testigo, firme aquí