# Exhibit D

# Voting by mail is *easy* and *secure!*


PALHIC01

Return your ballot as early as possible. Your ballot <u>must be received</u> by your county board of elections by 8 p.m. on Election Day, NOVEMBER 2, 2021.



## Mark your ballot
Verify your selections carefully.

## FOR YOUR BALLOT TO BE COUNTED:



### 1. Pack and seal it properly

- Put your ballot in the white secrecy envelope that says **"Official Election Ballot"** and seal it. Do not place any mark, text or symbol on the inner secrecy envelope.
- Put the secrecy envelope in the pre-addressed return envelope and seal it.



### 2. Sign and date the return envelope

- **Sign** and write **today's date** in the Voter's Declaration section.



### 3. Return it

- By mail—Remember to include postage.
- In person—Drop your ballot off at your county board of elections, or another drop-off location designated by the board. Check the county website for times and locations.

> If you do not follow these instructions, your ballot will be rejected.

**Remember:** If you plan to deliver your ballot in person, you must deliver it yourself. If you have a disability that prevents you from delivering your ballot yourself, contact us right away.

**If you lose your ballot or make a mistake**, contact us right away.

If you receive an absentee or mail-in ballot and return your voted ballot by the deadline, you may not vote at your polling place on election day. If you are unable to return your voted absentee or mail-in ballot by the deadline, you may only vote a provisional ballot at your polling place on election day, unless you surrender your absentee or mail-in ballot and the return envelope containing the Voter's Declaration to the judge of elections to be voided to vote by regular ballot.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Contact Information

Lehigh County Voter Registration
17 South Seventh Street
Allentown, PA 18101-2401
Phone 610-782-3194
Fax 610-770-3845
Hours 8:00 am to 4:00 pm Monday through Friday

# ¡Votar por correo es **fácil** y **seguro**!

Devuelva su papeleta lo antes posible. La junta electoral de su condado <u>deberá recibir su papeleta</u> antes de las 8 p.m. del día de las elecciones, el 2 de Noviembre.



### Marque su papeleta
Verifique sus selecciones cuidadosamente.

## PARA QUE SU PAPELETA CUENTE:



### 1. Empaque y selle su papeleta correctamente

- Introduzca su papeleta en el sobre de confidencialidad blanco que dice **"papeleta electoral oficial"** y séllelo. No ponga ninguna marca, texto o símbolo en el sobre de confidencialidad interior.
- Meta el sobre de confidencialidad en el sobre de devolución ya preparado con la dirección de envío, y séllelo.



### 2. Firme y feche el sobre de devolución

- **Firme** y ponga **la fecha de hoy** en la sección de Declaración del Votante.



### 3. Devuélvalo

- Por correo: Recuerde colocar estampilla postal.
- En persona: Deje su papeleta en la junta electoral de su condado o en otro sitio de entrega designado por la junta. Consulte el sitio web del condado para conocer los horarios y los lugares.

> Si no sigue estas instrucciones, su papeleta será rechazada.

**Recuerde:** Si tiene previsto entregar su papeleta en persona, deberá hacerlo usted mismo. Si tiene una discapacidad que le impide entregar su papeleta personalmente, póngase en contacto con nosotros inmediatamente.

**Si pierde su papeleta o comete un error**, póngase en contacto con nosotros inmediatamente.

Si recibe una papeleta de voto en ausencia o de voto por correo y devuelve su papeleta con su voto antes de la fecha límite, no podrá votar en su centro de votación el día de las elecciones. Si no puede devolver su papeleta de voto en ausencia o de voto por correo antes de la fecha límite, sólo podrá votar con una papeleta provisional en su centro de votación el día de las elecciones, a menos que entregue su papeleta de voto en ausencia o de voto por correo y el sobre de devolución que contiene la Declaración del votante al juez de elecciones para que sea anulada y así pueda votar con una papeleta normal.

### Información de contacto

Lehigh County Voter Registration
17 South Seventh Street
Allentown, PA 18101-2401
Teléfono 610-782-3194
Fax 610-770-3845
Horas 8:00 am hasta las 4:00 pm, De Lunes a Viernes.