# Exhibit F

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LEHIGH
BOARD OF ELECTIONS


IN RE:                        :
                              :
BALLOT CHALLENGES OF          :
JARRETT COLEMAN and           :
ZACHARY COHEN CAMPAIGN        :


TRANSCRIPT OF PROCEEDINGS


        Public hearing in the above matter held in

the offices of the Lehigh County Election Board in

the Lehigh County Government Center, 17 North

Seventh Street, Allentown, Pennsylvania, on Monday,

November 15, 2021, commencing at 11 o'clock a.m.,

stenographically recorded by James P. Gallagher III,

Registered Diplomate Reporter.


BEFORE:      LEHIGH COUNTY BOARD OF ELECTIONS

             DANIEL K. MCCARTHY, ESQ., Chairman
             DORIS A. GLAESSMAN
             JANE R. ERVIN

             JOSHUA S. MAZIN, ESQ., Solicitor
             TIMOTHY BENYO, Chief Clerk-
             Registration and Elections

                    * * *
        GALLAGHER REPORTING & VIDEO, LLC
             1275 Glenlivet Drive
             Allentown, PA  18106
        (800) 366-2980 / (610) 439-0504
          Gallagherreporting@verizon.net

```
 1        APPEARANCES:

 2
              PORTNOFF LAW ASSOCIATES, LTD.
 3            By:  ROBERT P. DADAY, ESQ.
              1030 Walnut Street
 4            Allentown, PA  18102
              Info@portnoffonline.com
 5             -- For Jarrett Coleman and Edward White

 6
              LAW OFFICES OF ADAM BONIN
 7            By:  ADAM BONIN, ESQ.
              The American Building
 8            121 Broad Street, Suite 400
              Philadelphia, PA  19107
 9            Adam@boninlaw.com
               -- For Zachary Cohen Campaign
10

11
        ALSO PRESENT:
12
              ZACHARY COHEN
13            EDWARD WHITE

14

15

16

17

18

19

20

21

22

23

24

25
```

1          MR. MCCARTHY:  I would like to call to

2     order this meeting of the Lehigh County Board of

3     Elections.  The three members that are present here

4     today, Doris Glaessman is to my right, Jane Ervin is

5     to my left, and I'm Dan McCarthy.  And we're here

6     pursuant to, I believe, a request on the part of the

7     Election Division with respect to matters that have

8     to be attended to regarding the November 2 election.

9          So having said that, I'll turn it over

10    to Mr. Benyo and Mr. Mazin to tell us the purpose of

11    the meeting and what's before us today.

12          MR. MAZIN:  So we're here this morning

13    for two matters, each of which involve challenges to

14    count or not count certain provisional ballots that

15    were cast in the November 2, 2021 election.

16          We can start with the challenge filed

17    by Mr. Coleman.  Is there anyone here for Mr.

18    Coleman?

19          MR. DADAY:  Yes.

20          MR. MCCARTHY:  Can you give us an idea

21    of the position involved here with this challenge?

22          MR. MAZIN:  So it's my understanding

23    that the position here, the nature of this challenge

24    is a challenge to count certain provisional ballots

25    that did not affix two signatures to those ballots,

1     and determination of whether that renders those

2     ballots defective and invalid.

3               MR. MCCARTHY:  With respect to Mr.

4     Coleman, what office is involved?

5               MR. MAZIN:  The office is he's a

6     candidate for Parkland School Board.

7               MR. MCCARTHY:  Okay.  All right.  So I

8     guess we'll take that first.

9               MR. DADAY:  Mr. Coleman couldn't be

10    here today.  He unfortunately has been detained down

11    in Georgia.  He was prepared to come on Friday, but

12    he was -- he couldn't make it today.  Mr. White is

13    here.  Mr. White was also present at the count of

14    the provisional ballots, and I believe he fits the

15    category of standing to contest the provisional

16    ballots.

17              MR. MCCARTHY:  Mr. Daday, just for our

18    record, would you give us your full name.

19              MR. DADAY:  Yes.  Attorney Robert

20    Daday on behalf of Mr. Edward White.

21              MR. MCCARTHY:  And Mr. Ed White is

22    here present today.

23              MR. WHITE:  I am.  Edward John White,

24    1922 West Highland Street, Allentown.  Allentown

25    11-6 is my voting district.  And I did vote in this

```
1     election, and was present during the entire

2     pre-canvassing counting period.

3               MR. MCCARTHY:  Very well.  And you are

4     here on behalf of Mr. Coleman?

5               MR. WHITE:  I am.

6               MR. MCCARTHY:  With respect to his

7     objection and concern regarding the ballot count?

8               MR. WHITE:  Yes, sir.

9               MR. MCCARTHY:  Okay.  So now we know

10    who the players are with respect to the matter

11    before us.

12               Would you state your concerns or

13    objections, Mr. Daday.

14               MR. DADAY:  Yes.  I think the case law

15    is very clear in this particular matter that the

16    provisional ballot has to be signed by the voter in

17    both places.  There is case law, a case on it,

18    Allegheny County Provisional Ballot, which is -- I

19    don't have the -- oh, I do have it.  Okay.  It's an

20    unpublished opinion, but it's 2020 Pennsylvania

21    Commonwealth, unpublished, Lexis 566, also docketed

22    at -- or not docketed, 241 A.3d 695.

23               Basically it's exactly the same

24    situation that we have here.  The Court ruled on it

25    and said it's mandatory that both signatures be
```

1      placed on a provisional ballot, and in cases where

2      it's only signed in one spot it's deemed to be a

3      void ballot.

4                    MS. ERWIN:  How many ballots are we

5      talking about?

6                    MR. DADAY:  I think there's 21.

7                    MR. WHITE:  18.

8                    MR. DADAY:  Or 18 provisional ballots.

9                    MS. ERVIN:  Would that materially

10     affect the election?

11                   MR. BENYO:  So the stance that we as

12     your representative was to count these 18 ballots

13     due to the fact that there was an issue with the

14     poll book and the voters were forced to cast

15     provisional ballots, and by no fault of their own,

16     if it wasn't for the Election Board error, the voter

17     would then not have to be put in that position to

18     potentially make this error.  And I believe there is

19     case law that states that an error by the Election

20     Board is not the fault of the voter.  And,

21     therefore, I would like to count those 18 ballots

22     because the voter is not to be blamed for that

23     defect.

24                   MR. MCCARTHY:  Were there more than 18

25     provisional ballots cast in this election that were

1      signed?

2                      MR. BENYO:  There were.  These are the

3      18 that fall under the category of our error that

4      only had one of the two required signatures for a

5      provisional ballot.

6                      MR. MCCARTHY:  What I'm trying to

7      determine is whether or not there were other people

8      who voted provisionally as a result of an error from

9      the office but who did sign the ballots in the

10     required number of places?

11                     MR. BENYO:  There were.

12                     MR. MCCARTHY:  There were.

13                     MR. BENYO:  I do not have a number on

14     that though.

15                     MR. MCCARTHY:  No, no.

16                     MR. BENYO:  But there were provisional

17     ballots cast for the same reason who -- that had the

18     voter sign in both places on the provisional ballots

19     as required.

20                     MR. MCCARTHY:  Do you know, and if you

21     don't know it's okay to say you don't know, why some

22     were signed appropriately and others were not

23     signed?

24                     MR. BENYO:  I don't know the

25     circumstance for every one of the 18.  But it was

1    either not explained to them by the people in charge

2    of the poll workers at the polling places, or it was

3    a mistake by the voter in the instructions, not

4    understanding the instructions on the envelope.

5                    MR. MCCARTHY:  How many precincts were

6    involved with respect to this particular office?

7                    MR. BENYO:  It's not specific to an

8    office.  These are just ballots overall that were

9    not counted.  These were throughout the county.

10                    MR. MCCARTHY:  Okay.  And these 18

11    happen to be relevant to this particular office or

12    position?

13                    MR. BENYO:  I don't think that's --

14    that doesn't have to be a qualification of a

15    challenge.

16                    MR. MCCARTHY:  I'm just trying to

17    determine what happened.  Okay.  So these 18 don't

18    necessarily justify a printed ballot.

19                    MR. BENYO:  Correct, yeah.  They're

20    random, they're somewhat random, correct.

21                    MR. MCCARTHY:  Okay.  I'm getting the

22    hang of the facts here.

23                    MS. ERVIN:  Yes.  There are 18

24    provisional ballots not signed properly, but you

25    want to count them because it wasn't the voter's

1      fault that they had to cast them provisionally?

2                      MR. BENYO:  Correct.

3                      MS. ERVIN:  Okay.

4                      MR. MCCARTHY:  Right.

5                      MS. ERVIN:  Even though other voters

6      who were forced to cast a provisional ballot signed

7      in both places?

8                      MR. BENYO:  Signed correctly.

9                      MS. ERVIN:  Correct.

10                      MR. MCCARTHY:  All right.  Mr. Daday,

11     do you have a response to that factual explanation?

12                      MR. DADAY:  Well, the question is, I'm

13     assuming, Mr. Benyo, that there were other

14     provisional ballots that were cast that did not have

15     both signatures, is that correct?

16                      MR. BENYO:  Correct.

17                      MR. DADAY:  And they were

18     disqualified, is that correct?

19                      MR. BENYO:  They will be coming up in

20     the second challenge category of this hearing, so

21     yes.

22                      MR. DADAY:  Okay.  But you decided

23     that they were disqualified, is that not correct?

24                      MR. BENYO:  Yes.

25                      MR. DADAY:  So let me just get this

1    correct now.  You said that there was a problem with

2    the poll book, is that correct?

3                    MR. BENYO:  Correct.

4                    MR. DADAY:  And so what was wrong with

5    it?

6                    MR. BENYO:  When a voter was looked up

7    it showed that they had already cast their mail

8    ballot, which in fact wasn't always the case.  It

9    should have said only in there that the ballot was

10   sent to them.  And choosing the most secure way to

11   make sure that someone was not able to vote twice,

12   we recommended that the voter, if they were in that

13   situation, cast a provisional ballot.

14                   MR. DADAY:  So just in general, if

15   there is some question as to whether somebody had

16   voted or not would the provisional ballot be issued?

17                   MR. BENYO:  It would.

18                   MR. DADAY:  So did that happen in

19   other cases throughout the county this year?

20                   MR. BENYO:  Yes.

21                   MR. DADAY:  Okay.  And what happened

22   with those provisional ballots?

23                   MR. BENYO:  After investigation,

24   depending if they were filled out correctly, they

25   were either counted or not counted.

1                MR. DADAY:  And so if they were not

2      filled out correctly they were not counted, is that

3      correct?

4                MR. BENYO:  Correct.

5                MR. DADAY:  Okay.  So the correct

6      method for dealing with this issue, whether it's a

7      mistake with the machine or something of that

8      nature, where you couldn't figure out whether or not

9      they voted, is to give the person a provisional

10     ballot?

11               MR. BENYO:  Correct.

12               MR. DADAY:  And so if a person didn't

13     fill out the provisional ballot correctly you

14     wouldn't count that vote, is that correct?

15              MR. BENYO:  In circumstances where

16     there was an error by the voter, yes.

17              MR. DADAY:  Okay.

18              MS. ERVIN:  Tim, are you saying that

19     only 18 voters across the county voted provisionally

20     whose names were somehow mistakenly listed as having

21     already voted?

22              MR. BENYO:  There are 18 who did not

23     properly fill out the envelope.  There were many

24     more that voted provisionally that did fill it out

25     correctly and they were investigated and they were

1    legitimately supposed to be given a provisional

2    ballot because of the circumstance.

3                    MS. ERVIN:  So I'm not exactly sure

4    why those 18 stand out.  It sounds to me like what

5    you're saying is there are some, some provisional

6    ballots were filled out correctly.  Great.  Some

7    provisional ballots that were filled out correctly

8    were given because of some fault with the election

9    book, and then some provisional ballots were given

10   because of the fault with the election book and they

11   weren't filled out properly?

12                    MR. BENYO:  Correct.

13                    MS. ERVIN:  And that's just 18.

14                    MR. BENYO:  Correct.

15                    MS. ERVIN:  The last category of 18.

16                    MR. BENYO:  Yes.

17                    MS. ERVIN:  Right.  Okay.

18                    MR. DADAY:  I have another couple

19   questions.

20                    MR. MCCARTHY:  Sure.

21                    MR. DADAY:  So how many provisional

22   ballots were issued with regard to the poll book

23   problem?

24                    MR. BENYO:  I don't know that number.

25                    MR. DADAY:  You didn't keep track of

13

1        that?

2                    MR. BENYO:  No.

3                    MR. DADAY:  So you have no idea

4        whether they were all counted I'm presuming?

5                    MR. BENYO:  They were all counted

6        except for these.

7                    MR. MCCARTHY:  Do you have a number,

8        to satisfy my curiosity, how many provisional

9        ballots were submitted for everything?

10                   MR. BENYO:  776.

11                   MR. MCCARTHY:  Okay.

12                   MR. BONIN:  May I be heard on this

13       issue?

14                   MR. MCCARTHY:  If you would identify

15       yourself, sir.

16                   MR. BONIN:  My name is Adam Bonin, B O

17       N I N.  I'm an attorney.  I'm here on behalf of Zach

18       Cohen who is a candidate for the Court of Common

19       Pleas.  I'm primarily here on an issue that's going

20       to be heard a little bit later during this hearing,

21       but just I want to make sure I understand this

22       because obviously any issue in the count bears upon

23       his race.

24                   Tim, am I remembering correctly that

25       provisional ballots, unlike mail ballots, your

1  office is required to do signature matching to make

2  sure that these are in fact the voters who requested

3  them?

4              MR. BENYO:  We do look at the

5  signatures and compare it to the registration,

6  correct.

7              MR. BONIN:  Okay.  And you did that

8  for these?

9              MR. BENYO:  Correct.

10             MR. BONIN:  And there was no question

11  as to any of these ballots as to whether one of the

12  two signatures provided is authentically that of the

13  voter?

14             MR. BENYO:  There's no question.

15             MR. BONIN:  So the only question is

16  that they did not provide a second signature on a

17  second place on the ballot?

18             MR. BENYO:  That's correct.

19             MR. BONIN:  Okay.  I just want to make

20  that clear.

21             MR. MCCARTHY:  So there's at least one

22  signature of the voter on every provisional ballot

23  that's before us for consideration?

24             MR. BENYO:  Yes, sir.

25             MR. MCCARTHY:  Where did they sign and

```
 1        where did they not sign?
 2                    MR. BENYO:  There's two places to
 3        sign.  The first is that they are -- that's a voter
 4        affidavit of the provisional ballot that they affirm
 5        that they are the person who it is, and then the
 6        second is the voter's signature, and that they're
 7        properly registered in the election district.  And
 8        they are both listed on there.  The one is given --
 9        one needs to be signed prior to receiving the
10        ballot, the second is after the ballot is cast.
11                    MR. MCCARTHY:  And is there any
12        consistency as to what part was signed or what part
13        was not signed, or is it random?
14                    MR. BENYO:  It's random.  It's both,
15        back and forth.
16                    MR. MCCARTHY:  Okay.
17                    MS. ERVIN:  On the one hand, obviously
18        the people who came in to vote intended to vote,
19        were legally allowed to vote, but, you know, they
20        had an opportunity to vote and they took that
21        opportunity, and through no fault of their own  they
22        signed a provisional ballot.  They had to vote by
23        provisional ballot.  But at the end of the day they
24        didn't put in a second signature.  So does that mean
25        they should be thrown out because they forgot the
```

1     second signature or does it mean we should count

2     their vote because their intentions were correct?

3              MR. MCCARTHY:  I think that sums up

4     the issue, yes.  All right.

5              MR. DADAY:  I have a couple more

6     questions.  In how many of these cases did they not

7     sign the affidavit?

8              MS. ERVIN:  Bob, what do you mean by

9     the affidavit?

10             MR. DADAY:  There's an affidavit

11    portion that's required to be signed on the

12    provisional ballot.

13             MS. ERVIN:  Is that one of the two

14    signatures we're talking about?

15             MR. DADAY:  Yes.

16             MR. BENYO:  14 out of 18.

17             MR. DADAY:  That do not have the

18    affidavit signed, is that correct?

19             MR. BENYO:  That is correct.

20             MR. MCCARTHY:  And if you would, Mr.

21    Benyo, give us the distinction between the affidavit

22    signature and the other signature.

23             MR. BENYO:  The affidavit signature

24    says, I do solemnly swear or affirm that my name,

25    date, and birth are as I have listed above, and at

1    the time of the register I resided at the address I

2    provided above in the Commonwealth of Pennsylvania,

3    and that this is the only ballot I have cast in this

4    election.

5              And then the signature after they

6    voted, I declare under penalty of law that I am

7    properly registered to vote in the election district

8    indicated in my affidavit, and that I am eligible

9    to vote in this election and this election district.

10             MR. MCCARTHY:  Okay.  So the first

11   affidavit that gives information as to their name,

12   their address, and sign an affidavit that that's

13   accurate.

14             Who fills in that name and address?

15             MR. DADAY:  The voter.

16             MR. MCCARTHY:  The voter does that.

17             MR. MAZIN:  I guess I have a question

18   for Mr. Daday, based upon the case law he cited.

19   Given the fact pattern that Mr. Benyo described, is

20   that the same fact pattern that's in the case you

21   recited?

22             MR. DADAY:  In these cases, in the

23   case that's cited -- I can give you a copy of the

24   case.  It's the -- it says that the signature has to

25   be signed, it's a mandatory provision, and therefore

1      the ballots have to be discounted.

2                  MR. MAZIN:  But is there anything in

3      there that speaks to the issue that Mr. Benyo

4      described in terms of it perhaps falling on the

5      part -- the error being on the part of the county,

6      and, therefore, causing the person to have to vote

7      provisionally?

8                  MR. DADAY:  Well, that would be --

9      essentially would be considered to be a breakdown in

10     the process.  And I don't see that to have happened

11     here.  He testified to the fact that when the

12     matter, when the person came in to vote it popped up

13     saying that they already had voted.  They did the

14     correct thing, and they gave them a provisional

15     ballot.  That is the process that's supposed to

16     happen when there is any type of issues with regards

17     to either the failed computer, or the computer is

18     out at the voting place.

19                 MR. MAZIN:  But does the case that you

20     cited address --

21                 MR. DADAY:  Not that.  Not that, no.

22     Not specifically, no.

23                 MR. MAZIN:  Okay.

24                 MR. MCCARTHY:  Would you like to

25     provide a copy of that case?

```
 1                    MR. DADAY:  Sure.

 2                    Now, this is the case the Supreme

 3          Court decided.

 4                    MR. MAZIN:  Thank you.

 5                    MR. DADAY:  I mean, I don't know if

 6          you've got this one.

 7                         This is the other one too.  This is

 8          the Howells case.  In that case they did -- what

 9          happened, and it's actually our county, in that case

10          what happened is completely different from the

11          current case.  In that case Terry had given

12          basically some bad information to some of the

13          candidates, and they relied on it to their

14          detriment, and then the issue came back up and

15          somebody contested it.  But that's clearly different

16          than this particular case where there wasn't a

17          breakdown in the process.

18                    MR. MAZIN:  So what would constitute a

19          breakdown in the process then?

20                    MR. DADAY:  Well, I think certainly

21          the case that was decided here in Lehigh County

22          where Terry had given basically bad information,

23          incorrect information to the candidate, which caused

24          them to fill out the forms incorrectly, or did not

25          have the -- I think it was the financial affidavit
```

1    had to be signed or filled in from the AOPC.  These

2    candidates were all told they didn't have to do

3    that, which is completely different from this case,

4    because as I said, okay, maybe the machine was

5    defective, or maybe there was an issue with the

6    machine, but the correct thing happened.  They were

7    given a provisional ballot.  They filled it out.

8    They filled it out incorrectly.

9              MR. BONIN:  Tim, I understand what

10   you're saying is we don't know what the judges of

11   election instructed each individual voter as to how

12   they had to sign and where to sign, that's not an

13   issue here?

14             MR. BENYO:  Correct.

15             MS. ERVIN:  The question I have about

16   that is you said 14 out of 18 signed the affidavit?

17             MR. DADAY:  Did not sign the

18   affidavit.

19             MS. ERVIN:  Did not sign the

20   affidavit.

21             MR. BENYO:  But they did sign the

22   voter signature.

23             MS. ERVIN:  Okay.  So when they were

24   given the provisional ballot should the person who

25   gave it to them from the election office have said

1    you have to fill this out before I can give you this

2    ballot?

3                    MR. BENYO:  That would be the proper

4    procedure, yes.

5                    MR. DADAY:  Can you say that again?

6    I'm not sure I heard that.

7                    MR. BENYO:  That would be the

8    procedure, yes.  You fill in that in the affidavit,

9    then you get the ballot.  Then you sign it.

10                   MR. DADAY:  Right.  But the Judge of

11   Elections wouldn't be providing instructions?

12                   MR. BENYO:  They should not be

13   providing instructions.

14                   MS. ERVIN:  But they would have to see

15   that the voter filled out the thing before the

16   affidavit, before they give them the ballot, is that

17   true?

18                   MR. BENYO:  No.

19                   MR. DADAY:  No, because the signature

20   on the provisional ballot is the first one that

21   they're actually given the provisional ballot.  The

22   affidavit is after they filled it out, is that

23   correct?

24                   MR. BENYO:  They get the envelope

25   first.  Then they get the -- they fill out the first

22

1    part, and then they're given the ballot, and then

2    they stuff it in the envelope and then sign.

3                   MR. DADAY:  Sign the affidavit.

4                   MR. BENYO:  Sign the signature.

5                   MR. MCCARTHY:  But when they get the

6    initial piece of paper, the provisional ballot,

7    they, the voter fills in their name.

8                   MR. BENYO:  Correct.

9                   MR. MCCARTHY:  And their address?

10                   MR. BENYO:  Yes.

11                   MR. MCCARTHY:  All that information.

12                   MR. BENYO:  Yes.  That's the process.

13                   MR. MCCARTHY:  But 14 of those people

14    who got that neglected to sign the affidavit -- the

15    statement saying this is the accurate address for me

16    and --

17                   MR. BENYO:  That's correct.

18                   MR. MCCARTHY:  Okay.

19                   MR. MAZIN:  I mean, I would say I'm

20    looking at the case that Mr. Daday provided.  The

21    Court does read the language that both signatures

22    are required as mandatory.  And because it's termed

23    that way in the statutory provision, shall include

24    both signatures, and there's a separate provision

25    that says, failure to affix both signatures renders

1    the ballot invalid, that's what the reasoning is

2    here.  I note also within here the Court made a

3    statement that even though there was no evidence of

4    anything that was misleading to voters, even if

5    there had been the bright-line rule in the statute

6    would trump that.  And that's based upon the

7    Commonwealth Court's interpretation of Supreme Court

8    case law.

9                    There is a dissenting opinion in this

10   case, so it was a split decision, a split

11   Commonwealth Court panel, where one judge argued

12   that the defect was -- and the lack of a second

13   signature could be overlooked as more of a technical

14   defect.  But that was not the holding of the

15   majority.

16                    MR. MCCARTHY:  So there was a

17   Commonwealth Court decision, not appealed to the

18   Supreme Court?

19                    MR. MAZIN:  It looks like there was a

20   petition for allowance of appeal filed, and it was

21   denied.

22                    MR. MCCARTHY:  Okay.  Anything else

23   from anybody with respect to this matter?

24                    Sir, could you tell us your full name?

25                    MR. COWEN:  Absolutely.  My name is

1    Corey Cowen.  C O R E Y, C O W E N.  I believe I'm
2    one of your 18 voters.
3              MR. MCCARTHY:  Could you stand up,
4    sir, and you can take off your mask if you want to.
5              MR. COWEN:  I believe I'm one of your
6    18 voters.  And there are two challenges today.  I
7    don't know if I'm involved in the second challenge
8    or not.  So you're asking questions about what the
9    instructions with things were today, and that
10   process, because I was there.  I'd be more than
11   happy to offer what I did.
12             MR. MCCARTHY:  Go ahead.
13             MR. COWEN:  I went to vote.  I
14   originally asked for a mail-in ballot for my wife
15   and I during COVID.  I got the opportunity to go
16   down and vote and were told about the provisional
17   process.
18             MR. MCCARTHY:  Could you tell us where
19   you voted at, sir?
20             MR. COWEN:  Yes.  Fearless Fire
21   Company.  And we went there and were told it wasn't
22   the normal process but it was provisional.  And I
23   believe both my wife and I made the same error, even
24   though at the same time.  My wife will tell you she
25   doesn't make mistakes, but I do.  But we did both at

1 the same time.  And I guess the question I have, I

2 also had done the electronic signature on the iPad

3 as well.  So if you believe weather my vote makes a

4 difference or not, that was the process.  I was

5 verified by the normal process.  But that would be

6 then error on my part, because not knowing -- I've

7 never voted that way before.

8     MR. MCCARTHY:  Right.

9     MR. COWEN:  I was trying to think back

10 when I got the call about the challenge to see if,

11 you know, run through it, and I know I signed a

12 couple of times.  I wasn't aware, again, of any

13 instruction that I missed.  But I do realize that

14 that's a relatively minor process of all the votes

15 when you do something infrequently.  Neither my wife

16 or I remembered any specific instructions that we

17 were given.  It wasn't busy, we weren't rushed.  It

18 wasn't hectic or anything like that.

19     MR. MCCARTHY:  Do you recall signing

20 twice or one time?  Or not at all, you don't recall

21 that?

22     MR. COWEN:  I remember filling out my

23 address and the other pieces.  But that's sort of --

24 when you do that, that's just sort of by rote.  I

25 know I signed electronically in the iPad which I

1    normally do when I vote.  But specifically the

2    second time, if I got the call I assume I missed

3    one.

4              MR. MCCARTHY:  Okay.

5              MS. ERVIN:  One quick question.  Has

6    this happened before?

7              MR. BENYO:  This particular situation,

8    no, it's not happened before.  And I mean, my

9    preference is that I err on the side of the voter,

10   if possible.  I tend to vote, or to err on the side

11   of the voter and give the voter intent to have that

12   come out in a proceeding like this, not -- not to

13   make a decision for the voter.  And let that -- let

14   the process happen.  So however that works out.

15   That's how I proceed in making a judgment.

16             MR. MCCARTHY:  Okay.

17             MS. ERVIN:  Well, since we are

18   wrapping things up, I tend to lean toward the

19   voter's intent as well.  And I feel like, yes, it's

20   a technical issue, and was incorrect.  However,

21   there was a mistake by the -- by the election

22   office.  So I think you have to take that into

23   account.  So my -- I would lean toward the intent of

24   the voter in this particular case.

25             MR. MCCARTHY:  Okay.

1          Ms. Glaessman, what do you think about

2     this?

3          MS. GLAESSMAN:  Well, I think because

4     of the fact that there appears to be some

5     misinformation given, or no information in certain

6     cases, if there's one signature there that could be

7     matched to the electronic poll book, I think they

8     should, you know, agree to that, use the other

9     signature.  There's nothing in that case law that

10    specifically disallows a provisional ballot if

11    there's only one signature, is there?

12         MR. MAZIN:  That's what it says.  It

13    says based upon the statute.  The statute is

14    mandatory, is worded, shall affix two signatures,

15    and the failure to affix both signatures is more

16    than just a technical defect.

17         MS. GLAESSMAN:  Oh, that is in the

18    case law?

19         MR. MAZIN:  That's in the case law,

20    that it shall.

21         MS. GLAESSMAN:  And that case law

22    stood?  It wasn't appealed?

23         MR. MAZIN:  It's still good law.  An

24    attempt to appeal was made.  The Supreme Court

25    denied the appeal.  So the Supreme Court didn't

```
 1      review it.  They declined to review it.
 2                  MS. GLAESSMAN:  So that stands then.
 3                  MR. MAZIN:  That stands.
 4                  MS. GLAESSMAN:  So that maybe changes
 5      our way of thinking because there's case law there
 6      now.
 7                  MR. MCCARTHY:  That case law --
 8      correct me if I'm wrong, was a situation where you
 9      had a standard situation with a mail-in ballot
10      coming in being processed with many others.  This
11      case though involved provisional ballots in a
12      situation where there was some involvement, or
13      non-involvement on the part of the Election Board.
14      Is that a distinction or is it a distinction without
15      a difference?
16                  MR. MAZIN:  I mean, my read of it is
17      it's a distinction without a difference.  It did
18      concern specifically provisional ballots and the
19      statutory provision that covers those.  And the
20      Court went on to say if first there was nothing in
21      the record to support an assertion that misleading
22      information was given in this case, but had there
23      been it wouldn't change the result because the
24      statutory, the mandatory nature of the statutory
25      language would override that.
```

```
 1                    MR. MCCARTHY:  Okay.

 2                    MS. GLAESSMAN:  That clears up my

 3      thinking now.

 4                    MR. MCCARTHY:  Okay.

 5                    MS. GLAESSMAN:  I think we're going to

 6      be bound by that case law.

 7                    MR. MCCARTHY:  Okay.

 8                    MS. ERVIN:  If we did -- if we did

 9      allow the votes to count, would there be --  would

10      we get in trouble?

11                    MR. MAZIN:  No.  It's your decision.

12      There's no trouble.

13                    MS. ERVIN:  From, you know, at the

14      next level, the Commonwealth Court scenario.

15                    MR. MAZIN:  Right, reviewing it.  No,

16      I mean -- you know, I think certainly the argument

17      could be made that you could distinguish any case.

18      So the fact here that you did have the error in the

19      poll book, which wasn't exactly the scenario here,

20      you know, there's a colorable argument to say that

21      was a distinction, because this case addressed

22      potentially misleading information at the poll, not

23      specifically the situation where the person went to

24      vote and it was determined that they had already

25      cast a vote.  And then, therefore, they wouldn't
```

1    have had to vote provisionally but for the county's

2    mistake, or the mistake from the poll book.  So I

3    think you can -- you can argue that there's a

4    distinction there.  I think the Court, the

5    overarching thing from the case is that the language

6    of the statute on the two signatures is mandatory.

7    So based upon this, it doesn't look like that would

8    change the outcome.  But there's a distinction

9    certainly to be argued.

10                MS. GLAESSMAN:  You're talking

11    about -- you're talking about a distinction between

12    a provisional ballot in place of a mail-in ballot or

13    actual --

14                MR. MAZIN:  No, I was talking about a

15    distinction between perhaps misleading information

16    being given at the poll, which resulted in the

17    problem, versus a situation where the person

18    wouldn't have even had to vote provisionally had the

19    poll book not been in error.  So that's probably a

20    distinction without a difference, but there is that

21    factual breakdown to it.

22                MS. GLAESSMAN:  Okay.

23                MR. MCCARTHY:  Okay.  Anything from

24    anyone before we vote on this matter?

25                MR. DADAY:  Again, I think the case

1    law speaks for itself.  The language of the Code

2    is mandatory.  It says shall.  It really -- you

3    can't -- what's going to happen in the next case if

4    you take this distinction?  Just because the county

5    has some error or something doesn't mean that the

6    process broke down.  The process actually worked

7    correctly.  They gave them a provisional ballot, and

8    unfortunately they didn't sign in both places.

9    Therefore, I don't think you have any choice but to

10   discount these votes.

11                  MR. MCCARTHY:  Shall we vote?

12                  Okay.  The matter before us is whether

13   or not to approve the count of these 18 challenged

14   ballots.  I'll entertain a motion from any of my

15   co-members to rule on that, to be for having these

16   ballots counted, or not having these ballots

17   counted.

18                  MS. ERVIN:  I move that we take a

19   vote.

20                  MR. MCCARTHY:  You move we take a

21   vote.  All right.

22                  If no one makes a motion I'll make the

23   motion.

24                  MS. GLAESSMAN:  Your motion is?

25                  MR. MCCARTHY:  My motion would be to

1    not count these 18 challenged ballots for the reason

2    that although there may have been some failure to

3    strictly follow procedures even requiring people to

4    vote to have to go to a provisional ballot, that

5    nevertheless there is an obligation to comply with

6    the statute and the case law as given to us by our

7    solicitor with respect to how we view these

8    challenged ballots, and our advice from the

9    solicitor is that there's a very strong requirement

10   that there be two signatures on the provisional

11   ballot.  And absent some tremendous breakdown in the

12   ability to comply with the statute, through the

13   fault of the Election Board, which I don't see,

14   these ballots should not be counted.

15               So my motion is to not count the

16   ballots.

17               MS. GLAESSMAN:  I'll second it.

18               MR. MCCARTHY:  Okay.  It's been moved

19   and seconded.  Is there any discussion on the

20   motion?

21               Hearing none, all those in favor of

22   the motion signify by saying aye.

23               MS. GLAESSMAN:  Aye.

24               MR. MCCARTHY:  Aye.

25               All those opposed signify by saying

 1      no.

 2                  MS. ERVIN:  No.

 3                  MR. MCCARTHY:  Okay.  By a vote of two

 4      to one these ballots are not to be counted.

 5                  MS. ERVIN:  My point is to be on the

 6      side of the voter.

 7                  MR. MCCARTHY:  Understood.  And my

 8      sympathies rest with the voters too.

 9                  Okay.  All right.  So that's matter

10      number one.  Is there another matter to come before

11      this Board?

12                  MR. MAZIN:  Yes.  I believe there is a

13      second matter.  The second matter also involves a

14      situation where there was a failure to affix two

15      signatures, but I think the fact pattern, my

16      understanding is the fact pattern is quite different

17      from the fact pattern of the matter we just heard.

18      So there is a challenge to a determination that was

19      made in this instance not to count the ballots, and

20      I think the challenge is in the nature by Mr.

21      Cohen's campaign is that the ballots should be

22      counted.

23                  MR. MCCARTHY:  All right.  And how

24      many ballots are we discussing today?

25                  MR. MAZIN:  I believe it's three

1    ballots that are at issue.

2                    MR. MCCARTHY:   Three ballots.   All

3    right.  So the matter is being challenged.  Would

4    you care to tell us the nature of your challenge?

5                    Let's get some information from Mr.

6    Benyo.

7                    MR. BENYO:  These three ballots are

8    similar, that these three ballots are similar in

9    that they do not have both signatures from the

10   affidavit and for the voter signature.  But they do

11   not fall into the category of our error, or our

12   problem with the poll book.  They for whatever

13   reason, they are not registered, or whatever the

14   reasoning is, they are not registered, and that's

15   why they had to vote on a provisional ballot.

16                   MR. MCCARTHY:  They're not in this

17   district that --

18                   MR. BENYO:  It was determined by the

19   computation board that they were to vote -- I mean,

20   these were legitimate ballots for whatever reason to

21   be voted provisionally.

22                   MR. BONIN:  We can expedite things.

23   Given the Board's ruling on the first appeal, we're

24   prepared to just withdraw our questions as to these

25   three ballots.  And we prefer to proceed on to the

1        other category of the ballots.

2                    MR. MCCARTHY:  All right.  So these

3        matters are withdrawn, the challenge to these

4        matters are withdrawn.  Thank you.

5                    MR. BENYO:  I did -- I did provide

6        the Board with information on a meeting with Mr.

7        Cohen's representation on looking at mail ballots

8        that we did not count due to different categories.

9        And I did say that this may come up.

10                   MR. BONIN:  With the Board's

11       permission I would like to remove my mask.

12                   MR. MCCARTHY:  Sure.

13                   MR. BONIN:  Thank you.  Well, I

14       actually have written some of my remarks which I'm

15       happy to hand out to the three Board members.  I

16       prepared one for the solicitor as well.

17                   MR. MAZIN:  I don't get a vote.

18                   MR. BONIN:  You don't get a vote, but

19       I think you're going to know the main case that

20       we're going to be talking about today.  And I'm

21       going to try to expedite things given what the Board

22       has already said.  But the question here is with

23       regard to the mail ballots submitted by voters where

24       the voters signed the outside of the mail ballots

25       but did not date the outside of the mail ballot, and

1    for which Mr. Benyo confirmed all these were

2    otherwise duly properly registered voters.  All of

3    these ballots were received before 8 p.m. on

4    election day.  So the timeliness is not the issue.

5                    And here, you know, the statute is

6    clear, the statute does say with regards to the

7    outer envelopes that the elector shall then fill

8    out, date and sign the declaration printed on such

9    envelope.  So we go again to the question of what

10   does shall mean.

11                   This issue came up extensively during

12   last year's post election litigation.  It was

13   raised --

14                   MR. MAZIN:  Can I ask you to pause

15   for a second.  Is there a provision in the Election

16   Code -- I understand the provision regarding

17   provisional ballots, challenges to provisional

18   ballots.  Is there a provision in the Election Code

19   that allows the Board to consider this type of

20   challenge at this stage?

21                   MR. BONIN:  I can't think of any

22   reason why not.  You know, prior to certification

23   the Board can, you know, consider or reconsider any

24   category of ballots as to whether they're part of

25   the count.  And, you know, and in fact there is also

1        a process through which the Board decision can be
2        appealed under 25 P.S. 3157 to the Court, to the
3        Court of Common Pleas regarding sort of discrete
4        issues of law prior to certification.  The whole
5        point being if you can avoid an overall recount and
6        just resolve the one issue you just resolve the one
7        issue, and then everything else can move forward.
8                      MR. MAZIN:  Is there authority for
9        that though, is there a statutory provision?  I just
10       haven't seen that arise quite this way before.
11                     MR. BONIN:  I'm happy to go back and
12       look at the Election Code and think about what the
13       clearest place is.  But this is -- this is part of
14       the Board sitting as a computation board prior to
15       certification, as far as I'm concerned.
16                     MR. MAZIN:  All right.
17                     MR. BONIN:  So because in particular
18       an incredibly tight state Senate race out west this
19       issue made it up to the State Supreme Court in the
20       matter of In Re: Canvass Of Absentee And Mail-In
21       Ballots Of November 3, 241 A.3d 1058.
22                      It was decided late November last
23       year, and it was a 3-1-3 decision of the State
24       Supreme Court.  And that one obviously is crucial
25       here because the three justices announcing the

1    judgment of the Court, Justice Donohue, Justice Todd

2    and Justice Baer said that this is a minor error,

3    you see it in the power of the throne about the

4    minor irregularities should only be compelled for

5    compelling reasons -- used for compelling reasons,

6    this is not a compelling reason.

7              You had three justices in dissent,

8    Justice Dougherty, Justice Saylor and Justice Mundy

9    who said, as we were talking about with the

10   provisional ballots, shall means shall, we don't

11   care if it's a smart shall or a stupid shall, the

12   General Assembly spoke, we must listen.

13             Justice Wecht in the middle has the

14   deciding opinion in the case.  It was a concurrence

15   of the dissent.  In his opinion he said that, look,

16   shall means shall, and the date requirement should

17   be deemed mandatory, and we as a court get into

18   trouble when we try to decide which shall the

19   General Assembly was serious about in the Election

20   Code and which they weren't.

21             But then he qualified that opinion,

22   and this is what I really quote at length here, and

23   I want the Board to focus on.  Because he noted that

24   part of what was happening in 2020 were severe

25   ramping problems after Act 77's passage, and with

1    the historic desire for mail-in balloting given the

2    COVID pandemic.

3                 And so what he said was that in this

4    case voters did not have sufficient warning that

5    shall would mean shall, and that these votes this

6    time should be counted.  What he said was that, you

7    know, disqualification is appropriate so long as the

8    Secretary and the county boards of election provide

9    electors with adequate warnings for completing the

10   declaration of the elector, including conspicuous

11   warnings regarding the consequences for failure to

12   adhere to the requirements.  And he went on to say,

13   I cannot say with any confidence that even diligent

14   electors were adequately informed as to what was

15   required to avoid the consequence of

16   disqualification in this case.

17                 Going forward he then said, you know,

18   that it's a silver lining that many of these

19   problems came up this year, and are now clear

20   enough, he says, that the legislature and the

21   Department of State have notice of what statutory

22   refinements are most needful.  And he stated that it

23   is his sincere hope that the General Assembly sees

24   fit to refine and clarify the Election Code

25   scrupulously in light of the lived experience, and

1     that because this was the second time that this

2     declaration requirement had come before the Court,

3     that it was time for the General Assembly to clarify

4     and perhaps streamline the form and the function of

5     the declaration to prescribe its form to give unity

6     and clarity across the Commonwealth.

7                     That hasn't happened.  The General

8     Assembly has obviously talked about a great many

9     things in the year after last year's election.  They

10    haven't enacted any legislation changing the mail-in

11    process as well.

12                    And the real problem here, you know, I

13    say this with all due respect to Mr. Benyo, who I

14    know works incredibly hard at this, and to the

15    Board, is that I don't believe that the ballots

16    issued by Lehigh County this year provided that

17    level of clarity.

18                    You'll see in your packet I gave two

19    comparisons with what the Lehigh County outer

20    envelope looks like compared to Philadelphia, which

21    I happen to have because this is my own ballot, and

22    I put it on social media all the time, I post a

23    picture of it.

24                    And in terms of the font size being

25    used, the bold that's being used, the use of all

41

1    caps, and the underlining of, your ballot will not

2    be counted, as opposed to the passive voice on the

3    flap, your ballot must have the following to be

4    counted.

5                 And in particular, you know, and lord

6    knows we have problems with election administration

7    in Philadelphia, and there are things we can be

8    doing better, you know, having giant arrows for the

9    voters pointing to the signature block and the date

10   block has really drawn their attention to that, as

11   opposed to the requirement on the Lehigh County

12   mail-in ballot.

13                 I think it's a sufficient distinction

14   to say that these envelopes this year in this county

15   did not meet this threshold.  That for 257 voters to

16   make this mistake when so many mistakes were

17   reduced, and, you know, Mr. Benyo, we talked about

18   other categories of errors, we're not raising

19   questions as to any of other categories here.  It is

20   only this category where you had this level of voter

21   error on the outer envelope.  You know, everything

22   else dropped from 2020.

23                 So as with, you know, the provisional

24   ballots you were discussing before, there is no

25   question that these were all lawful voters.  There

42

1   is no question that their ballots were submitted on

2   time.  The question is whether this fits within the

3   exception that Justice Wecht drew, and which

4   controls the Supreme Court's handling of this case.

5   Did voters at this time have sufficient warning on

6   the outer envelope?  And I printed the instructions

7   which are on the county's website with regard to

8   absentee availability, and which solely focused on

9   the application process and not on reminders on how

10   to vote properly.

11                    I respectfully submit that these 257

12   voters who did everything right, other than this

13   technical requirement, but whose ballots were in

14   fact timely submitted, that the Board should revisit

15   this decision and vote to approve these envelopes.

16                    MR. MCCARTHY:  So is the matter before

17   us the only deviance from the statute is they did

18   not have a date?

19                    MR. BONIN:  That's the only thing that

20   these voters --

21                    MR. MCCARTHY:  They had a signature,

22   they had the mail-in.

23                    MR. BONIN:  Yes.

24                    MR. MCCARTHY:  They probably had a

25   postmark on the letter.  They got here before 8 p.m.

1     on November 2.

2                    MR. BONIN:  That's correct.  That's

3     right.

4                    MR. MCCARTHY:  But they didn't have a

5     date.

6                    MR. COHEN:  May I just add -- Zachary

7     Cohen on behalf of Zachary Cohen, that in addition

8     to these 257 I believe there are three where they're

9     dated on the other side of the envelope, but not on

10    the date line.  I want to also call that to the

11    attention of the Board.

12                   MR. MCCARTHY:  They're dated where?

13                   MR. COHEN:  They're dated on the

14    right-hand side of the envelope, as opposed to the

15    date line.

16                   MR. MCCARTHY:  All right.  So they

17    have a date, but not exactly on --

18                   MR. COHEN:  But not on the line that

19    says, date.  That's separate from those 257 which

20    are without a date, but otherwise compliant.

21                   MR. MCCARTHY:  These are not

22    provisional ballots?

23                   MR. BONIN:  No.  These are mail-in

24    ballots properly and timely applied for by

25    registered voters within the County, otherwise they

 1     would not have received these.

 2                    MS. GLAESSMAN:  So, in other words,

 3     what you're saying is they were signed here --

 4                    MR. BONIN:  Yes, but not dated next to

 5     it.

 6                    MS. GLAESSMAN:  But there was no date

 7     right next to it?

 8                    MR. BONIN:  That's correct.

 9                    MS. GLAESSMAN:  Except for those three

10     who may have signed the date line over here?

11     (Indicating)

12                    MR. COHEN:  Correct.

13                    MR. BONIN:  And I can certainly say

14     from experience, and I don't know, Mr. Benyo, if

15     this is your experience as well, voters often don't

16     understand what that right side of the envelope is

17     for because it's only for voters who needed

18     assistance in filling out their mail-in ballots.

19                    MR. MCCARTHY:  So the matter before

20     us, what you would like us to do is to authorize

21     these 257 --

22                    MR. BONIN:  257.

23                    MR. MCCARTHY:  257, to be counted.

24                    MR. BONIN:  That's correct.

25                    MS. GLAESSMAN:  And these 257 either

1    have no date or the three have it on this right-hand

2    side?

3                    MR. BONIN:  Yeah.  There are 257 which

4    are undated, and there are an additional three which

5    have a date provided in a place other than the line,

6    but otherwise on that side.

7                    MS. GLAESSMAN:  And they used the date

8    line for the section for voter help?

9                    MR. BONIN:  Yes.

10                   MS. GLAESSMAN:  Okay.

11                   MR. MCCARTHY:  And on mail-in ballots,

12   there's only one date required, is that true?

13                   MR. BONIN:  Yeah, there's only one

14   place where the voters are required to provide it,

15   yes.

16                   MR. DADAY:  Mr. McCarthy, we obviously

17   contest the fact that they're bringing this

18   challenge at this point in time.  I think the

19   statute is pretty clear, that the challenge has to

20   be made before 5 o'clock on the date, the Friday

21   after the election.  If it's not brought before that

22   then it can't be counted, or the challenge is

23   ineffective.  And this was -- this is from the

24   Boockvar case that was decided by the Pennsylvania

25   Supreme Court.  As the Secretary has argued -- and

1       this is a footnote, as the Secretary has argued, the

2       plain text of these provisions requires challenges

3       to applications for mail-in ballot applications be

4       brought no later than 5 p.m. on the Friday before

5       the election.

6                    MR. BONIN:  These aren't challenges to

7       the applications.

8                    MR. MCCARTHY:  Right.

9                    MS. ERVIN:  This is challenges to the

10      mail-in ballots that were submitted for vote.

11                   MR. BONIN:  Yes, that's absolutely

12      correct.  That's challenges as to whether someone

13      could properly apply for a mail-in ballot.  There is

14      that pre-election deadline.

15                   MS. ERVIN:  Pre-election deadline.

16                   MR. BONIN:  You obviously couldn't

17      have a deadline before the election for challenging

18      mail-in ballots and have three days to arrive.

19                   MS. ERVIN:  Tim, what is your intent

20      here?

21                   MR. BENYO:  So different than the

22      canvassing, the mail ballots are a separate section.

23      Those are more like voting ballots on election day

24      where that provisional process would be afterwards

25      starting on Friday at 9 a.m.  Then we interpret

1    whatever the findings are of those provisional

2    ballots.  So the mail ballots, they are -- as they

3    come in they are checked, put in the system.  These

4    ballots were then determined that they did not meet

5    the requirements of the date, or whatever, and then

6    they are pre-canvassed on election day.  So they're

7    not counted on election day because they never make

8    it into the voting process.  And the canvassing and

9    the computation board on Friday, which is a whole

10   different animal then the process to review the

11   mail-in.  So those without signatures, without

12   dates, they're determined prior to the canvassing.

13                Does that answer your question?

14                MS. ERVIN:  Sort of.

15                MS. GLAESSMAN:  So, in other words,

16   what you're saying, Tim, as of 7 o'clock in the

17   morning of election day you can start taking the

18   mail-in ballots and sorting out those that are

19   complete with the signature and date on the outside

20   envelope from those that are missing like the date?

21                MR. BENYO:  Right.  And I guess

22   technically at 7 a.m. those two categories are

23   ready.

24                MS. GLAESSMAN:  You can start looking

25   through them to separate out those that are missing

1    something?

2                    MR. BENYO:  Yes.  These did not meet

3    the requirements as determined by the Election Code

4    to be included.

5                    MS. GLAESSMAN:  So that when Friday

6    comes around the computation board can take those

7    that are absolutely correct?

8                    MR. BENYO:  No.  It's a separate

9    process.  The computation board has nothing to do

10   with it.

11                   MS. GLAESSMAN:  They're treated

12   separately, but they can work on the ballots that

13   are correct that came in?

14                   MR. BENYO:  No.  Friday, Friday at 9

15   a.m. is a whole different animal.  These are

16   election day ballots more than they are provisional

17   ballots.

18                   MS. GLAESSMAN:  Okay.  All right.  But

19   you still can start on election day separating out

20   those that don't comply with the signature and date

21   on the envelope?

22                   MR. BENYO:  Well, we can either count

23   or not count them at 7 a.m., depending on if they

24   meet the requirements.

25                   MS. GLAESSMAN:  But basically you can

1    start going through them and separate those --

2                    MR. BENYO:  No, they're already

3    separated if they meet the requirements.  We can't

4    open them and count them until 7 a.m.

5                    MS. GLAESSMAN:  But you can separate

6    them before?

7                    MR. BENYO:  We can process them and

8    make sure they meet the requirements.

9                    MS. GLAESSMAN:  Okay.  You can

10   separate the ones that don't comply completely with

11   signature and date on the envelope?

12                   MR. BENYO:  Correct.

13                   MS. GLAESSMAN:  Okay.

14                   MR. BENYO:  And voters were given the

15   opportunity to correct any errors on the outside of

16   the ballot.

17                   MS. ERVIN:  You contacted all the

18   people who --

19                   MR. BENYO:  We did not contact them.

20   We canceled their ballot so that they would be

21   notified through the Sure System that their ballot

22   wasn't counted, would not be.

23                   MR. MCCARTHY:  Okay.  Mr. Daday.

24                   MR. DADAY:  I guess I'm kind of

25   confused.  So these were completely discounted when

1    you got them.  And the reason why you discounted

2    these is what?

3                    MR. BENYO:  Well, what we're focusing

4    on is the date, that it does not meet the

5    requirements.

6                    MR. DADAY:  The date.  The date was

7    missing.  And is that a requirement, it is required

8    on the ballot?

9                    MR. BENYO:  It is required.

10                   MR. DADAY:  Okay.

11                   MR. MCCARTHY:  You used the word

12   discounted.  They were not counted.  They were put

13   off to the side.

14                   MR. BENYO:  They were separated, yes.

15                   MR. MCCARTHY:  They were received, but

16   not counted.

17                   MR. BENYO:  Correct.

18                   MR. MCCARTHY:  Okay.

19                   MR. BENYO:  They are still not

20   counted.

21                   MR. MCCARTHY:  Still not counted.

22                   MR. BENYO:  They're separated.

23                   MR. MAZIN:  Just so I understand,

24   these were ballots that because of the defect that

25   they didn't even make it to the counting process?

1          MR. BENYO:  Correct.  Pre-canvassing,
2     they did not make it to pre-canvassing.
3          MR. DADAY:  And it was your opinion
4     based on your review of all these ballots that they
5     weren't effective, is that correct?
6          MR. BENYO:  That's correct.  They did
7     not meet the requirements because the date was not
8     present.
9          MR. DADAY:  Which is a requirement.
10          MR. BENYO:  Which in my understanding,
11     and with consulting with the Law Department.
12          MR. DADAY:  Now, in the past, say
13     like the last election that we had back in the
14     primary, did you count them back then?
15          MR. BENYO:  We did not count them.
16          MR. DADAY:  So you had a similar
17     situation?
18          MR. BENYO:  The only time we counted
19     them for the nondated ballots was after the Supreme
20     Court decision for the November election.
21          MS. ERVIN:  Tell me about that.  The
22     November was the Wecht decision, as the attorney
23     stated.
24          MR. BENYO:  Because it stated this
25     election, that's how we -- how we proceeded with

1       counting them from November 2020, but it was only

2       for that election.

3                   MR. MAZIN:  So the read of the Wecht

4       decision was that this is mandatory, but we're only

5       going to apply it prospectively, moving forward.

6                   MR. BENYO:  Moving forward from

7       November 2020, correct.

8                   MR. BONIN:  The Wecht decision also

9       pointed out the need for attention being drawn to

10      that date line is a critical part of the process.

11                  MR. BENYO:  As the in parenthesis,

12      required, next to the date, and the signature.

13                  MR. BONIN:  I'm going to do something

14      that as a lawyer I'm not supposed to do, but it's a

15      fact I want to know so I'll ask this question

16      anyway.  Do you know, did the Board of Elections

17      with the staff change the outer envelope in any way

18      from 2020 to 2021 to make it --

19                  MR. BENYO:  Yes, we added the

20      requirement in parenthesis behind each of the

21      required fields.

22                  MR. BONIN:  Okay.  So you're referring

23      to under the date line in the small print there the

24      little paragraph where it says, required.

25                  MR. BENYO:  Correct.  If I'm correct,

53

1      I believe that it was suggested by the Secretary of

2      State.

3                    MR. BONIN:  Okay.

4                    MR. BENYO:  And then approved, our

5      envelopes were approved by them.

6                    MS. ERVIN:  So once again we have the

7      legal scenario based on that Wecht decision, which

8      as you pointed out, it indicates that going forward

9      this -- the date would be required.  They were just

10     kind of giving us a break in 2020.

11                   MR. BONIN:  I do think he says more

12     than that, and this is really what the argument

13     rests on, that it's not just -- it's not an

14     unqualified going forward discount, this is a going

15     forward we're going to count these because I expect

16     the forms to be better, I hope -- I expect the

17     General Assembly to look at this again.  I don't

18     think that they -- you know, his opinion does not

19     envision a scenario in which we got to November of

20     2021 and nothing changed.  And I don't believe that

21     adding this, you know, the fine print parenthetical

22     under the date line gives a sufficient change.  But

23     that's the judgement I'm asking this Board to make.

24                   MR. MCCARTHY:  Of course, the

25     Philadelphia ballot, and I'm not saying we need to

1      follow Philadelphia exactly, it has two arrows

2      pointing to where the dates are being inserted.  It

3      has a bigger print.  It says voter sign and mark

4      here, parenthesis, required, with bolder type than

5      the Lehigh County one has.

6                   MR. BONIN:  And the other thing that I

7      would note is that it was on the back of the

8      envelope itself and not on the flap which folds over

9      because often -- you know, which is the case in

10     Lehigh County, because often you don't look at that

11     until you're ready to seal the envelope.  And so, I

12     mean, yes, it has -- your ballot must have the

13     following to be counted, but especially just based

14     on the evidence of how many voters clearly didn't

15     see it, I don't know that it provided sufficient

16     notice.

17                   MR. MAZIN:  What do you mean by that,

18     voters that didn't see it?

19                   MR. BONIN:  Because it's on -- if you

20     think about it, it's on the outside of the envelope.

21     So as you're filling out the envelope, you know,

22     that's facing away from you.  And so, you know, you

23     complete -- you know, you complete, or you believe

24     you've completed filling out the envelope.  You seal

25     it, you fold it over.  And the question is, do

1      people actually see it after they folded the flap

2      over?

3                      MR. MAZIN:  But if that's the issue,

4      wouldn't we at least hear from voters that that was

5      their thought process during it, or that there was

6      some type of confusion regarding that, as opposed to

7      just kind of stating that.

8                      MR. BONIN:  I honestly think, you

9      know, and I've been doing election law for awhile, I

10     think it gets really dangerous to bring up voters

11     for any reason after an election and asking them

12     what they thought or what they were thinking at the

13     time.  I don't know how that --

14                     MR. MAZIN:  I'm just saying, you used

15     the word evidence.  But we don't have testimony

16     like that.

17                     MR. BONIN:  We don't have testimony

18     like that.  I think the best evidence of whether

19     voters understood the instructions is their -- you

20     know, is the 257 plus three voters not following

21     the -- you know, not complying with the full

22     instructions.

23                     MR. MCCARTHY:  Right.

24                     MR. DADAY:  May I ask, how many

25     ballots were returned successfully?

56

1          MR. BENYO:  I think there were

2     22,000-ish that were successfully counted.

3          MR. DADAY:  Okay.  And they had all

4     the information correctly on the form?

5          MR. BENYO:  Correct.

6          MR. DADAY:  In accordance with the

7     statute?

8          MR. BENYO:  Correct.

9          MR. BONIN:  So then this is more than

10    one in a hundred who missed this requirement.

11         MR. MCCARTHY:  Right.

12         MR. DADAY:  But it's your opinion

13    because it does not have all the information that is

14    mandated by the statute it should not be counted.

15         MR. BENYO:  That's why they were not

16    counted.

17         MR. MCCARTHY:  And that's we are here

18    today.  We are here because of the challenge.

19         MS. GLAESSMAN:  I don't think we're

20    going to have any choice.

21              (Discussion among the board off the

22    record.)

23         MR. MAZIN:  I was just going to point

24    out that there is -- I believe there's guidance from

25    the State Department Elections Bureau that indicates

1    the interpretation of Justice Wecht's opinion has

2    been that going forward from the November 2020

3    election the date is required.  And that's the way

4    the State Department Election Bureau has interpreted

5    it, and I believe advised the public of what's

6    required.  And given that you have that there was a

7    change made to signify that it is a requirement on

8    the ballot itself, where you have the parenthetical

9    notation, required.  So I think the State Department

10   has interpreted it as mandatory.

11             MS. ERVIN:  Well, in the interest of

12   being consistent, I feel like these voters did

13   express their intent, got the ballot in on time,

14   made a technical mistake.  And I think their vote

15   should count.

16             MR. MCCARTHY:  Okay.

17             MS. ERVIN:  Again, I come down on the

18   side of people voting.  I mean, yeah, they made a

19   mistake.  That happens.  But they intended to vote

20   the way they voted.  They filled out almost all the

21   paperwork correctly.  They just missed one thing.

22   And I think we should give them a break, not

23   withstanding -- now, if I vote that direction it

24   could be qualified to say to the election process,

25   can we beef up the instructions on the next ballot

1    to make it like blinking red lights, sign here, and

2    date here, or something along those lines.

3              MR. BENYO:  The wording can -- I do

4    not believe I can change the wording, but I can

5    bring more attention as the example of the other

6    ballots used, to make sure that it was read.

7              MR. MCCARTHY:  Ms. Glaessman, what do

8    you think about this?

9              MS. GLAESSMAN:  Do we go against the

10   Supreme Court decision and its concurring Justice

11   Wecht's separate opinion?  The ratio of those with

12   errors is smaller than of course the first time

13   around, which was last year.  And if it's only the

14   date that is missing -- do you have the system

15   whereby you can file stamp when the envelope comes

16   in, that it's in in the proper time?

17             MR. BENYO:  There's no question that

18   these were received.  The ones that are too late are

19   a whole different category.

20             MS. GLAESSMAN:  Okay.  So there's no

21   question these were --

22             MR. BENYO:  No, they were on time.

23             MS. GLAESSMAN:  And the signatures are

24   proper according to the electronic poll book.

25             MR. MAZIN:  I would just note that the

1      provision of the Election Code and that the Court

2      was interpreting in the case involving Justice

3      Wecht's concurring opinion is also the term, shall,

4      with regard to inclusion of the date.

5                     MS. GLAESSMAN:  Which is what we used

6      in our earlier provisional ballot decision.

7                     MR. MAZIN:  Right.

8                     MR. MCCARTHY:  But Justice Wecht

9      joined the majority of the Supreme Court in

10     permitting, at least in that election, ballots that

11     did not have the date to be counted.

12                    MR. MAZIN:  Correct.  It said -- in my

13     understanding it said prospectively it's going to be

14     required.  And I think that's consistent with the

15     Department of State guidance, what their

16     interpretation had been, that you must have the

17     date.

18                    MS. GLAESSMAN:  In future elections

19     the date requirement should be viewed as mandatory

20     rather than directory, and the omission of the date

21     would be sufficient to invalidate the ballot in

22     question.

23                    That's part of his separate opinion.

24                    MR. DADAY:  I just have one thing I

25     want to add to that opinion.  And it states that for

60

1     this Court's part if we are to maintain a principled

2     approach to statutory interpretation that comports

3     with the mandate of our statutory construction act,

4     if we are to maximize the liklihood that we

5     interpret statutes faithfully to the drafter's

6     intended effect we must read mandatory language as

7     it appears, and we must recognize that a mandate

8     without a consequence is no mandate at all.  If the

9     result at the time is that the Court imposes a more

10    doctrinaire result than the legislature intended,

11    that body has the tools at its disposal to ensure

12    that the same state will not be incurred.

13              MR. BONIN:  That's absolutely an

14    accurate statement as to an earlier part of Justice

15    Wecht's concurrence.  There's no question he says

16    that.  But then he goes on to count these ballots.

17    And then he goes on to provide this additional

18    language as to what he expects going forward in

19    terms of what it would look like to have, you know,

20    a Commonwealth in which these ballots could be

21    properly excluded because voters were sufficiently

22    on notice, and because the General Assembly was

23    absolutely clear that they really wanted this

24    requirement in the first place.  You know, because

25    the question of what purpose this requirement

1    serves, you know, is a dubious one given that, you

2    know, given that they were received on time, and

3    obviously they couldn't have been issued before we

4    got to this general election.

5              MR. MCCARTHY:  I'm reading a portion

6    of the instructions from Jonathan Marks, the state

7    election decision.  He writes here that -- it's

8    dated June 1, 2021, quote, we also believe that it

9    is prudent to again remind you of our previous

10   clarification on October 25, 2020, period.  As noted

11   in that communication there is no reason to reject

12   the ballots for putting the wrong date on the

13   envelope, nor is the date written used to determine

14   the eligibility of the voter, period.  We should

15   process these ballots normally.

16             MR. BONIN:  And actually -- I've seen

17   that, and I actually believe, and I think this may

18   be what that is saying, that the Board has decided

19   to count ballots where voters provided their birth

20   dates.

21             MR. BENYO:  Correct.

22             MR. MCCARTHY:  So some voters put down

23   their birth date.

24             MR. BENYO:  The birth date.

25             MR. MCCARTHY:  You would count that.

1      MR. BONIN:  And in fact you have
2  counted them in this election.
3      MR. BENYO:  We have counted them, yes.
4      MR. COHEN:  There's a surprising
5  number of those where it happened.  So it would say
6  1960, obviously they didn't vote in 1960 for this
7  election.
8      MS. ERVIN:  Crazy.
9      MR. BENYO:  It doesn't say what date.
10  It doesn't require what date.
11      MR. MCCARTHY:  It could be a date in
12  the future.
13      MR. BENYO:  But the date is there.
14      MR. MAZIN:  There is a date.
15      MR. MCCARTHY:  All right.  Is there
16  anyone else who wishes to speak on this matter for
17  or against?
18      (No response.)
19      MR. MCCARTHY:  All right.  Hearing
20  none I guess the Board should deliberate and come to
21  a decision.  So the matter before us is whether to
22  approve for counting the 257 ballots which have been
23  brought to our attention by Mr. Benyo, which are in
24  compliance with the statute with the exception of
25  the date, not having any date on the ballot.

```
 1                     We've heard from candidates, and their
 2       representatives.  We've heard from others and their
 3       representatives.  We've heard from legal counsel.
 4       We've looked at the synopsis of the opinion rendered
 5       by the Pennsylvania Supreme Court, and the guidance
 6       provided by the State Department of Elections.  I
 7       think the matter before us is a motion, a motion
 8       could be to approve the ballots, assuming it would
 9       be accepted to be voted on, or a motion to not
10       approve the ballots, assuming it would be accepted
11       to be voted on.
12                     MS. ERVIN:  Well, I can move that we
13       approve the ballots.
14                     MR. MCCARTHY:  Is there a second to
15       that motion?
16                     MS. GLAESSMAN:  I'll second it.  Let's
17       bring it to a vote.
18                     MR. MCCARTHY:  Okay.  Any discussion
19       on the motion?
20                     MS. ERVIN:  My only point here again
21       is the intent of the voter, and giving every voter
22       who tries to vote the opportunity for the vote to be
23       counted, in spite of the fact that they made a
24       technical error.
25                     MS. GLAESSMAN:  I'll make a statement
```

1          too.

2                    Let me do that for you, Jim.  I've

3          been on Jim's side so I know there can be problems.

4                    I agree with Jane with regards to

5          giving voters to the candidate -- I mean, everything

6          extra on it.  The date, as long as that it could be

7          proven by the Election Board -- by the Election

8          Office that it was received on time, the signatures

9          match the poll book, and considering Justice Wecht's

10         opinion here, it was and should be the General

11         Assembly that, you know, takes into consideration

12         items that have come up since the mail-in ballot law

13         went into effect, basically in 2020.  And I'll agree

14         to that part of it.  But I'll only agree to this

15         year, and with the proviso so that we look at

16         revising the envelope to make it much more visible

17         to the voters.  So I'll second that.

18                    MR. MCCARTHY:  Okay.  It's been moved

19         and seconded to approve the counting of the 257

20         ballots that have been received.  All those in favor

21         signify by saying aye.

22                    MS. ERVIN:  Aye.

23                    MS. GLAESSMAN:  Aye.

24                    MR. MCCARTHY:  Aye.

25                    All opposed.

```
1                         (No response.)

2                         MR. MCCARTHY:  By a vote of 3 to zero

3          it's approved.

4                         MR. COHEN:  Can we get a ruling on the

5          additional three ballots?

6                         MR. MCCARTHY:  I thought that was

7          withdrawn, the three ballots.

8                         MR. COHEN:  No, that was the earlier

9          three ballots.

10                        MR. BONIN:  There were three

11         provisional that -- these were the three ballots we

12         previously had said that were dated elsewhere on the

13         outer envelope on the right side, rather than --

14                        MS. ERVIN:  These were mail-in

15         ballots?

16                        MR. BONIN:  These are mail-in ballots.

17                        MR. MCCARTHY:  So they had a date on

18         it?

19                        MR. BONIN:  But not in the right

20         place.

21                        MS. ERVIN:  I think we should accept

22         those ballots too.

23                        MS. GLAESSMAN:  I'll agree.

24                        MR. MCCARTHY:  All in favor?

25                        MS. ERVIN:  Aye.
```

```
 1                    MS. GLAESSMAN:  Aye.

 2                    MR. MCCARTHY:  Aye.

 3                    Those three ballots are approved as

 4          well.  If they can put the wrong date on it --

 5                    MS. GLAESSMAN:  The date is there,

 6          it's just in the wrong box.

 7                    MR. MCCARTHY:  Anything else to come

 8          before us?

 9                    MR. BENYO:  I do.  The Commonwealth,

10          the Judge of the Commonwealth Court, the close race

11          that has the final tally being less than half a

12          percentage point, which triggers an automatic

13          recount, to meet the timelines of the Department of

14          State, which would be commencing a recount on

15          Wednesday, we need to certify the results of just

16          that office today.  So that there's a two day appeal

17          period.  But they don't have to be final

18          certification, they won't be final certification

19          because there's a recount.  But we have to be

20          complete.

21                    So if you could make a motion to first

22          certification of the Commonwealth Court judge race

23          to include the -- you made the decision on the 260

24          ballots, the result to include the 260 ballots, plus

25          I have four that need to be counted from military
```

67

1    and provisional that should be counted that were

2    correct.  So there's four outstanding ballots that

3    are good, and the 260 that you approved today.  And

4    then that would be the first certification for the

5    Commonwealth Court.  Does that make sense?

6                   MR. MCCARTHY:  I think it does.

7                   It's very simple.

8                   MS. GLAESSMAN:  I'll make the motion

9    according to what Tim said.

10                   MS. ERVIN:  I'll second it.  I just

11   want to clarify.  We're including all the ballots we

12   discussed today in the count for the Commonwealth

13   judge recount?

14                   MR. BENYO:  That's correct.

15                   MR. MCCARTHY:  And the military

16   ballots.

17                   MR. BENYO:  And then the same timeline

18   would be in effect as we discussed as the 17th

19   being the first certification, and everything else

20   post casting of lots at high noon.

21                   MS. GLAESSMAN:  The final

22   certification will be next Monday.

23                   MR. BENYO:  Yes.  And then the whole

24   recount hopefully will fall -- it may fall into that

25   same timeline, but I think it will be extended a

1    little later because of the recount.

2                    MS. GLAESSMAN:  Just for the

3    Commonwealth Court.

4                    MR. BENYO:  Just for the Commonwealth

5    Court.

6                    MS. ERVIN:  But everything else is on

7    schedule.

8                    MR. BENYO:  Everything else, yeah, we

9    are on schedule to be finished with the write-ins

10   on -- for Wendnesday's casting lots at high noon.

11   And then five days later will be Monday, the 22nd

12   will be the final certification on everything,

13   including today's discussion.

14                    MS. ERVIN:  Okay.

15                    MR. MCCARTHY:  So we are back here on

16   Monday, 2 p.m.

17                    MR. BENYO:  Monday 2 p.m. upstairs.  I

18   think I have the public hearing room.  But that will

19   be announced in the paper and on the website.

20                    MR. DADAY:  Mr. Chairman.

21                    MR. MCCARTHY:  Yes.

22                    MR. DADAY:  With regard to the 260

23   ballots we would ask that they be kept separate from

24   the rest of the vote tally so that we can properly

25   deal with those issues on appeal.

1          MR. MCCARTHY:  Sounds fair.

2          MR. BENYO:  I don't know if we can

3     keep them separate from the total, but they can be

4     challenged afterwards.  I mean, I will not include

5     them into boxes of all the other ballots.  We can

6     then remove them.  I have to provide the ability to

7     remove those ballots after any --

8          MR. DADAY:  Okay.

9          MR. BONIN:  So you'll open them, count

10    them, and the results will be known, but the results

11    can be subsequently excluded.

12         MR. BENYO:  Absolutely.

13         MR. BONIN:  Okay.

14         MR. MCCARTHY:  And you'll keep the

15    physical ballots separated.

16         MR. BENYO:  Separated, absolutely.

17         MR. WHITE:  If I may ask a question, I

18    was here during the pre-canvass and canvass period.

19    Will they be scanned on a separate machine from the

20    other high speed scanners that the rest of the

21    absentee ballots and mail-in ballots are scanned on

22    for segregation purposes?

23         MR. BENYO:  Well, they're not included

24    in that.  So once everything goes through there then

25    those ballots are kept in batches in a separate box.

1    They will be kept separate.

2                    MR. WHITE:  So when that data is taken

3    off of the scanner and uploaded to the computer will

4    that be segregated electronically?

5                    MR. BENYO:  Well, it can be backed out

6    if necessary.

7                    MR. WHITE:  That's what I'm asking, to

8    make sure that it is capable of physical and

9    electronic segregation so that in the event they get

10   added to the tabulated totals for the Court of

11   Common Pleas race, that there is a way if the

12   appellate court changes the result.

13                   MR. BENYO:  I understand.

14                   MR. WHITE:  I just want to make sure

15   that it's really clear before I leave the room,

16   because I was here the whole time when these were

17   processed.  And then if I may be permitted to take a

18   look at the four that you're adding after the

19   decided ones, because I don't think I've seen those.

20                   MR. BENYO:  No, you haven't.

21                   MR. WHITE:  Thank you.  So I was here

22   for all plus those four.

23                   MR. BENYO:  I don't want you to miss

24   any.

25                   MS. ERVIN:  Too exciting.

71

1          MR. MCCARTHY:  Anything else to come

2     before the Board?

3          MR. BENYO:  I believe that is it.

4          MR. MCCARTHY:  All right.  If nothing

5     else to come before the Board, we are adjourned.

6          (Hearing concluded.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

72

1

2

3

4

5

6

7                                    _____, 2021

8

9

10           I hereby certify that the evidence and

11   proceedings are contained fully and accurately in

12   the notes taken by me of the within Board of

13   Election hearing, and that this is a correct

14   transcript of the same.

15

16

17                    _____
                      James P. Gallagher III
18                    Registered Diplomate Reporter
                      Notary Public
19

20

21

22

23

24

25

**A**

**A.3d** 5:22 37:21
**a.m** 1:14 46:25
  47:22 48:15,23
  49:4
**ability** 32:12
  69:6
**able** 10:11
**absent** 32:11
**absentee** 37:20
  42:8 69:21
**absolutely** 23:25
  46:11 48:7
  60:13,23 69:12
  69:16
**accept** 65:21
**accepted** 63:9
  63:10
**account** 26:23
**accurate** 17:13
  22:15 60:14
**accurately** 72:11
**act** 38:25 60:3
**actual** 30:13
**Adam** 2:6,7
  13:16
**Adam@bonin...**
  2:9
**add** 43:6 59:25
**added** 52:19
  70:10
**adding** 53:21
  70:18
**addition** 43:7
**additional** 45:4
  60:17 65:5
**address** 17:1,12
  17:14 18:20
  22:9,15 25:23
**addressed** 29:21
**adequate** 39:9
**adequately**
  39:14
**adhere** 39:12
**adjourned** 71:5
**administration**
  41:6
**advice** 32:8
**advised** 57:5

**affect** 6:10
**affidavit** 15:4
  16:7,9,10,18
  16:21,23 17:8
  17:11,12 19:25
  20:16,18,20
  21:8,16,22
  22:3,14 34:10
**affirm** 15:4
  16:24
**affix** 3:25 22:25
  27:14,15 33:14
**agree** 27:8 64:4
  64:13,14 65:23
**ahead** 24:12
**Allegheny** 5:18
**Allentown** 1:13
  1:24 2:4 4:24
  4:24
**allow** 29:9
**allowance** 23:20
**allowed** 15:19
**allows** 36:19
**American** 2:7
**animal** 47:10
  48:15
**announced**
  68:19
**announcing**
  37:25
**answer** 47:13
**anybody** 23:23
**anyway** 52:16
**AOPC** 20:1
**appeal** 23:20
  27:24,25 34:23
  66:16 68:25
**appealed** 23:17
  27:22 37:2
**APPEARAN...**
  2:1
**appears** 27:4
  60:7
**appellate** 70:12
**application** 42:9
**applications**
  46:3,3,7
**applied** 43:24
**apply** 46:13 52:5

**approach** 60:2
**appropriate**
  39:7
**appropriately**
  7:22
**approve** 31:13
  42:15 62:22
  63:8,10,13
  64:19
**approved** 53:4,5
  65:3 66:3 67:3
**argue** 30:3
**argued** 23:11
  30:9 45:25
  46:1
**argument** 29:16
  29:20 53:12
**arrive** 46:18
**arrows** 41:8
  54:1
**asked** 24:14
**asking** 24:8
  53:23 55:11
  70:7
**Assembly** 38:12
  38:19 39:23
  40:3,8 53:17
  60:22 64:11
**assertion** 28:21
**assistance** 44:18
**ASSOCIATES**
  2:2
**assume** 26:2
**assuming** 9:13
  63:8,10
**attempt** 27:24
**attended** 3:8
**attention** 41:10
  43:11 52:9
  58:5 62:23
**attorney** 4:19
  13:17 51:22
**authentically**
  14:12
**authority** 37:8
**authorize** 44:20
**automatic** 66:12
**availability** 42:8
**avoid** 37:5 39:15

**aware** 25:12
**awhile** 55:9
**aye** 32:22,23,24
  64:21,22,23,24
  65:25 66:1,2

**B**

**B** 13:16
**back** 15:15
  19:14 25:9
  37:11 51:13,14
  54:7 68:15
**backed** 70:5
**bad** 19:12,22
**Baer** 38:2
**ballot** 1:5 5:7,16
  5:18 6:1,3 7:5
  8:18 9:6 10:8,9
  10:13,16 11:10
  11:13 12:2
  14:17,22 15:4
  15:10,10,22,23
  16:12 17:3
  18:15 20:7,24
  21:2,9,16,20
  21:21 22:1,6
  23:1 24:14
  27:10 28:9
  30:12,12 31:7
  32:4,11 34:15
  35:25 40:21
  41:1,3,12 46:3
  46:13 49:16,20
  49:21 50:8
  53:25 54:12
  57:8,13,25
  59:6,21 62:25
  64:12
**balloting** 39:1
**ballots** 3:14,24
  3:25 4:2,14,16
  6:4,8,12,15,21
  6:25 7:9,17,18
  8:8,24 9:14
  10:22 12:6,7,9
  12:22 13:9,25
  13:25 14:11
  18:1 28:11,18
  31:14,16,16

32:1,8,14,16
  33:4,19,21,24
  34:1,2,7,8,20
  34:25 35:1,7
  35:23,24 36:3
  36:17,18,24
  37:21 38:10
  40:15 41:24
  42:1,13 43:22
  43:24 44:18
  45:11 46:10,18
  46:22,23 47:2
  47:2,4,18
  48:12,16,17
  50:24 51:4,19
  55:25 58:6
  59:10 60:16,20
  61:12,15,19
  62:22 63:8,10
  63:13 64:20
  65:5,7,9,11,15
  65:16,22 66:3
  66:24,24 67:2
  67:11,16 68:23
  69:5,7,15,21
  69:21,25
**based** 17:18
  23:6 27:13
  30:7 51:4 53:7
  54:13
**basically** 5:23
  19:12,22 48:25
  64:13
**batches** 69:25
**bears** 13:22
**beef** 57:25
**behalf** 4:20 5:4
  13:17 43:7
**believe** 3:6 4:14
  6:18 24:1,5,23
  25:3 33:12,25
  40:15 43:8
  53:1,20 54:23
  56:24 57:5
  58:4 61:8,17
  71:3
**Benyo** 1:21 3:10
  6:11 7:2,11,13
  7:16,24 8:7,13

8:19 9:2,8,13
9:16,19,24
10:3,6,17,20
10:23 11:4,11
11:15,22 12:12
12:14,16,24
13:2,5,10 14:4
14:9,14,18,24
15:2,14 16:16
16:19,21,23
17:19 18:3
20:14,21 21:3
21:7,12,18,24
22:4,8,10,12
22:17 26:7
34:6,7,18 35:5
36:1 40:13
41:17 44:14
46:21 47:21
48:2,8,14,22
49:2,7,12,14
49:19 50:3,9
50:14,17,19,22
51:1,6,10,15
51:18,24 52:6
52:11,19,25
53:4 56:1,5,8
56:15 58:3,17
58:22 61:21,24
62:3,9,13,23
66:9 67:14,17
67:23 68:4,8
68:17 69:2,12
69:16,23 70:5
70:13,20,23
71:3
**best** 55:18
**better** 41:8
  53:16
**bigger** 54:3
**birth** 16:25
  61:19,23,24
**bit** 13:20
**blamed** 6:22
**blinking** 58:1
**block** 41:9,10
**board** 1:2,11,17
  3:2 4:6 6:16,20
  28:13 32:13

33:11 34:19
35:6,15,21
36:19,23 37:1
37:14,14 38:23
40:15 42:14
43:11 47:9
48:6,9 52:16
53:23 56:21
61:18 62:20
64:7 71:2,5
72:12
**Board's** 34:23
  35:10
**boards** 39:8
**Bob** 16:8
**body** 60:11
**bold** 40:25
**bolder** 54:4
**Bonin** 2:6,7
  13:12,16,16
  14:7,10,15,19
  20:9 34:22
  35:10,13,18
  36:21 37:11,17
  42:19,23 43:2
  43:23 44:4,8
  44:13,22,24
  45:3,9,13 46:6
  46:11,16 52:8
  52:13,22 53:3
  53:11 54:6,19
  55:8,17 56:9
  60:13 61:16
  62:1 65:10,16
  65:19 69:9,13
**Boockvar** 45:24
**book** 6:14 10:2
  12:9,10,22
  27:7 29:19
  30:2,19 34:12
  58:24 64:9
**bound** 29:6
**box** 66:6 69:25
**boxes** 69:5
**break** 53:10
  57:22
**breakdown** 18:9
  19:17,19 30:21
  32:11

**bright-line** 23:5
**bring** 55:10 58:5
  63:17
**bringing** 45:17
**Broad** 2:8
**broke** 31:6
**brought** 45:21
  46:4 62:23
**Building** 2:7
**Bureau** 56:25
  57:4
**busy** 25:17

_____
**C**
**C** 24:1,1
**call** 3:1 25:10
  26:2 43:10
**campaign** 1:6
  2:9 33:21
**canceled** 49:20
**candidate** 4:6
  13:18 19:23
  64:5
**candidates**
  19:13 20:2
  63:1
**canvass** 37:20
  69:18
**canvassing**
  46:22 47:8,12
**capable** 70:8
**caps** 41:1
**care** 34:4 38:11
**case** 5:14,17,17
  6:19 10:8
  17:18,20,23,24
  18:19,25 19:2
  19:8,8,9,11,11
  19:16,21 20:3
  22:20 23:8,10
  26:24 27:9,18
  27:19,21 28:5
  28:7,11,22
  29:6,17,21
  30:5,25 31:3
  32:6 35:19
  38:14 39:4,16
  42:4 45:24
  54:9 59:2

**cases** 6:1 10:19
  16:6 17:22
  27:6
**cast** 3:15 6:14,25
  7:17 9:1,6,14
  10:7,13 15:10
  17:3 29:25
**casting** 67:20
  68:10
**categories** 35:8
  41:18,19 47:22
**category** 4:15
  7:3 9:20 12:15
  34:11 35:1
  36:24 41:20
  58:19
**caused** 19:23
**causing** 18:6
**Center** 1:12
**certain** 3:14,24
  27:5
**certainly** 19:20
  29:16 30:9
  44:13
**certification**
  36:22 37:4,15
  66:18,18,22
  67:4,19,22
  68:12
**certify** 66:15
  72:10
**Chairman** 1:18
  68:20
**challenge** 3:16
  3:21,23,24
  8:15 9:20 24:7
  25:10 33:18,20
  34:4 35:3
  36:20 45:18,19
  45:22 56:18
**challenged**
  31:13 32:1,8
  34:3 69:4
**challenges** 1:5
  3:13 24:6
  36:17 46:2,6,9
  46:12
**challenging**
  46:17

**change** 28:23
  30:8 52:17
  53:22 57:7
  58:4
**changed** 53:20
**changes** 28:4
  70:12
**changing** 40:10
**charge** 8:1
**checked** 47:3
**Chief** 1:21
**choice** 31:9
  56:20
**choosing** 10:10
**circumstance**
  7:25 12:2
**circumstances**
  11:15
**cited** 17:18,23
  18:20
**clarification**
  61:10
**clarify** 39:24
  40:3 67:11
**clarity** 40:6,17
**clear** 5:15 14:20
  36:6 39:19
  45:19 60:23
  70:15
**clearest** 37:13
**clearly** 19:15
  54:14
**clears** 29:2
**Clerk-** 1:21
**close** 66:10
**co-members**
  31:15
**Code** 31:1 36:16
  36:18 37:12
  38:20 39:24
  48:3 59:1
**Cohen** 1:6 2:9
  2:12 13:18
  43:6,7,7,13,18
  44:12 62:4
  65:4,8
**Cohen's** 33:21
  35:7
**Coleman** 1:5 2:5

3:17,18 4:4,9
5:4
**colorable** 29:20
**come** 4:11 26:12
33:10 35:9
40:2 47:3
57:17 62:20
64:12 66:7
71:1,5
**comes** 48:6
58:15
**coming** 9:19
28:10
**commencing**
1:14 66:14
**Common** 13:18
37:3 70:11
**Commonwealth**
1:1 5:21 17:2
23:7,11,17
29:14 40:6
60:20 66:9,10
66:22 67:5,12
68:3,4
**communication**
61:11
**Company** 24:21
**compare** 14:5
**compared** 40:20
**comparisons**
40:19
**compelled** 38:4
**compelling** 38:5
38:5,6
**complete** 47:19
54:23,23 66:20
**completed** 54:24
**completely**
19:10 20:3
49:10,25
**completing** 39:9
**compliance**
62:24
**compliant** 43:20
**comply** 32:5,12
48:20 49:10
**complying** 55:21
**comports** 60:2
**computation**

34:19 37:14
47:9 48:6,9
**computer** 18:17
18:17 70:3
**concern** 5:7
28:18
**concerned** 37:15
**concerns** 5:12
**concluded** 71:6
**concurrence**
38:14 60:15
**concurring**
58:10 59:3
**confidence**
39:13
**confirmed** 36:1
**confused** 49:25
**confusion** 55:6
**consequence**
39:15 60:8
**consequences**
39:11
**consider** 36:19
36:23
**consideration**
14:23 64:11
**considered** 18:9
**considering** 64:9
**consistency**
15:12
**consistent** 57:12
59:14
**conspicuous**
39:10
**constitute** 19:18
**construction**
60:3
**consulting** 51:11
**contact** 49:19
**contacted** 49:17
**contained** 72:11
**contest** 4:15
45:17
**contested** 19:15
**controls** 42:4
**copy** 17:23
18:25
**Corey** 24:1
**correct** 8:19,20

9:2,9,15,16,18
9:23 10:1,2,3
11:3,4,5,11,14
12:12,14 14:6
14:9,18 16:2
16:18,19 18:14
20:6,14 21:23
22:8,17 28:8
43:2 44:8,12
44:24 46:12
48:7,13 49:12
49:15 50:17
51:1,5,6 52:7
52:25,25 56:5
56:8 59:12
61:21 67:2,14
72:13
**correctly** 9:8
10:24 11:2,13
11:25 12:6,7
13:24 31:7
56:4 57:21
**counsel** 63:3
**count** 3:14,14,24
4:13 5:7 6:12
6:21 8:25
11:14 13:22
16:1 29:9
31:13 32:1,15
33:19 35:8
36:25 48:22,23
49:4 51:14,15
53:15 57:15
60:16 61:19,25
67:12 69:9
**counted** 8:9
10:25,25 11:2
13:4,5 31:16
31:17 32:14
33:4,22 39:6
41:2,4 44:23
45:22 47:7
49:22 50:12,16
50:20,21 51:18
54:13 56:2,14
56:16 59:11
62:2,3 63:23
66:25 67:1
**counting** 5:2

50:25 52:1
62:22 64:19
**county** 1:1,11,12
1:17 3:2 5:18
8:9 10:19
11:19 18:5
19:9,21 31:4
39:8 40:16,19
41:11,14 43:25
54:5,10
**county's** 30:1
42:7
**couple** 12:18
16:5 25:12
**course** 53:24
58:12
**court** 5:24 13:18
19:3 22:21
23:2,7,11,17
23:18 27:24,25
28:20 29:14
30:4 37:2,3,19
37:24 38:1,17
40:2 45:25
51:20 58:10
59:1,9 60:9
63:5 66:10,22
67:5 68:3,5
70:10,12
**Court's** 23:7
42:4 60:1
**covers** 28:19
**COVID** 24:15
39:2
**Cowen** 23:25
24:1,5,13,20
25:9,22
**Crazy** 62:8
**critical** 52:10
**crucial** 37:24
**curiosity** 13:8
**current** 19:11

_____
**D**

**Daday** 2:3 3:19
4:9,17,19,20
5:13,14 6:6,8
9:10,12,17,22
9:25 10:4,14

10:18,21 11:1
11:5,12,17
12:18,21,25
13:3 16:5,10
16:15,17 17:15
17:18,22 18:8
18:21 19:1,5
19:20 20:17
21:5,10,19
22:3,20 30:25
45:16 49:23,24
50:6,10 51:3,9
51:12,16 55:24
56:3,6,12
59:24 68:20,22
69:8
**Dan** 3:5
**dangerous** 55:10
**DANIEL** 1:18
**data** 70:2
**date** 16:25 35:25
36:8 38:16
41:9 42:18
43:5,10,15,17
43:19,20 44:6
44:10 45:1,5,7
45:12,20 47:5
47:19,20 48:20
49:11 50:4,6,6
51:7 52:10,12
52:23 53:9,22
57:3 58:2,14
59:4,11,17,19
59:20 61:12,13
61:23,24 62:9
62:10,11,13,14
62:25,25 64:6
65:17 66:4,5
**dated** 43:9,12,13
44:4 61:8
65:12
**dates** 47:12 54:2
61:20
**day** 15:23 36:4
46:23 47:6,7
47:17 48:16,19
66:16
**days** 46:18
68:11

**deadline** 46:14
46:15,17
**deal** 68:25
**dealing** 11:6
**decide** 38:18
**decided** 9:22
19:3,21 37:22
45:24 61:18
70:19
**deciding** 38:14
**decision** 23:10
23:17 26:13
29:11 37:1,23
42:15 51:20,22
52:4,8 53:7
58:10 59:6
61:7 62:21
66:23
**declaration** 36:8
39:10 40:2,5
**declare** 17:6
**declined** 28:1
**deemed** 6:2
38:17
**defect** 6:23
23:12,14 27:16
50:24
**defective** 4:2
20:5
**deliberate** 62:20
**denied** 23:21
27:25
**Department**
39:21 51:11
56:25 57:4,9
59:15 63:6
66:13
**depending**
10:24 48:23
**described** 17:19
18:4
**desire** 39:1
**detained** 4:10
**determination**
4:1 33:18
**determine** 7:7
8:17 61:13
**determined**
29:24 34:18

47:4,12 48:3
**detriment** 19:14
**deviance** 42:17
**difference** 25:4
28:15,17 30:20
**different** 19:10
19:15 20:3
33:16 35:8
46:21 47:10
48:15 58:19
**diligent** 39:13
**Diplomate** 1:16
72:18
**direction** 57:23
**directory** 59:20
**disallows** 27:10
**discount** 31:10
53:14
**discounted** 18:1
49:25 50:1,12
**discrete** 37:3
**discussed** 67:12
67:18
**discussing** 33:24
41:24
**discussion** 32:19
56:21 63:18
68:13
**disposal** 60:11
**disqualification**
39:7,16
**disqualified**
9:18,23
**dissent** 38:7,15
**dissenting** 23:9
**distinction**
16:21 28:14,14
28:17 29:21
30:4,8,11,15
30:20 31:4
41:13
**distinguish**
29:17
**district** 4:25
15:7 17:7,9
34:17
**Division** 3:7
**docketed** 5:21
5:22

**doctrinaire**
60:10
**doing** 41:8 55:9
**Donohue** 38:1
**Doris** 1:19 3:4
**Dougherty** 38:8
**drafter's** 60:5
**drawn** 41:10
52:9
**drew** 42:3
**Drive** 1:23
**dropped** 41:22
**dubious** 61:1
**due** 6:13 35:8
40:13
**duly** 36:2

----

**E**

**E** 24:1,1
**earlier** 59:6
60:14 65:8
**Ed** 4:21
**Edward** 2:5,13
4:20,23
**effect** 60:6 64:13
67:18
**effective** 51:5
**either** 8:1 10:25
18:17 44:25
48:22
**election** 1:11 3:7
3:8,15 5:1 6:10
6:16,19,25
12:8,10 15:7
17:4,7,9,9
20:11,25 26:21
28:13 32:13
36:4,12,15,18
37:12 38:19
39:8,24 40:9
41:6 45:21
46:5,17,23
47:6,7,17 48:3
48:16,19 51:13
51:20,25 52:2
55:9,11 57:3,4
57:24 59:1,10
61:4,7 62:2,7
64:7,7 72:13

**elections** 1:2,17
1:21 3:3 21:11
52:16 56:25
59:18 63:6
**elector** 36:7
39:10
**electors** 39:9,14
**electronic** 25:2
27:7 58:24
70:9
**electronically**
25:25 70:4
**eligibility** 61:14
**eligible** 17:8
**enacted** 40:10
**ensure** 60:11
**entertain** 31:14
**entire** 5:1
**envelope** 8:4
11:23 21:24
22:2 36:9
40:20 41:21
42:6 43:9,14
44:16 47:20
48:21 49:11
52:17 54:8,11
54:20,21,24
58:15 61:13
64:16 65:13
**envelopes** 36:7
41:14 42:15
53:5
**envision** 53:19
**err** 26:9,10
**error** 6:16,18,19
7:3,8 11:16
18:5 24:23
25:6 29:18
30:19 31:5
34:11 38:2
41:21 63:24
**errors** 41:18
49:15 58:12
**Ervin** 1:19 3:4
6:9 8:23 9:3,5
9:9 11:18 12:3
12:13,15,17
15:17 16:8,13
20:15,19,23

21:14 26:5,17
29:8,13 31:18
33:2,5 46:9,15
46:19 47:14
49:17 51:21
53:6 57:11,17
62:8 63:12,20
64:22 65:14,21
65:25 67:10
68:6,14 70:25
**ERWIN** 6:4
**especially** 54:13
**ESQ** 1:18,20 2:3
2:7
**essentially** 18:9
**event** 70:9
**evidence** 23:3
54:14 55:15,18
72:10
**exactly** 5:23
12:3 29:19
43:17 54:1
**example** 58:5
**exception** 42:3
62:24
**exciting** 70:25
**excluded** 60:21
69:11
**expect** 53:15,16
**expects** 60:18
**expedite** 34:22
35:21
**experience**
39:25 44:14,15
**explained** 8:1
**explanation**
9:11
**express** 57:13
**extended** 67:25
**extensively**
36:11
**extra** 64:6

----

**F**

**facing** 54:22
**fact** 6:13 10:8
14:2 17:19,20
18:11 27:4
29:18 33:15,16

33:17 36:25
42:14 45:17
52:15 62:1
63:23
**facts** 8:22
**factual** 9:11
30:21
**failed** 18:17
**failure** 22:25
27:15 32:2
33:14 39:11
**fair** 69:1
**faithfully** 60:5
**fall** 7:3 34:11
67:24,24
**falling** 18:4
**far** 37:15
**fault** 6:15,20 9:1
12:8,10 15:21
32:13
**favor** 32:21
64:20 65:24
**Fearless** 24:20
**feel** 26:19 57:12
**fields** 52:21
**figure** 11:8
**file** 58:15
**filed** 3:16 23:20
**fill** 11:13,23,24
19:24 21:1,8
21:25 36:7
**filled** 10:24 11:2
12:6,7,11 20:1
20:7,8 21:15
21:22 57:20
**filling** 25:22
44:18 54:21,24
**fills** 17:14 22:7
**final** 66:11,17
66:18 67:21
68:12
**financial** 19:25
**findings** 47:1
**fine** 53:21
**finished** 68:9
**Fire** 24:20
**first** 4:8 15:3
17:10 21:20,25
21:25 28:20

**fit** 39:24
**fits** 4:14 42:2
**five** 68:11
**flap** 41:3 54:8
55:1
**focus** 38:23
**focused** 42:8
**focusing** 50:3
**fold** 54:25
**folded** 55:1
**folds** 54:8
**follow** 32:3 54:1
**following** 41:3
54:13 55:20
**font** 40:24
**footnote** 46:1
**forced** 6:14 9:6
**forgot** 15:25
**form** 40:4,5 56:4
**forms** 19:24
53:16
**forth** 15:15
**forward** 37:7
39:17 52:5,6
53:8,14,15
57:2 60:18
**four** 66:25 67:2
70:18,22
**Friday** 4:11
45:20 46:4,25
47:9 48:5,14
48:14
**full** 4:18 23:24
55:21
**fully** 72:11
**function** 40:4
**future** 59:18
62:12

**G**

**Gallagher** 1:15
1:23 72:17
**Gallagherrep...**
1:25
**general** 10:14
38:12,19 39:23

**Georgia** 4:11
**getting** 8:21
**giant** 41:8
**give** 3:20 4:18
11:9 16:21
17:23 21:1,16
26:11 40:5
57:22
**given** 12:1,8,9
15:8 17:19
19:11,22 20:7
20:24 21:21
22:1 25:17
27:5 28:22
30:16 32:6
34:23 35:21
39:1 49:14
57:6 61:1,2
**gives** 17:11
53:22
**giving** 53:10
63:21 64:5
**Glaessman** 1:19
3:4 27:1,3,17
27:21 28:2,4
29:2,5 30:10
30:22 31:24
32:17,23 44:2
44:6,9,25 45:7
45:10 47:15,24
48:5,11,18,25
49:5,9,13
56:19 58:7,9
58:20,23 59:5
59:18 63:16,25
64:23 65:23
66:1,5 67:8,21
68:2
**Glenlivet** 1:23
**go** 24:12,15 32:4
36:9 37:11
58:9
**goes** 60:16,17
69:24
**going** 13:19 29:5
31:3 35:19,20

**good** 27:23 67:3
**Government**
1:12
**great** 12:6 40:8
**guess** 4:8 17:17
25:1 47:21
49:24 62:20
**guidance** 56:24
59:15 63:5

**H**

**half** 66:11
**hand** 15:17
35:15
**handling** 42:4
**hang** 8:22
**happen** 8:11
10:18 18:16
26:14 31:3
40:21
**happened** 8:17
10:21 18:10
19:9,10 20:6
26:6,8 40:7
62:5
**happening**
38:24
**happens** 57:19
**happy** 24:11
35:15 37:11
**hard** 40:14
**hear** 55:4
**heard** 13:12,20
21:6 33:17
63:1,2,3
**hearing** 1:10
9:20 13:20
32:21 62:19
68:18 71:6
72:13
**hectic** 25:18
**held** 1:10
**help** 45:8
**high** 67:20 68:10

**35:21 39:17**
49:1 52:5,13
53:8,14,14,15
56:20,23 57:2
59:13 60:18

**69:20**
**Highland** 4:24
**historic** 39:1
**holding** 23:14
**honestly** 55:8
**hope** 39:23
53:16
**hopefully** 67:24
**Howells** 19:8
**hundred** 56:10

**I**

**idea** 3:20 13:3
**identify** 13:14
**III** 1:15 72:17
**imposes** 60:9
**include** 22:23
66:23,24 69:4
**included** 48:4
69:23
**including** 39:10
67:11 68:13
**inclusion** 59:4
**incorrect** 19:23
26:20
**incorrectly**
19:24 20:8
**incredibly** 37:18
40:14
**incurred** 60:12
**indicated** 17:8
**indicates** 53:8
56:25
**Indicating** 44:11
**individual** 20:11
**ineffective** 45:23
**Info@portnof...**
2:4
**information**
17:11 19:12,22
19:23 22:11
27:5 28:22
29:22 30:15
34:5 35:6 56:4
56:13
**informed** 39:14
**infrequently**
25:15
**initial** 22:6

inserted 54:2
instance 33:19
instructed 20:11
instruction
  25:13
instructions 8:3
  8:4 21:11,13
  24:9 25:16
  42:6 55:19,22
  57:25 61:6
intended 15:18
  57:19 60:6,10
intent 26:11,19
  26:23 46:19
  57:13 63:21
intentions 16:2
interest 57:11
interpret 46:25
  60:5
interpretation
  23:7 57:1
  59:16 60:2
interpreted 57:4
  57:10
interpreting
  59:2
invalid 4:2 23:1
invalidate 59:21
investigated
  11:25
investigation
  10:23
involve 3:13
involved 3:21
  4:4 8:6 24:7
  28:11
involvement
  28:12
involves 33:13
involving 59:2
iPad 25:2,25
irregularities
  38:4
issue 6:13 11:6
  13:13,19,22
  16:4 18:3
  19:14 20:5,13
  26:20 34:1
  36:4,11 37:6,7

37:19 55:3
issued 10:16
  12:22 40:16
  61:3
issues 18:16
  37:4 68:25
items 64:12

_____

J

James 1:15
  72:17
Jane 1:19 3:4
  64:4
Jarrett 1:5 2:5
Jim 64:2
Jim's 64:3
John 4:23
joined 59:9
Jonathan 61:6
JOSHUA 1:20
judge 21:10
  23:11 66:10,22
  67:13
judgement
  53:23
judges 20:10
judgment 26:15
  38:1
June 61:8
Justice 38:1,1,2
  38:8,8,8,13
  42:3 57:1
  58:10 59:2,8
  60:14 64:9
justices 37:25
  38:7
justify 8:18

_____

K

K 1:18
keep 12:25 69:3
  69:14
kept 68:23 69:25
  70:1
kind 49:24
  53:10 55:7
know 5:9 7:20
  7:21,21,24
  12:24 15:19
  19:5 20:10

24:7 25:11,11
  25:25 27:8
  29:13,16,20
  35:19 36:5,22
  36:23,25 39:7
  39:17 40:12,14
  41:5,8,17,21
  41:23 44:14
  52:15,16 53:18
  53:21 54:9,15
  54:21,22,23
  55:9,13,20,21
  60:19,24 61:1
  61:2 64:3,11
  69:2
knowing 25:6
known 69:10
knows 41:6

_____

L

lack 23:12
language 22:21
  28:25 30:5
  31:1 60:6,18
late 37:22 58:18
law 2:2,6 5:14
  5:17 6:19 17:6
  17:18 23:8
  27:9,18,19,21
  27:23 28:5,7
  29:6 31:1 32:6
  37:4 51:11
  55:9 64:12
lawful 41:25
lawyer 52:14
lean 26:18,23
leave 70:15
left 3:5
legal 53:7 63:3
legally 15:19
legislation 40:10
legislature 39:20
  60:10
legitimate 34:20
legitimately
  12:1
Lehigh 1:1,11
  1:12,17 3:2
  19:21 40:16,19

41:11 54:5,10
length 38:22
Let's 34:5 63:16
letter 42:25
level 29:14
  40:17 41:20
Lexis 5:21
light 39:25
lights 58:1
liklihood 60:4
line 43:10,15,18
  44:10 45:5,8
  52:10,23 53:22
lines 58:2
lining 39:18
listed 11:20 15:8
  16:25
listen 38:12
litigation 36:12
little 13:20
  52:24 68:1
lived 39:25
LLC 1:23
long 39:7 64:6
look 14:3 30:7
  37:12 38:15
  53:17 54:10
  60:19 64:15
  70:18
looked 10:6 63:4
looking 22:20
  35:7 47:24
looks 23:19
  40:20
lord 41:5
lots 67:20 68:10

_____

M

machine 11:7
  20:4,6 69:19
mail 10:7 13:25
  35:7,23,24,25
  46:22 47:2
mail-in 24:14
  28:9 30:12
  37:20 39:1
  40:10 41:12
  42:22 43:23
  44:18 45:11

46:3,10,13,18
  47:11,18 64:12
  65:14,16 69:21
main 35:19
maintain 60:1
majority 23:15
  59:9
making 26:15
mandate 60:3,7
  60:8
mandated 56:14
mandatory 5:25
  17:25 22:22
  27:14 28:24
  30:6 31:2
  38:17 52:4
  57:10 59:19
  60:6
mark 54:3
Marks 61:6
mask 24:4 35:11
match 64:9
matched 27:7
matching 14:1
materially 6:9
matter 1:10 5:10
  5:15 18:12
  23:23 30:24
  31:12 33:9,10
  33:13,13,17
  34:3 37:20
  42:16 44:19
  62:16,21 63:7
matters 3:7,13
  35:3,4
maximize 60:4
Mazin 1:20 3:10
  3:12,22 4:5
  17:17 18:2,19
  18:23 19:4,18
  22:19 23:19
  27:12,19,23
  28:3,16 29:11
  29:15 30:14
  33:12,25 35:17
  36:14 37:8,16
  50:23 52:3
  54:17 55:3,14
  56:23 58:25

59:7,12 62:14
**McCarthy** 1:18
3:1,5,20 4:3,7
4:17,21 5:3,6,9
6:24 7:6,12,15
7:20 8:5,10,16
8:21 9:4,10
12:20 13:7,11
13:14 14:21,25
15:11,16 16:3
16:20 17:10,16
18:24 22:5,9
22:11,13,18
23:16,22 24:3
24:12,18 25:8
25:19 26:4,16
26:25 28:7
29:1,4,7 30:23
31:11,20,25
32:18,24 33:3
33:7,23 34:2
34:16 35:2,12
42:16,21,24
43:4,12,16,21
44:19,23 45:11
45:16 46:8
49:23 50:11,15
50:18,21 53:24
55:23 56:11,17
57:16 58:7
59:8 61:5,22
61:25 62:11,15
62:19 63:14,18
64:18,24 65:2
65:6,17,24
66:2,7 67:6,15
68:15,21 69:1
69:14 71:1,4
**mean** 15:24 16:1
16:8 19:5
22:19 26:8
28:16 29:16
31:5 34:19
36:10 39:5
54:12,17 57:18
64:5 69:4
**means** 38:10,16
**media** 40:22
**meet** 41:15 47:4

48:2,24 49:3,8
50:4 51:7
66:13
**meeting** 3:2,11
35:6
**members** 3:3
35:15
**method** 11:6
**middle** 38:13
**military** 66:25
67:15
**minor** 25:14
38:2,4
**misinformation**
27:5
**misleading** 23:4
28:21 29:22
30:15
**missed** 25:13
26:2 56:10
57:21
**missing** 47:20
47:25 50:7
58:14
**mistake** 8:3 11:7
26:21 30:2,2
41:16 57:14,19
**mistakenly**
11:20
**mistakes** 24:25
41:16
**Monday** 1:13
67:22 68:11,16
68:17
**morning** 3:12
47:17
**motion** 31:14,22
31:23,24,25
32:15,20,22
63:7,7,9,15,19
66:21 67:8
**move** 31:18,20
37:7 63:12
**moved** 32:18
64:18
**moving** 52:5,6
**Mundy** 38:8

---

**N**

N 13:17,17 24:1
**name** 4:18 13:16
16:24 17:11,14
22:7 23:24,25
**names** 11:20
**nature** 3:23 11:8
28:24 33:20
34:4
**necessarily** 8:18
**necessary** 70:6
**need** 52:9 53:25
66:15,25
**needed** 44:17
**needful** 39:22
**needs** 15:9
**neglected** 22:14
**Neither** 25:15
**never** 25:7 47:7
**nevertheless**
32:5
**non-involvem...**
28:13
**nondated** 51:19
**noon** 67:20
68:10
**normal** 24:22
25:5
**normally** 26:1
61:15
**North** 1:12
**Notary** 72:18
**notation** 57:9
**note** 23:2 54:7
58:25
**noted** 38:23
61:10
**notes** 72:12
**notice** 39:21
54:16 60:22
**notified** 49:21
**November** 1:14
3:8,15 37:21
37:22 43:1
51:20,22 52:1
52:7 53:19
57:2
**number** 7:10,13
12:24 13:7
33:10 62:5

---

**O**

O 13:16 24:1,1
**o'clock** 1:14
45:20 47:16
**objection** 5:7
**objections** 5:13
**obligation** 32:5
**obviously** 13:22
15:17 37:24
40:8 45:16
46:16 61:3
62:6
**October** 61:10
**offer** 24:11
**office** 4:4,5 7:9
8:6,8,11 14:1
20:25 26:22
64:8 66:16
**offices** 1:11 2:6
**oh** 5:19 27:17
**okay** 4:7 5:9,19
7:21 8:10,17
8:21 9:3,22
10:21 11:5,17
12:17 13:11
14:7,19 15:16
17:10 18:23
20:4,23 22:18
23:22 26:4,16
26:25 29:1,4,7
30:22,23 31:12
32:18 33:3,9
45:10 48:18
49:9,13,23
50:10,18 52:22
53:3 56:3
57:16 58:20
63:18 64:18
68:14 69:8,13
**omission** 59:20
**once** 53:6 69:24
**ones** 49:10 58:18
70:19
**open** 49:4 69:9
**opinion** 5:20
23:9 38:14,15
38:21 51:3
53:18 56:12
57:1 58:11

59:3,23,25
63:4 64:10
**opportunity**
15:20,21 24:15
49:15 63:22
**opposed** 32:25
41:2,11 43:14
55:6 64:25
**order** 3:2
**originally** 24:14
**outcome** 30:8
**outer** 36:7 40:19
41:21 42:6
52:17 65:13
**outside** 35:24,25
47:19 49:15
54:20
**outstanding**
67:2
**overall** 8:8 37:5
**overarching**
30:5
**overlooked**
23:13
**override** 28:25

---

**P**

P 1:15 2:3 72:17
**p.m** 36:3 42:25
46:4 68:16,17
**P.S** 37:2
**PA** 1:24 2:4,8
**packet** 40:18
**pandemic** 39:2
**panel** 23:11
**paper** 22:6
68:19
**paperwork**
57:21
**paragraph**
52:24
**parenthesis**
52:11,20 54:4
**parenthetical**
53:21 57:8
**Parkland** 4:6
**part** 3:6 15:12
15:12 18:5,5
22:1 25:6

28:13 36:24
37:13 38:24
52:10 59:23
60:1,14 64:14
**particular** 5:15
8:6,11 19:16
26:7,24 37:17
41:5
**passage** 38:25
**passive** 41:2
**pattern** 17:19,20
33:15,16,17
**pause** 36:14
**penalty** 17:6
**Pennsylvania**
1:1,13 5:20
17:2 45:24
63:5
**people** 7:7 8:1
15:18 22:13
32:3 49:18
55:1 57:18
**percentage**
66:12
**period** 5:2 61:10
61:14 66:17
69:18
**permission**
35:11
**permitted** 70:17
**permitting**
59:10
**person** 11:9,12
15:5 18:6,12
20:24 29:23
30:17
**petition** 23:20
**Philadelphia** 2:8
40:20 41:7
53:25 54:1
**physical** 69:15
70:8
**picture** 40:23
**piece** 22:6
**pieces** 25:23
**place** 14:17
18:18 30:12
37:13 45:5,14
60:24 65:20

**placed** 6:1
**places** 5:17 7:10
7:18 8:2 9:7
15:2 31:8
**plain** 46:2
**players** 5:10
**Pleas** 13:19 37:3
70:11
**plus** 55:20 66:24
70:22
**point** 33:5 37:5
45:18 56:23
63:20 66:12
**pointed** 52:9
53:8
**pointing** 41:9
54:2
**poll** 6:14 8:2
10:2 12:22
27:7 29:19,22
30:2,16,19
34:12 58:24
64:9
**polling** 8:2
**popped** 18:12
**portion** 16:11
61:5
**PORTNOFF**
2:2
**position** 3:21,23
6:17 8:12
**possible** 26:10
**post** 36:12 40:22
67:20
**postmark** 42:25
**potentially** 6:18
29:22
**power** 38:3
**pre-canvass**
69:18
**pre-canvassed**
47:6
**pre-canvassing**
5:2 51:1,2
**pre-election**
46:14,15
**precincts** 8:5
**prefer** 34:25
**preference** 26:9

**prepared** 4:11
34:24 35:16
**prescribe** 40:5
**present** 2:11 3:3
4:13,22 5:1
51:8
**presuming** 13:4
**pretty** 45:19
**previous** 61:9
**previously** 65:12
**primarily** 13:19
**primary** 51:14
**principled** 60:1
**print** 52:23
53:21 54:3
**printed** 8:18
36:8 42:6
**prior** 15:9 36:22
37:4,14 47:12
**probably** 30:19
42:24
**problem** 10:1
12:23 30:17
34:12 40:12
**problems** 38:25
39:19 41:6
64:3
**procedure** 21:4
21:8
**procedures** 32:3
**proceed** 26:15
34:25
**proceeded** 51:25
**proceeding**
26:12
**proceedings** 1:8
72:11
**process** 18:10,15
19:17,19 22:12
24:10,17,22
25:4,5,14
26:14 31:6,6
37:1 40:11
42:9 46:24
47:8,10 48:9
49:7 50:25
52:10 55:5
57:24 61:15
**processed** 28:10

70:17
**proper** 21:3
58:16,24
**properly** 8:24
11:23 12:11
15:7 17:7 36:2
42:10 43:24
46:13 60:21
68:24
**prospectively**
52:5 59:13
**proven** 64:7
**provide** 14:16
18:25 35:5
39:8 45:14
60:17 69:6
**provided** 14:12
17:2 22:20
40:16 45:5
54:15 61:19
63:6
**providing** 21:11
21:13
**provision** 17:25
22:23,24 28:19
36:15,16,18
37:9 59:1
**provisional** 3:14
3:24 4:14,15
5:16,18 6:1,8
6:15,25 7:5,16
7:18 8:24 9:6
9:14 10:13,16
10:22 11:9,13
12:1,5,7,9,21
13:8,25 14:22
15:4,22,23
16:12 18:14
20:7,24 21:20
21:21 22:6
24:16,22 27:10
28:11,18 30:12
31:7 32:4,10
34:15 36:17,17
38:10 41:23
43:22 46:24
47:1 48:16
59:6 65:11
67:1

**provisionally**
7:8 9:1 11:19
11:24 18:7
30:1,18 34:21
**provisions** 46:2
**proviso** 64:15
**prudent** 61:9
**public** 1:10 57:5
68:18 72:18
**purpose** 3:10
60:25
**purposes** 69:22
**pursuant** 3:6
**put** 6:17 15:24
40:22 47:3
50:12 61:22
66:4
**putting** 61:12

---
**Q**
---
**qualification**
8:14
**qualified** 38:21
57:24
**question** 9:12
10:15 14:10,14
14:15 17:17
20:15 25:1
26:5 35:22
36:9 41:25
42:1,2 47:13
52:15 54:25
58:17,21 59:22
60:15,25 69:17
**questions** 12:19
16:6 24:8
34:24 41:19
**quick** 26:5
**quite** 33:16
37:10
**quote** 38:22 61:8

---
**R**
---
**R** 1:19 24:1
**race** 13:23 37:18
66:10,22 70:11
**raised** 36:13
**raising** 41:18
**ramping** 38:25
**random** 8:20,20

15:13,14
**ratio** 58:11
**read** 22:21
28:16 52:3
58:6 60:6
**reading** 61:5
**ready** 47:23
54:11
**real** 40:12
**realize** 25:13
**really** 31:2
38:22 41:10
53:12 55:10
60:23 70:15
**reason** 7:17 32:1
34:13,20 36:22
38:6 50:1
55:11 61:11
**reasoning** 23:1
34:14
**reasons** 38:5,5
**recall** 25:19,20
**received** 36:3
44:1 50:15
58:18 61:2
64:8,20
**receiving** 15:9
**recited** 17:21
**recognize** 60:7
**recommended**
10:12
**reconsider**
36:23
**record** 4:18
28:21 56:22
**recorded** 1:15
**recount** 37:5
66:13,14,19
67:13,24 68:1
**red** 58:1
**reduced** 41:17
**referring** 52:22
**refine** 39:24
**refinements**
39:22
**regard** 12:22
35:23 42:7
59:4 68:22
**regarding** 3:8

5:7 36:16 37:3
39:11 55:6
**regards** 18:16
36:6 64:4
**register** 17:1
**registered** 1:16
15:7 17:7
34:13,14 36:2
43:25 72:18
**registration**
1:21 14:5
**reject** 61:11
**relatively** 25:14
**relevant** 8:11
**relied** 19:13
**remarks** 35:14
**remember** 25:22
**remembered**
25:16
**remembering**
13:24
**remind** 61:9
**reminders** 42:9
**remove** 35:11
69:6,7
**rendered** 63:4
**renders** 4:1
22:25
**Reporter** 1:16
72:18
**REPORTING**
1:23
**representation**
35:7
**representative**
6:12
**representatives**
63:2,3
**request** 3:6
**requested** 14:2
**require** 62:10
**required** 7:4,10
7:19 14:1
16:11 22:22
39:15 45:12,14
50:7,9 52:12
52:21,24 53:9
54:4 57:3,6,9
59:14

**requirement**
32:9 38:16
40:2 41:11
42:13 50:7
51:9 52:20
56:10 57:7
59:19 60:24,25
**requirements**
39:12 47:5
48:3,24 49:3,8
50:5 51:7
**requires** 46:2
**requiring** 32:3
**resided** 17:1
**resolve** 37:6,6
**respect** 3:7 4:3
5:6,10 8:6
23:23 32:7
40:13
**respectfully**
42:11
**response** 9:11
62:18 65:1
**rest** 33:8 68:24
69:20
**rests** 53:13
**result** 7:8 28:23
60:9,10 66:24
70:12
**resulted** 30:16
**results** 66:15
69:10,10
**returned** 55:25
**review** 28:1,1
47:10 51:4
**reviewing** 29:15
**revising** 64:16
**revisit** 42:14
**right** 3:4 4:7 9:4
9:10 12:17
16:4 21:10
25:8 29:15
31:21 33:9,23
34:3 35:2
37:16 42:12
43:3,16 44:7
44:16 46:8
47:21 48:18
55:23 56:11

59:7 62:15,19
65:13,19 71:4
**right-hand**
43:14 45:1
**Robert** 2:3 4:19
**room** 68:18
70:15
**rote** 25:24
**rule** 23:5 31:15
**ruled** 5:24
**ruling** 34:23
65:4
**run** 25:11
**rushed** 25:17

——————
**S**
**S** 1:20
**satisfy** 13:8
**saying** 11:18
12:5 18:13
20:10 22:15
32:22,25 44:3
47:16 53:25
55:14 61:18
64:21
**Saylor** 38:8
**says** 16:24 17:24
22:25 27:12,13
31:2 39:20
43:19 52:24
53:11 54:3
60:15
**scanned** 69:19
69:21
**scanner** 70:3
**scanners** 69:20
**scenario** 29:14
29:19 53:7,19
**schedule** 68:7,9
**School** 4:6
**scrupulously**
39:25
**seal** 54:11,24
**second** 9:20
14:16,17 15:6
15:10,24 16:1
23:12 24:7
26:2 32:17
33:13,13 36:15

40:1 63:14,16
64:17 67:10
**seconded** 32:19
64:19
**Secretary** 39:8
45:25 46:1
53:1
**section** 45:8
46:22
**secure** 10:10
**see** 18:10 21:14
25:10 32:13
38:3 40:18
54:15,18 55:1
**seen** 37:10 61:16
70:19
**sees** 39:23
**segregated** 70:4
**segregation**
69:22 70:9
**Senate** 37:18
**sense** 67:5
**sent** 10:10
**separate** 22:24
43:19 46:22
47:25 48:8
49:1,5,10
58:11 59:23
68:23 69:3,19
69:25 70:1
**separated** 49:3
50:14,22 69:15
69:16
**separately** 48:12
**separating**
48:19
**serious** 38:19
**serves** 61:1
**Seventh** 1:13
**severe** 38:24
**showed** 10:7
**side** 26:9,10 33:6
43:9,14 44:16
45:2,6 50:13
57:18 64:3
65:13
**sign** 7:9,18
14:25 15:1,3
16:7 17:12

20:12,12,17,19
20:21 21:9
22:2,3,4,14
31:8 36:8 54:3
58:1
**signature** 14:1
14:16,22 15:6
15:24 16:1,22
16:22,23 17:5
17:24 20:22
21:19 22:4
23:13 25:2
27:6,9,11
34:10 41:9
42:21 47:19
48:20 49:11
52:12
**signatures** 3:25
5:25 7:4 9:15
14:5,12 16:14
22:21,24,25
27:14,15 30:6
32:10 33:15
34:9 47:11
58:23 64:8
**signed** 5:16 6:2
7:1,22,23 8:24
9:6,8 15:9,12
15:13,22 16:11
16:18 17:25
20:1,16 25:11
25:25 35:24
44:3,10
**signify** 32:22,25
57:7 64:21
**signing** 25:19
**silver** 39:18
**similar** 34:8,8
51:16
**simple** 67:7
**sincere** 39:23
**sir** 5:8 13:15
14:24 23:24
24:4,19
**sitting** 37:14
**situation** 5:24
10:13 26:7
28:8,9,12
29:23 30:17

33:14 51:17
**size** 40:24
**small** 52:23
**smaller** 58:12
**smart** 38:11
**social** 40:22
**solely** 42:8
**solemnly** 16:24
**solicitor** 1:20
32:7,9 35:16
**somebody** 10:15
19:15
**somewhat** 8:20
**sort** 25:23,24
37:3 47:14
**sorting** 47:18
**sounds** 12:4
69:1
**speak** 62:16
**speaks** 18:3 31:1
**specific** 8:7
25:16
**specifically**
18:22 26:1
27:10 28:18
29:23
**speed** 69:20
**spite** 63:23
**split** 23:10,10
**spoke** 38:12
**spot** 6:2
**staff** 52:17
**stage** 36:20
**stamp** 58:15
**stance** 6:11
**stand** 12:4 24:3
**standard** 28:9
**standing** 4:15
**stands** 28:2,3
**start** 3:16 47:17
47:24 48:19
49:1
**starting** 46:25
**state** 5:12 37:18
37:19,23 39:21
53:2 56:25
57:4,9 59:15
60:12 61:6
63:6 66:14

**stated** 39:22
51:23,24
**statement** 22:15
23:3 60:14
63:25
**states** 6:19 59:25
**stating** 55:7
**statute** 23:5
27:13,13 30:6
32:6,12 36:5,6
42:17 45:19
56:7,14 62:24
**statutes** 60:5
**statutory** 22:23
28:19,24,24
37:9 39:21
60:2,3
**stenographica...**
1:15
**stood** 27:22
**streamline** 40:4
**Street** 1:13 2:3,8
4:24
**strictly** 32:3
**strong** 32:9
**stuff** 22:2
**stupid** 38:11
**submit** 42:11
**submitted** 13:9
35:23 42:1,14
46:10
**subsequently**
69:11
**successfully**
55:25 56:2
**sufficient** 39:4
41:13 42:5
53:22 54:15
59:21
**sufficiently**
60:21
**suggested** 53:1
**Suite** 2:8
**sums** 16:3
**support** 28:21
**supposed** 12:1
18:15 52:14
**Supreme** 19:2
23:7,18 27:24

27:25 37:19,24
42:4 45:25
51:19 58:10
59:9 63:5
**sure** 10:11 12:3
12:20 13:21
14:2 19:1 21:6
35:12 49:8,21
58:6 70:8,14
**surprising** 62:4
**swear** 16:24
**sympathies** 33:8
**synopsis** 63:4
**system** 47:3
49:21 58:14

———————
**T**
**tabulated** 70:10
**take** 4:8 24:4
26:22 31:4,18
31:20 48:6
70:17
**taken** 70:2 72:12
**takes** 64:11
**talked** 40:8
41:17
**talking** 6:5
16:14 30:10,11
30:14 35:20
38:9
**tally** 66:11 68:24
**technical** 23:13
26:20 27:16
42:13 57:14
63:24
**technically**
47:22
**tell** 3:10 23:24
24:18,24 34:4
51:21
**tend** 26:10,18
**term** 59:3
**termed** 22:22
**terms** 18:4 40:24
60:19
**Terry** 19:11,22
**testified** 18:11
**testimony** 55:15
55:17

**text** 46:2
**Thank** 19:4 35:4
35:13 70:21
**thing** 18:14 20:6
21:15 30:5
42:19 54:6
57:21 59:24
**things** 24:9
26:18 34:22
35:21 40:9
41:7
**think** 5:14 6:6
8:13 16:3
19:20,25 25:9
26:22 27:1,3,7
29:5,16 30:3,4
30:25 31:9
33:15,20 35:19
36:21 37:12
41:13 45:18
53:11,18 54:20
55:8,10,18
56:1,19 57:9
57:14,22 58:8
59:14 61:17
63:7 65:21
67:6,25 68:18
70:19
**thinking** 28:5
29:3 55:12
**thought** 55:5,12
65:6
**three** 3:3 33:25
34:2,7,8,25
35:15 37:25
38:7 43:8 44:9
45:1,4 46:18
55:20 65:5,7,9
65:10,11 66:3
**threshold** 41:15
**throne** 38:3
**thrown** 15:25
**tight** 37:18
**Tim** 11:18 13:24
20:9 46:19
47:16 67:9
**time** 17:1 24:24
25:1,20 26:2
39:6 40:1,3,22

42:2,5 45:18
51:18 55:13
57:13 58:12,16
58:22 60:9
61:2 64:8
70:16
**timeline** 67:17
67:25
**timelines** 66:13
**timeliness** 36:4
**timely** 42:14
43:24
**times** 25:12
**TIMOTHY** 1:21
**today** 3:4,11
4:10,12,22
24:6,9 33:24
35:20 56:18
66:16 67:3,12
**today's** 68:13
**Todd** 38:1
**told** 20:2 24:16
24:21
**tools** 60:11
**total** 69:3
**totals** 70:10
**track** 12:25
**transcript** 1:8
72:14
**treated** 48:11
**tremendous**
32:11
**tries** 63:22
**triggers** 66:12
**trouble** 29:10,12
38:18
**true** 21:17 45:12
**trump** 23:6
**try** 35:21 38:18
**trying** 7:6 8:16
25:9
**turn** 3:9
**twice** 10:11
25:20
**two** 3:13,25 7:4
14:12 15:2
16:13 24:6
27:14 30:6
32:10 33:3,14

40:18 47:22
54:1 66:16
**type** 18:16 36:19
54:4 55:6

———————
**U**

**undated** 45:4
**underlining**
41:1
**understand**
13:21 20:9
36:16 44:16
50:23 70:13
**understanding**
3:22 8:4 33:16
51:10 59:13
**understood** 33:7
55:19
**unfortunately**
4:10 31:8
**unity** 40:5
**unpublished**
5:20,21
**unqualified**
53:14
**uploaded** 70:3
**upstairs** 68:17
**use** 27:8 40:25

———————
**V**

**verified** 25:5
**versus** 30:17
**VIDEO** 1:23
**view** 32:7
**viewed** 59:19
**visible** 64:16
**voice** 41:2
**void** 6:3
**vote** 4:25 10:11
11:14 15:18,18
15:19,20,22
16:2 17:7,9
18:6,12 24:13
24:16 25:3
26:1,10 29:24
29:25 30:1,18
30:24 31:11,19
31:21 32:4
33:3 34:15,19
35:17,18 42:10

42:15 46:10
57:14,19,23
62:6 63:17,22
63:22 65:2
68:24
**voted** 7:8 10:16
11:9,19,21,24
17:6 18:13
24:19 25:7
34:21 57:20
63:9,11
**voter** 5:16 6:16
6:20,22 7:18
8:3 10:6,12
11:16 14:13,22
15:3 17:15,16
20:11,22 21:15
22:7 26:9,11
26:11,13,24
33:6 34:10
41:20 45:8
54:3 61:14
63:21,21
**voter's** 8:25 15:6
26:19
**voters** 6:14 9:5
11:19 14:2
23:4 24:2,6
33:8 35:23,24
36:2 39:4 41:9
41:15,25 42:5
42:12,20 43:25
44:15,17 45:14
49:14 54:14,18
55:4,10,19,20
57:12 60:21
61:19,22 64:5
64:17
**votes** 25:14 29:9
31:10 39:5
**voting** 4:25
18:18 46:23
47:8 57:18

———————
**W**

**W** 24:1
**Walnut** 2:3
**want** 8:25 13:21
14:19 24:4

38:23 43:10
52:15 59:25
67:11 70:14,23
**wanted** 60:23
**warning** 39:4
42:5
**warnings** 39:9
39:11
**wasn't** 6:16 8:25
10:8 19:16
24:21 25:12,17
25:18 27:22
29:19 49:22
**way** 10:10 22:23
25:7 28:5
37:10 52:17
57:3,20 70:11
**we'll** 4:8
**we're** 3:5,12
16:14 29:5
34:23 35:20
41:18 50:3
52:4 53:15
56:19 67:11
**We've** 63:1,2,3,4
**weather** 25:3
**website** 42:7
68:19
**Wecht** 38:13
42:3 51:22
52:3,8 53:7
59:8
**Wecht's** 57:1
58:11 59:3
60:15 64:9
**Wednesday**
66:15
**Wendnesday's**
68:10
**went** 24:13,21
28:20 29:23
39:12 64:13
**weren't** 12:11
25:17 38:20
51:5
**west** 4:24 37:18
**White** 2:5,13
4:12,13,20,21
4:23,23 5:5,8

6:7 69:17 70:2
70:7,14,21
**wife** 24:14,23,24
25:15
**wishes** 62:16
**withdraw** 34:24
**withdrawn** 35:3
35:4 65:7
**withstanding**
57:23
**word** 50:11
55:15
**worded** 27:14
**wording** 58:3,4
**words** 44:2
47:15
**work** 48:12
**worked** 31:6
**workers** 8:2
**works** 26:14
40:14
**wouldn't** 11:14
21:11 28:23
29:25 30:18
55:4
**wrapping** 26:18
**write-ins** 68:9
**writes** 61:7
**written** 35:14
61:13
**wrong** 10:4 28:8
61:12 66:4,6

———————
**X**

———————
**Y**

**Y** 24:1
**yeah** 8:19 45:3
45:13 57:18
68:8
**year** 10:19 37:23
39:19 40:9,16
41:14 58:13
64:15
**year's** 36:12
40:9

———————
**Z**

**Zach** 13:17
**Zachary** 1:6 2:9

2:12 43:6,7
**zero** 65:2

---
**0**
---

---
**1**
---
**1** 61:8
**1030** 2:3
**1058** 37:21
**11** 1:14
**11-6** 4:25
**121** 2:8
**1275** 1:23
**14** 16:16 20:16
  22:13
**15** 1:14
**17** 1:12
**17th** 67:18
**18** 6:7,8,12,21
  6:24 7:3,25
  8:10,17,23
  11:19,22 12:4
  12:13,15 16:16
  20:16 24:2,6
  31:13 32:1
**18102** 2:4
**18106** 1:24
**19107** 2:8
**1922** 4:24
**1960** 62:6,6

---
**2**
---
**2** 3:8,15 43:1
  68:16,17
**2020** 5:20 38:24
  41:22 52:1,7
  52:18 53:10
  57:2 61:10
  64:13
**2021** 1:14 3:15
  52:18 53:20
  61:8 72:7
**21** 6:6
**22,000-ish** 56:2
**22nd** 68:11
**241** 5:22 37:21
**25** 37:2 61:10
**257** 41:15 42:11
  43:8,19 44:21
  44:22,23,25

45:3 55:20
  62:22 64:19
**260** 66:23,24
  67:3 68:22

---
**3**
---
**3** 37:21 65:2
**3-1-3** 37:23
**3157** 37:2
**366-2980** 1:24

---
**4**
---
**400** 2:8
**439-0504** 1:24

---
**5**
---
**5** 45:20 46:4
**566** 5:21

---
**6**
---
**610** 1:24
**695** 5:22

---
**7**
---
**7** 47:16,22 48:23
  49:4
**77's** 38:25
**776** 13:10

---
**8**
---
**8** 36:3 42:25
**800** 1:24

---
**9**
---
**9** 46:25 48:14