# Exhibit G

**COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA**

**CIVIL DIVISION**

| | | |
|---|---|---|
| DAVID RITTER, | ) | No. 2021-C-2805 |
| | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEHIGH COUNTY BOARD OF ELECTIONS, | ) | |
| | ) | |
| Appellee | ) | |


**<u>NOTES OF TESTIMONY</u>**

**(HEARING)**

BEFORE THE HONORABLE EDWARD D. REIBMAN
Monday, November 22, 2021
11:08 a.m.
Courtroom No. 2A
Lehigh County Courthouse
Allentown, Pennsylvania


APPEARANCES:

  ROBERT P. DADAY, ESQ.
  -- On behalf of the Appellant

  JOSHUA S. MAZIN, ESQ.
  -- On behalf of the Appellee

  ADAM C. BONIN, ESQ.
  -- On behalf of the Intervenor,
     Zachary Cohen


\*   \*   \*
LEAH C. NELSON
Official Court Reporter

Case 5:22-cv-00391-JMG Document 27-7 Filed 02/10/22 Page 3 of 119

INDEX TO WITNESSES

**APPELLANT'S WITNESSES**                              **PAGE**


TIMOTHY BENYO

Direct Examination By Mr. Daday............. 16
Cross-Examination By Mr. Mazin.............. 49
Cross-Examination By Mr. Bonin.............. 50
Redirect Examination By Mr. Daday........... 55
Recross-Examination By Mr. Bonin........... 56
Further Redirect By Mr. Daday............... 57

\*    \*    \*

**INTERVENOR'S WITNESSES**                              **PAGE**


RICHARD RICHARDS

Direct Examination By Mr. Bonin............. 59
Cross-Examination By Mr. Daday.............. 63
Cross-Examination By Mr. Mazin.............. 63

**INDEX TO EXHIBITS**

**APPELLANT'S EXHIBITS**

| NO. | DESCRIPTION | MARKED/ REFERENCED | ADMITTED |
|---|---|---|---|
| 1 | 2020 Return Ballot Envelope | 20 | 48 |
| 2 | 2021 Return Ballot Envelope | 21 | 48 |
| 3 | Ballot Instruction Card | 24 | 48 |
| 4 | June 1, 2021 E-mail | 27 | 48 |
| 5 | Nov. 15, 2021 Transcript | 48 | 48 |

Case 5:22-cv-00397-JMG Document 27-2 Filed 02/10/22 Page 5 of 119

```
1                    THE COURT:  Good morning.

2                    THE PARTIES:  Good morning.

3                    THE COURT:  Okay.  This is the matter

4      of David Ritter versus Lehigh County Board of

5      Elections.  Let me just explain one ruling.  There

6      was a request, I think, from one of the

7      representatives of our local media to type on his or

8      her computer, laptop, and I denied the request.  It

9      was just presented to me.

10                    I did it off the cuff, and I did it

11     because we don't allow recordings in the courthouse

12     in courtrooms other than the official court

13     reporter.  And my concern is that even though this

14     is a legitimate member of the press, that's not the

15     issue.  It's just that I thought that there would be

16     some concern that other people would then start

17     pulling out their cell phones and start typing and

18     doing things, and I just think it gets out of

19     control.

20                    So to the individual from the press --

21     and I don't know who it is, but to the individual

22     from the press, I apologize.  I just think that

23     until we've had an opportunity to think this out a

24     little better in terms of what we do with electronic

25     devices, even from the media in the courtroom, I
```

FILED 12/3/2021 1:53 PM, Clerk of Judicial Records, Civil Division, Lehigh County, PA
Case 5:22-cv-00397-JMG Document 32-7 Filed 02/21/22 Page 6 of 119
2021-C-2805      /s/KF

5

 1    decided not to do it.  But you can certainly take

 2    notes, as the lawyers can as well.  Okay.

 3              Mr. Mazin, you represent the county

 4    board of elections.

 5              MR. MAZIN:  Yes, Your Honor.

 6              THE COURT:  All right.  Ready to

 7    proceed?

 8              MR. MAZIN:  Yes, Judge.

 9              THE COURT:  Mr. Daday, you represent

10    Dave Ritter.

11              MR. DADAY:  Yes, Your Honor.

12              THE COURT:  Ready to proceed?  Ready to

13    proceed?

14              MR. DADAY:  Yes.

15              THE COURT:  And, Mr. Bonin, you

16    represent Mr. Zac Cohen.

17              MR. BONIN:  Yes, Your Honor.  And we're

18    ready to proceed as well.

19              THE COURT:  Okay.  Good.  I have a

20    first question, and that is, help me out, with

21    regard to timing.  As I understand it, the board of

22    elections is supposed to meet later this afternoon

23    to certify the election.  And my question is, what

24    impact does that have on me in terms of when I have

25    to give my ruling?

```
 1              Now, I understand that this is a matter

 2    of great concern to those who are involved.  I get

 3    that, and I want to be thoughtful about it.  I want

 4    to have some time to mull through whatever it is

 5    that we go through today.  But I also want to set it

 6    up because I'm going to assume, as I've had a

 7    conference with counsel last week and we talked

 8    about it, I assume that there may very well be an

 9    appeal to this case.

10              And I want to make sure that there's

11    nothing that I do that prejudices either of the

12    parties or any of the parties in any way in terms of

13    vindicating their rights through the appellate

14    system.  So do I have to make this decision before

15    the board of elections certifies the results?  And

16    maybe you haven't thought about that, but that is a

17    matter of concern to me.  I don't want to mess

18    anybody up.

19              MR. MAZIN:  Judge, I believe there's

20    case law that states the certification is delayed

21    until all the petitions have been resolved.

22              THE COURT:  Okay.  Do you need an order

23    that -- do I have the authority and do you need an

24    order to stay the certification with regard to

25    this elect -- with regard to this ballot?
```

Case 5:22-cv-00397-JMG Document 2-7 Filed 02/10/22 Page 6 of 119

```
1              MR. BONIN:  Judge, if I can interject,

2     I don't believe so.  The statute under which we are

3     proceeding, 25 P.S. 3157(b), explicitly states:

4     Pending such appeal, the county board shall suspend

5     any official certification of the votes cast in such

6     election district.

7              THE COURT:  All right.  So we're all in

8     agreement.  Is there any dispute?  We're all in

9     agreement that if I don't get this thing decided by

10    this afternoon, that there's no harm, no prejudice,

11    to either Mr. Cohen or Mr. Ritter?

12             MR. BONIN:  There's no prejudice to

13    either of our parties.  At least, I can only speak

14    for us.  There's no prejudice to us.  The only other

15    thing that I would say is that, if these ballots are

16    to be opened, then these votes not only count in the

17    common pleas race, these votes will count in every

18    race.  And so it is not just as to the common pleas

19    race as to which certification is suspended.

20             THE COURT:  So if I don't decide this

21    case by the time the board of elections meets today,

22    does that mean that all Lehigh County -- all issues

23    on those ballots are stayed in terms of the

24    certification?  I think I see Ms. Murray nodding her

25    head up and down.  Okay.
```

Case 5:22-cv-00397-JMG   Document 1-2   Filed 02/01/22   Page 9 of 119

```
 1                    MR. BONIN:  I believe that's the case,

 2        Judge.

 3                    THE COURT:  Okay.  All right.  Then I

 4        hear there's no disagreement as to that

 5        representation.

 6                    MR. DADAY:  That's correct, Judge.

 7                    MR. MAZIN:  No, Judge.

 8                    THE COURT:  So my thought is that we

 9        first set the table and see where we are in terms of

10        stipulations with regard to a record.  And let me

11        see if I can start it by asking some questions.

12        First of all, does everybody agree, everybody

13        meaning the three principals, that we're dealing

14        with the right to vote, and the right to vote is a

15        fundamental right?

16                    Fundamental right meaning a term of

17        art; I'm not just being flip about it.  Do we agree

18        that we're dealing with the right to vote is a

19        fundamental right?  Any disagreement?

20                    MR. DADAY:  I haven't researched that,

21        Your Honor.  I presume it is.  It's statutory, so I

22        don't know the answer to that.  Fundamental right,

23        actually, may involve other things that are out

24        there.  So I don't know the answer to that.

25                    THE COURT:  Okay.  All right.
```

```
 1                MR. BONIN:  No disagreement, Judge.  I

 2     mean, it's embedded in the state constitution.

 3                THE COURT:  Right.  And toward that

 4     end, Article I, Section 5 of the Pennsylvania

 5     Constitution states, and I'm quoting:  Elections

 6     shall be free and equal; and no power, civil or

 7     military, shall at any time interfere to prevent the

 8     free exercise of the right of suffrage, close quote.

 9                My sense is the right to vote is a

10     fundamental right.  It's enshrined in our

11     Pennsylvania Constitution.  Next is I understand we

12     have -- what? -- 260 ballots at issue.  Right?

13                MR. DADAY:  That is correct, Your

14     Honor.

15                THE COURT:  260 ballots are at issue.

16                MR. MAZIN:  Your Honor, I believe it's

17     261 is the correct number.

18                THE COURT:  261.  Okay.  And do I

19     understand it, and I'm trying to set this, the

20     record, so that we can cut through a hearing and --

21     at least some parts of the hearing.  So we have 261

22     ballots at issue.  And is it 257 ballots where there

23     is no date on the outside envelope?  Correct?

24                MR. DADAY:  That is correct, Your

25     Honor.
```

1        THE COURT:  250 have no date on the

2    outside envelope, and we all agree the outside

3    envelope is the return envelope.  The outside

4    envelope contains another envelope that contains the

5    actual ballot.  We're in agreement?

6        MR. MAZIN:  Yes, Judge.

7        MR. BONIN:  Yes.

8        THE COURT:  Okay.  So there's no date.

9    And now we have four ballots that -- do I understand

10   it? -- the outside envelope are dated, but they're

11   dated in the wrong place.  Is that correct?

12       MR. DADAY:  That was my understanding,

13   Your Honor.

14       MR. BONIN:  We're relying on the

15   representations of the board of elections as to

16   that.

17       THE COURT:  Okay.  And I'm just trying

18   to see if we avoid taking the witness and saying

19   that.  If we can stipulate that that's what the

20   facts are, let's keep moving.

21       MR. MAZIN:  Yes, Judge.

22       THE COURT:  Fair?  Okay.  Okay.  And

23   were all the ballots -- and I'm referring to the 261

24   ballots.  I will refer to them as the ballots at

25   issue.  All right.  Were all the ballots at issue

```
 1    received timely by the board of elections?  We can

 2    stipulate to that?

 3                  MR. DADAY:  I believe it is.  Yes, Your

 4    Honor.

 5                  MR. MAZIN:  Yes, Judge.

 6                  MR. BONIN:  Yes, Judge.

 7                  THE COURT:  Okay.  Was the receipt date

 8    of the ballot verifiable without the date filled in

 9    by the elector?  In other words, does the voter

10    registration office, the board of elections, have

11    the -- have and exercised the wherewithal whereby

12    they are able to put the receipt date on the -- on

13    each of these 261 ballots as they came in?

14                  MR. BENYO:  Yes, Your Honor.

15                  THE COURT:  All right.  Let's swear Mr.

16    Benyo in.

17                  TIMOTHY BENYO, having been called as a

18    witness, was duly sworn by the court reporter,

19    examined, and testified as follows:

20                  THE COURT:  And, sir, your name is?

21                  THE WITNESS:  Tim Benyo.

22                  THE COURT:  And, Mr. Benyo, you're

23    employed by the County of Lehigh?

24                  THE WITNESS:  Yes, Your Honor.

25                  THE COURT:  In what capacity?
```

```
1              THE WITNESS:  I'm the chief clerk to

2    the Lehigh County Election Boards.

3              THE COURT:  Okay.  And you run that

4    office?

5              THE WITNESS:  Yes, sir.

6              THE COURT:  Okay.  So my next question

7    is, the Board stamps the envelope as it comes in,

8    and does the Board record that date in the SURE

9    system?

10             THE WITNESS:  Your Honor, it's not

11   recorded in the SURE system, but it is time-stamped

12   on each of the envelopes.

13             THE COURT:  Okay.  So we have no

14   dispute as to when these ballots arrived in the

15   board of elections' office?

16             MR. DADAY:  That's correct, Your Honor.

17             MR. BONIN:  No dispute.

18             THE COURT:  Okay.  And all of these

19   ballots were received timely?  That's not an issue?

20             MR. DADAY:  That's not an issue, Your

21   Honor.

22             THE COURT:  You all agree?

23             MR. MAZIN:  Yes, Judge.

24             MR. BONIN:  Agree, Judge.

25             THE COURT:  Okay.  Is there any
```

```
 1    evidence that any of the electors of the ballots at
 2    issue appeared at the poll to vote twice?  Is there
 3    any evidence of that?
 4                MR. DADAY:  I don't think that's an
 5    issue in this action.
 6                THE COURT:  Okay.
 7                MR. BONIN:  We're not aware of any such
 8    issue, Judge.
 9                THE COURT:  All right.  Other than not
10    including the date or including it in the wrong
11    place, is there any evidence of fraud or misconduct
12    associated with the ballots at issue?
13                MR. DADAY:  No, Your Honor.
14                MR. MAZIN:  No, Judge.
15                MR. BONIN:  No, Judge.
16                THE COURT:  Is it fair to say then that
17    the sole issue before us is whether a ballot that
18    does not contain the date on the outer envelope or
19    the date was in the wrong place should invalidate
20    the ballot?  That's the only issue before us?
21                MR. DADAY:  Your Honor, I noted in my
22    memorandum of law we believe that there is a
23    procedural defect here.  So that issue is out there.
24    So there's really two issues, the procedural and the
25    substantive issue.
```

```
 1                    THE COURT:  Okay.  So answer this on at
 2        least the substantive issue.  Is it fair to say the
 3        sole issue is whether a ballot that does not contain
 4        the date on the outer envelope or the date was in
 5        the wrong place should invalidate the ballot?  That
 6        is the issue before us?
 7                    MR. DADAY:  That is the issue, Your
 8        Honor.
 9                    MR. MAZIN:  Yes, Judge.
10                    MR. BONIN:  Yes, Judge.
11                    THE COURT:  All right.  So let's get to
12        the procedural issue.  Mr. Daday, you raised it in
13        your brief.
14                    MR. DADAY:  That's correct.
15                    THE COURT:  And, gentlemen, thank you
16        very much for the briefs.  I did receive them in
17        time.  It was a long night.
18                    MR. BONIN:  There was a football game.
19                    THE COURT:  I should have put a page
20        limit on the briefs.  I neglected to do that, but it
21        was okay.  So why don't you go ahead with that
22        procedural issue.  There was no response to it, but
23        that's, I assume, because the briefs were filed
24        simultaneously.
25                    MR. DADAY:  Well, Your Honor, I think
```

```
 1    it would behoove us to put Mr. Benyo on the stand
 2    and have him testify to all this.
 3              THE COURT:  That's fine.
 4              MR. DADAY:  And then we could, when
 5    we're done, argue whether or not the procedure is
 6    correct.
 7              THE COURT:  Mr. Benyo, you're being
 8    called as a witness.
 9              THE DEPUTY:  Excuse me, Judge, they
10    said they were having trouble hearing you.
11              COURT CRIER:  Your mic is not working.
12    I don't know why.
13              MR. DADAY:  Your Honor, I've already --
14              THE COURT:  Hold on a minute.  Yeah,
15    I'm told they cannot hear in the back.  I can only
16    tell you that Judge Johnson had this courtroom
17    before I did this morning.  No, I'm only kidding.
18    Linda, this is not working.  Are those microphones
19    working?
20              COURT CRIER:  Yes, they are.  These are
21    all on, but yours isn't.
22              THE COURT:  Those are on, but this is
23    not.
24              COURT CRIER:  Yes.
25              THE COURT:  I'll try to speak up.  I
```

```
 1    apologize.  My microphone is not working.  I

 2    understand everybody else's is, and yeah.  I'll try

 3    to speak up.  Mr. Daday.

 4              MR. DADAY:  Yes, Your Honor.  I've

 5    already pre-marked my exhibits as I think I do want

 6    to add the one, which is kind of dangling here.  So

 7    may I approach the witness, Your Honor?

 8              THE COURT:  You may.

 9                   DIRECT EXAMINATION

10    BY MR. DADAY:

11        Q.   Mr. Benyo, where do you live?

12        A.   Jim Thorpe, Pennsylvania, sir.

13        Q.   And what is your educational background?

14        A.   Well, formally or informally?

15        Q.   Formally.

16        A.   Formally, I have a degree in IT.

17        Q.   Okay.  Informally?

18        A.   Election -- election work by formally doing

19    it.

20        Q.   Do you take any courses with regards to

21    election law or election proceedings?

22        A.   They're not courses per se, anything formal,

23    but there are meetings and conferences where we

24    discuss different proceedings.

25        Q.   Various seminars, I would assume.  Is that
```

```
1    correct?

2        A.   Yes, sir.

3        Q.   Okay.  And where do you work currently?

4        A.   The Lehigh County Election Office, Voter

5    Registration.

6        Q.   Okay.  And how long have you worked there?

7        A.   Going on 12 years.

8        Q.   And before that, where did you work?

9        A.   Carbon County in the same position.

10       Q.   Okay.  And in your current position, what are

11   your duties and responsibilities?

12       A.   Oversee the office for voter registration and

13   for the process of election.

14       Q.   Yes.  So you obviously know why we're here

15   today.  Could you just give us a brief description

16   of this process, particularly as it relates to

17   mail-in ballots which is what we have going on right

18   now?

19       A.   In counting mail-in ballots?  In processing

20   them?  I'm not sure.

21       Q.   In processing.  Actually, from the time that

22   you send them out.  When somebody sends in an

23   application, presumably, you then send documents out

24   for them to fill out.  Is that correct?

25                 THE COURT:  Are these -- is this
```

1  relevant?

2          MR. DADAY:  I think it's just --

3          THE COURT:  I thought the procedural

4  issue was whether Mr. Cohen has standing.  Yes?  No?

5          MR. DADAY:  That's correct, but I was

6  -- I'm asking some questions I think that relate to

7  all this, and to get a better understanding of the

8  process of what actually happens when the mail-in

9  ballot is requested, then sent out, and it comes --

10          THE COURT:  But I understand that's not

11  an issue.  I thought we stipulated that none of that

12  is an issue.  The only issue is the dating on the

13  ballots, and I'm assuming the ballots were sent out

14  properly according to law.

15          MR. DADAY:  Correct.

16          THE COURT:  They were filled out

17  according to law, except for the date issues.

18          MR. DADAY:  Right.

19          THE COURT:  And they were received in a

20  timely fashion according to law.

21          MR. DADAY:  Right.  But when they sent

22  out the mail in -- so when an application comes back

23  requesting the mail-in vote, the ballot, there is a

24  -- the mail-in ballot goes out with instructions.

25  And I'd like to, you know, get into that.  That's

```
1     really kind of where I'm at.

2                    THE COURT:  Okay.  Then let's get to

3     that.

4     BY MR. DADAY:

5        Q.   Okay.  Could you briefly describe that

6     process?

7        A.   Sure.  After the application is accepted, a

8     packet is sent to a voter.  That packet includes a

9     secrecy envelope, includes a return envelope, the

10    exterior mailing envelope, and a set of

11    instructions.

12       Q.   Okay.  And what happens when you get the

13    ballot back?

14       A.   We check the barcode that's associated with

15    that ballot and that voter to make sure that it

16    matches and it's a legitimate ballot.  It's then

17    scanned into the SURE system, and then it is counted

18    on Election Day.

19       Q.   Okay.  What happens when a ballot is not

20    counted?

21       A.   That would be set aside and it would be

22    canceled.

23       Q.   It's what?

24       A.   It's canceled.

25       Q.   Okay.
```

```
 1          A.   Once we put it into the SURE system, it gets

 2     canceled and then the voter is notified through the

 3     SURE system of its cancellation.

 4          Q.   Okay.  Okay.  I'd ask you to turn your

 5     attention to my Exhibit No. 1.  Can you tell me what

 6     that is?

 7          A.   Exhibit number --

 8               MR. BONIN:  Judge.

 9               THE WITNESS:  Exhibit No. 1 is a copy

10     of the return envelope that would be mailed back to

11     the office from the voter.

12     BY MR. DADAY:

13          Q.   And could you tell me what --

14               MR. BONIN:  Judge, objection.

15               THE COURT:  Mr. Bonin.

16               MR. BONIN:  I'm looking at Exhibit No.

17     1 here, assuming that includes the --

18               MR. DADAY:  No, that's not Exhibit No.

19     1.

20               MR. BONIN:  Oh, I'm sorry.

21               MR. DADAY:  Exhibit No. 1 is the

22     November 2020 --

23               MR. BONIN:  Oh, okay.  I'm sorry,

24     Judge.  I misunderstood what was being asked about.

25     BY MR. DADAY:
```

```
 1        Q.    Can you tell me what this exhibit is?

 2        A.    It's the return envelope that the mailer --

 3        Q.    And --

 4        A.    That would -- they -- a ballot would come in

 5   when it's returned to the office.

 6        Q.    Is this the return envelope for the year

 7   2020?

 8        A.    It is not.

 9        Q.    When is it from?

10        A.    I'd have to compare it to the others, but it

11   is not from this year.

12        Q.    It's not, right.  This year is 2021, last

13   year during the presidential election, I believe

14   this is the ballot of the return that was returned

15   back?

16        A.    This is similar to the ballots that we used

17   in 2020, yes.  I'm not 100 percent sure, but it is

18   not used in 2020.

19        Q.    Okay.  I'd ask you to turn your attention to

20   Exhibit No. 2.  Can you tell me what that is?

21               THE COURT:  I was just confused by that

22   last response.  I thought you said it was or was

23   not.  Exhibit 1 is the 2020 ballot and not used in

24   2021?

25               THE WITNESS:  Correct.
```

```
 1                    THE COURT:  Okay.

 2                    THE WITNESS:  Yes, sir.

 3      BY MR. DADAY:

 4          Q.   Could you tell me -- Exhibit No. 2, can you

 5      tell me what that is?

 6          A.   That is the ballot envelope that we used in

 7      2021.

 8          Q.   Okay.  Are there differences between the

 9      ballots that were sent out in 2021 versus the

10      ballots that were sent out in 2020?

11          A.   There are some design changes with 2021

12      having more information and more instruction.

13          Q.   Okay.  Could you tell us what those

14      instructions were that were added?

15          A.   On the flap to the envelope, it says:  Your

16      ballot must have the following to be counted:  You

17      sign and date the voter declaration in your own

18      handwriting, and you seal your ballot inside the

19      white secrecy envelope marked Official Election

20      Ballot and place it in here.

21          Q.   Okay.  And that first phrase that you used,

22      your ballot must have the following to be counted,

23      is that bolded?

24          A.   It is bolded and in larger font.

25          Q.   Okay.  And down at the bottom, the signature
```

1    block, is there anything different about that?

2      A.    Yes.    The word required is after voter, sign

3    or mark here.

4      Q.    Why were these changes made to the ballot?

5      A.    They were -- it was advice by the Department

6    of State that these changes were administered to the

7    2021 Election return ballot envelopes.

8      Q.    Are you aware of any reason why they changed

9    -- they added these instructions?

10     A.    I -- just a personal opinion.    I don't

11   have -- I do not know why they actually did it.    I

12   know I have heard why.

13             THE COURT:    Well, we got hearsay, and

14   your personal opinion is not relevant.    Is that

15   fair?

16             THE WITNESS:    That is fair.

17             THE COURT:    With all due respect.

18             THE WITNESS:    Your Honor, thank you.

19   BY MR. DADAY:

20     Q.    Did you have the opportunity to review these

21   changes with your solicitor?

22     A.    I do not recall that if we spoke about the

23   specific changes.

24     Q.    Okay.    Did you speak to your solicitor about

25   any changes that were made with the ballot?

```
1        A.    To the ballot design?

2        Q.    That's correct.

3        A.    I am not -- I don't know.

4        Q.    Okay.  You don't know.  You don't recall.

5   Okay.  I'd ask you to turn your attention to Exhibit

6   No. 3, and that is the card.  I'd like to have the

7   card itself entered into the record.

8               MR. BONIN:  Objection, Your Honor.  The

9   card which counsel is presenting to the Court is not

10  the card that would have been included in the

11  general election ballots.  We know this because it

12  says that your ballot must be received by May 18th,

13  2021.  That was for the primary election.  If we

14  have the part for the general election, I would have

15  no objection, but this is his --

16              MR. DADAY:  I'm sorry.  I probably gave

17  you the wrong one.  It should be November 2nd.

18              MR. BONIN:  Okay.  Okay.  Judge, I am

19  reviewing them both here, and it appears that there

20  is no substantive change other than the date on

21  these.  So as, you know, a representative exhibit, I

22  withdraw my objection.

23              MR. DADAY:  Thank you.

24  BY MR. DADAY:

25      Q.  Can you briefly tell us when this instruction
```

1   document is sent out?

2       A.   This is the instruction document that I

3   mentioned earlier that is placed within the packet

4   that is sent to the voter when their ballot is

5   mailed to them.

6       Q.   And was this sent out in 2021?

7       A.   Yes.

8       Q.   And is it sent out to every elector or every

9   person that requests a mail-in ballot?

10      A.   It should be.  Yes.  It should be in their

11  packet.

12              THE COURT:  And when we say 2021, we're

13  limiting this to the general election.  Correct?

14              MR. DADAY:  That's correct.  Yes.

15  Absolutely, Your Honor.

16              THE COURT:  All right.

17  BY MR. DADAY:

18      Q.   I'd ask you to take a look at Paragraph No. 2

19  or the numeric number 2.  Can you tell us what that

20  says?

21      A.   It says, sign and date the return envelope,

22  and then -- in larger font, and then underneath it

23  says, sign and write today's date in the Voter's

24  Declaration section.

25      Q.   Okay.  And about two-thirds of the way down

1    there, there's a block which is highlighted.  Can

2    you tell me what that says?  It begins with, if you

3    do not.

4        A.   If you lose your ballot or mistake a ballot,

5    contact us right away.

6        Q.   I'm sorry.  There's one that is in a block.

7        A.   Oh.  If you do not follow these instructions,

8    your ballot will be rejected.

9        Q.   Okay.  There's also contact information at

10   the bottom of that instruction card.  What is the

11   purpose of the information being put there?

12       A.   That is the contact information for the

13   office.

14       Q.   So if anybody has any questions, they can

15   just simply call?

16       A.   Yes, sir.

17       Q.   And get an answer.  Okay.  And now, it's my

18   understanding that both the November 2021 and the --

19   the ballot and this instruction card are also in

20   Spanish.  Is that correct?

21       A.   Yes, sir.

22       Q.   Okay.  Was there an issue throughout the

23   state with regards to voter registration offices not

24   counting or counting undated ballots, I should say;

25   counting undated ballots?

1       A.    I cannot answer for the state, but I do not

2   believe so.  Not in -- I'm not quite understanding

3   your question.

4       Q.    Okay.  Did you receive any guidance from the

5   Pennsylvania Department of State with regards to

6   undated ballots?

7       A.    Yes, sir, we did.

8       Q.    And I'd ask you to turn to Exhibit No. 4.

9   Can you tell me what that is?

10      A.    That is an e-mail from the deputy secretary

11  of the Department of State.

12      Q.    Okay.  And what is the general purpose of

13  that message?

14            MR. BONIN:  Objection, Your Honor.  The

15  message says what it says.

16            MR. DADAY:  Okay.

17  BY MR. DADAY:

18      Q.    Could you read the second paragraph that

19  begins with as you know?

20      A.    As you know, the department updated the

21  content and the instructions on the declaration

22  envelope to ensure that voters know they must sign

23  and date the envelope for their ballot to be

24  counted.

25      Q.    Thank you.  When did you receive that

1    message?

2        A.   This e-mail is dated June 1st, 2021.

3        Q.   Okay.  Did you circulate that message to

4    legal counsel?

5        A.   I believe we did discuss this.  Yes.

6        Q.   Okay.  And did you receive any advice from

7    your legal counsel?

8        A.   We agreed that this was how we would proceed.

9        Q.   Okay.  In the past, were you counting undated

10   ballots?

11       A.   Only specific to the Supreme Court decision

12   at the 2020 Election.

13       Q.   So after the November 2020 Election, you were

14   not counting the undated ballots.  Is that correct?

15       A.   Correct.

16       Q.   Now, with regards to the undated ballots, was

17   that decision made for the 2021 Election?  Is that

18   correct?

19       A.   Yes, sir.

20       Q.   Okay.  Do you know -- were you involved in

21   that decision-making process?

22       A.   With the Department of State, no.  With legal

23   counsel, yes.

24       Q.   With your legal counsel.  Okay.  Do you

25   recall when that occurred?

```
 1        A.   I don't.  I don't know the date.  No.

 2        Q.   Okay.  For the primary election, did you

 3   count the undated ballots?

 4        A.   I do not believe we did.

 5        Q.   Okay.  Did you receive any objections from

 6   the public with regards to counting undated ballots

 7   at -- prior to the election date?

 8             THE COURT:  We're talking the primary

 9   or the general?

10             MR. DADAY:  I'm sorry.  The general

11   election, Your Honor.

12             THE WITNESS:  I don't remember any

13   specific conversations pertaining to undated ballots

14   with the public, but I would assume there would be

15   more than one complaint.  There's complaints about

16   everything.

17   BY MR. DADAY:

18        Q.   But you don't know of any?

19        A.   I can't be specific on any.

20        Q.   Okay.  So what happened on Election Day?  Did

21   you begin to count the votes or canvass the votes?

22   I guess that's a term, pre-canvass and canvass.  Is

23   that correct?

24        A.   Yes, it's two different terms.

25        Q.   And what goes on in those two processes?
```

```
 1        A.    Pre-canvass is specific to mail ballots, both

 2   absentee and mail-in.  And then canvassing --

 3   pre-canvass begins at 7:00 a.m. on -- can begin at

 4   7:00 a.m. on Election Day.  Canvassing is a

 5   secondary process where once the supplies come back,

 6   we can then go through them and make sure that we

 7   have all the ballots and organize everything to --

 8   leading up to the computation board on Friday at

 9   9:00 a.m. after the election.

10        Q.    Okay.  So when were the mail-in ballots

11   canvassed?

12        A.    During pre-canvass starting -- I believe we

13   started at 7:30, 7:45 on Election Day.

14        Q.    Okay.  And during that process, if a mail-in

15   ballot came in that was undated, what would you do

16   with it?

17        A.    It would be set aside.

18        Q.    Immediately?

19        A.    As soon as we could get to it.  Sure.

20        Q.    Okay.  Now during that process, were there

21   people, representatives of the Cohen campaign team

22   there along with other candidates and their

23   representatives?

24        A.    I'm not sure what specific candidate they

25   represented, but both parties were there.  Yes.  And
```

1    Mr. Cohen, dad, was definitely there for some of it

2    as well as the candidate.

3        Q.   Okay.  And I believe there was a lady by the

4    name of Naomi who was there.  Is that correct?

5        A.   Correct.

6        Q.   Do you recall if she was there for the entire

7    time?

8        A.   Pretty much, yes, the entire time.

9        Q.   Okay.  So did you go over the 260 undated

10   ballots as they were coming in and being canvassed

11   with the representatives from those candidates?

12       A.   On Election Day, no.  At a later time, yes,

13   we did look at them together.

14       Q.   When did that happen?

15       A.   I believe it was the following Wednesday.

16   I'm not exactly sure the date, but it was past

17   Election Day.

18       Q.   That would be the next day.  Is that correct?

19       A.   No.  It was the --

20       Q.   November 3rd.

21       A.   -- following week, I believe.

22       Q.   I'm sorry?

23       A.   It was the following week.  I don't think it

24   was the week of the election, it was the following

25   week.

```
1      Q.   There was a -- my understanding is there was

2   a meeting on November 5th of the representatives

3   from the various candidates.  Is that correct?  You

4   held a meeting where there were objections that were

5   made or challenges that were made to the ballots.

6   Do you recall that?

7      A.   Other than the election board meeting?

8      Q.   That's correct.  So for instance, I believe

9   Mr. Jarrett Coleman who made the objection initially

10  for the provisional ballots was present, and there

11  was a number of other representatives and candidates

12  who were there.

13     A.   We didn't look at the provision.  We don't

14  look at the provisionals until Friday.

15     Q.   Right.

16     A.   During the computation.

17     Q.   I'm sorry.  Friday, November 5th?

18     A.   Okay.

19     Q.   Right.  So on Friday, November 5th, there was

20  a gathering of all the candidates, and I believe you

21  had requested that challenges be made at that time.

22  Is that correct?

23     A.   I don't believe that's true.

24     Q.   Okay.  Can you tell us --

25     A.   The timeline -- the timeline is off.  Yeah,
```

 1    during the whole process, the candidates'

 2    representation and parties are welcome to be in the

 3    area.  We did go over with the parties and the

 4    representatives different ballots that had a problem

 5    with them.

 6         It started on -- at 9:00 a.m. on that Friday

 7    after the election and continues until we complete

 8    the process.  But I don't think it was on Friday

 9    where we double-checked all the provisionals.  It's

10    a much longer process than having everything done on

11    Friday at 9:00 a.m.

12    Q.   I'm sorry.  What?

13    A.   It's a much longer process than having --

14    being able to have everything done at 9:00 a.m. on

15    Friday after the election.

16    Q.   Sure.  So as to the 260 ballots though, were

17    you advising or letting the parties and the

18    representatives know that those ballots were not

19    being counted?

20    A.   I did.  I did go through the different

21    categories of ballots that were not going to be

22    counted, but those were not the provisionals.  Those

23    were the mail ballots.

24    Q.   That's correct.  The mail-in ballots.

25    Correct?

```
 1        A.     Yes, yes.

 2        Q.     And when did that occur?

 3        A.     When we conducted the computation board

 4   meeting on Friday at 9:00 a.m.

 5        Q.     Was that Friday, November 5th?

 6        A.     Yes.  That makes sense.  Yes.

 7        Q.     Okay.  Did anybody make any objections to

 8   those 260 undated ballots?

 9        A.     No.

10               MR. BONIN:  Objection.  Relevance.

11   Judge, if I may be heard on this briefly.

12               THE COURT:  Go ahead.

13               MR. BONIN:  My understanding of the

14   basis of counsel's, you know, procedural objection

15   is that we did not timely object to a decision of

16   the board of elections.  Nothing that's being

17   discussed here has anything to do with any decision

18   that was made by the board of elections.

19               THE COURT:  I take it's conversations

20   Mr. Benyo had with the various political interests;

21   informal, casual discussions.  There's nothing

22   statutory about that, is there?

23               MR. BONIN:  No, Judge.

24               MR. DADAY:  No.

25               THE COURT:  So --
```

```
 1                    MR. BONIN:  I thought we were here to

 2        discuss the procedural defect issue.  And I guess

 3        I'm not sure what the relevance of a lot of this is

 4        at this point, but --

 5                    THE COURT:  Mr. Daday.

 6                    MR. DADAY:  The relevance is that

 7        because he didn't follow one of the four statutory

 8        mechanisms for challenging these votes, the board of

 9        elections had really no authority to act on.

10                    THE COURT:  Well, so isn't that the

11        only question to ask him?  Do we need to have the

12        testimony about all this intermural stuff between

13        Mr. Benyo and the people who were at the

14        courthouse -- at the voter registration office if

15        nothing is statutorily required?  I mean, the issue

16        -- I think what I hear you saying is that Mr. Cohen

17        failed to follow the statute with regard to filing

18        his objections to these ballots.

19                    MR. DADAY:  That's correct, Your Honor.

20                    THE COURT:  Okay.  And I think I agree

21        with Mr. Bonin, if I'm following it correctly, and

22        that is, these are informal discussions; they had no

23        legal effect other than just alerting Mr. Cohen and

24        his people that we're not going to count these

25        undated ballots, just so you know that.  But that's
```

```
1    his decision and not the Board's.  Is that accurate?
2                 MR. DADAY:  That is accurate.
3    Absolutely.  But there was a meeting.
4                 THE COURT:  So what's the import of
5    this testimony?
6                 MR. DADAY:  Well, the import is that on
7    November 5th there was a meeting where the various
8    representatives were there and challenges were made
9    to the various ballots that were deemed to not be
10   counted as part of the process.
11                THE COURT:  Pardon me?  You corrected
12   yourself and I missed it.  Mr. Ritter leaned over,
13   and then you said something else.
14                MR. DADAY:  Right.  The 260 ballots
15   were not objected to by the Cohen team at the
16   November 5th meeting that was held.
17                THE COURT:  And statutorily, were they
18   required to be objected to at that time?
19                MR. DADAY:  No.
20                THE COURT:  Then why are we here on it?
21   Then why is that relevant?
22                MR. DADAY:  Because my contention is
23   there was never a point in this process where they
24   objected to the 260 ballots.
25                THE COURT:  When was he supposed to
```

1  have objected?

2            MR. DADAY:  He should have filed an

3  appeal with the court of common pleas, and that did

4  not happen.

5            MR. BONIN:  Judge.

6            MR. DADAY:  Or he should have filed an

7  action -- a petition with the court of common pleas,

8  I should say.

9            MR. BONIN:  And, Judge, to be clear,

10  our position is that no one was required to file an

11  appeal before the court of common pleas until the

12  board of elections made a decision as to these

13  ballots.  The board of elections didn't make a

14  decision as to these ballots until the board of

15  elections met on Monday, November 5th -- 15th.

16            THE COURT:  And then he has two days to

17  file the appeal.

18            MR. BONIN:  Whoever did not prevail

19  would have had two days to file.

20            THE COURT:  Yeah.  But the time limit

21  is two days after that decision by the board of

22  elections.

23            MR. BONIN:  Exactly.  Whatever

24  Mr. Benyo and his staff had decided is not the board

25  of elections.

```
 1                THE COURT:  Right.  Do you disagree

 2      with that, that Mr. Cohen had no obligation to file

 3      any challenge until two days after the board of

 4      elections took official act?  You agree with that?

 5      Isn't that -- isn't that what's required in the

 6      election law?

 7                MR. DADAY:  My understanding of the

 8      election law is that he had -- his obligation was to

 9      file this matter before the court of common pleas,

10      not with the board of elections.  When he filed it

11      with the board of elections, his filing -- well,

12      actually, he didn't even file anything with the

13      board of elections.  There was no petition that was

14      filed with them.  There were no electors that signed

15      verifications.

16                THE COURT:  Okay.

17                MR. DADAY:  There was no -- nothing.

18      And that's -- it was simply a -- we received a

19      notice from Mr. Benyo that there was going to be an

20      issue with the 260 ballots, and it didn't come up

21      until there was a hearing that we had on provisional

22      ballots that they brought in the 260.

23                THE COURT:  So if I understand your

24      position, and correct me if I'm wrong.  If I

25      understand your position is that informal
```

```
 1    discussions on Friday, November the 5th alerted

 2    Mr. Cohen's campaign that the voter registration

 3    office was not going to count undated ballots and

 4    that no action was taken by Mr. Cohen or his

 5    campaign before the board of elections, this formal

 6    decision.  Is that your position?

 7               MR. DADAY:  The 260 ballots was never

 8    raised at the November 5th meeting.

 9               THE COURT:  Well, now Mr. Benyo

10    testified they were.  He said that there was

11    informal -- if I heard him correctly, there was

12    informal discussion at the November 5th meeting to

13    the effect that they were not going to count the

14    undated ballots.

15               MR. BONIN:  And, Judge, I just want to

16    be clear.

17               THE COURT:  Isn't that what you're

18    saying?

19               THE WITNESS:  Yes, Your Honor.

20               THE COURT:  That's what he said.

21               MR. BONIN:  Yeah.  And this, you know,

22    meeting was not a meeting of the board of elections.

23               THE COURT:  I understand that.  But I

24    think I'm not sure what the point is.  I think

25    Mr. Daday is trying to get maybe that Mr. Cohen was
```

1    on notice that the board -- that his office, not the

2    board of elections, that his office was not -- was

3    intending not to count those 261 ballots because of

4    the date problem.  Now that --

5              MR. BONIN:  Yeah, that's correct.  We

6    were on notice.

7              THE COURT:  My question is, was there

8    any obligation once he was put on notice then to

9    have done something?  And I think Mr. Daday's point

10   is, well, he didn't do anything until the board of

11   elections.

12             MR. BONIN:  That's absolutely correct.

13   We did not do anything until the board of elections

14   met.

15             THE COURT:  And your position is he

16   didn't have to.

17             MR. BONIN:  Exactly, Judge.  Right.

18             MR. DADAY.  There was never -- he has

19   not followed any one of the procedures that is set

20   forth in the act.  If he wanted to contest those

21   ballots, he should have filed an appeal with the

22   court of common pleas.  If he was going to do

23   something with the board of elections, he should

24   have filed a petition with them that included the

25   three verifications and --

```
 1                 THE COURT:  But Mr. Ritter filed the

 2     appeal from the board elections.

 3                 MR. DADAY:  I'm sorry.  What?

 4                 THE COURT:  Mr. Ritter filed the

 5     appeal --

 6                 MR. DADAY:  That's correct.

 7                 THE COURT:  -- from the board of

 8     elections.

 9                 MR. DADAY:  That's correct.  Because --

10                 THE COURT:  So -- go ahead.

11                 MR. DADAY:  Unfortunately, the board of

12     elections took that issue and decided on it.  They

13     shouldn't have even taken that issue because there

14     was really nothing before them.

15                 MR. BONIN:  I really don't understand

16     counsel's contention, Judge.  They're talking about,

17     you know, this three petitioner statute.  That would

18     be if we were requesting a recount.  A recount

19     recounts the ballots that have already been opened.

20     That wasn't the situation here.

21                 What we have is the situation in which

22     Mr. Benyo has indicated that these ballots were not

23     being counted.  I asked Mr. Benyo during the week

24     before if we would like to raise this as an issue

25     directly before the Board, when can we do so?
```

FILED 12/3/2021 1:53 PM, Clerk of Judicial Records, Civil Division, Lehigh County, PA
Case 3:22-cv-03580-MJC Document 2 Filed 02/02/22 Page 36 of 119
2021-C-2805     /s/KF

42

1    Mr. Benyo indicated to me that he would put it on

2    the agenda for the Monday, November 15th meeting of

3    the Board.

4              That's when we presented the issue.

5    And as opposing counsel has acknowledged, they had

6    notice that this issue was going to be debated

7    there.  They were present there.  They made

8    arguments there.  So all of their arguments about

9    notice or process are just not founded, Judge.

10             THE COURT:  Okay.  So last night after

11   10 o'clock, I got the transcript of proceedings

12   before the Board.  I have not read it.

13             MR. DADAY:  Okay.

14             THE COURT:  Okay.  So I'm at a loss.

15   But are you telling me that within this transcript,

16   there is discussion before the Board about counting

17   or not counting these 261 ballots?

18             MR. DADAY:  Yes, Your Honor.  Attorney

19   Mazin brought it up at the hearing, and --

20             THE COURT:  Okay.  And so the Board

21   makes its decision.  And as I understand the

22   election law, anyone who's dissatisfied with that

23   decision of the Board, not of Mr. Benyo but of the

24   Board, has two days to file an appeal to common

25   pleas.  Right?

```
1                 MR. DADAY:  Wrong.

2                 THE COURT:  Okay.

3                 MR. DADAY:  In this matter, this was

4      not something that should have been brought before

5      the board of elections at the time.  This is not a

6      matter that should have come before that.

7                 THE COURT:  Okay.  So that's your

8      position.

9                 MR. DADAY:  Sorry?

10                THE COURT:  So that's your position.

11                MR. DADAY:  Exactly.

12                THE COURT:  The problem is the Board

13     had no jurisdiction over this issue.

14                MR. DADAY:  That's correct.  Exactly.

15     In fact, if you read the --

16                THE COURT:  Is that an administrative

17     code issue?

18                MR. DADAY:  It's the election code

19     issue.

20                THE COURT:  What governs that?

21                MR. DADAY:  It's the election code,

22     Your Honor.

23                THE COURT:  Okay.

24                MR. DADAY:  In order to challenge a

25     ballot, there's only one method.  There's only one
```

FILED 12/3/2021 1:53 PM, Clerk of Judicial Records, Civil Division Lehigh County, PA
Case 3:22-cv-00880-JPC Document 86-3 Filed 09/02/22 Page 45 of 119
2021-C-2805     /s/KF

44

1    reason to challenge a ballot, and that is to

2    determine whether or not the elector is a qualified

3    elector in that county.

4                THE COURT:  Well, you've stipulated to

5    that.

6                MR. BONIN:  Judge, this matter doesn't

7    involve challenge electors or challenge ballots.

8                THE COURT:  You stipulated to that.

9                MR. DADAY:  That's correct.  But to go

10    before the board of elections, that would have been

11    the only method of challenging it.  There's no

12    method for this matter to have been before the board

13    of elections.

14                THE COURT:  Okay.  I think I understand

15    your position.

16                MR. DADAY:  Right.

17                THE COURT:  Any other questions of

18    Mr. Benyo?

19                MR. DADAY:  If I could just read my

20    notes, Your Honor, give me a few minutes here.

21    BY MR. DADAY:

22        Q.   When a ballot is deemed to be set aside, is

23    it -- do you make that decision alone?

24        A.   I would have the final decision.  Sure.

25        Q.   Okay.  So does the Board ever get involved in

Case 5:22-cv-00397-JLS   Document 1   Filed 01/20/22   Page 46 of 119

1    overriding your decision?

2       A.    Not normally.

3       Q.    Okay.  So right.  Okay.  Because there's lots

4    of other ballots that were disqualified?

5       A.    Correct.

6       Q.    And they're not involved in that process.  Is

7    that correct?

8       A.    Correct.

9       Q.    When did the Cohen team express their

10   objections to the 260 ballots?

11                    MR. BONIN:  Objection.  Relevance.

12                    THE COURT:  Overruled.

13                    THE WITNESS:  I would say the meeting

14   of the election board, there was talk previously

15   about those ballots, but I don't remember them ever

16   saying they were objecting to any particular

17   ballots.

18   BY MR. DADAY:

19      Q.    And what was the purpose of that meeting?

20      A.    Which meeting?

21      Q.    The one that was held I believe on

22   November 15th.  It was that Monday a week ago.

23      A.    That was the provisional ballot meeting, I

24   believe.

25      Q.    And how many ballots were involved in that?

```
1        A.    In the provisional ballots?  Twenty-one.

2        Q.    Okay.  And at the time that the meeting was

3   set, there was really no discussion about any other

4   challenges to those ballots.  Is that correct?

5        A.    I made the Board aware that the Cohen team

6   had looked at those ballots, that something may come

7   up.

8        Q.    Okay.  At the time, what was the difference

9   between Mr. Ritter's vote total and Mr. Cohen's vote

10  total?

11       A.    Seventy-four.

12       Q.    Okay.  And Mr. Ritter was ahead.  Is that

13  correct?

14       A.    Yes, sir.

15       Q.    Okay.  When a challenge is made to a ballot,

16  is there supposed to be a deposit made with the

17  board of elections?

18                 MR. BONIN:  Objection.  Relevance.

19                 THE COURT:  What was the question?

20  When is a challenge what before the board of

21  elections?

22                 MR. DADAY:  So when a challenge is

23  made, the statute requires that there be a deposit

24  of $10 per, I believe it's per ballot --

25                 THE COURT:  Oh, a deposit.  Okay.
```

```
 1              MR. BONIN:  I renew my objection.  This
 2    case has nothing to do with challenged ballots, this
 3    is about trying to include ballots.
 4              THE COURT:  Overruled.  You may answer
 5    the question.
 6              THE WITNESS:  Can you be more specific
 7    on what section you're speaking of?
 8    BY MR. DADAY:
 9       Q.   Okay.  It's 3146.8.
10       A.   And is it in reference to challenges at the
11    polling place?
12       Q.   No.
13              THE COURT:  Do you have the statute?
14    Can you give it to Mr. Benyo?
15              MR. DADAY:  Section (f) states:  Any
16    person challenging an application for a ballot, an
17    absentee ballot, an application for a mail-in
18    ballot, or a mail-in ballot for any reasons provided
19    in this act shall deposit the sum of $10 in cash
20    with the county board.
21              MR. BONIN:  Judge, I renew my
22    objection.  This is about challenging ballots.  No
23    one is -- was challenging ballots.
24              THE COURT:  This is challenging the
25    application for a ballot?
```

```
1                    MR. DADAY:  No.  It's the challenge --

2       they made the challenge to the mail-in ballot.

3       They're saying that the ballot should be counted.

4                    THE COURT:  All right.  Well, let's get

5       the evidence on the record.  I'll make a ruling.

6       BY MR. DADAY:

7          Q.   Okay.  Did they make a deposit of $10 per

8       ballot?

9          A.   No, sir.

10                   MR. DADAY:  I'd like to move my

11      exhibits into evidence.

12                   THE COURT:  Any objection?

13                   MR. DADAY:  I also have the transcript

14      too.  I believe you have that.  So I think that

15      should be part of the record.

16                   THE COURT:  Let's mark it.  Plaintiff's

17      Exhibit next in number which would be, what?  Four?

18      Five?

19                   MR. DADAY:  Five.

20                   THE COURT:  Any objection?

21                   MR. BONIN:  No objection, Judge.

22                   THE COURT:  Plaintiff's Exhibits 1

23      through 5 will be admitted without objection.

24                   (Whereupon, Exhibits No. 1, 2, 3, 4,

25      and 5, respectively, were moved and admitted into
```

```
 1   evidence.)

 2              THE COURT:  With that, Mr. Daday.

 3              MR. DADAY:  I'm sorry, Your Honor.

 4              THE COURT:  With that, any other

 5   questions of Mr. Benyo?

 6              MR. DADAY:  I have no other questions,

 7   Your Honor.

 8              THE COURT:  Okay.  Mr. Mazin, any

 9   questions of Mr. Benyo?

10              MR. MAZIN:  Just a few questions.

11                 CROSS-EXAMINATION

12   BY MR. MAZIN:

13      Q.   Do you know how many mail-in ballots the

14   county received for the November 2nd, 2021 Election

15   approximately?

16      A.   Approximately 22,000.

17      Q.   Okay.  Were any of the ballots that were

18   received, the mail-in ballots, were any of them

19   opened from the secrecy or outer envelopes?

20      A.   Of the 22,000?

21      Q.   Yes.

22      A.   Yes.

23      Q.   Okay.  Once the Board made its decision that

24   the ballots at issue should count, were those

25   ballots separated from all the other mail-in
```

 1    ballots?

 2        A.    Yes.    They were separated prior to, and then

 3    the specific 261 were also separated from the other

 4    categories that were not being counted.

 5        Q.    And why were they separated?

 6        A.    Because those were specifically in question

 7    by the Cohen team.

 8                    MR. MAZIN:   It's all the questions I

 9    have.

10                    THE COURT:   And for the benefit of the

11    public, can we agree that those ballots have not yet

12    be opened?

13                    THE WITNESS:   Your Honor, the exterior

14    envelope was opened.   Nothing was removed or

15    separated from the original mailing envelope.

16                    THE COURT:   So the ballots themselves

17    have not been disclosed and we don't know how people

18    voted in those 261 envelopes?

19                    THE WITNESS:   You are correct.   Yes,

20    Your Honor.

21                    THE COURT:   Okay.

22                    MR. MAZIN:   That's all I have, Judge.

23                    THE COURT:   Mr. Bonin.

24                    MR. BONIN:   Sure.

25                    CROSS-EXAMINATION

FILED 12/3/2021 1:53 PM, Clerk of Judicial Records, Civil Division Lehigh County, PA
Case 3:22-cv-00880-JFC Document 2 Filed 01/20/22 Page 52 of 119
2021-C-2805     /s/KF

51

1    BY MR. BONIN:

2     Q.   Mr. Benyo, prior to the November 15th meeting

3    of the board of elections, had the board of

4    elections at any point earlier this year made any

5    decisions with regards to the handling of undated

6    ballots?

7     A.   I do not believe so. No.

8     Q.   Okay. So this was previously a decision that

9    you had made on your own after consulting with

10    counsel?

11     A.   Yes, sir.

12     Q.   Okay. We previously discussed -- I just want

13    to have a full understanding of the ballot packet

14    which is sent out to mail-in voters. You had

15    previously indicated that the security envelope --

16    the ballot itself was included, the security

17    envelope was included, and this two-sided card was

18    included in the packet. Is that correct?

19     A.   Yes, sir.

20     Q.   Were there any other materials in that

21    packet?

22     A.   The return envelope.

23     Q.   Okay.

24     A.   And the exterior envelope.

25     Q.   Okay. Are there any other instructions,

FILED 12/3/2021 1:53 PM, Clerk of Judicial Records, Civil Division, Lehigh County, PA
Case 3:22-cv-00803-JFC Document 1 Filed 01/20/22 Page 53 of 119
2021-C-2805      /s/KF

52

1   explanations, forms regarding local initiative,

2   anything of that, sir?

3       **A.**   Well, yes, depending on the district, there

4   was plain English statements included in the mail --

5   a portion of the mail ballots.

6       **Q.**   Okay.  Then how lengthy would those inserts

7   have been?

8       **A.**   It was two of the districts were one sided, I

9   believe, and one -- the City of Allentown's was two

10  sided.

11      **Q.**   Okay.  And --

12      **A.**   Single sheet of letter paper.

13      **Q.**   Okay.  And the Allentown insert concerned

14  what?

15      **A.**   The two referendum questions that were on the

16  ballot.

17      **Q.**   Okay.  Are the packets assembled in any

18  particular order in terms of what goes in where

19  within the envelope?

20      **A.**   I don't know if our order was the same as the

21  mailing house that we contract to do the first

22  initial -- the first three initial mailings.  I

23  don't know.

24      **Q.**   Okay.

25      **A.**   But yes, there's an assembly line, so they

1    were in some specific order.  I do not know the

2    order.

3        Q.   So you don't know if this instruction card

4    was on top of everything else, behind everything

5    else, or what?

6        A.   I couldn't -- we can look.  I have examples

7    in my briefcase.

8        Q.   I don't believe that's necessary at this

9    time.  I guess the other question, I just want to

10   turn your attention back to Exhibits 1 and 2, which

11   have been previously moved into evidence.  Exhibit 1

12   was the 2020 declaration envelope.  What I notice

13   from this copy is that there was no envelope flap on

14   here.  Was there on the physical envelopes which

15   went out for the 2020 General Election, if you

16   remember?

17       A.   I don't know off the top of my head.

18       Q.   Okay.  Let me see.

19       A.   I can look at the samples from the printer.

20            MR. DADAY:  Just for the record, I do

21   have the sample -- an actual, so if you'd like that.

22            THE WITNESS:  Those are for 2021, I

23   believe.  Oh.

24   BY MR. BONIN:

25       Q.   And just so I and the Court understand how

```
 1    these ballots are reviewed, when they come in prior

 2    to or on Election Day -- because that's when they

 3    have to come in to be counted.  Correct?

 4        A.   Correct.

 5        Q.   And when they arrive at the board of

 6    elections, are they reviewed at that time as to the

 7    sufficiency of that outer declaration envelope?

 8        A.   They are.

 9        Q.   Is any notice provided to voters if their

10    declaration envelopes are insufficient?

11        A.   There is.

12        Q.   And how is that notice provided?

13        A.   Once -- once the envelope is processed

14    through the SURE system, they are notified either by

15    e-mail or -- e-mail, mail, or text.

16        Q.   Okay.

17        A.   That something happened to their ballot.

18        Q.   Okay.  And did those notices go out during

19    this election cycle, as far as you know?

20        A.   As far as I know, yes.

21        Q.   Did any voters -- and did voters have an

22    opportunity to cure those defects prior to or on

23    Election Day?

24        A.   Certain defects, yes.

25        Q.   Was the date defect one of them?
```

```
 1       A.   Yes, it was.

 2       Q.   Did any voters come in to cure that defect?

 3       A.   They did.

 4       Q.   Do you know how many?

 5       A.   I do not.

 6       Q.   You don't.  Okay.  Do you know if it was --

 7  can you -- was it many voters?  Was it a handful?  I

 8  mean, as best as you recall.

 9       A.   I don't know.

10       Q.   Okay.  Okay.  With regards to the

11  November 15th board of elections meeting, and when

12  you became aware that this issue of the undated

13  envelopes was one that the Cohen campaign was

14  interested in, did you provide notice to other

15  candidates or their representatives that this issue

16  was going to come up in the November 15th meeting?

17       A.   I'm not 100 percent sure.  I'd have to look

18  at my e-mails.  The Board was notified, and I do not

19  remember if the candidates were included.  If one

20  was, then both were.

21       Q.   Okay.  Okay.

22            MR. BONIN:  Judge, I have no further

23  questions.

24            THE COURT:  Any redirect, Mr. Daday?

25                 REDIRECT EXAMINATION
```

1    BY MR. DADAY:

2        Q.   Mr. Benyo, when was the Ritter campaign

3    notified about the issue with the undated ballots

4    and the objection by --

5        A.   I don't know the date.

6        Q.   Do you recall doing it?

7        A.   I've sent -- I send lots of e-mails.  I do

8    not recall.

9        Q.   Okay.

10               MR. BONIN:  Brief.

11               THE COURT:  Mr. Marzin -- Mr. Mazin,

12   I'm sorry.  Mr. Mazin, any questions?

13               MR. MAZIN:  No, Judge.

14               THE COURT:  Mr. Bonin.

15                   RECROSS-EXAMINATION

16   BY MR. BONIN:

17       Q.   Was there a campaign present at the

18   November 15th meeting?

19       A.   Yes, sir.

20       Q.   Did they make argument at that meeting with

21   regards -- legal argument with regard to how the

22   undated ballots should be handled?

23       A.   Yes, sir.

24               MR. BONIN:  No further questions,

25   Judge.

1          THE COURT:  May Mr. Benyo step down?

2          MR. DADAY:  I'd like to ask --

3          THE COURT:  Go ahead.

4                    **FURTHER REDIRECT**

5    BY MR. DADAY:

6      Q.   Did you send out any notice to the Ritter

7    campaign about the objections that were filed or the

8    challenges that were made by the Cohen campaign?

9      A.   There were no challenges or objections.

10     Q.   So there was nothing in writing that was

11   presented to the -- to your office?

12     A.   No, sir.

13     Q.   Okay.

14          THE COURT:  That's it.  Mr. Benyo, you

15   may step down.

16          THE WITNESS:  Thank you, Your Honor.

17          THE COURT:  Thank you, sir.  Mr. Daday,

18   any other witnesses or evidence with regard to the

19   procedural matter or, for that matter, the

20   substantive matter?  We'll take it both at once.

21          MR. DADAY:  I have nothing else, Your

22   Honor.  I'd just like to move my -- I think we did.

23          THE COURT:  I think we did, and I

24   admitted them without objection.  Mr. Mazin, you

25   have any witnesses or evidence?

```
 1                    MR. MAZIN:  No, Judge.

 2                    THE COURT:  Mr. Bonin.

 3                    MR. BONIN:  We have at least one, and I

 4       don't know if other electors present in the

 5       courtroom today who were voters of the undated

 6       ballots and would like to discuss their ballot

 7       experience, if it would be helpful for the Court.

 8                    THE COURT:  And the purpose of that

 9       would be to demonstrate what?

10                    MR. BONIN:  To demonstrate that voters

11       were, in fact, confused or not properly directed by

12       the ballot design, that they intended to cast

13       legally valid ballots, that they made every effort

14       to do so, and that they would like their -- that

15       their ballots were timely voted, and that they would

16       like their ballots to be counted.

17                    THE COURT:  You may call that witness.

18                    MR. DADAY:  Your Honor, I would object

19       to those witnesses.  That has absolutely no

20       relevance to the fact whether or not -- if their

21       ballots were undated, they were undated.  It speaks

22       for itself.

23                    THE COURT:  Well, that's one argument.

24       But I think there's case law that may require that

25       we look at whether it was -- whether it was a
```

 1    confused directive or confusing directive or not.

 2    So I'm going to take the witness, for whatever it's

 3    worth.

 4              MR. BONIN:  We'd like to call Richard

 5    Richards to the stand.

 6              THE COURT:  Mr. Richards.

 7              **RICHARD RICHARDS**, having been called as

 8    a witness, was duly sworn by the court reporter,

 9    examined, and testified as follows:

10              THE COURT:  Mr. Bonin.

11              MR. BONIN:  Okay.

12                   **DIRECT EXAMINATION**

13    BY MR. BONIN:

14       Q.   Could you please identify yourself for the

15    record?

16       A.   Richard Richards is my name.

17       Q.   And where do you live, sir?

18       A.   In Allentown.

19       Q.   Are you a registered voter?

20       A.   Yes.

21       Q.   And for how long have you been a registered

22    voter?

23       A.   I'm not sure exact, but most of my life.

24       Q.   Okay.

25       A.   Since I'm allowed to.  Yeah.

```
 1          Q.   Okay.  And do you regularly vote in

 2     elections?

 3          A.   Yes.

 4          Q.   In the past few years have you -- by what

 5     method or methods have you voted?

 6          A.   Write-in ballot.

 7          Q.   And by write-in ballot, you mean -- do you

 8     mean --

 9          A.   Through the mail.  Mail ballot, yeah.

10          Q.   Okay.  So you have not been voting in person,

11     you've been voting by mail?

12          A.   That is correct.

13          Q.   And did you -- did you apply to vote by mail

14     for the November General Election?

15          A.   Yes.

16          Q.   Did you receive a mail-in ballot for the

17     November General Election?

18          A.   Yes.

19          Q.   Do you recall around when you received it?

20          A.   October -- I'm not 100 percent sure.

21          Q.   Okay.  And when you received the ballot

22     materials, what did you do with them?

23          A.   I went upstairs at my desk and read over

24     everything and filled it out right away and mailed

25     it the next day.
```

```
 1        Q.   Okay.  And when you say filled it out right
 2   away, I just want to be clear about what the it is.
 3   What did you fill out?
 4        A.   The ballot.  I filled out the ballot.  I read
 5   through it, you know, and tried to make an
 6   intelligent decision on each candidate and then
 7   voted.
 8        Q.   Okay.  And then what did you do with your
 9   ballot once you had completed it?
10        A.   I signed it -- well, I thought I signed it.
11   I signed it, and I thought I dated it right.  And
12   then I put it in the security envelope.  And I
13   thought I signed and dated that correctly, but --
14        Q.   Okay.
15        A.   -- obviously, I didn't.  And then I put it in
16   the regular mail envelope, and then I mailed it.
17        Q.   Okay.  I just want to be clear on some of --
18   when you say that you signed it, are you referring
19   to your ballot itself or the declaration envelope?
20        A.   Definitely the envelope.  As far as the
21   ballot goes, I -- I'm not 100 percent sure.  But I
22   think I did, yes.
23        Q.   Okay.  And do you recall whether -- do you
24   recall whether you put a date on that envelope?
25        A.   I thought I did.  Yes.
```

```
1      Q.   Okay.  Do you -- do you have any problems

2   generally reading and understanding instructions in

3   English?

4      A.   No.

5      Q.   Okay.

6      A.   I might take -- I might spend extra time,

7   which I did with this ballot, spend time, extra time

8   reading it so I wouldn't get it wrong.  But I did

9   get it wrong, obviously, so --

10      Q.   Okay.

11      A.   And I apologize for that.

12      Q.   Okay.  After -- no need to apologize.  After

13   you cast, and then how did you have your ballot

14   delivered to the board of elections?

15      A.   The nearest mailbox to my house, which is on

16   Downyflake Lane in Allentown, right off of Lehigh

17   Street.

18      Q.   Okay.  And after you cast your ballot, did

19   you receive any communications from the board of

20   elections indicating that there was any problem with

21   your ballot?

22      A.   I got an e-mail saying everything, they got

23   my ballot, and everything was okay.

24      Q.   So the communications that you received said

25   that your ballot was going to be counted?
```

```
1        A.   Yes.

2                MR. BONIN:  I have no further

3    questions, Judge.

4                THE COURT:  Mr. Daday.

5                     CROSS-EXAMINATION

6    BY MR. DADAY:

7        Q.   Do you have a copy of that e-mail?

8        A.   No, I erased it.  I erased -- my trash thing

9    was so full, I erased the whole thing and, yeah, I

10   erased it.  So I don't have it.  No.

11               THE COURT:  Any other questions?

12   Mr. Mazin.

13                    CROSS-EXAMINATION

14   BY MR. MAZIN:

15       Q.   Did you receive -- how many e-mails did you

16   receive from the county regarding your ballot?

17       A.   One.

18       Q.   Just one.

19       A.   Yeah.

20       Q.   Okay.

21               MR. MAZIN:  That's all I have, Judge.

22               THE COURT:  Any redirect?

23               MR. BONIN:  No, Judge.

24               THE COURT:  Mr. Richards, you may step

25   down.  Thank you, sir.
```

FILED 12/3/2021 1:53 PM, Clerk of Judicial Records, Civil Division Lehigh County, PA
Case 5:22-cv-00397-JFL  Document 1-21  Filed 01/31/22  Page 95 of 119
2021-C-2805    /s/KF

64

```
 1                    THE WITNESS:  Thank you.

 2                    THE COURT:  Any other witnesses or

 3       evidence, Mr. Bonin?

 4                    MR. BONIN:  I don't believe.  We had

 5       talked to a number of voters.  They're not here,

 6       Judge, so --

 7                    THE COURT:  Okay.

 8                    MR. BONIN:  We have no other witnesses.

 9       Obviously, we'd like to offer argument both on the

10       procedural and the substantive points.

11                    THE COURT:  I will give you that

12       opportunity.  Mr. Daday, any rebuttal?

13                    MR. DADAY:  Nothing.

14                    THE COURT:  Okay.  I assume that

15       completes the evidentiary portion of the hearing.

16       So let's have, without objection then, let's proceed

17       to oral argument.  Mr. Daday, would you like to go

18       first on behalf of Mr. Ritter?

19                    MR. DADAY:  Thank you, Your Honor.

20       Your Honor, thank you for giving us the opportunity

21       here to present these important cases.  This is --

22       have potentially some large effects throughout the

23       Commonwealth, and it's a great opportunity to get

24       out all the issues.  Okay.  Yes.

25                    The first, with regards to the first
```

 1    issue, Your Honor, we believe that Mr. Cohen's

 2    challenge to the 260 undated ballots is fatally

 3    defective.  As I indicated in my brief, the Rinaldi

 4    case goes through, in great detail, the process that

 5    you have to follow in order to challenge the

 6    election votes.

 7              First, a request must be made to the

 8    board of election for a recount, which may be made

 9    pursuant to 25 P.S. Section 3154.  The second method

10    is pursuant to 3157(a) which provides for an appeal

11    to the court by any person aggrieved by any order or

12    decision of the county board regarding the

13    computation or the canvassing of the returns.  An

14    appeal must be filed within two days of the order of

15    the decisions.

16              Third, a request may be made to common

17    pleas court for a recount or a re-canvass for votes

18    which appear to be fraud or with an error.  Such a

19    request must be made within five days after the

20    completion of the Board's computation and, most

21    importantly, they must have a petition which is

22    verified by three qualified electors and accompanied

23    by a cash deposit.

24              With regards to 3154 which is the first

25    one, the request to the board of elections, they

1    also must have a verified affidavit that is

2    presented by three voters of that district.  Lastly,

3    if the returns have been officially certified, the

4    only manner in which the complainant may challenge

5    the election result is a petition to the court of

6    common pleas.

7              The Cohen campaign failed to proceed or

8    utilize either -- any of those statutorily

9    prescribed procedures to raise his objections to the

10   260 ballots.  The Rinaldi case discussed the defects

11   that were a part of that case, and defects which

12   were very similar to the ones in this -- in the

13   current case.

14             In Rinaldi, the candidate was a

15   candidate for the counsel for the bureau of Old

16   Forge in Lackawanna County.  They had filed a

17   petition requesting the Court of Common Pleas of

18   Lackawanna County to count 111 write-in votes.  The

19   court of common pleas convened a two-judge panel,

20   which served as both the board of elections as well

21   as the court, to hear arguments.

22             At that argument, the counsel for the

23   Republican Party made objections to the process

24   stating that the petition failed to identify the

25   provision of the election code; and, furthermore,

1    that the candidates requesting relief did not comply

2    with the requirements of the Code.  In that case,

3    the common pleas court granted the candidate's

4    petition but did not deal with the defects in the

5    procedural portion of the case.

6              The Rinaldi case is really important

7    because they stated in that case that a jurisdiction

8    to resolve election disputes is not of common law

9    origin but is founded entirely upon the statute and

10   cannot be extended beyond limits defined by the

11   General Assembly.  Hence, the statutory provision

12   set forth at length constitute the exclusive means

13   for challenging the accuracy of the election

14   results.

15             This is really important because this

16   means that the election code is a statutory

17   proceeding.  It is the exclusive method for

18   challenging election results.  That there was

19   nothing -- the Cohen campaign failed to proceed with

20   any of those statutory listed remedies in order to

21   challenge the ballots.

22             In Rinaldi, the candidate's petition

23   was actually addressed to the board of elections

24   rather than the court of common pleas.  So the

25   Commonwealth Court considered that petition to be a

1     request for a recount pursuant to 3154(e).  In that,

2     the petition to the board of elections, it failed to

3     contain the proper number of elector verifications

4     and the form of those verifications.

5             The Commonwealth Court ruled that

6     because they had failed to meet those basic

7     requirements, that Rinaldi's petition was fatally

8     ineffective.  Mr. Cohen's challenges to the

9     defective mail-in ballots at issue were also

10    procedurally improper.  At the hearing, counsel for

11    Mr. Cohen verbally objected to the undated mail-in

12    ballots.

13            Mr. Cohen's challenge failed to conform

14    to any of those specifically provided procedures set

15    forth in the act for challenging the accuracy of the

16    vote.  Furthermore, Section 3146.8 requires that the

17    person challenging the application for an absentee

18    ballot shall deposit the sum of $10 with the county

19    board of elections to challenge those ballots.

20            THE COURT:  Let me interrupt you.

21    We're not dealing with absentee ballots.  Right?

22    We're dealing with mail-ins.

23            MR. DADAY:  Right, mail-ins.  I'm

24    sorry.

25            THE COURT:  Right?

```
 1              MR. DADAY:  Right, yes, it is mail-in.

 2              THE COURT:  We agree on that?

 3              MR. DADAY:  Absolutely, yes.

 4              THE COURT:  But we do agree that the

 5    statutory language with regarding to signing and

 6    dating are the same for absentee and mail-ins.

 7    Correct?

 8              MR. DADAY:  I believe so.  Yes.

 9              MR. BONIN:  They are.

10              THE COURT:  We can agree on that.

11              MR. DADAY:  Yeah.

12              THE COURT:  Okay.  And Rinaldi involves

13    absentees or mail-ins or does it make no difference?

14              MR. DADAY:  It was a -- yes, that's

15    correct.  The ballot, it was a paper ballot that

16    they failed to fill in the oval.  It was a write-in

17    ballot.  The parties were writing in Mr. Rinaldi's

18    name, they wrote it in, but failed to fill in the

19    oval.

20              THE COURT:  Okay.

21              MR. DADAY:  The Pennsylvania Supreme

22    Court and the Department of State have interpreted a

23    dating requirement for mail-in ballots to be

24    mandatory, and that the failure of the voter to

25    comply with these same shall result in the defective
```

1    ballot being uncounted.  The statute is very clear.

2    It is unambiguous.  3150.16(a) states that the

3    elector shall then fill out, date, and sign the

4    declaration printed on such envelope.

5            This issue was addressed by the Supreme

6    Court in the case of *In Re: Canvass of Absentee and*

7    *Mail-in Ballots of November 3rd, 2020*.  In that

8    case, Justice Donohue authored an opinion announcing

9    judgement to the court concluding that the violation

10   of the dating requirements for the main-in ballots

11   under the Code does not warrant the rejection of the

12   ballots.

13           But because the Justice Donohue had

14   authored the opinion as announcing judgment of the

15   court, this is not a precedent to the courts of the

16   State of Pennsylvania.  Justice Dougherty, who was

17   joined by Chief Justice Saylor and Justice Mundy,

18   filed a concurring and dissenting opinion.

19           In that concurrence, he states:  In my

20   opinion, there is an unquestionable purpose behind

21   requiring electors to date and sign the declaration.

22   And as Judge Brobson observed below, the date on the

23   ballot envelope provides proof of when the elector

24   actually executed the ballot in full, ensuring that

25   their desire to cast it in lieu of appearing in

1    person at a polling place.  The presence of the date

2    also establishes a point in time against which to

3    measure the elector's eligibility to cast the

4    ballot.

5              Justice Wecht also issued a concurring

6    and dissenting opinion.  And in his opinion, he

7    states that thus, in future elections, I would treat

8    the date and sign requirement as mandatory in both

9    particulars, with the omission of either item

10   sufficient without more to invalidate the ballots.

11             THE COURT:  Well, he does raise another

12   more, though, doesn't he?  In his last footnote.

13             MR. DADAY:  I'm sorry.

14             THE COURT:  Doesn't Justice Wecht in

15   his last footnote raise another, it's not so simple?

16   He doesn't -- he says in his opinion, without more,

17   he would invalidate the ballots for failure to have

18   the date.  Correct?

19             MR. DADAY:  That is correct.

20             THE COURT:  But then if you read his

21   final footnote, he raises another issue.  It's No.

22   54.  He says:  The OAJC, meaning the opinion of the

23   court, the judgment of the court, observes that the

24   Democratic National Committee argues, with some

25   persuasive force, that the campaign's requested

1    interpretation of Pennsylvania's Election Law could

2    lead to a violation of the federal Voting Rights Act

3    by asking the state to deny the right to vote for

4    immaterial reasons.

5              No -- he goes on, and he cites the

6    opinion, the OAJC opinion.  He refers to Federal

7    Statute 52 U.S.C. 10101(a)(2) and he quotes:  No

8    person acting under color of law shall deny the

9    right of any individual to vote in any election

10   because of an error or omission on any record or

11   paper relating to any application, registration, or

12   other act requisite to voting, if such error or

13   omission is not material in determining whether such

14   individual is qualified under State law to vote in

15   such election, close quote.

16             Then Justice Wecht goes on to say:  The

17   OAJC does not pursue this argument, except to

18   acknowledge a handful of cases that might be read to

19   suggest that the name and address, and perhaps even

20   the date requirement could qualify as, quote, not

21   material in determining whether such individual is

22   qualified under State law to vote, close quote.

23             Given the complexity of the question, I

24   would not reach it without the benefit of thorough

25   advocacy.  But I certainly would expect the General

1    Assembly to bear that binding provision in mind when

2    it reviews our Election Code.  It is inconsistent

3    with protecting the right to vote to insert more

4    impediments to its exercise than considerations of

5    fraud, election security, and voter qualifications

6    require.

7                So he does raise another issue.  It's

8    not so simple, even in Judge Justice Wecht's mind,

9    that the statute says, you got to sign and date it.

10   I agree that's what the statute says.  We all agree

11   on that.  But the footnote raises, this is not so

12   simple.  There's a whole other issue here.  And I

13   guess that's my concern.  And when you cite Judge

14   Brobson's quote, we don't have any fraud issues here

15   in this case.

16               That's what has me troubled by this

17   case is that all the reasons that the state -- the

18   legitimate reasons that the state would have in

19   imposing requirements before somebody can exercise

20   their right to vote or before the vote is counted,

21   they don't seem to apply in this case because you've

22   all stipulated there's no fraud.

23               The ballots were received on time.

24   There's no issue.  What is the importance of the

25   date here in these 261 ballots?  Why is it

```
1    important?  We don't even know if the date that the

2    elector put on the ballot on the envelope is

3    accurate.

4                  It could have been an inaccurate date.

5    Who cares?  They could have backdated it two or

6    three days.  They could have predated it.  Right?

7    What difference does it make other than the fact,

8    and it's important, I'm not minimizing it, other

9    than the fact that the statute requires the date?

10                 MR. DADAY:  Well, the statute requires

11   it.  And I believe Judge Brobson's observations are

12   directly on point.

13                 THE COURT:  But not applicable here.

14                 MR. DADAY:  I disagree.

15                 THE COURT:  Well, where's the fraud?

16                 MR. DADAY:  I don't think you have to

17   show fraud.

18                 THE COURT:  Where's the concern?

19                 MR. DADAY:  I don't think the fraud is

20   an issue here.  The question is whether it's

21   supposing -- I think the question really comes down

22   to is, he says:  The date on the ballot envelope

23   provides the proof of when the elector actually

24   executed the ballot in full.

25                 THE COURT:  Who cares?  What's the
```

1     legitimate purpose whether the elector did it on the

2     date the elector says he did or a day or two before

3     or after?  There's no question about these ballots

4     other than the fact it doesn't have the date.

5     Here's my problem.  We're dealing with a fundamental

6     right to vote, and I think the state has legitimate

7     concern to make sure that there's no fraud involved

8     in the process.

9               I get that.  We all agree with that.

10    But all the case law that you're referring to has

11    these provisions there in the context of protecting

12    against something bad happening; fraud.  We've

13    already stipulated here.  There's no fraud.  And I'm

14    trying to under -- doesn't -- if the state is going

15    to interfere, I shouldn't use a negative word like

16    interfere.

17              If the state is going to have some

18    impact on one's exercise of a fundamental right, the

19    right to vote, doesn't there have to be some

20    rational connection with that impediment, with that

21    hurdle, in order for the state to justify that

22    measure?

23              MR. DADAY:  Well, for instance, what

24    would happen if the person that filled out the

25    ballot was not of age at the time he filled out the

```
1    ballot and signed it?  We wouldn't know whether or

2    not that person was qualified to vote at the time.

3              THE COURT:  I don't know.  I mean, I

4    don't know whether putting a date on that envelope

5    demonstrates whether the person is of age or not.

6    I'm assuming that's a registered voter.  I'm

7    assuming when the voter registered, the voter

8    certified what his date of birth was, and that

9    person is now enrolled on the voter rolls.

10             So now the person gets the envelope as

11   a mail-in and puts the date on it that he exercised

12   it.  But, again, there's no investigation that any

13   of these ballots were fraudulent, that any of these

14   electors were not eligible to vote.  You've all

15   stipulated they were.  That's my problem that you're

16   throwing up things that, yeah, that could happen,

17   but it hasn't in these 261 cases.

18             Suppose the statute read this.  The

19   statute said the elector shall then fill out, date,

20   sign the declaration and include your COVID

21   vaccination status.  Right?  The COVID vaccination

22   status has nothing to do with the exercise of the

23   right to vote.

24             You would probably be the first one,

25   and I bet you everybody here would say, that's
```

1    crazy.  Somebody should have the right to vote

2    whether they elect to be vaccinated or not

3    vaccinated.  Whether one's vaccinated has no

4    rational connection to the exercise of this

5    fundamental right.  Fair?  Is that fair?

6                    MR. DADAY:  Fair.

7                    THE COURT:  Okay.  So now you're

8    conceding that even though the statute might say you

9    have to tell us what your COVID vaccination status

10   is, the Court would have the obligation to say,

11   that's not a rational requirement.  Strike it down.

12   Right?

13                   MR. DADAY:  I don't think you would

14   have the ability to do that, no.

15                   THE COURT:  Well, who would?

16                   MR. DADAY:  Maybe the Supreme Court.  I

17   don't know.

18                   THE COURT:  Well, how does it get to

19   the Supreme Court?  Don't I have to do it first?  I

20   mean, I'm not trying to be flip.  I'm trying to

21   understand exactly where we are here, and that's my

22   confusion.  Suppose the statute said in addition to

23   signing and dating it, you need to disclose your

24   credit score.  Right?  Because I want to see if you

25   pay your bills, if you're a responsible citizen.

```
1                    MR. DADAY:  I think the date is a

2       little bit more important than your credit score --

3                    THE COURT:  You need to tell me --

4                    MR. DADAY:  -- and your COVID

5       vaccination.

6                    THE COURT:  It may well be.  It may

7       well be.

8                    MR. DADAY:  I think it goes a lot

9       further than that.  I can tell you in my career as

10      an attorney and having lived a pretty decent life

11      here at 62, I sign and date everything.

12                   THE COURT:  Right.

13                   MR. DADAY:  And it's just -- it's the

14      way we do business.

15                   THE COURT:  Right.

16                   MR. DADAY:  It's, you know, what if so

17      for instance, many people out there, I'm sure

18      there's lots of attorneys out there who have their

19      clients sign their verification and then not date it

20      so that they can date it at a later date.

21                   THE COURT:  Right.

22                   MR. DADAY:  Is that appropriate?

23                   THE COURT:  Is it appropriate?

24                   MR. DADAY:  No.

25                   THE COURT:  Are we dealing with a
```

1    fundamental right, the exercise, the right to vote?

2    Again, I need to understand, and you need to help

3    me.  Normally, yeah, I agree with you.  Almost

4    everybody -- almost it's a knee-jerk reaction, sign

5    and date this thing.  With almost everything that we

6    sign in life, we sign it and date it.

7              Why is the date in these 261 ballots

8    critical when you've already stipulated there's no

9    fraud here?  It doesn't make any -- and, in fact,

10   what difference does the date make here?  Nobody's

11   trying to figure out whether these are accurate

12   dates or not.  It's irrelevant.  That's what I'm

13   trying to understand.

14             MR. DADAY:  Then why would the

15   Governor, and through the Department of State, send

16   out this guidance from the Department of State

17   saying that you must sign it and date it if they

18   didn't believe that it was consistent with Judge

19   Wecht's opinion?

20             THE COURT:  Because I think they

21   honestly believe that, that's what's going to be

22   required by the Supreme Court consistent with

23   Justice Wecht's decision.  Yeah.  Look, there can be

24   differences of opinion.  And I'm trying to probe

25   with you, how solid is your position or the

1    Department of State's position or the legislature's

2    position?  Isn't that what we're supposed to be

3    doing here?

4                    MR. DADAY:  Right.  When I read a

5    statute and it says shall, it's mandatory as far as

6    I'm concerned.

7                    THE COURT:  Well, that's another

8    subject, but yes.

9                    MR. DADAY:  That's what it says, and

10   that's what it should be.  It's not may.  They could

11   have put may down.  They could have equivocated and

12   said, well, you don't have to put your date down.

13   But they said shall date and sign.

14                   THE COURT:  Except there's a hundred

15   years of jurisprudence in Pennsylvania when shall

16   doesn't mean shall.

17                   MR. DADAY:  I disagree.  Only under

18   certain exceptions, and those exceptions don't apply

19   here.

20                   THE COURT:  Why not?  Why not?

21                   MR. DADAY:  There's no evidence that,

22   that applies.

23                   THE COURT:  Suppose the legislature

24   instituted a literacy test before one could vote.

25   Right?  Just because the legislature says it has to

1    do that -- the legislature does that, that doesn't

2    mean the courts accept that at face value.  We probe

3    it to understand, is this right?  Does this have a

4    rational relation to the exercise of the franchise,

5    the vote?  I mean, isn't it -- aren't the courts

6    supposed to protect fundamental rights?  You'd agree

7    with that?

8              MR. DADAY:  Well, I question -- I know

9    that the right to vote is in our constitution and

10   it's statutory.  Whether it gets to the status of

11   what we consider to be a fundamental right, I don't

12   know the answer to that.  I haven't researched that.

13             THE COURT:  There's Supreme Court

14   authority for that.

15             MR. DADAY:  I don't know.  I don't

16   know.  I haven't researched that, it wasn't part of

17   the process for today.  So I can't say that it's --

18             THE COURT:  Well, it wasn't part of the

19   process that you made.

20             MR. DADAY:  Right.

21             THE COURT:  And everybody else.  Nobody

22   else addressed it either.  I'm not just picking on

23   you.

24             MR. DADAY:  Right.

25             THE COURT:  I'm picking on all of

```
 1    them --

 2              MR. DADAY:  Correct.

 3              THE COURT:  -- because that issue was

 4    not addressed.  I cut you off.  I didn't mean to.

 5              MR. DADAY:  No, that's okay.

 6              THE COURT:  It wasn't meant to be

 7    disrespect.

 8              MR. DADAY:  I just think you have to go

 9    back and look at the makeup of the Supreme Court.

10    There was four justices that said that this is a

11    mandatory, this is a required matter.  Justice Wecht

12    was very clear about the fact that it's mandatory.

13    He --

14              THE COURT:  Well, he was clear in this

15    sense:  He said, yeah, it's mandatory.  I grant you

16    that.  But he didn't apply it in 2020.  He said,

17    we're going to let it go this year because of all

18    the confusion.  In his words, his ruling is

19    prospectively only.  Right?

20              MR. DADAY:  Correct.

21              THE COURT:  And he invited the

22    legislature to clarify it.  Legislature hasn't done

23    anything.  So I don't know --

24              MR. DADAY:  But he didn't qualify that

25    in his actual opinion.
```

```
 1                    THE COURT:  Pardon me?

 2                    MR. DADAY:  It was his footnote.

 3       Correct?

 4                    THE COURT:  No, the footnote that I

 5       read is the federal issue.

 6                    MR. DADAY:  Oh, okay.

 7                    THE COURT:  Yeah.  No, he invites the

 8       legislature to clarify this.

 9                    MR. DADAY:  And wouldn't that be

10       considered dicta?

11                    THE COURT:  Well, may be.  But the

12       legislature hasn't taken Justice Wecht up on his

13       invitation.  So now --

14                    MR. DADAY:  I think the Republicans

15       actually did present an amendment to the act.

16                    THE COURT:  But it hasn't been enacted.

17                    MR. DADAY:  Well --

18                    THE COURT:  I mean, that's the law.

19                    MR. DADAY:  Unfortunately, that's the

20       process that we go through here.

21                    THE COURT:  I didn't mean to cut you

22       off, if you're not finished.

23                    MR. DADAY:  Well, I did want to add,

24       and I think it's very important, it's absolutely

25       important; it's the fact that the county voter
```

FILED 12/3/2021 1:53 PM, Clerk of Judicial Records, Civil Division, Lehigh County, PA
Case 5:22-cv-00397-JFL Document 42-3 Filed 07/20/22 Page 85 of 119
2021-C-2805     /s/KF

84

```
 1    registration office actually went ahead, as I

 2    indicated, and made major changes to the ballot.  It

 3    includes the instruction that your ballot must have

 4    the following to be counted and included.  You must

 5    -- you sign and date the voter's declaration in your

 6    own handwriting.

 7              And it says by the signature block that

 8    date is required.  And, again, with the mail-in

 9    ballot or the instruction card that is sent out to

10    every voter, it specifically says you got to sign

11    and date the return.  And it specifically says that

12    if you do not follow these instructions, your ballot

13    will be rejected.  I think if you take the four

14    Supreme Court justices that voted to exclude undated

15    mail-in ballots, we have to conclude that, that is

16    precedence here in Lehigh County.

17              THE COURT:  And I think that's your

18    strong argument.  Yeah, I agree.  I think that's

19    your strong argument.

20              MR. DADAY:  Thank you.

21              THE COURT:  If you can read the tea

22    leaves.  Right?

23              MR. DADAY:  Right.

24              THE COURT:  If you can read the tea

25    leaves, it looks like the Supreme Court is going to
```

1    go four to three that the statute says, you shall

2    sign and date.  You have to date it.  Right?

3                MR. DADAY:  Correct.

4                THE COURT:  Now, I know there's

5    jurisprudence elsewhere that says shall doesn't mean

6    shall, but that's your strong argument.

7                MR. DADAY:  Thank you.  And lastly, I

8    think, obviously, Mr. Ritter requests that this

9    Court issue an order reversing the decision of the

10   board of elections.

11               THE COURT:  I understand.

12               MR. DADAY:  Thank you.

13               THE COURT:  Thank you, Mr. Daday.

14   Mr. Mazin.

15               MR. MAZIN:  Yes, Judge.  I would ask

16   that Mr. Bonin present his argument first, if that's

17   okay.

18               THE COURT:  Mr. Bonin.

19               MR. BONIN:  Thank you, Judge.  I want

20   to go over the procedural issues first, and then the

21   substantive issues.  On the procedural issues, none

22   of the sections of the election code cited by

23   Mr. Ritter's counsel apply here.  This matter does

24   not involve a challenge to ballots.

25                    A challenge to ballots under the

1    election code means an effort to exclude ballots

2    from the count, and it's a preelection challenge.

3    That has nothing to do with what we're doing here.

4    They then cited the Rinaldi case, which regards a

5    recount of ballots.  A recount of ballots --

6                    THE COURT:  Let me ask you this.

7                    MR. BONIN:  Sure.

8                    THE COURT:  Why isn't that not a

9    challenge?  The issue is, do we count the ballots or

10   we don't count the ballots?  That's the question.

11   Right?  So isn't that a challenge to the ballots?

12   Or how else do you describe it?  What other word

13   would you use?

14                   MR. BONIN:  I would not use the verb

15   challenge to describe an effort to include -- if it

16   had said challenge to the handling of ballots, I

17   might agree with that.  But this says challenge to

18   ballots.

19                   THE COURT:  So you mean nobody can

20   challenge it because it doesn't fall within your

21   definition of the election code?

22                   MR. BONIN:  Well, no.  There are other

23   means to question the board of elections' handling

24   of particular ballot envelopes, and these are the

25   procedures that we availed ourselves of here.  We

1    asked, you know, we inquired as to whether the board

2    of elections itself had made any decisions on this

3    issue, and we asked that it be placed on the Board's

4    election for the Board's review.

5                    They heard evidence.  They heard legal

6    argument.  We've -- we followed -- we followed the

7    prescribed procedures.  And, in fact, there was

8    nothing in the election code saying that this isn't

9    the way to handle it.  This is what's known as the

10   computation process, the actual first time going

11   through and counting of the vote.

12                   It is absolutely within the Board's

13   discretion.  I believe it was Section 3154 that

14   said, of the election code, this is what they do,

15   and sometimes they are called in to make these

16   decisions on groups of ballots or on individual

17   ballots.  We asked them to consider this as part of

18   their agenda, and they did so.

19                   I don't know what else to say as to

20   that other than we not only, you know, followed the

21   procedure that is in the election code, we followed

22   the procedure which Mr. Benyo, the chief clerk of

23   elections, directed us to follow.  If, you know, if

24   he had said, you know, show up on Wednesday, we

25   would have been there on Wednesday.

```
 1              He said the Monday meeting where we're

 2       also discussing the provisional ballots is the

 3       meeting where you can raise this issue, and so we

 4       did so.  But I also will say, this doesn't fall

 5       under Rinaldi in the recount procedures because

 6       recounts deal with, how do you interpret a ballot

 7       that's already been opened?

 8              You know, now that's it's been -- now

 9       that we've determined that this voter is valid, now

10       that the ballot has been separated from the voter,

11       you know, did they fill in the bubbles correctly?

12       Did they cast write-in votes correctly?  That's not

13       what's going on here.  And, in fact, that process is

14       completely separate from the voter's identity.

15              At that point, the ballots are here,

16       the envelopes are opened, and they're here and there

17       are no questions at that point as to whether this

18       person was a valid voter who cast a valid ballot

19       properly.  So any discussion of recount procedures

20       is off the mark here.  We're not in any recount

21       mode.

22              You know, once all of the ballots are

23       counted and, you know, we see where the results are,

24       either of the candidates in this race or any of the

25       candidates in any race, you know, have that ability
```

1    to look at the ballots and have them counted again

2    as -- you know, as going on right now with this

3    statewide Commonwealth Court race; but that's not

4    this.

5              So we do believe that we have followed

6    the proper procedures; that the Board was correct to

7    make, you know, to take this on and to take this

8    vote; that Mr. Ritter, you know, was represented by

9    counsel at those procedures.  They made their -- you

10   know, so any argument that, you know, about notice

11   is off the mark here.  They were there.  They

12   argued.  The transcript respects that -- it reflects

13   that.

14             So I believe that this matter is

15   properly before the Court.  So as to why we believe

16   the decision should be upheld, it really is -- it's

17   a two-step argument, you know, both emanating from

18   Justice Wecht's concurrence and dissent.  And, you

19   know, I don't want to gild the lily too much because

20   you've read the briefs, you've voiced some of these

21   arguments yourself.

22             But it's a two-part question.  Number

23   one, you know, were there sufficient warnings as to

24   the consequences for failure to sign and date the

25   ballots?  Obviously, we have presented to the Board

1    below and, you know, is attached to our briefs, you

2    know, we see the Lehigh envelopes.  We can see the

3    Philadelphia Lehigh declaration envelopes by way of

4    comparison.  So there is this sort of visual and

5    subjective evaluation for this Court to do.

6                THE COURT:  But what evidence do I have

7    in order to decide the case, oh, it works now?  What

8    evidence in the record do I have that the

9    corrections, the changes that the board of elections

10   made for the November 2021 General Election are

11   insufficient?  It does say --

12               MR. BONIN:  I think --

13               THE COURT:  It does say -- there's the

14   block.  Mr. Benyo read the instruction, you don't

15   sign and date this thing, your ballot is not going

16   to be counted.  I mean, there's no evidence about

17   the size of the type, where it's located, how it's

18   highlighted.  And do I just decide viscerally that

19   I'm not happy with that?

20               MR. BONIN:  No.  I think the best

21   objective evidence is that 260 out of two hundred

22   and -- 22,000 mail-in voters were rejected on this

23   basis, more than one in a hundred.  It is an

24   objective standard to look at, and it is almost

25   double the rejection rate of the Philadelphia and

```
1    Allegheny ballots in the 2020 Election, which the

2    court by a four to three margin decided, you know,

3    the court, you know, by a four to three margin

4    decided as to the 2020 Election that these elections

5    should be counted because there was not sufficient

6    warning.

7              And if, you know, the .65 percent in

8    Philadelphia and the .67 percent in Allegheny in

9    2020 was sufficient to demonstrate to the Supreme

10   Court that there was insufficient warning, then this

11   1.18 percent should be.  I mean, Justice Wecht in

12   the Pennsylvania Democratic Party decision, which we

13   also cite in our brief, you know, invoked the free

14   and equal elections clause, which Your Honor has.

15             And he said that, that would be

16   triggered if there were a con -- I forget if he said

17   constitutionally troubling or constitutionally --

18   let me try the right language here -- a

19   constitutionally intolerable ratio of rejected

20   ballots.  I think that's what we have here.  I think

21   that when more than one out of every hundred voters

22   is excluded on that basis, it is constitutionally

23   intolerable.

24             If you had a line outside a polling

25   place, if these people had showed up at the polls
```

1    and there were 500 people in line and five of them

2    were just plucked out of the line and said you

3    cannot vote today, sorry, you didn't quite do it

4    right, I think we would all be bothered by that.

5    And I do think that, that does offend the free and

6    equal elections clause and the constitutional right

7    to vote as guaranteed by the Pennsylvania

8    Constitution.

9            I guess the other thing that I do want

10   to note because Mr. Daday did raise the question of

11   legislative acts that reform this, and Your Honor is

12   right to correct -- to note that they haven't been

13   enacted yet, nor does the general assembly's

14   proposed enacted H.B. 1800 address this issue at

15   all.

16           They do not remove the sign and date

17   requirement.  They certainly don't remove the date

18   requirement.  They prescribe nothing as to the form

19   of the ballot declaration envelope.  So even to the

20   extent that opposing counsel wants to say, well, the

21   legislature is working on it, they, in fact, did not

22   listen to -- at least yet listen to Justice Wecht's

23   directive.  They have done nothing to reform this

24   procedure.

25           And then finally, Judge, you know, I do

1    appreciate that, you know, this Court recognizes, as

2    Justice Wecht did, that there is also the federal

3    voting rights issue here -- Voting Rights Act issue

4    here and the question of materiality.  And

5    especially because it has been stipulated out of

6    this case, there was no fraud.

7              There is no question as to the

8    eligibility of any of these voters.  I think this

9    Court is right to question whether there is a

10   sufficient -- I don't even think it would be

11   rational basis.  I think when you're talking about

12   a, you know, something as compelling as the right to

13   vote --

14             THE COURT:  Usually it's a stepped-up

15   standard.

16             MR. BONIN:  Some stepped-up standard of

17   scrutiny beyond national basis.

18             THE COURT:  Fundamental right triggers

19   strict scrutiny.

20             MR. BONIN:  Yeah, it should be.

21             THE COURT:  I think.

22             MR. BONIN:  Yeah, and even if we were

23   to say, you know, strict -- and it even doesn't need

24   to be strict in theory, fatal in fact.  But even if

25   just a normal strict scrutiny is there, a -- I'm

1    trying to -- you know, an absolutely necessary and

2    compelling basis for this restriction, there isn't

3    here.

4              As Mr. Benyo testified before the board

5    of elections, which is now part of the record here,

6    and consistent with the directives of the Department

7    of State, the date provided, when it is provided,

8    does not matter.  You could provide your birth date.

9    You could provide the date of the signing of the

10   constitution.  It doesn't matter.  Your ballot will

11   be accepted as long as there are any numbers on that

12   line.  And if that's the case, there really is no

13   basis for this requirement.

14             THE COURT:  But that wasn't Mr. Benyo's

15   initial decision.  The initial decision was, we

16   count the ballots.  The Board overruled him.

17             MR. BONIN:  Well, no.  It's that his

18   initial decision was to count the ballots which

19   contained any date on them whatsoever.  And that

20   decision has not been challenged by any party.  So I

21   don't know at this point, you know, testimony is

22   over.  I don't know how many ballots there were

23   which contained dates other than the date of voting,

24   but he testified before the board of elections that

25   there was some number of them, and they were counted

1      in this election.

2              You know, what we would ask, Judge, is

3      an order sustaining the decision of the county board

4      of elections and directing the county board of

5      elections to proceed immediately to the opening and

6      counting of these ballots so they could be included

7      within the total prior to certification.  And with

8      that, we rest.

9              THE COURT:  Okay.  Mr. Mazin.

10              MR. MAZIN:  Thank you, Judge.  On the

11      procedural issue, the Board conducted a hearing on

12      the merits.  This Court has now conducted a hearing

13      on the merits where both parties appeared and were

14      represented.  So I don't see any harm or prejudice.

15      I understand the procedural argument, but I just

16      don't see a procedural defect.  And I think you need

17      to show prejudice in order to have it invalidated on

18      that ground.

19              With regard to the substantive issues,

20      I would note that the issue presented, which

21      involves the proper interpretation of the election

22      code, presents a question of law.  And as a result,

23      this Court's standard and review is *de novo* and the

24      scope review is plenary.  I would also note, general

25      principles in interpreting the election code are

1    that we must remain mindful of the longstanding and

2    overriding policy in this Commonwealth to protect

3    the elective franchise.

4                And although election laws must be

5    strictly construed to prevent fraud, they ordinarily

6    are construed liberally to protect the right to

7    vote.  Thus when reviewing this, the lens through

8    which it must be reviewed is to enfranchise and not

9    disenfranchise the elector.

10               On the state department guidance, I

11   would just note that toward the end of that

12   guidance, there is a statement by Deputy Secretary

13   Marks to the effect that, we also believe that it is

14   prudent to again remind you of our previous

15   clarification of 10/25/2020.  As noted in that

16   communication, there is no basis to reject a ballot

17   for putting the wrong date on the envelope, nor is

18   the date written used to determine the eligibility

19   of the voter.  You should process these ballots

20   normally.

21               As a result, the Board felt there was

22   an inconsistency on the guidance.  On the one hand,

23   it states where you don't date it, it doesn't count.

24   On the other hand, it states you could put the wrong

25   date in and it does count.  So there was some

1    concern that, that could lead to an absurd result.

2                    THE COURT:  So what's the significance

3    of the date?  You're right.  If you put a date on

4    it, doesn't have to be accurate, just put a date on

5    it, they're instructed to count the ballot.

6                    MR. MAZIN:  Correct.

7                    THE COURT:  If you don't put a date on

8    it, they're instructed not to count the ballot.  So

9    my question is, what's the significance of the date?

10                   MR. MAZIN:  I mean, I think that

11   somewhat inconsistent guidance shows that there's

12   really not an importance to it.

13                   THE COURT:  Well, one could make out an

14   argument in a certain setting that the date might be

15   important in order to discern fraud.  Right?

16                   MR. MAZIN:  Right.

17                   THE COURT:  But there's no fraud here.

18                   MR. MAZIN:  And there's no evidence of

19   fraud here.  And just finally, Judge, just to

20   explain the Board's rational, and this is set forth

21   in my brief, the Board believed that although the

22   failure to include a date was a technical violation,

23   it did not warrant disenfranchisement of hundreds of

24   Lehigh County voters.

25                   As Your Honor pointed out, there's no

1    dispute that the voters at issue expressed their

2    intent to cast the ballots.  There's no dispute that

3    they were timely completed and received by the

4    county.  And the fact that a date was omitted did

5    not -- does not constitute a compelling reason to

6    invalidate ballots.

7                And the last point I would make is the

8    inconsistency I pointed out with regard to the

9    Department of State guidance.  For these reasons,

10   the Board respectfully requests this Court affirm

11   its decision to include the 261 mail-in ballots in

12   the canvass of the November 2nd, 2021 Municipal

13   Election.

14               THE COURT:  So why didn't any of you

15   pick up Justice Wecht's footnote and give me some

16   law or argument on that issue?  Am I missing the

17   boat?  Is Justice Wecht missing the boat on who

18   raised this issue, this concern?

19               MR. BONIN:  Judge, we included it on

20   Page 7, Footnote 5 of our brief.

21               THE COURT:  You relegated that issue to

22   a footnote?  Yes.

23               MR. BONIN:  We relegated it --

24               THE COURT:  Yes.

25               MR. BONIN:  I was, you know, I was

1    trying to -- I don't mean to be flip.  I was trying

2    to be brief in the brief.  I mean, there are --

3    insofar as I was the counsel in 2020 who raised that

4    argument in the Pennsylvania Democratic Party

5    litigation, yes, there are further pages I can

6    submit on this issue if the Court would like further

7    briefing on it.

8              THE COURT:  Well, I guess I'm bothered

9    by that possibly.  I don't think it's a remote

10   possibility that, that is the possibility that

11   Justice Wecht raises in his footnote.  I'm

12   disappointed that nobody has picked it up either

13   here or in the Supreme Court decision.

14             And am I missing the boat?  Am I off

15   base when that omission bothers me because I think

16   that's a real issue?  And I'm wondering, why hasn't

17   anybody raised that issue?  Why hasn't it been

18   debated and discussed and addressed?

19             MR. MAZIN:  Judge, I would just note,

20   and this will be obvious from reading the

21   transcript, but this issue was not raised before the

22   Board.

23             THE COURT:  I understand.  And that

24   bothers me.  That's why I'm curious why we all --

25   have we all missed the boat on this or is this not

```
 1    the boat to sail on?  And Justice Wecht raises this
 2    issue.  Unless somebody tells me it's absolutely
 3    frivolous, then it indicates to me that he's got an
 4    unresolved issue out there as to how to decide this
 5    case, and he leaves it for another day.
 6              And he asked for, at some future
 7    litigation it will be addressed, I forget the
 8    wording he uses in the normal course of advocacy.
 9    Well, the day is today, as far as I'm concerned.  I
10    mean, here we are.  So I just, that raises a
11    question in my mind as to the force that I need to
12    give to Justice Wecht's position.
13              I know him.  I respect him highly.  We
14    don't have to agree, but it just raises a question
15    in my mind that I'm not so sure it's so settled in
16    his mind when he inserts that footnote in his
17    opinion.  I think he's extending an invitation for
18    lawyers out there to say, you know something, folks?
19    You ought to think about this and you ought to
20    address it the way it should be addressed so that we
21    can give due consideration to it.
22              MR. DADAY:  If it was so important, why
23    didn't he put it in the body of his opinion, you
24    know?
25              THE COURT:  I think because he doesn't
```

1    want to decide that issue because nobody raised it.

2    That's my --

3                  MR. BONIN:  No, it was raised.  I mean,

4    he raised it because it was -- it was briefed in

5    that case.  It was briefed in the preelection case,

6    Pennsylvania Democratic Party.  It was raised by the

7    Democratic National Committee interveners in both

8    cases.

9                  THE COURT:  And it wasn't addressed on

10   the merits?  Besides --

11                 MR. BONIN:  It was unnecessary to

12   resolve on the merits because he went with the

13   insufficient warning as to this election.

14                 THE COURT:  Okay.

15                 MR. DADAY:  Your Honor, I do have to

16   bring up one point.

17                 THE COURT:  Sure.

18                 MR. DADAY:  At the hearing before the

19   board of elections, Attorney Mazin asked the

20   question, what authority do you have to raise your

21   challenges to this matter before the Board?  And we

22   really didn't get a response.  And today I don't

23   think we've gotten a response either as to what

24   method or what statutory proceeding he is utilizing

25   to get to the board of elections, and then --

```
1              THE COURT:  I'll try to -- I'll try to

2    address it in my decision.

3              MR. DADAY:  I'm sorry?

4              THE COURT:  I'll try to address it in

5    my decision.  I want to look at it.  Mr. Daday, I

6    really don't know how I'm going to decide that.

7              MR. DADAY:  Again, he talked about

8    utilizing Section 3154.  I don't know if he's

9    actually relying on that, that it requires that

10   there be an affidavit with three voters from the

11   district that's verified.

12             THE COURT:  Okay.  Anything else,

13   Counsel?

14             MR. BONIN:  No.  Again, you cited

15   procedures as to recounts.  And, you know, the board

16   of elections, you know, is charged with supervising

17   the computation of the vote.  You know, during --

18   during that process, they rule on the sufficiency of

19   ballot envelopes.

20             They did it as to provisional ballots

21   earlier in the hearing, and then they moved on to

22   the mail ballots.  It is entirely within their

23   authority, you know, supervising Mr. Benyo and his

24   staff to direct them as to how, you know, how to

25   apply Pennsylvania Law to these ballots.
```

```
 1                  THE COURT:  I want to thank you all.
 2                  MR. DADAY:  What -- just there are four
 3     mechanisms that are set forth in the election code.
 4                  THE COURT:  He addressed this twice or
 5     at least twice in argument this morning.
 6                  MR. DADAY:  Okay.
 7                  THE COURT:  You've addressed it once.
 8     Since he addressed it last, now you would like to
 9     address it so you're the last man standing.  Right?
10     That's the way it works here, doesn't it?
11                  MR. DADAY:  That's great.
12                  THE COURT:  No, I heard your argument.
13                  MR. DADAY:  Right.  There's four
14     procedures, four processes.  He didn't follow any
15     one of them.  So thank you, Your Honor.
16                  THE COURT:  So you did get the last
17     word.
18                  MR. DADAY:  There you go.
19                  THE COURT:  All right.  I'll get an
20     order and opinion out.  I will try to do it very
21     quickly.  I understand the pressure that you're all
22     under.  I shouldn't say any more, but I will.  To
23     Mr. Cohen and to Mr. Ritter, I've known both of them
24     for many years.  This is my 30th and last year here
25     as a common pleas judge.  And I will tell you, it's
```

1   a great job.  It really is.  But it's not the be-all

2   and end-all of life.

3              So whatever happens here or at the

4   appellate level, I really wish both of you well and

5   hope that in the long-term, it turns out to be

6   everything that you wanted it to be; or if it's not,

7   that you've gotten to a better place.  Because as

8   great a job as this is, there are lots of

9   opportunities out there to do good and to do well.

10  Good luck.  Thank you.

11              MR. DADAY:  Thank you, Your Honor.

12              MR. BONIN:  Thank you, Judge.

13              MR. MAZIN:  Thank you, Judge.

14              (Whereupon, the proceedings concluded

15  at 1:00 p.m.)

16

17

18

19

20

21

22

23

24

25

**CERTIFICATION**

     I hereby certify that this transcript of proceedings is true and correct and meets the format specifications established by the Supreme Court of Pennsylvania in Rule 4010.


     DATE:  December 3, 2021


            *Leah C. Nelson*
                _____

            LEAH C. NELSON
            Official Court Reporter

## $

**$10** [4] - 46:24, 47:19, 48:7, 68:18

## 1

**1** [12] - 3:7, 3:10, 20:5, 20:9, 20:17, 20:19, 20:21, 21:23, 48:22, 48:24, 53:10, 53:11
**1.18** [1] - 91:11
**10** [1] - 42:11
**10/25/2020** [1] - 96:15
**100** [4] - 21:17, 55:17, 60:20, 61:21
**10101(a)(2** [1] - 72:7
**111** [1] - 66:18
**11:08** [1] - 1:13
**12** [1] - 17:7
**15** [1] - 3:11
**15th** [7] - 37:15, 42:2, 45:22, 51:2, 55:11, 55:16, 56:18
**16** [1] - 2:7
**1800** [1] - 92:14
**18th** [1] - 24:12
**1:00** [1] - 104:15
**1st** [1] - 28:2

## 2

**2** [7] - 3:8, 21:20, 22:4, 25:18, 25:19, 48:24, 53:10
**20** [1] - 3:7
**2020** [17] - 3:7, 20:22, 21:7, 21:17, 21:18, 21:23, 22:10, 28:12, 28:13, 53:12, 53:15, 70:7, 82:16, 91:1, 91:4, 91:9, 99:3
**2021** [20] - 1:12, 3:8, 3:10, 3:11, 21:12, 21:24, 22:7, 22:9, 22:11, 23:7, 24:13, 25:6, 25:12, 26:18, 28:2, 28:17, 49:14, 53:22, 90:10, 98:12
**2021-C-2805** [1] - 1:3
**21** [1] - 3:8
**22** [1] - 1:12
**22,000** [3] - 49:16, 49:20, 90:22
**24** [1] - 3:9
**25** [2] - 7:3, 65:9
**250** [1] - 10:1
**257** [1] - 9:22
**260** [14] - 9:12, 9:15, 31:9, 33:16, 34:8, 36:14, 36:24, 38:20, 38:22, 39:7, 45:10, 65:2, 66:10, 90:21
**261** [13] - 9:17, 9:18, 9:21, 10:23, 11:13, 40:3, 42:17, 50:3, 50:18, 73:25, 76:17,

## 3

79:7, 98:11
**27** [1] - 3:10
**2A** [1] - 1:13
**2nd** [3] - 24:17, 49:14, 98:12

**3** [3] - 3:9, 24:6, 48:24
**30th** [1] - 103:24
**3146.8** [2] - 47:9, 68:16
**3150.16(a** [1] - 70:2
**3154** [4] - 65:9, 65:24, 87:13, 102:8
**3154(e)** [1] - 68:1
**3157(a** [1] - 65:10
**3157(b** [1] - 7:3
**3rd** [2] - 31:20, 70:7

## 4

**4** [3] - 3:10, 27:8, 48:24
**48** [6] - 3:7, 3:8, 3:9, 3:10, 3:11
**49** [1] - 2:7

## 5

**5** [5] - 3:11, 9:4, 48:23, 48:25, 98:20
**50** [1] - 2:8
**500** [1] - 92:1
**52** [1] - 72:7
**54** [1] - 71:22
**55** [1] - 2:8
**56** [1] - 2:9
**57** [1] - 2:9
**59** [1] - 2:20
**5th** [10] - 32:2, 32:17, 32:19, 34:5, 36:7, 36:16, 37:15, 39:1, 39:8, 39:12

## 6

**62** [1] - 78:11
**63** [2] - 2:20, 2:21
**65** [1] - 91:7
**67** [1] - 91:8

## 7

**7** [1] - 98:20
**7:00** [2] - 30:3, 30:4
**7:30** [1] - 30:13
**7:45** [1] - 30:13

## 9

**9:00** [5] - 30:9, 33:6, 33:11, 33:14, 34:4

## A

**a.m** [8] - 1:13, 30:3, 30:4, 30:9, 33:6, 33:11, 33:14, 34:4
**ability** [2] - 77:14, 88:25
**able** [2] - 11:12, 33:14
**Absentee** [1] - 70:6
**absentee** [5] - 30:2, 47:17, 68:17, 68:21, 69:6
**absentees** [1] - 70:2
**absolutely** [9] - 25:15, 36:3, 40:12, 58:19, 69:3, 83:24, 87:12, 94:1, 100:2
**absurd** [1] - 97:1
**accept** [1] - 81:2
**accepted** [2] - 19:7, 94:11
**accompanied** [1] - 65:22
**according** [3] - 18:14, 18:17, 18:20
**accuracy** [2] - 67:13, 68:15
**accurate** [5] - 36:1, 36:2, 74:3, 79:11, 97:4
**acknowledge** [1] - 72:18
**acknowledged** [1] - 42:5
**act** [7] - 35:9, 38:4, 40:20, 47:19, 68:15, 72:12, 83:15
**Act** [2] - 72:2, 93:3
**acting** [1] - 72:8
**action** [3] - 13:5, 37:7, 39:4
**acts** [1] - 92:11
**actual** [4] - 10:5, 53:21, 82:25, 87:10
**ADAM** [1] - 1:20
**add** [2] - 16:6, 83:23
**added** [2] - 22:14, 23:9
**addition** [1] - 77:22
**address** [6] - 72:19, 92:14, 100:20, 102:2, 102:4, 103:9
**addressed** [11] - 67:23, 70:5, 81:22, 82:4, 99:18, 100:7, 100:20, 101:9, 103:4, 103:7, 103:8
**administered** [1] - 23:6
**administrative** [1] - 43:16
**admitted** [3] - 48:23, 48:25, 57:24
**ADMITTED** [1] - 3:6
**advice** [2] - 23:5, 28:6
**advising** [1] - 33:17
**advocacy** [2] - 72:25, 100:8
**affidavit** [2] - 66:1, 102:10
**affirm** [1] - 98:10
**afternoon** [2] - 5:22, 7:10
**age** [2] - 75:25, 76:5
**agenda** [2] - 42:2, 87:18
**aggrieved** [1] - 65:11
**ago** [1] - 45:22

**agree** [19] - 8:12, 8:17, 10:2, 12:22, 12:24, 35:20, 38:4, 50:11, 69:2, 69:4, 69:10, 73:10, 75:9, 79:3, 81:6, 84:18, 86:17, 100:14
**agreed** [1] - 28:8
**agreement** [2] - 7:8, 7:9, 10:5
**ahead** [6] - 14:21, 34:12, 41:10, 46:12, 57:3, 84:1
**alerted** [1] - 39:1
**alerting** [1] - 35:23
**Allegheny** [2] - 91:1, 91:8
**Allentown** [4] - 1:14, 52:13, 59:18, 62:16
**Allentown's** [1] - 52:9
**allow** [1] - 4:11
**allowed** [1] - 59:25
**almost** [4] - 79:3, 79:4, 79:5, 90:24
**alone** [1] - 44:23
**amendment** [1] - 83:15
**announcing** [2] - 70:8, 70:14
**answer** [7] - 8:22, 8:24, 14:1, 26:17, 27:1, 47:4, 81:12
**apologize** [4] - 4:22, 16:1, 62:11, 62:12
**appeal** [11] - 6:9, 7:4, 37:3, 37:11, 37:17, 40:21, 41:2, 41:5, 42:24, 65:10, 65:14
**appear** [1] - 65:18
**APPEARANCES** [1] - 1:16
**appeared** [2] - 13:2, 95:13
**appearing** [1] - 70:25
**Appellant** [2] - 1:4, 1:18
**APPELLANTS** [2] - 2:4, 3:4
**appellate** [2] - 6:13, 104:4
**Appellee** [2] - 1:8, 1:19
**applicable** [1] - 74:13
**application** [8] - 17:23, 18:22, 19:7, 47:16, 47:17, 47:25, 68:17, 72:11
**applies** [1] - 80:22
**apply** [6] - 60:13, 73:21, 80:18, 82:16, 85:23, 102:25
**appreciate** [1] - 93:1
**approach** [1] - 16:7
**appropriate** [2] - 78:22, 78:23
**area** [1] - 33:3
**argue** [1] - 15:5
**argued** [1] - 89:12
**argues** [1] - 71:24
**argument** [20] - 56:20, 56:21, 58:23, 64:9, 64:17, 66:22, 72:17, 84:18, 84:19, 85:6, 85:16, 87:6, 89:10, 89:17, 95:15, 97:14, 98:16, 99:4, 103:5, 103:12

**arguments** [4] - 42:8, 66:21, 89:21
**arrive** [1] - 54:5
**arrived** [1] - 12:14
**art** [1] - 8:17
**Article** [1] - 9:4
**aside** [3] - 19:21, 30:17, 44:22
**assembled** [1] - 52:17
**Assembly** [2] - 67:11, 73:1
**assembly** [1] - 52:25
**assembly's** [1] - 92:13
**associated** [2] - 13:12, 19:14
**assume** [8] - 6:6, 6:8, 14:23, 16:25, 29:14, 64:14
**assuming** [4] - 18:13, 20:17, 76:6, 76:7
**attached** [1] - 90:1
**attention** [4] - 20:5, 21:19, 24:5, 53:10
**Attorney** [1] - 101:19
**attorney** [2] - 42:18, 78:10
**attorneys** [1] - 78:18
**authored** [2] - 70:8, 70:14
**authority** [5] - 6:23, 35:9, 81:14, 101:20, 102:23
**availed** [1] - 86:25
**avoid** [1] - 10:18
**aware** [4] - 13:7, 23:8, 46:5, 55:12

## B

**backdated** [1] - 74:5
**background** [1] - 16:13
**bad** [1] - 75:12
**Ballot** [4] - 3:7, 3:8, 3:9, 22:20
**ballot** [99] - 6:25, 10:5, 11:8, 13:17, 13:20, 14:3, 14:5, 18:9, 18:23, 18:24, 19:13, 19:15, 19:16, 19:19, 21:4, 21:14, 21:23, 22:6, 22:16, 22:18, 22:22, 23:4, 23:7, 23:25, 24:1, 24:12, 25:4, 25:9, 26:4, 26:8, 26:19, 27:23, 30:15, 43:25, 44:1, 44:22, 45:23, 46:15, 46:24, 47:16, 47:17, 47:18, 47:25, 48:2, 48:3, 48:8, 51:13, 51:16, 52:16, 54:17, 58:6, 58:12, 60:6, 60:7, 60:9, 60:16, 60:21, 61:4, 61:9, 61:19, 61:21, 62:7, 62:13, 62:18, 62:21, 62:23, 62:25, 63:16, 68:18, 69:15, 69:17, 70:1, 70:23, 70:24, 71:4, 74:2, 74:22, 74:24, 75:25, 76:1, 84:2, 84:3, 84:9, 84:12, 86:24, 88:6, 88:10,

88:18, 90:15, 92:19, 94:10, 96:16, 97:5, 97:8, 102:19
**Ballots** [1] - 70:7
**ballots** [142] - 7:15, 7:23, 9:12, 9:15, 9:22, 10:9, 10:23, 10:24, 10:25, 11:13, 12:14, 12:19, 13:1, 13:12, 17:17, 17:19, 18:13, 21:16, 22:9, 22:10, 24:11, 26:24, 26:25, 27:6, 28:10, 28:14, 28:16, 29:3, 29:6, 29:13, 30:1, 30:7, 30:10, 31:10, 32:5, 32:10, 33:4, 33:16, 33:18, 33:21, 33:23, 33:24, 34:8, 35:18, 35:25, 36:9, 36:14, 36:24, 37:13, 37:14, 38:20, 38:22, 39:3, 39:7, 39:14, 40:3, 40:21, 41:19, 41:22, 42:17, 44:7, 45:4, 45:10, 45:15, 45:17, 45:25, 46:1, 46:4, 46:6, 47:2, 47:3, 47:22, 47:23, 49:13, 49:17, 49:18, 49:24, 49:25, 50:1, 50:11, 50:16, 51:6, 52:5, 54:1, 56:3, 56:22, 58:6, 58:13, 58:15, 58:16, 58:21, 65:2, 66:10, 67:21, 68:9, 68:12, 68:19, 68:21, 69:23, 70:10, 70:12, 71:10, 71:17, 73:23, 73:25, 75:3, 76:13, 79:7, 84:15, 85:24, 85:25, 86:1, 86:5, 86:9, 86:10, 86:11, 86:16, 86:18, 87:16, 87:17, 88:2, 88:15, 88:22, 89:1, 89:25, 91:1, 91:20, 94:16, 94:18, 94:22, 95:6, 96:19, 98:2, 98:6, 98:11, 102:20, 102:22, 102:25
**barcode** [1] - 19:14
**base** [1] - 99:15
**basic** [1] - 68:6
**basis** [8] - 34:14, 90:23, 91:22, 93:11, 93:17, 94:2, 94:13, 96:16
**be-all** [1] - 104:1
**bear** [1] - 73:1
**became** [1] - 55:12
**BEFORE** [1] - 1:12
**begin** [2] - 29:21, 30:3
**begins** [3] - 26:2, 27:19, 30:3
**behalf** [4] - 1:18, 1:19, 1:21, 64:18
**behind** [2] - 53:4, 70:20
**behoove** [1] - 15:1
**below** [2] - 70:22, 90:1
**benefit** [2] - 50:10, 72:24
**BENYO** [3] - 2:6, 11:14, 11:17
**Benyo** [27] - 11:16, 11:21,

11:22, 15:1, 15:7, 16:11, 34:20, 35:13, 37:24, 38:19, 39:9, 41:22, 41:23, 42:1, 42:23, 44:18, 47:14, 49:5, 49:9, 51:2, 56:2, 57:1, 57:14, 87:22, 90:14, 94:4, 102:23
**Benyo's** [1] - 94:14
**best** [2] - 55:8, 90:20
**bet** [1] - 76:25
**better** [5] - 4:24, 18:7, 104:7
**between** [3] - 22:8, 35:12, 46:9
**beyond** [2] - 67:10, 93:17
**bills** [1] - 77:25
**binding** [1] - 73:1
**birth** [2] - 76:8, 94:8
**bit** [1] - 78:2
**block** [5] - 23:1, 26:1, 26:6, 84:7, 90:14
**board** [65] - 5:4, 5:21, 6:15, 7:4, 7:21, 10:15, 11:1, 11:10, 12:15, 30:8, 32:7, 34:3, 34:16, 34:18, 35:8, 37:12, 37:13, 37:14, 37:21, 37:24, 38:3, 38:10, 38:11, 38:13, 39:5, 39:22, 40:1, 40:2, 40:10, 40:13, 40:23, 41:2, 41:7, 41:11, 43:5, 44:10, 44:12, 45:14, 46:17, 46:20, 47:20, 51:3, 54:5, 55:11, 62:14, 62:19, 65:8, 65:12, 65:25, 66:20, 67:23, 68:2, 68:19, 85:10, 86:23, 87:1, 90:9, 94:4, 94:24, 95:3, 95:4, 101:19, 101:25, 102:15
**Board** [24] - 4:4, 12:7, 12:8, 41:25, 42:3, 42:12, 42:16, 42:20, 42:23, 42:24, 43:12, 44:25, 46:5, 49:23, 55:18, 89:6, 89:25, 94:16, 95:11, 96:21, 97:21, 98:10, 99:22, 101:21
**BOARD** [1] - 1:6
**Board's** [6] - 36:1, 65:20, 87:3, 87:4, 87:12, 97:20
**Boards** [1] - 12:2
**boat** [5] - 98:17, 99:14, 99:25, 100:1
**body** [1] - 100:23
**bolded** [2] - 22:23, 22:24
**BONIN** [77] - 1:20, 5:17, 7:1, 7:12, 8:1, 9:1, 10:7, 10:14, 11:6, 12:17, 12:24, 13:7, 13:15, 14:10, 14:18, 20:8, 20:14, 20:16, 20:20, 20:23, 24:8, 24:18, 27:14, 34:10, 34:13, 34:23, 35:1, 37:5, 37:9, 37:18, 37:23, 39:15,

39:21, 40:5, 40:12, 40:17, 41:15, 44:6, 45:11, 46:18, 47:1, 47:21, 48:21, 50:24, 51:1, 53:24, 55:22, 56:10, 56:16, 56:24, 58:3, 58:10, 59:4, 59:11, 59:13, 63:2, 63:23, 64:4, 64:8, 69:9, 85:19, 86:7, 86:14, 86:22, 90:12, 90:20, 93:16, 93:20, 93:22, 94:17, 98:19, 98:23, 98:25, 101:3, 101:11, 102:14, 104:12
**Bonin** [10] - 5:15, 20:15, 35:21, 50:23, 56:14, 58:2, 59:10, 64:3, 85:16, 85:18
**Bonin............** [1] - 2:9
**Bonin............** [1] - 2:20
**Bonin..............** [1] - 2:8
**bothered** [2] - 92:4, 99:8
**bothers** [2] - 99:15, 99:24
**bottom** [2] - 22:25, 26:10
**brief** [9] - 14:13, 17:15, 56:10, 65:3, 91:13, 97:21, 98:20, 99:2
**briefcase** [1] - 53:7
**briefed** [2] - 101:4, 101:5
**briefing** [1] - 99:7
**briefly** [3] - 19:5, 24:25, 34:11
**briefs** [5] - 14:16, 14:20, 14:23, 89:20, 90:1
**bring** [1] - 101:16
**Brobson** [1] - 70:22
**Brobson's** [2] - 73:14, 74:11
**brought** [3] - 38:22, 42:19, 43:4
**bubbles** [1] - 88:11
**bureau** [1] - 66:15
**business** [1] - 78:14
**BY** [23] - 16:10, 19:4, 20:12, 20:25, 22:3, 23:19, 24:24, 25:17, 27:17, 29:17, 44:21, 45:18, 47:8, 48:6, 49:12, 51:1, 53:24, 56:1, 56:16, 57:5, 59:13, 63:6, 63:14

## C

**campaign** [10] - 30:21, 39:2, 39:5, 55:13, 56:2, 56:17, 57:7, 57:8, 66:7, 67:19
**campaign's** [1] - 71:25
**canceled** [3] - 19:22, 19:24, 20:2
**cancellation** [1] - 20:3
**candidate** [5] - 30:24, 31:2, 61:6, 66:14, 66:15
**candidate's** [2] - 67:3, 67:22
**candidates** [10] - 30:22, 31:11, 32:3, 32:11, 32:20,

55:15, 55:19, 67:1, 88:24, 88:25
**candidates'** [1] - 33:1
**cannot** [4] - 15:15, 27:1, 67:10, 92:3
**Canvass** [1] - 70:6
**canvass** [8] - 29:21, 29:22, 30:1, 30:3, 30:12, 65:17, 98:12
**canvassed** [2] - 30:11, 31:10
**canvassing** [3] - 30:2, 30:4, 65:13
**capacity** [1] - 11:25
**Carbon** [1] - 17:9
**card** [9] - 24:6, 24:7, 24:9, 24:10, 26:10, 26:19, 51:17, 53:3, 84:9
**Card** [1] - 3:9
**career** [1] - 78:9
**cares** [2] - 74:5, 74:25
**case** [27] - 6:9, 6:20, 7:21, 8:1, 47:2, 58:24, 65:4, 66:10, 66:11, 66:13, 67:2, 67:5, 67:6, 67:7, 70:6, 70:8, 73:15, 73:17, 73:21, 75:10, 86:4, 90:7, 93:6, 94:12, 100:5, 101:15
**cases** [4] - 64:21, 72:18, 76:17, 101:8
**cash** [2] - 47:19, 65:23
**cast** [9] - 7:5, 58:12, 62:13, 62:18, 70:25, 71:3, 88:12, 88:18, 98:2
**casual** [1] - 34:21
**categories** [2] - 33:21, 50:4
**cell** [1] - 4:17
**certain** [3] - 54:24, 80:18, 97:14
**certainly** [3] - 5:1, 72:25, 92:17
**certification** [8] - 6:20, 6:24, 7:5, 7:19, 7:24, 95:7
**certified** [2] - 66:3, 76:8
**certifies** [1] - 6:15
**certify** [1] - 5:23
**challenge** [25] - 38:3, 43:24, 44:1, 44:7, 46:15, 46:20, 46:22, 48:1, 48:2, 65:2, 65:5, 66:4, 67:21, 68:13, 68:19, 85:24, 85:25, 86:2, 86:9, 86:11, 86:15, 86:16, 86:17, 86:20
**challenged** [2] - 47:2, 94:20
**challenges** [9] - 32:5, 32:21, 36:8, 46:4, 47:10, 57:8, 57:9, 68:8, 101:21
**challenging** [10] - 35:8, 44:11, 47:16, 47:22, 47:23, 47:24, 67:13, 67:18, 68:15, 68:17

**change** [1] - 24:20
**changed** [1] - 23:8
**changes** [8] - 22:11, 23:4, 23:6, 23:21, 23:23, 23:25, 84:2, 90:9
**charged** [1] - 102:16
**check** [1] - 19:14
**checked** [1] - 33:9
**Chief** [1] - 70:17
**chief** [2] - 12:1, 87:22
**circulate** [1] - 28:3
**cite** [2] - 73:13, 91:13
**cited** [3] - 85:22, 86:4, 102:14
**cites** [1] - 72:5
**citizen** [1] - 77:25
**City** [1] - 52:9
**civil** [1] - 9:6
**CIVIL** [1] - 1:2
**clarification** [1] - 96:15
**clarify** [2] - 82:22, 83:8
**clause** [2] - 91:14, 92:6
**clear** [7] - 37:9, 39:16, 61:2, 61:17, 70:1, 82:12, 82:14
**clerk** [2] - 12:1, 87:22
**clients** [1] - 78:19
**close** [3] - 9:8, 72:15, 72:22
**Code** [3] - 67:2, 70:11, 73:2
**code** [14] - 43:17, 43:18, 43:21, 66:25, 67:16, 85:22, 86:1, 86:21, 87:8, 87:14, 87:21, 95:22, 95:25, 103:3
**Cohen** [21] - 1:21, 5:16, 7:11, 18:4, 30:21, 31:1, 35:16, 35:23, 36:15, 38:2, 39:4, 39:25, 45:9, 46:5, 50:7, 55:13, 57:8, 66:7, 67:19, 68:11, 103:23
**Cohen's** [5] - 39:2, 46:9, 65:1, 68:8, 68:13
**Coleman** [1] - 32:9
**color** [1] - 72:8
**coming** [1] - 31:10
**Committee** [2] - 71:24, 101:7
**COMMON** [1] - 1:1
**common** [5] - 7:17, 7:18, 37:3, 37:7, 37:11, 38:9, 40:22, 42:24, 65:16, 66:6, 66:19, 67:3, 67:8, 67:24, 103:25
**Common** [1] - 66:17
**Commonwealth** [5] - 64:23, 67:25, 68:5, 89:3, 96:2
**communication** [1] - 96:16
**communications** [2] - 62:19, 62:24
**compare** [1] - 21:10
**comparison** [1] - 90:4
**compelling** [3] - 93:12, 94:2, 98:5

**complainant** [1] - 66:4
**complaint** [1] - 29:15
**complaints** [1] - 29:15
**complete** [1] - 33:7
**completed** [2] - 61:9, 98:3
**completely** [1] - 88:14
**completes** [1] - 64:15
**completion** [1] - 65:20
**complexity** [1] - 72:23
**comply** [2] - 67:1, 69:25
**computation** [7] - 30:8, 32:16, 34:3, 65:13, 65:20, 87:10, 102:17
**computer** [1] - 4:8
**con** [1] - 91:16
**conceding** [1] - 69:4
**concern** [9] - 4:13, 4:16, 6:2, 6:17, 73:13, 74:18, 75:7, 97:1, 98:18
**concerned** [3] - 52:13, 80:6, 100:9
**conclude** [1] - 84:15
**concluded** [1] - 104:14
**concluding** [1] - 70:9
**concurrence** [2] - 70:19, 89:18
**concurring** [2] - 70:18, 71:5
**conducted** [3] - 34:3, 95:11, 95:12
**conference** [1] - 6:7
**conferences** [1] - 16:23
**conform** [1] - 68:13
**confused** [3] - 21:21, 58:11, 59:1
**confusing** [1] - 59:1
**confusion** [2] - 77:22, 82:18
**connection** [2] - 75:20, 77:4
**consequences** [1] - 89:24
**consider** [2] - 81:11, 87:17
**consideration** [1] - 100:21
**considerations** [1] - 73:4
**considered** [2] - 67:25, 83:10
**consistent** [3] - 79:18, 79:22, 94:6
**constitute** [2] - 67:12, 98:5
**constitution** [3] - 9:2, 81:9, 94:10
**Constitution** [3] - 9:5, 9:11, 92:8
**constitutional** [1] - 92:6
**constitutionally** [4] - 91:17, 91:19, 91:22
**construed** [2] - 96:5, 96:6
**consulting** [1] - 51:9
**contact** [2] - 26:5, 26:9, 26:12
**contain** [3] - 13:18, 14:3, 68:3

**contained** [2] - 94:19, 94:23
**contains** [2] - 10:4
**content** [1] - 27:21
**contention** [2] - 36:22, 41:16
**contest** [1] - 40:20
**context** [1] - 75:11
**continues** [1] - 33:7
**contract** [1] - 52:21
**control** [1] - 4:19
**convened** [1] - 66:19
**conversations** [2] - 29:13, 34:19
**copy** [3] - 20:9, 53:13, 63:7
**correct** [53] - 8:6, 9:13, 9:17, 9:23, 9:24, 10:11, 12:16, 14:14, 15:6, 17:1, 17:24, 18:5, 18:15, 24:2, 25:13, 25:14, 26:20, 28:14, 28:18, 29:23, 31:4, 31:18, 32:3, 32:8, 32:22, 33:24, 33:25, 35:19, 38:24, 40:5, 40:12, 41:6, 41:9, 43:14, 44:9, 45:7, 46:4, 46:13, 50:19, 51:18, 54:3, 60:12, 69:7, 69:15, 71:18, 71:19, 82:2, 82:20, 83:3, 85:3, 89:6, 92:12, 97:6
**Correct** [8] - 21:25, 28:15, 31:5, 45:5, 45:8, 54:4
**corrected** [1] - 36:11
**corrections** [1] - 90:9
**correctly** [5] - 35:21, 39:11, 61:13, 88:11, 88:12
**Counsel** [1] - 102:13
**counsel** [15] - 6:7, 24:9, 28:4, 28:7, 28:23, 28:24, 42:5, 51:10, 66:15, 66:22, 68:10, 85:23, 89:9, 92:20, 99:3
**counsel's** [2] - 34:14, 41:16
**count** [19] - 7:16, 7:17, 29:3, 29:21, 35:24, 39:3, 39:13, 40:3, 49:24, 66:18, 86:2, 86:9, 86:10, 94:16, 94:18, 96:23, 96:25, 97:5, 97:8
**counted** [21] - 19:17, 19:20, 22:16, 22:22, 27:24, 33:19, 33:22, 36:10, 41:23, 48:3, 50:4, 54:3, 58:16, 62:25, 73:20, 84:4, 88:23, 89:1, 90:16, 91:5, 94:25
**counting** [1] - 17:19, 26:24, 26:25, 28:9, 28:14, 29:6, 42:16, 42:17, 87:11, 95:6
**county** [12] - 5:3, 7:4, 44:3, 47:20, 49:14, 63:16, 65:12, 68:18, 83:25, 95:3, 95:4, 98:4
**COUNTY** [2] - 1:1, 1:6
**County** [11] - 1:14, 4:4, 7:22,

11:23, 12:2, 17:4, 17:9, 66:16, 66:18, 84:16, 97:24
**course** [1] - 100:8
**courses** [2] - 16:20, 16:22
**COURT** [228] - 1:1, 4:1, 4:3, 5:6, 5:9, 5:12, 5:15, 5:19, 6:22, 7:7, 7:20, 8:3, 8:8, 8:25, 9:3, 9:15, 9:18, 10:1, 10:8, 10:17, 10:22, 11:7, 11:15, 11:20, 11:22, 11:25, 12:3, 12:6, 12:13, 12:18, 12:22, 12:25, 13:6, 13:9, 13:16, 14:1, 14:11, 14:15, 14:19, 15:3, 15:7, 15:11, 15:14, 15:20, 15:22, 15:24, 15:25, 16:8, 17:25, 18:3, 18:10, 18:16, 18:19, 19:2, 20:15, 21:21, 22:1, 23:13, 23:17, 25:12, 25:16, 29:8, 34:12, 34:19, 34:25, 35:5, 35:10, 35:20, 36:4, 36:11, 36:17, 36:20, 36:25, 37:16, 37:20, 38:1, 38:16, 38:23, 39:9, 39:17, 39:20, 39:23, 40:7, 40:15, 41:1, 41:4, 41:7, 41:10, 42:10, 42:14, 42:20, 43:2, 43:7, 43:10, 43:12, 43:16, 43:20, 43:23, 44:4, 44:8, 44:14, 44:17, 45:12, 46:19, 46:25, 47:4, 47:13, 47:24, 48:4, 48:12, 48:16, 48:20, 48:22, 49:2, 49:4, 49:8, 50:10, 50:16, 50:21, 50:23, 55:24, 56:11, 56:14, 57:1, 57:3, 57:14, 57:17, 57:23, 58:2, 58:8, 58:17, 58:23, 59:6, 59:10, 63:4, 63:11, 63:22, 63:24, 64:2, 64:7, 64:11, 64:14, 68:20, 68:25, 69:2, 69:4, 69:10, 69:12, 69:20, 71:11, 71:14, 71:20, 74:13, 74:15, 74:18, 74:25, 76:3, 77:7, 77:15, 77:18, 78:3, 78:6, 78:12, 78:15, 78:21, 78:23, 78:25, 79:20, 80:7, 80:14, 80:20, 80:23, 81:13, 81:18, 81:21, 81:25, 82:3, 82:6, 82:14, 82:21, 83:1, 83:4, 83:7, 83:11, 83:16, 83:18, 83:21, 84:17, 84:21, 84:24, 85:4, 85:11, 85:13, 85:18, 86:6, 86:8, 86:19, 90:6, 90:13, 93:14, 93:18, 93:21, 94:14, 95:9, 97:2, 97:7, 97:13, 97:17, 98:14, 98:21, 98:24, 99:8, 99:23, 100:25, 101:9, 101:14, 101:17, 102:1, 102:4, 102:12, 103:1, 103:4, 103:7, 103:12, 103:16, 103:19

**court** [21] - 4:12, 11:18, 37:3, 37:7, 37:11, 38:9, 40:22, 59:8, 65:11, 65:17, 66:5, 66:19, 66:21, 67:3, 67:24, 70:9, 70:15, 71:23, 91:2, 91:3
**Court** [29] - 1:25, 24:9, 28:11, 53:25, 58:7, 66:17, 67:25, 68:5, 69:22, 70:6, 77:10, 77:16, 77:19, 79:22, 81:13, 82:9, 84:14, 84:25, 85:9, 89:3, 89:15, 90:5, 91:10, 93:1, 93:9, 95:12, 98:10, 99:6, 99:13
**Court's** [1] - 95:23
**Courthouse** [1] - 1:14
**courthouse** [2] - 4:11, 35:14
**Courtroom** [1] - 1:13
**courtroom** [4] - 4:25, 15:16, 58:5
**courtrooms** [1] - 4:12
**courts** [3] - 70:15, 81:2, 81:5
**COVID** [4] - 76:20, 76:21, 77:9, 78:4
**crazy** [1] - 77:1
**credit** [2] - 77:24, 78:2
**CRIER** [3] - 15:11, 15:20, 15:24
**critical** [1] - 79:8
**Cross** [4] - 2:7, 2:8, 2:20, 2:21
**CROSS** [4] - 49:11, 50:25, 63:5, 63:13
**Cross-Examination** [4] - 2:7, 2:8, 2:20, 2:21
**CROSS-EXAMINATION** [4] - 49:11, 50:25, 63:5, 63:13
**cuff** [1] - 4:10
**cure** [2] - 54:22, 55:2
**curious** [1] - 99:24
**current** [2] - 17:10, 66:13
**cut** [3] - 9:20, 82:4, 83:21
**cycle** [1] - 54:19

# D

**dad** [1] - 31:1
**Daday** [14] - 5:9, 14:12, 16:3, 35:5, 39:25, 49:2, 55:24, 57:17, 63:4, 64:12, 64:17, 85:13, 92:10, 102:5
**DADAY** [155] - 1:17, 5:11, 5:14, 8:6, 8:20, 9:13, 9:24, 10:12, 11:3, 12:16, 12:20, 13:4, 13:13, 13:21, 14:7, 14:14, 14:25, 15:4, 15:13, 16:4, 16:10, 18:2, 18:5, 18:15, 18:18, 18:21, 19:4, 20:12, 20:18, 20:21, 20:25, 22:3, 23:19, 24:16, 24:23,

24:24, 25:14, 25:17, 27:16, 27:17, 29:10, 29:17, 34:24, 35:6, 35:19, 36:2, 36:6, 36:14, 36:19, 36:22, 37:2, 37:6, 38:7, 38:17, 39:7, 40:18, 41:3, 41:6, 41:9, 41:11, 42:13, 42:18, 43:1, 43:3, 43:9, 43:11, 43:14, 43:18, 43:21, 43:24, 44:9, 44:16, 44:19, 44:21, 45:18, 46:22, 47:8, 47:15, 48:1, 48:6, 48:10, 48:13, 48:19, 49:3, 49:6, 53:20, 56:1, 57:2, 57:5, 57:21, 58:18, 63:6, 64:13, 64:19, 68:23, 69:1, 69:3, 69:8, 69:11, 69:14, 69:21, 71:13, 71:19, 74:10, 74:14, 74:16, 74:19, 75:23, 77:6, 77:13, 77:16, 78:1, 78:4, 78:8, 78:13, 78:16, 78:22, 78:24, 79:14, 80:4, 80:9, 80:17, 80:21, 81:8, 81:15, 81:20, 81:24, 82:2, 82:5, 82:8, 82:20, 82:24, 83:2, 83:6, 83:9, 83:14, 83:17, 83:19, 83:23, 84:20, 84:23, 85:3, 85:7, 85:12, 100:22, 101:15, 101:18, 102:3, 102:7, 103:2, 103:6, 103:11, 103:13, 103:18, 104:11
**Daday's** [1] - 40:9
**Daday** ............. [1] - 2:8
**Daday** ............ [1] - 2:7
**Daday** ............. [1] - 2:20
**Daday** .............. [1] - 2:9
**dangling** [1] - 16:6
**date** [82] - 9:23, 10:1, 10:8, 11:7, 11:8, 11:12, 12:8, 13:10, 13:18, 13:19, 14:4, 18:17, 22:17, 24:20, 25:21, 25:23, 27:23, 29:1, 29:7, 31:16, 40:4, 54:25, 56:5, 61:24, 70:3, 70:21, 70:22, 71:1, 71:8, 71:18, 72:20, 73:9, 73:25, 74:1, 74:4, 74:9, 74:22, 75:2, 75:4, 76:4, 76:8, 76:11, 76:19, 78:1, 78:11, 78:19, 78:20, 79:5, 79:6, 79:7, 79:10, 79:17, 80:12, 80:13, 84:5, 84:8, 84:11, 85:2, 89:24, 90:15, 92:16, 92:17, 94:7, 94:8, 94:9, 94:19, 94:23, 96:17, 96:18, 96:23, 96:25, 97:3, 97:4, 97:7, 97:9, 97:14, 97:22, 98:4
**dated** [5] - 10:10, 10:11, 28:2, 61:11, 61:13
**dates** [2] - 79:12, 94:23

**dating** [5] - 18:12, 69:6, 69:23, 70:10, 77:23
**Dave** [1] - 5:10
**DAVID** [1] - 1:3
**David** [1] - 4:4
**days** [8] - 37:16, 37:19, 37:21, 38:3, 42:24, 65:14, 65:19, 74:6
**de** [1] - 95:23
**deal** [2] - 67:4, 88:6
**dealing** [6] - 8:13, 8:18, 68:21, 68:22, 75:5, 78:25
**debated** [2] - 42:6, 99:18
**decent** [1] - 78:10
**decide** [6] - 7:20, 90:7, 90:18, 100:4, 101:1, 102:6
**decided** [6] - 5:1, 7:9, 37:24, 41:12, 91:2, 91:4
**decision** [33] - 6:14, 28:11, 28:17, 28:21, 34:15, 34:17, 36:1, 37:12, 37:14, 37:21, 39:6, 42:21, 42:23, 44:23, 44:24, 45:1, 49:23, 51:8, 61:6, 65:12, 79:23, 85:9, 89:16, 91:12, 94:15, 94:18, 94:20, 95:3, 98:11, 99:13, 102:2, 102:5
**decision-making** [1] - 28:21
**decisions** [4] - 51:5, 65:15, 87:2, 87:16
**Declaration** [1] - 25:24
**declaration** [12] - 22:17, 27:21, 53:12, 54:7, 54:10, 61:19, 70:4, 70:21, 76:20, 84:5, 90:3, 92:19
**deemed** [2] - 36:9, 44:22
**defect** [5] - 13:23, 35:2, 54:25, 55:2, 95:16
**defective** [3] - 65:3, 68:9, 69:25
**defects** [5] - 54:22, 54:24, 66:10, 66:11, 67:4
**defined** [1] - 67:10
**definitely** [2] - 31:1, 61:20
**definition** [1] - 86:21
**degree** [1] - 16:16
**delayed** [1] - 6:20
**delivered** [1] - 62:14
**Democratic** [5] - 71:24, 91:12, 99:4, 101:6, 101:7
**demonstrate** [3] - 58:9, 58:10, 91:9
**demonstrates** [1] - 76:5
**denied** [1] - 4:8
**deny** [2] - 72:3, 72:8
**Department** [10] - 23:5, 27:5, 27:11, 28:22, 69:22, 79:15, 79:16, 80:1, 94:6, 98:9
**department** [2] - 27:20, 96:10

**deposit** [7] - 46:16, 46:23, 46:25, 47:19, 48:7, 65:23, 68:18
**Deputy** [1] - 96:12
**DEPUTY** [1] - 15:9
**deputy** [1] - 27:10
**describe** [3] - 19:5, 86:12, 86:15
**DESCRIPTION** [1] - 3:6
**description** [1] - 17:15
**design** [3] - 22:11, 24:1, 58:12
**desire** [1] - 70:25
**desk** [1] - 60:23
**detail** [1] - 65:4
**determine** [2] - 44:2, 96:18
**determined** [1] - 88:9
**determining** [2] - 72:13, 72:21
**devices** [1] - 4:25
**dicta** [1] - 83:10
**difference** [4] - 46:8, 69:13, 74:7, 79:10
**differences** [2] - 22:8, 79:24
**different** [5] - 16:24, 23:1, 29:24, 33:4, 33:20
**direct** [1] - 102:24
**Direct** [2] - 2:7, 2:20
**DIRECT** [2] - 16:9, 59:12
**directed** [2] - 58:11, 87:23
**directing** [1] - 95:4
**directive** [3] - 59:1, 92:23
**directives** [1] - 94:6
**directly** [2] - 41:25, 74:12
**disagree** [3] - 38:1, 74:14, 80:17
**disagreement** [3] - 8:4, 8:19, 9:1
**disappointed** [1] - 99:12
**discern** [1] - 97:15
**disclose** [1] - 77:23
**disclosed** [1] - 50:17
**discretion** [1] - 87:13
**discuss** [4] - 16:24, 28:5, 35:2, 58:6
**discussed** [4] - 34:17, 51:12, 66:10, 99:18
**discussing** [1] - 88:2
**discussion** [4] - 39:12, 42:16, 46:3, 88:19
**discussions** [3] - 34:21, 35:22, 39:1
**disenfranchise** [1] - 96:9
**disenfranchisement** [1] - 97:23
**dispute** [5] - 7:8, 12:14, 12:17, 98:1, 98:2
**disputes** [1] - 67:8
**disqualified** [1] - 45:4

**disrespect** [1] - 82:7
**dissatisfied** [1] - 42:22
**dissent** [1] - 89:18
**dissenting** [2] - 70:18, 71:6
**district** [4] - 7:6, 52:3, 66:2, 102:11
**districts** [1] - 52:8
**DIVISION** [1] - 1:2
**document** [2] - 25:1, 25:2
**documents** [1] - 17:23
**done** [6] - 15:5, 33:10, 33:14, 40:9, 82:22, 92:23
**Donohue** [2] - 70:8, 70:13
**double** [2] - 33:9, 90:25
**double-checked** [1] - 33:9
**Dougherty** [1] - 70:16
**down** [10] - 7:25, 22:25, 25:25, 57:1, 57:15, 63:25, 74:21, 77:11, 80:11, 80:12
**Downyflake** [1] - 62:16
**due** [2] - 23:17, 100:21
**duly** [2] - 11:18, 59:8
**during** [10] - 21:13, 30:12, 30:14, 30:20, 32:16, 33:1, 41:23, 54:18, 102:17, 102:18
**duties** [1] - 17:11

---

**E**

**e-mail** [6] - 27:10, 28:2, 54:15, 62:22, 63:7
**E-mail** [1] - 3:10
**e-mails** [3] - 55:18, 56:7, 63:15
**educational** [1] - 16:13
**EDWARD** [1] - 1:12
**effect** [3] - 35:23, 39:13, 96:13
**effects** [1] - 64:22
**effort** [3] - 58:13, 86:1, 86:15
**either** [10] - 6:11, 7:11, 7:13, 54:14, 66:8, 71:9, 81:22, 88:24, 99:12, 101:23
**elect** [2] - 6:25, 77:2
**Election** [25] - 12:2, 17:4, 19:18, 22:19, 23:7, 28:12, 28:13, 28:17, 29:20, 30:4, 30:13, 31:12, 31:17, 49:14, 53:15, 54:2, 54:23, 60:14, 60:17, 72:1, 73:2, 90:10, 91:1, 91:4, 98:13
**election** [51] - 5:23, 7:6, 16:18, 16:21, 17:13, 21:13, 24:11, 24:13, 24:14, 25:13, 29:2, 29:7, 29:11, 30:9, 31:24, 32:7, 33:7, 33:15, 38:6, 38:8, 42:22, 43:18, 43:21, 45:14, 54:19, 65:6, 65:8, 66:5, 66:25, 67:8,

67:13, 67:16, 67:18, 72:9, 72:15, 73:5, 85:22, 86:1, 86:21, 87:4, 87:8, 87:14, 87:21, 95:1, 95:21, 95:25, 96:4, 101:13, 103:3
**Elections** [1] - 4:5
**ELECTIONS** [1] - 1:7
**elections** [61] - 5:4, 5:22, 6:15, 7:21, 9:5, 10:15, 11:1, 11:10, 34:16, 34:18, 35:9, 37:12, 37:13, 37:15, 37:22, 37:25, 38:4, 38:10, 38:11, 38:13, 39:5, 39:22, 40:2, 40:11, 40:13, 40:23, 41:2, 41:8, 41:12, 43:5, 44:10, 44:13, 46:17, 46:21, 51:3, 51:4, 54:6, 55:11, 60:2, 62:14, 62:20, 65:25, 66:20, 67:23, 68:2, 68:19, 71:7, 85:10, 87:2, 87:23, 90:9, 91:4, 91:14, 92:6, 94:5, 94:24, 95:4, 95:5, 101:19, 101:25, 102:16
**elections'** [2] - 12:15, 86:23
**elective** [1] - 96:3
**elector** [13] - 11:9, 25:8, 44:2, 44:3, 68:3, 70:3, 70:23, 74:2, 74:23, 75:1, 75:2, 76:19, 96:9
**elector's** [1] - 71:3
**electors** [7] - 13:1, 38:14, 44:7, 58:4, 65:22, 70:21, 76:14
**electronic** [1] - 4:24
**eligibility** [3] - 71:3, 93:8, 96:18
**eligible** [1] - 76:14
**elsewhere** [1] - 85:5
**emanating** [1] - 89:17
**embedded** [1] - 9:2
**employed** [1] - 11:23
**enacted** [3] - 83:16, 92:13, 92:14
**end** [3] - 9:4, 96:11, 104:2
**end-all** [1] - 104:2
**enfranchise** [1] - 96:8
**English** [2] - 52:4, 62:3
**enrolled** [1] - 76:9
**enshrined** [1] - 9:10
**ensure** [1] - 27:22
**ensuring** [1] - 70:24
**entered** [1] - 24:7
**entire** [2] - 31:6, 31:8
**entirely** [2] - 67:9, 102:22
**envelope** [46] - 9:23, 10:2, 10:3, 10:4, 10:10, 12:7, 13:18, 14:4, 19:9, 19:10, 20:10, 21:2, 21:6, 22:6, 22:15, 22:19, 25:21, 27:22, 27:23, 50:14, 50:15, 51:15,

51:17, 51:22, 51:24, 52:19, 53:12, 53:13, 54:7, 54:13, 61:12, 61:16, 61:19, 61:20, 61:24, 70:4, 70:23, 74:2, 74:22, 76:4, 76:10, 92:19, 96:17
**Envelope** [2] - 3:7, 3:8
**envelopes** [12] - 12:12, 23:7, 49:19, 50:18, 53:14, 54:10, 55:13, 86:24, 88:16, 90:2, 90:3, 102:19
**equal** [3] - 9:6, 91:14, 92:6
**equivocated** [1] - 80:11
**erased** [4] - 63:8, 63:9, 63:10
**error** [3] - 65:18, 72:10, 72:12
**especially** [1] - 93:5
**ESQ** [3] - 1:17, 1:19, 1:20
**establishes** [1] - 71:2
**evaluation** [1] - 90:5
**evidence** [17] - 13:1, 13:3, 13:11, 48:5, 48:11, 49:1, 53:11, 57:18, 57:25, 64:3, 80:21, 87:5, 90:6, 90:8, 90:16, 90:21, 97:18
**evidentiary** [1] - 64:15
**exact** [1] - 59:23
**exactly** [8] - 31:16, 37:23, 40:17, 43:11, 43:14, 77:21
**EXAMINATION** [8] - 16:9, 49:11, 50:25, 55:25, 56:15, 59:12, 63:5, 63:13
**Examination** [8] - 2:7, 2:7, 2:8, 2:8, 2:9, 2:20, 2:20, 2:21
**examined** [2] - 11:19, 59:9
**examples** [1] - 53:6
**except** [3] - 18:17, 72:17, 80:14
**exceptions** [1] - 80:18
**exclude** [2] - 84:14, 86:1
**excluded** [1] - 91:22
**exclusive** [2] - 67:12, 67:17
**excuse** [1] - 15:9
**executed** [2] - 70:24, 74:24
**exercise** [6] - 9:8, 73:4, 73:19, 75:18, 76:22, 77:4, 79:1, 81:4
**exercised** [2] - 11:11, 76:11
**Exhibit** [12] - 20:5, 20:9, 20:16, 20:18, 20:21, 21:20, 21:23, 22:4, 24:5, 27:8, 48:17, 53:11
**exhibit** [2] - 20:7, 21:1, 24:21
**Exhibits** [3] - 48:22, 48:24, 53:10
**exhibits** [2] - 16:5, 48:11
**EXHIBITS** [2] - 3:2, 3:4
**expect** [1] - 72:25
**experience** [1] - 58:7

**explain** [2] - 4:5, 97:20
**explanations** [1] - 52:1
**explicitly** [1] - 7:3
**express** [1] - 45:9
**expressed** [1] - 98:1
**extended** [1] - 67:10
**extending** [1] - 100:17
**extent** [1] - 92:20
**exterior** [3] - 19:10, 50:13, 51:24
**extra** [2] - 62:6, 62:7

---

## F

**face** [1] - 81:2
**fact** [14] - 43:15, 58:11, 58:20, 74:7, 74:9, 75:4, 79:9, 82:12, 83:25, 87:7, 88:13, 92:21, 93:24, 98:4
**facts** [1] - 10:20
**failed** [9] - 35:17, 66:7, 66:24, 67:19, 68:2, 68:6, 68:13, 69:16, 69:18
**failure** [4] - 69:24, 71:17, 89:24, 97:22
**fair** [8] - 10:22, 13:16, 14:2, 23:15, 23:16, 77:5, 77:6
**fall** [2] - 86:20, 88:4
**far** [5] - 54:19, 54:20, 61:20, 80:5, 100:9
**fashion** [1] - 18:20
**fatal** [1] - 93:24
**fatally** [2] - 65:2, 68:7
**federal** [3] - 72:2, 83:5, 93:2
**Federal** [1] - 72:6
**felt** [1] - 96:21
**few** [3] - 44:20, 49:10, 60:4
**figure** [1] - 79:11
**file** [7] - 37:10, 37:17, 37:19, 38:2, 38:9, 38:12, 42:24
**filed** [13] - 14:23, 37:2, 37:6, 38:10, 38:14, 40:21, 40:24, 41:1, 41:4, 57:7, 65:14, 66:16, 70:18
**filing** [2] - 35:17, 38:11
**fill** [7] - 17:24, 61:3, 69:16, 69:18, 70:3, 76:19, 88:11
**filled** [7] - 11:8, 18:16, 60:24, 61:1, 61:4, 75:24, 75:25
**final** [2] - 44:24, 71:21
**finally** [2] - 92:25, 97:19
**fine** [1] - 15:3
**finished** [1] - 83:22
**first** [16] - 5:20, 8:9, 8:12, 22:21, 52:21, 52:22, 64:18, 64:25, 65:7, 65:24, 76:24, 77:19, 85:16, 85:20, 87:10
**five** [4] - 48:18, 48:19, 65:19, 92:1
**flap** [2] - 22:15, 53:13

**flip** [3] - 8:17, 77:20, 99:1
**folks** [1] - 100:18
**follow** [7] - 26:7, 35:7, 35:17, 65:5, 84:12, 87:23, 103:14
**followed** [6] - 40:19, 87:6, 87:20, 87:21, 89:5
**following** [8] - 22:16, 22:22, 31:15, 31:21, 31:23, 31:24, 35:21, 84:4
**follows** [2] - 11:19, 59:9
**font** [2] - 22:24, 25:22
**football** [1] - 14:18
**Footnote** [1] - 98:20
**footnote** [10] - 71:12, 71:15, 71:21, 73:11, 83:2, 83:4, 98:15, 98:22, 99:11, 100:16
**force** [2] - 71:25, 100:11
**Forge** [1] - 66:16
**forget** [2] - 91:16, 100:7
**form** [2] - 68:4, 92:18
**formal** [1] - 16:22, 39:5
**formally** [4] - 16:14, 16:15, 16:16, 16:18
**forms** [1] - 52:1
**forth** [5] - 40:20, 67:12, 68:15, 97:20, 103:3
**founded** [1] - 42:4, 67:9
**four** [12] - 10:9, 35:7, 46:11, 48:17, 82:10, 84:13, 85:1, 91:2, 91:3, 103:2, 103:13, 103:14
**franchise** [2] - 81:4, 96:3
**fraud** [17] - 13:11, 65:18, 73:5, 73:14, 73:22, 74:15, 74:17, 74:19, 75:7, 75:12, 75:13, 79:9, 93:6, 96:5, 97:15, 97:17, 97:19
**fraudulent** [1] - 76:13
**free** [4] - 9:6, 9:8, 91:13, 92:5
**Friday** [11] - 30:8, 32:14, 32:17, 32:19, 33:6, 33:8, 33:11, 33:15, 34:4, 34:5, 39:1
**frivolous** [1] - 100:3
**full** [4] - 51:13, 63:9, 70:24, 74:24
**fundamental** [12] - 8:15, 8:16, 8:19, 8:22, 9:10, 75:5, 75:18, 77:5, 79:1, 81:6, 81:11, 93:18
**FURTHER** [1] - 57:4
**furthermore** [2] - 66:25, 68:16
**future** [2] - 71:7, 100:6

---

## G

**game** [1] - 14:18
**gathering** [1] - 32:20

**General** [6] - 53:15, 60:14, 60:17, 67:11, 72:25, 90:10
**general** [8] - 24:11, 24:14, 25:13, 27:12, 29:9, 29:10, 92:13, 95:24
**generally** [1] - 62:2
**gentlemen** [1] - 14:15
**gild** [1] - 89:19
**given** [1] - 72:23
**Governor** [1] - 79:15
**governs** [1] - 43:20
**grant** [1] - 82:15
**granted** [1] - 67:3
**great** [8] - 6:2, 64:23, 65:4, 103:11, 104:1, 104:8
**ground** [1] - 95:18
**groups** [1] - 87:16
**guaranteed** [1] - 92:7
**guess** [6] - 29:22, 35:2, 53:9, 73:13, 92:9, 99:8
**guidance** [7] - 27:4, 79:16, 96:10, 96:12, 96:22, 97:11, 98:9

---

## H

**H.B** [1] - 92:14
**hand** [2] - 96:22, 96:24
**handful** [2] - 55:7, 72:18
**handle** [1] - 87:9
**handled** [1] - 56:22
**handling** [3] - 51:5, 86:16, 86:23
**handwriting** [2] - 22:18, 84:6
**happy** [1] - 90:19
**harm** [2] - 7:10, 95:14
**head** [2] - 7:25, 53:17
**hear** [4] - 8:4, 15:15, 35:16, 66:21
**heard** [6] - 23:12, 34:11, 39:11, 87:5, 103:12
**HEARING** [1] - 1:11
**hearing** [11] - 9:20, 9:21, 15:10, 38:21, 42:19, 64:15, 68:10, 95:11, 95:12, 101:18, 102:21
**hearsay** [1] - 23:13
**held** [3] - 32:4, 36:16, 45:21
**help** [2] - 5:20, 79:2
**helpful** [1] - 58:7
**hence** [1] - 67:11
**highlighted** [2] - 26:1, 90:18
**highly** [1] - 100:13
**hold** [1] - 15:14
**honestly** [1] - 79:21
**Honor** [47] - 5:5, 5:11, 5:17, 8:21, 9:14, 9:16, 9:25, 10:13, 11:4, 11:14, 11:24, 12:10, 12:16, 12:21, 13:13, 13:21, 14:8, 14:25, 15:13,

16:4, 16:7, 23:18, 24:8, 25:15, 27:14, 29:11, 35:19, 39:19, 42:18, 43:22, 44:20, 49:3, 49:7, 50:13, 50:20, 57:16, 57:22, 58:18, 64:19, 64:20, 65:1, 91:14, 92:11, 97:25, 101:15, 103:15, 104:11
**HONORABLE** [1] - 1:12
**hope** [1] - 104:5
**house** [2] - 52:21, 62:15
**hundred** [4] - 80:14, 90:21, 90:23, 91:21
**hundreds** [1] - 97:23
**hurdle** [1] - 75:21

---

## I

**identify** [2] - 59:14, 66:24
**identity** [1] - 88:14
**immaterial** [1] - 72:4
**immediately** [2] - 30:18, 95:5
**impact** [2] - 5:24, 75:18
**impediment** [1] - 75:20
**impediments** [1] - 73:4
**import** [2] - 36:4, 36:6
**importance** [2] - 73:24, 97:12
**important** [10] - 64:21, 67:6, 67:15, 74:1, 74:8, 78:2, 83:24, 83:25, 97:15, 100:22
**importantly** [1] - 65:21
**imposing** [1] - 73:19
**improper** [1] - 68:10
**inaccurate** [1] - 74:4
**include** [5] - 47:3, 76:20, 86:15, 97:22, 98:11
**included** [10] - 24:10, 40:24, 51:16, 51:17, 51:18, 52:4, 55:19, 84:4, 95:6, 98:19
**includes** [4] - 19:8, 19:9, 20:17, 84:3
**including** [1] - 13:10
**inconsistency** [2] - 96:22, 98:8
**inconsistent** [2] - 73:2, 97:11
**INDEX** [2] - 2:2, 3:2
**indicated** [5] - 41:22, 42:1, 51:15, 65:3, 84:2
**indicates** [1] - 100:3
**indicating** [1] - 62:20
**individual** [6] - 4:20, 4:21, 72:9, 72:14, 72:21, 87:16
**ineffective** [1] - 68:8
**informal** [5] - 34:21, 35:22, 38:25, 39:11, 39:12
**informally** [2] - 16:14, 16:17
**information** [4] - 22:12, 26:9,

26:11, 26:12
**initial** [5] - 52:22, 94:15, 94:18
**initiative** [1] - 52:1
**inquired** [1] - 87:1
**insert** [2] - 52:13, 73:3
**inserts** [2] - 52:6, 100:16
**inside** [1] - 22:18
**insofar** [1] - 99:3
**instance** [3] - 32:8, 75:23, 78:17
**instituted** [1] - 80:24
**instructed** [2] - 97:5, 97:8
**Instruction** [1] - 3:9
**instruction** [9] - 22:12, 24:25, 25:2, 26:10, 26:19, 53:3, 84:3, 84:9, 90:14
**instructions** [9] - 18:24, 19:11, 22:14, 23:9, 26:7, 27:21, 51:25, 62:2, 84:12
**insufficient** [4] - 54:10, 90:11, 91:10, 101:13
**intelligent** [1] - 61:6
**intended** [1] - 58:12
**intending** [1] - 40:3
**intent** [1] - 98:2
**interested** [1] - 55:14
**interests** [1] - 34:20
**interfere** [3] - 9:7, 75:15, 75:16
**interject** [1] - 7:1
**intermural** [1] - 35:12
**interpret** [1] - 88:6
**interpretation** [2] - 72:1, 95:21
**interpreted** [1] - 69:22
**interpreting** [1] - 95:25
**interrupt** [1] - 68:20
**interveners** [1] - 101:7
**Intervenor** [1] - 1:21
**INTERVENOR'S** [1] - 2:17
**intolerable** [2] - 91:19, 91:23
**invalidate** [5] - 13:19, 14:5, 71:10, 71:17, 98:6
**invalidated** [1] - 95:17
**investigation** [1] - 76:12
**invitation** [2] - 83:13, 100:17
**invited** [1] - 82:21
**invites** [1] - 83:7
**invoked** [1] - 91:13
**involve** [3] - 8:23, 44:7, 85:24
**involved** [6] - 6:2, 28:20, 44:25, 45:6, 45:25, 75:7
**involves** [2] - 69:12, 95:21
**irrelevant** [1] - 79:12
**issue** [72] - 4:15, 9:12, 9:15, 9:22, 10:25, 12:19, 12:20, 13:2, 13:5, 13:8, 13:12,

13:17, 13:20, 13:23, 13:25, 14:2, 14:3, 14:6, 14:7, 14:12, 14:22, 18:4, 18:11, 18:12, 26:22, 35:2, 35:15, 38:20, 41:12, 41:13, 41:24, 42:4, 42:6, 43:13, 43:17, 43:19, 49:24, 55:12, 55:15, 56:3, 65:1, 68:9, 70:5, 71:21, 73:7, 73:12, 73:24, 74:20, 82:3, 83:5, 85:9, 86:9, 87:3, 88:3, 92:14, 93:3, 95:11, 95:20, 98:1, 98:16, 98:18, 98:21, 99:6, 99:16, 99:17, 99:21, 100:2, 100:4, 101:1
**issued** [1] - 71:5
**issues** [9] - 7:22, 13:24, 18:17, 64:24, 73:14, 85:20, 85:21, 95:19
**IT** [1] - 16:16
**item** [1] - 71:9
**itself** [5] - 24:7, 51:16, 58:22, 61:19, 87:2

**J**

**Jarrett** [1] - 32:9
**jerk** [1] - 79:4
**Jim** [1] - 16:12
**job** [2] - 104:1, 104:8
**Johnson** [1] - 15:16
**joined** [1] - 70:17
**JOSHUA** [1] - 1:19
**judge** [14] - 6:19, 7:1, 20:8, 20:14, 24:18, 34:11, 37:5, 44:6, 47:21, 55:22, 66:19, 98:19, 99:19, 103:25
**Judge** [47] - 5:8, 8:2, 8:6, 8:7, 9:1, 10:6, 10:21, 11:5, 11:6, 12:23, 12:24, 13:8, 13:14, 13:15, 14:9, 14:10, 15:9, 15:16, 20:24, 34:23, 37:9, 39:15, 40:17, 41:16, 42:9, 48:21, 50:22, 56:13, 56:25, 58:1, 63:3, 63:21, 63:23, 64:6, 70:22, 73:8, 73:13, 74:11, 79:18, 85:15, 85:19, 92:25, 95:2, 95:10, 97:19, 104:12, 104:13
**judgement** [1] - 70:9
**judgment** [2] - 70:14, 71:23
**June** [2] - 3:10, 28:2
**jurisdiction** [2] - 43:13, 67:7
**jurisprudence** [2] - 80:15, 85:5
**justice** [2] - 71:5, 82:11
**Justice** [19] - 70:8, 70:13, 70:16, 70:17, 71:14, 72:16, 73:8, 79:23, 83:12, 89:18, 91:11, 92:22, 93:2, 98:15,

98:17, 99:11, 100:1, 100:12
**justices** [2] - 82:10, 84:14
**justify** [1] - 75:21

**K**

**keep** [1] - 10:20
**kidding** [1] - 15:17
**kind** [2] - 16:6, 19:1
**knee** [1] - 79:4
**knee-jerk** [1] - 79:4
**known** [1] - 87:9, 103:23

**L**

**Lackawanna** [2] - 66:16, 66:18
**lady** [1] - 31:3
**Lane** [1] - 62:16
**language** [2] - 69:5, 91:18
**laptop** [1] - 4:8
**large** [1] - 64:22
**larger** [2] - 22:24, 25:22
**last** [11] - 6:7, 21:12, 21:22, 42:10, 71:12, 71:15, 98:7, 103:8, 103:9, 103:16, 103:24
**lastly** [2] - 66:2, 85:7
**law** [18] - 6:20, 13:22, 16:21, 18:14, 18:17, 18:20, 38:6, 38:8, 42:22, 58:24, 67:8, 72:8, 72:14, 72:22, 75:10, 83:18, 95:22, 98:16
**Law** [2] - 72:1, 102:25
**laws** [1] - 96:4
**lawyers** [2] - 5:2, 100:18
**lead** [2] - 72:2, 97:1
**leading** [1] - 30:8
**LEAH** [1] - 1:25
**leaned** [1] - 36:12
**least** [6] - 7:13, 9:21, 14:2, 58:3, 92:22, 103:5
**leaves** [2] - 84:22, 84:25, 100:5
**legal** [7] - 28:4, 28:7, 28:22, 28:24, 35:23, 56:21, 87:5
**legally** [1] - 58:13
**legislative** [1] - 92:11
**legislature** [8] - 80:23, 80:25, 81:1, 82:22, 83:8, 83:12, 92:21
**legislature's** [1] - 80:1
**legitimate** [5] - 4:14, 19:16, 73:18, 75:1, 75:6
**LEHIGH** [2] - 1:1, 1:6
**Lehigh** [11] - 1:14, 4:4, 7:22, 11:23, 12:2, 17:4, 62:16, 84:16, 90:2, 90:3, 97:24
**length** [1] - 67:12

**lengthy** [1] - 52:6
**lens** [1] - 96:7
**letter** [1] - 52:12
**letting** [1] - 33:17
**level** [1] - 104:4
**liberally** [1] - 96:6
**lieu** [1] - 70:25
**life** [4] - 59:23, 78:10, 79:6, 104:2
**lily** [1] - 89:19
**limit** [2] - 14:20, 37:20
**limiting** [1] - 25:13
**limits** [1] - 67:10
**Linda** [1] - 15:18
**line** [5] - 52:25, 91:24, 92:1, 92:2, 94:12
**listed** [1] - 67:20
**listen** [1] - 92:22
**literacy** [1] - 80:24
**litigation** [2] - 99:5, 100:7
**live** [2] - 16:11, 59:17
**lived** [1] - 78:10
**local** [2] - 4:7, 52:1
**located** [1] - 90:17
**long-term** [1] - 104:5
**longstanding** [1] - 96:1
**look** [13] - 25:18, 31:13, 32:13, 32:14, 53:6, 53:19, 55:17, 58:25, 79:23, 82:9, 89:1, 90:24, 102:5
**looked** [1] - 46:6
**looking** [1] - 20:16
**looks** [1] - 84:25
**lose** [1] - 26:4
**loss** [1] - 42:14
**luck** [1] - 104:10

**M**

**Mail** [1] - 70:7
**mail** [50] - 3:10, 17:17, 17:19, 18:8, 18:22, 18:23, 18:24, 25:9, 27:10, 28:2, 30:1, 30:2, 30:10, 30:14, 33:23, 33:24, 47:17, 47:18, 48:2, 49:13, 49:18, 49:25, 51:14, 52:4, 52:5, 54:15, 60:9, 60:11, 60:13, 60:16, 61:16, 62:22, 63:7, 68:9, 68:11, 68:22, 68:23, 69:1, 69:6, 69:13, 69:23, 76:11, 84:8, 84:15, 90:22, 98:11, 102:22
**Mail-in** [1] - 70:7
**mail-in** [27] - 17:17, 17:19, 18:8, 18:23, 18:24, 25:9, 30:2, 30:10, 30:14, 33:24, 47:17, 47:18, 48:2, 49:13, 49:18, 49:25, 51:14, 60:16, 68:9, 68:11, 69:1, 69:23,

76:11, 84:8, 84:15, 90:22, 98:11
**mail-ins** [4] - 68:22, 68:23, 69:6, 69:13
**mailbox** [1] - 62:15
**mailed** [4] - 20:10, 25:5, 60:24, 61:16
**mailer** [1] - 21:2
**mailing** [3] - 19:10, 50:15, 52:21
**mailings** [1] - 52:22
**mails** [3] - 55:18, 56:7, 63:15
**main** [1] - 70:10
**main-in** [1] - 70:10
**major** [1] - 84:2
**makeup** [1] - 82:9
**man** [1] - 103:9
**mandatory** [6] - 69:24, 71:8, 80:5, 82:11, 82:12, 82:15
**manner** [1] - 66:4
**margin** [2] - 91:2, 91:3
**mark** [4] - 23:3, 48:16, 88:20, 89:11
**MARKED** [1] - 3:6
**marked** [2] - 16:5, 22:19
**Marks** [1] - 96:13
**Marzin** [1] - 56:11
**matches** [1] - 19:16
**material** [2] - 72:13, 72:21
**materiality** [1] - 93:4
**materials** [2] - 51:20, 60:22
**matter** [17] - 4:3, 6:1, 6:17, 38:9, 43:3, 43:6, 44:6, 44:12, 57:19, 57:20, 82:11, 85:23, 89:14, 94:8, 94:10, 101:21
**MAZIN** [28] - 1:19, 5:5, 5:8, 6:19, 8:7, 9:16, 10:6, 10:21, 11:5, 12:23, 13:14, 14:9, 49:10, 49:12, 50:8, 50:22, 56:13, 58:1, 63:14, 63:21, 85:15, 95:10, 97:6, 97:10, 97:16, 97:18, 99:19, 104:13
**Mazin** [10] - 5:3, 42:19, 49:8, 56:11, 56:12, 57:24, 63:12, 85:14, 95:9, 101:19
**Mazin**............. [2] - 2:7, 2:21
**mean** [23] - 7:22, 9:2, 35:15, 55:8, 60:7, 60:8, 76:3, 77:20, 80:16, 81:2, 81:5, 82:4, 83:18, 83:21, 85:5, 86:19, 90:16, 91:11, 97:10, 99:1, 99:2, 100:10, 101:3
**meaning** [3] - 8:13, 8:16, 71:22
**means** [4] - 67:12, 67:16, 86:1, 86:23
**meant** [1] - 82:6
**measure** [2] - 71:3, 75:22

**mechanisms** [2] - 35:8, 103:3
**media** [2] - 4:7, 4:25
**meet** [2] - 5:22, 68:6
**meeting** [24] - 32:2, 32:4, 32:7, 34:4, 36:3, 36:7, 36:16, 39:8, 39:12, 39:22, 42:2, 45:13, 45:19, 45:20, 45:23, 46:2, 51:2, 55:11, 55:16, 56:18, 56:20, 88:1, 88:3
**meetings** [1] - 16:23
**meets** [1] - 7:21
**member** [1] - 4:14
**memorandum** [1] - 13:22
**mentioned** [1] - 25:3
**merits** [4] - 95:12, 95:13, 101:10, 101:12
**mess** [1] - 6:17
**message** [4] - 27:13, 27:15, 28:1, 28:3
**met** [2] - 37:15, 40:14
**method** [7] - 43:25, 44:11, 44:12, 60:5, 65:9, 67:17, 101:24
**methods** [1] - 60:5
**mic** [1] - 15:11
**microphone** [1] - 16:1
**microphones** [1] - 15:18
**might** [8] - 62:6, 72:18, 77:8, 86:17, 97:14
**military** [1] - 9:7
**mind** [5] - 73:1, 73:8, 100:11, 100:15, 100:16
**mindful** [1] - 96:1
**minimizing** [1] - 74:8
**minute** [1] - 15:14
**minutes** [1] - 44:20
**misconduct** [1] - 13:11
**missed** [2] - 36:12, 99:25
**missing** [3] - 98:16, 98:17, 99:14
**mistake** [1] - 26:4
**misunderstood** [1] - 20:24
**mode** [1] - 88:21
**Monday** [5] - 1:12, 37:15, 42:2, 45:22, 88:1
**morning** [4] - 4:1, 4:2, 15:17, 103:5
**most** [2] - 59:23, 65:20
**move** [2] - 48:10, 57:22
**moved** [3] - 48:25, 53:11, 102:21
**moving** [1] - 10:20
**MR** [258] - 5:5, 5:8, 5:11, 5:14, 5:17, 6:19, 7:1, 7:12, 8:1, 8:6, 8:7, 8:20, 9:1, 9:13, 9:16, 9:24, 10:6, 10:7, 10:12, 10:14, 10:21, 11:3, 11:5, 11:6, 11:14,

12:16, 12:17, 12:20, 12:23, 12:24, 13:4, 13:7, 13:13, 13:14, 13:15, 13:21, 14:7, 14:9, 14:10, 14:14, 14:18, 14:25, 15:4, 15:13, 16:4, 16:10, 18:2, 18:5, 18:15, 18:18, 18:21, 19:4, 20:8, 20:12, 20:14, 20:16, 20:18, 20:20, 20:21, 20:23, 20:25, 22:3, 23:19, 24:8, 24:16, 24:18, 24:23, 24:24, 25:14, 25:17, 27:14, 27:16, 27:17, 29:10, 29:17, 34:10, 34:13, 34:23, 34:24, 35:1, 35:6, 35:19, 36:2, 36:6, 36:14, 36:19, 36:22, 37:2, 37:5, 37:6, 37:9, 37:18, 37:23, 38:7, 38:17, 39:7, 39:15, 39:21, 40:5, 40:12, 40:17, 40:18, 41:3, 41:6, 41:9, 41:11, 41:15, 42:13, 42:18, 43:1, 43:3, 43:9, 43:11, 43:14, 43:18, 43:21, 43:24, 44:6, 44:9, 44:16, 44:19, 44:21, 45:11, 45:18, 46:18, 46:22, 47:1, 47:8, 47:15, 47:21, 48:1, 48:6, 48:10, 48:13, 48:19, 48:21, 49:3, 49:6, 49:10, 49:12, 50:8, 50:22, 50:24, 51:1, 53:20, 53:24, 55:22, 56:1, 56:10, 56:13, 56:16, 56:24, 57:2, 57:5, 57:21, 58:1, 58:3, 58:10, 58:18, 59:4, 59:11, 59:13, 63:2, 63:6, 63:14, 63:21, 63:23, 64:4, 64:8, 64:13, 64:19, 68:23, 69:1, 69:3, 69:8, 69:9, 69:11, 69:14, 69:21, 71:13, 71:19, 74:10, 74:14, 74:16, 74:19, 75:23, 77:6, 77:13, 77:16, 78:1, 78:4, 78:8, 78:13, 78:16, 78:22, 78:24, 79:14, 80:4, 80:9, 80:17, 80:21, 81:8, 81:15, 81:20, 81:24, 82:2, 82:5, 82:8, 82:20, 82:24, 83:2, 83:6, 83:9, 83:14, 83:17, 83:19, 83:23, 84:20, 84:23, 85:3, 85:7, 85:12, 85:15, 85:19, 86:7, 86:14, 86:22, 90:12, 90:20, 93:16, 93:20, 93:22, 94:17, 95:10, 97:6, 97:10, 97:16, 97:18, 98:19, 98:23, 98:25, 99:19, 100:22, 101:3, 101:11, 101:15, 101:18, 102:3, 102:7, 102:14, 103:2, 103:6, 103:11, 103:13, 103:18, 104:11, 104:12, 104:13
**mull** [1] - 6:4

**Mundy** [1] - 70:17
**Municipal** [1] - 98:12
**Murray** [1] - 7:24
**must** [15] - 22:16, 22:22, 24:12, 27:22, 65:7, 65:14, 65:19, 65:21, 66:1, 79:17, 84:3, 84:4, 96:1, 96:4, 96:8

**N**

**name** [5] - 11:20, 31:4, 59:16, 69:18, 72:19
**Naomi** [1] - 31:4
**National** [2] - 71:24, 101:7
**national** [1] - 93:17
**nearest** [1] - 62:15
**necessary** [2] - 53:8, 94:1
**need** [11] - 6:22, 6:23, 35:11, 62:12, 77:23, 78:3, 79:2, 93:23, 95:16, 100:11
**negative** [1] - 75:15
**neglected** [1] - 14:20
**NELSON** [1] - 1:25
**never** [3] - 36:23, 39:7, 40:18
**next** [5] - 9:11, 12:6, 31:18, 48:17, 60:25
**night** [2] - 14:17, 42:10
**NO** [1] - 3:6
**nobody** [4] - 81:21, 86:19, 99:12, 101:1
**nobody's** [1] - 79:10
**none** [2] - 18:11, 85:21
**normal** [2] - 93:25, 100:8
**normally** [3] - 45:2, 79:3, 96:20
**note** [6] - 92:10, 92:12, 95:20, 95:24, 96:11, 99:19
**noted** [2] - 13:21, 96:15
**NOTES** [1] - 1:10
**notes** [2] - 5:2, 44:20
**nothing** [17] - 6:11, 34:16, 34:21, 35:15, 38:17, 41:14, 47:2, 50:14, 57:10, 57:21, 64:13, 67:19, 76:22, 86:3, 87:8, 92:18, 92:23
**notice** [12] - 38:19, 40:1, 40:6, 40:8, 42:6, 42:9, 53:12, 54:9, 54:12, 55:14, 57:6, 89:10
**notices** [1] - 54:18
**notified** [4] - 20:2, 54:14, 55:18, 56:3
**Nov** [1] - 3:11
**November** [28] - 1:12, 20:22, 24:17, 26:18, 28:13, 31:20, 32:2, 32:17, 32:19, 34:5, 36:7, 36:16, 37:15, 39:1, 39:8, 39:12, 42:2, 45:22, 49:14, 51:2, 55:11, 55:16, 56:18, 60:14, 60:17, 70:7,

90:10, 98:12
**novo** [1] - 95:23
**number** [9] - 9:17, 20:7, 25:19, 32:11, 48:17, 64:5, 68:3, 89:22, 94:25
**numbers** [1] - 94:11
**numeric** [1] - 25:19

## O

**o'clock** [1] - 42:11
**OAJC** [3] - 71:22, 72:6, 72:17
**object** [2] - 34:15, 58:18
**objected** [5] - 36:15, 36:18, 36:24, 37:1, 68:11
**objecting** [1] - 45:16
**objection** [19] - 20:14, 24:8, 24:15, 24:22, 27:14, 32:9, 34:10, 34:14, 45:11, 46:18, 47:1, 47:22, 48:12, 48:20, 48:21, 48:23, 56:4, 57:24, 64:16
**objections** [9] - 29:5, 32:4, 34:7, 35:18, 45:10, 57:7, 57:9, 66:9, 66:23
**objective** [2] - 90:21, 90:24
**obligation** [4] - 38:2, 38:8, 40:8, 77:10
**observations** [1] - 74:11
**observed** [1] - 70:22
**observes** [1] - 71:23
**obvious** [1] - 99:20
**obviously** [6] - 17:14, 61:15, 62:9, 64:9, 85:8, 89:25
**occur** [1] - 34:2
**occurred** [1] - 28:25
**October** [1] - 60:20
**OF** [4] - 1:1, 1:6, 1:10
**offend** [1] - 92:5
**offer** [1] - 64:9
**office** [13] - 11:10, 12:4, 12:15, 17:12, 20:11, 21:5, 26:13, 35:14, 39:3, 40:1, 40:2, 57:11, 84:1
**Office** [1] - 17:4
**offices** [1] - 26:23
**official** [3] - 4:12, 7:5, 38:4
**Official** [2] - 1:25, 22:19
**officially** [1] - 66:3
**Old** [1] - 66:15
**omission** [4] - 71:9, 72:10, 72:13, 99:15
**omitted** [1] - 98:4
**once** [10] - 20:1, 30:5, 40:8, 49:23, 54:13, 57:20, 61:9, 88:22, 103:7
**one** [33] - 4:5, 4:6, 16:6, 24:17, 26:6, 29:15, 35:7, 37:10, 40:19, 43:25, 45:21, 46:1, 47:23, 52:8, 52:9,

54:25, 55:13, 55:19, 58:3, 58:23, 63:17, 63:18, 65:25, 76:24, 80:24, 89:23, 90:23, 91:21, 96:22, 97:13, 101:16, 103:15
**one's** [2] - 75:18, 77:3
**ones** [1] - 66:12
**opened** [7] - 7:16, 41:19, 49:19, 50:12, 50:14, 88:7, 88:16
**opening** [1] - 95:5
**opinion** [18] - 23:10, 23:14, 70:8, 70:14, 70:18, 70:20, 71:6, 71:16, 71:22, 72:6, 79:19, 79:24, 82:25, 100:17, 100:23, 103:20
**opportunities** [1] - 104:9
**opportunity** [6] - 4:23, 23:20, 54:22, 64:12, 64:20, 64:23
**opposing** [2] - 42:5, 92:20
**oral** [1] - 64:17
**order** [16] - 6:22, 6:24, 43:24, 52:18, 52:20, 53:1, 53:2, 65:5, 65:11, 65:14, 67:20, 75:21, 85:9, 90:7, 95:3, 95:17, 97:15, 103:20
**ordinarily** [1] - 96:5
**organize** [1] - 30:7
**origin** [1] - 67:9
**original** [1] - 50:15
**ought** [2] - 100:19
**ourselves** [1] - 86:25
**outer** [4] - 13:18, 14:4, 49:19, 54:7
**outside** [6] - 9:23, 10:2, 10:3, 10:10, 91:24
**oval** [2] - 69:16, 69:19
**overriding** [2] - 45:1, 96:2
**overruled** [3] - 45:12, 47:4, 94:16
**oversee** [1] - 17:12
**own** [3] - 22:17, 51:9, 84:6

## P

**p.m** [1] - 104:15
**P.S** [2] - 7:3, 65:9
**packet** [7] - 19:8, 25:3, 25:11, 51:13, 51:18, 51:21
**packets** [1] - 52:17
**PAGE** [2] - 2:4, 2:17
**Page** [1] - 98:20
**page** [1] - 14:19
**pages** [1] - 99:5
**panel** [1] - 66:19
**paper** [3] - 52:12, 69:15, 72:11
**paragraph** [1] - 27:18
**Paragraph** [1] - 25:18
**pardon** [2] - 36:11, 83:1

**part** [9] - 24:14, 36:10, 48:15, 66:11, 81:16, 81:18, 87:17, 89:22, 94:5
**particular** [3] - 45:16, 52:18, 86:24
**particularly** [1] - 17:16
**particulars** [1] - 71:9
**parties** [9] - 6:12, 7:13, 30:25, 33:2, 33:3, 33:17, 69:17, 95:13
**PARTIES** [1] - 4:2
**parts** [1] - 9:21
**Party** [4] - 66:23, 91:12, 99:4, 101:6
**party** [1] - 94:20
**past** [3] - 28:9, 31:16, 60:4
**pay** [1] - 77:25
**pending** [1] - 7:4
**PENNSYLVANIA** [1] - 1:1
**Pennsylvania** [13] - 1:14, 9:4, 9:11, 16:12, 27:5, 69:21, 70:16, 80:15, 91:12, 92:7, 99:4, 101:6, 102:25
**Pennsylvania's** [1] - 72:1
**people** [8] - 4:16, 30:21, 35:13, 35:24, 50:17, 78:17, 91:25, 92:1
**per** [4] - 16:22, 46:24, 48:7
**percent** [12] - 21:17, 55:17, 60:20, 61:21, 91:7, 91:8, 91:11
**perhaps** [1] - 72:19
**person** [12] - 25:9, 47:16, 60:10, 65:11, 68:17, 71:1, 72:8, 75:24, 76:2, 76:5, 76:9, 76:10, 88:18
**personal** [2] - 23:10, 23:14
**persuasive** [1] - 71:25
**pertaining** [1] - 29:13
**petition** [12] - 37:7, 38:13, 40:24, 65:21, 66:5, 66:17, 66:24, 67:4, 67:22, 67:25, 68:2, 68:7
**petitioner** [1] - 41:17
**petitions** [1] - 6:21
**Philadelphia** [3] - 90:3, 90:25, 91:8
**phones** [1] - 4:17
**phrase** [1] - 22:21
**physical** [1] - 53:14
**pick** [1] - 98:15
**picked** [1] - 99:12
**picking** [2] - 81:22, 81:25
**place** [9] - 10:11, 13:11, 13:19, 14:5, 22:20, 47:11, 71:1, 91:25, 104:7
**placed** [2] - 25:3, 87:3
**plain** [1] - 52:4
**Plaintiff's** [1] - 48:16
**plaintiff's** [1] - 48:22

**pleas** [14] - 7:17, 7:18, 37:3, 37:7, 37:11, 38:9, 40:22, 42:25, 65:17, 66:6, 66:19, 67:3, 67:24, 103:25
**Pleas** [1] - 66:17
**PLEAS** [1] - 1:1
**plenary** [1] - 95:24
**plucked** [1] - 92:2
**point** [12] - 35:4, 36:23, 39:24, 40:9, 51:4, 71:2, 74:12, 88:15, 88:17, 94:21, 98:7, 101:16
**pointed** [2] - 97:25, 98:8
**points** [1] - 64:10
**policy** [1] - 96:2
**political** [1] - 34:20
**poll** [1] - 13:2
**polling** [3] - 47:11, 71:1, 91:24
**polls** [1] - 91:25
**portion** [2] - 52:5, 64:15, 67:5
**position** [14] - 17:9, 17:10, 37:10, 38:24, 38:25, 39:6, 40:15, 43:8, 43:10, 44:15, 79:25, 80:1, 80:2, 100:12
**possibility** [2] - 99:10
**possibly** [1] - 99:9
**potentially** [1] - 64:22
**power** [1] - 9:6
**pre** [5] - 16:5, 29:22, 30:1, 30:3, 30:12
**pre-canvass** [4] - 29:22, 30:1, 30:3, 30:12
**pre-marked** [1] - 16:5
**precedence** [1] - 84:16
**precedent** [1] - 70:15
**predated** [1] - 74:6
**preelection** [1] - 86:2, 101:5
**prejudice** [5] - 7:10, 7:12, 7:14, 95:14, 95:17
**prejudices** [1] - 6:11
**prescribe** [1] - 92:18
**prescribed** [2] - 66:9, 87:7
**presence** [1] - 71:1
**present** [7] - 32:10, 42:7, 56:17, 58:4, 64:21, 83:15, 85:16
**presented** [8] - 4:9, 42:4, 57:11, 66:2, 89:25, 95:20
**presenting** [1] - 24:9
**presents** [1] - 95:22
**presidential** [1] - 21:13
**press** [3] - 4:14, 4:20, 4:22
**pressure** [1] - 103:21
**presumably** [1] - 17:23
**presume** [1] - 8:21
**pretty** [2] - 31:8, 78:10
**prevail** [1] - 37:18

**prevent** [2] - 9:7, 96:5
**previous** [1] - 96:14
**previously** [5] - 45:14, 51:8, 51:12, 51:15, 53:11
**primary** [3] - 24:13, 29:2, 29:8
**principals** [1] - 8:13
**principles** [1] - 95:25
**printed** [1] - 70:4
**printer** [1] - 53:19
**probe** [2] - 79:24, 81:2
**problem** [3] - 33:4, 40:4, 43:12, 62:20, 75:5, 76:15
**problems** [1] - 62:1
**procedural** [15] - 13:23, 13:24, 14:12, 14:22, 18:3, 34:14, 35:2, 57:19, 64:10, 67:5, 85:20, 85:21, 95:11, 95:15, 95:16
**procedurally** [1] - 68:10
**procedure** [4] - 15:5, 87:21, 87:22, 92:24
**procedures** [11] - 40:19, 66:9, 68:14, 86:25, 87:7, 88:5, 88:19, 89:6, 89:9, 102:15, 103:14
**proceed** [9] - 5:7, 5:12, 5:13, 5:18, 28:8, 64:16, 66:7, 67:19, 95:5
**proceeding** [3] - 7:3, 67:17, 101:24
**proceedings** [4] - 16:21, 16:24, 42:11, 104:14
**process** [26] - 17:13, 17:16, 18:8, 19:6, 28:21, 30:5, 30:14, 30:20, 33:1, 33:8, 33:10, 33:13, 36:10, 36:23, 42:9, 45:6, 65:4, 66:23, 75:8, 81:17, 81:19, 83:20, 87:10, 88:13, 96:19, 102:18
**processed** [1] - 54:13
**processes** [2] - 29:25, 103:14
**processing** [2] - 17:19, 17:21
**proof** [2] - 70:23, 74:23
**proper** [3] - 68:3, 89:6, 95:21
**properly** [4] - 18:14, 58:11, 88:19, 89:15
**proposed** [1] - 92:14
**prospectively** [1] - 82:19
**protect** [3] - 81:6, 96:2, 96:6
**protecting** [2] - 73:3, 75:11
**provide** [3] - 55:14, 94:8, 94:9
**provided** [6] - 47:18, 54:9, 54:12, 68:14, 94:7
**provides** [3] - 65:10, 70:23, 74:23

**provision** [4] - 32:13, 66:25, 67:11, 73:1
**provisional** [6] - 32:10, 38:21, 45:23, 46:1, 88:2, 102:20
**provisionals** [3] - 32:14, 33:9, 33:22
**provisions** [1] - 75:11
**prudent** [1] - 96:14
**public** [3] - 29:6, 29:14, 50:11
**pulling** [1] - 4:17
**purpose** [6] - 26:11, 27:12, 45:19, 58:8, 70:20, 75:1
**pursuant** [2] - 65:9, 65:10, 68:1
**pursue** [1] - 72:17
**put** [18] - 11:12, 14:19, 15:1, 20:1, 26:11, 40:8, 42:1, 61:12, 61:15, 61:24, 74:2, 80:11, 80:12, 96:24, 97:3, 97:4, 97:7, 100:23
**puts** [1] - 76:11
**putting** [2] - 76:4, 96:17

## Q

**qualifications** [1] - 73:5
**qualified** [5] - 44:2, 65:22, 72:14, 72:22, 76:2
**qualify** [2] - 72:20, 82:24
**questions** [16] - 8:11, 18:6, 26:14, 44:17, 49:5, 49:6, 49:9, 49:10, 50:8, 52:15, 55:23, 56:12, 56:24, 63:3, 63:11, 88:17
**quickly** [1] - 103:21
**quite** [2] - 27:2, 92:3
**quote** [5] - 9:8, 72:15, 72:20, 72:22, 73:14
**quotes** [1] - 72:7
**quoting** [1] - 9:5

## R

**race** [6] - 7:17, 7:18, 7:19, 88:24, 88:25, 89:3
**raise** [8] - 41:24, 66:9, 71:11, 71:15, 73:7, 88:3, 92:10, 101:20
**raised** [10] - 14:12, 39:8, 98:18, 99:3, 99:17, 99:21, 101:1, 101:3, 101:4, 101:6
**raises** [8] - 71:21, 73:11, 99:11, 100:1, 100:10, 100:14
**rate** [1] - 90:25
**rather** [1] - 67:24
**ratio** [1] - 91:19
**rational** [6] - 75:20, 77:4,

77:11, 81:4, 93:11, 97:20
**re** [1] - 65:17
**Re** [1] - 70:6
**re-canvass** [1] - 65:17
**reach** [1] - 72:24
**reaction** [1] - 79:4
**read** [15] - 27:18, 42:12, 43:15, 44:19, 60:23, 61:4, 71:20, 72:18, 76:18, 80:4, 83:5, 84:21, 84:24, 89:20, 90:14
**reading** [3] - 62:2, 62:8, 99:20
**ready** [4] - 5:6, 5:12, 5:18
**real** [1] - 99:16
**really** [16] - 13:24, 19:1, 35:9, 41:14, 41:15, 46:3, 67:6, 67:15, 74:21, 89:16, 94:12, 97:12, 101:22, 102:6, 104:1, 104:4
**reason** [3] - 23:8, 44:1, 98:5
**reasons** [5] - 47:18, 72:4, 73:17, 73:18, 98:9
**rebuttal** [1] - 64:12
**receipt** [2] - 11:7, 11:12
**receive** [9] - 14:16, 27:4, 27:25, 28:6, 29:5, 60:16, 62:19, 63:15, 63:16
**received** [12] - 11:1, 12:19, 18:19, 24:12, 38:18, 49:14, 49:18, 60:19, 60:21, 62:24, 73:23, 98:3
**recognizes** [1] - 93:1
**record** [11] - 8:10, 9:20, 12:8, 24:7, 48:5, 48:15, 53:20, 59:15, 72:10, 90:8, 94:5
**recorded** [1] - 12:11
**recordings** [1] - 4:11
**recount** [10] - 41:18, 65:8, 65:17, 68:1, 86:5, 88:5, 88:19, 88:20
**recounts** [5] - 41:19, 88:6, 102:15
**Recross** [1] - 2:9
**RECROSS** [1] - 56:15
**Recross-Examination** [1] - 2:9
**RECROSS-EXAMINATION** [1] - 56:15
**Redirect** [2] - 2:8, 2:9
**redirect** [2] - 55:24, 63:22
**REDIRECT** [2] - 55:25, 57:4
**refer** [1] - 10:24
**reference** [1] - 47:10
**REFERENCED** [1] - 3:6
**referendum** [1] - 52:15
**referring** [3] - 10:23, 61:18, 75:10
**refers** [1] - 72:6
**reflects** [1] - 89:12

**reform** [2] - 92:11, 92:23
**regard** [9] - 5:21, 6:24, 6:25, 8:10, 35:17, 56:21, 57:18, 95:19, 98:8
**regarding** [4] - 52:1, 63:16, 65:12, 69:5
**regards** [11] - 16:20, 26:23, 27:5, 28:16, 29:6, 51:5, 55:10, 56:21, 64:25, 65:24, 86:4
**registered** [4] - 59:19, 59:21, 76:6, 76:7
**registration** [7] - 11:10, 17:12, 26:23, 35:14, 39:2, 72:11, 84:1
**Registration** [1] - 17:5
**regular** [1] - 61:16
**regularly** [1] - 60:1
**REIBMAN** [1] - 1:12
**reject** [1] - 96:16
**rejected** [4] - 26:8, 84:13, 90:22, 91:19
**rejection** [2] - 70:11, 90:25
**relate** [1] - 18:6
**relates** [1] - 17:16
**relating** [1] - 72:11
**relation** [1] - 81:4
**relegated** [2] - 98:21, 98:23
**relevance** [6] - 34:10, 35:3, 35:6, 45:11, 46:18, 58:20
**relevant** [3] - 18:1, 23:14, 36:21
**relief** [1] - 67:1
**relying** [2] - 10:14, 102:9
**remain** [1] - 96:1
**remedies** [1] - 67:20
**remember** [4] - 29:12, 45:15, 53:16, 55:19
**remind** [1] - 96:14
**remote** [1] - 99:9
**remove** [2] - 92:16, 92:17
**removed** [1] - 50:14
**renew** [2] - 47:1, 47:21
**reporter** [3] - 4:13, 11:18, 59:8
**Reporter** [1] - 1:25
**represent** [3] - 5:3, 5:9, 5:16
**representation** [2] - 8:5, 33:2
**representations** [1] - 10:15
**representative** [1] - 24:21
**representatives** [10] - 4:7, 30:21, 30:23, 31:11, 32:2, 32:11, 33:4, 33:18, 36:8, 55:15
**represented** [3] - 30:25, 89:8, 95:14
**Republican** [1] - 66:23
**Republicans** [1] - 83:14
**request** [7] - 4:6, 4:8, 65:7,

65:16, 65:19, 65:25, 68:1
**requested** [3] - 18:9, 32:21, 71:25
**requesting** [4] - 18:23, 41:18, 66:17, 67:1
**requests** [3] - 25:9, 85:8, 98:10
**require** [2] - 58:24, 73:6
**required** [8] - 23:2, 35:15, 36:18, 37:10, 38:5, 79:22, 82:11, 84:8
**requirement** [7] - 69:23, 71:8, 72:20, 77:11, 92:17, 92:18, 94:13
**requirements** [4] - 67:2, 68:7, 70:10, 73:19
**requires** [5] - 46:23, 68:16, 74:9, 74:10, 102:9
**requiring** [1] - 70:21
**requisite** [1] - 72:12
**researched** [3] - 8:20, 81:12, 81:16
**resolve** [2] - 67:8, 101:12
**resolved** [1] - 6:21
**respect** [2] - 23:17, 100:13
**respectfully** [1] - 98:10
**respectively** [1] - 48:25
**respects** [1] - 89:12
**response** [4] - 14:22, 21:22, 101:22, 101:23
**responsibilities** [1] - 17:11
**responsible** [1] - 77:25
**rest** [1] - 95:8
**restriction** [1] - 94:2
**result** [5] - 66:5, 69:25, 95:22, 96:21, 97:1
**results** [4] - 6:15, 67:14, 67:18, 88:23
**Return** [2] - 3:7, 3:8
**return** [10] - 10:3, 19:9, 20:10, 21:2, 21:6, 21:14, 23:7, 25:21, 51:22, 84:11
**returned** [2] - 21:5, 21:14
**returns** [2] - 65:13, 66:3
**reversing** [1] - 85:9
**review** [4] - 23:20, 87:4, 95:23, 95:24
**reviewed** [3] - 54:1, 54:6, 96:8
**reviewing** [2] - 24:19, 96:7
**reviews** [1] - 73:2
**RICHARD** [2] - 2:19, 59:7
**Richard** [2] - 59:4, 59:16
**RICHARDS** [2] - 2:19, 59:7
**Richards** [4] - 59:5, 59:6, 59:16, 63:24
**rights** [3] - 6:13, 81:6, 93:3
**Rights** [2] - 72:2, 93:3
**Rinaldi** [8] - 65:3, 66:10, 66:14, 67:6, 67:22, 69:12,

86:4, 88:5
**Rinaldi's** [2] - 68:7, 69:17
**RITTER** [1] - 1:3
**Ritter** [13] - 4:4, 5:10, 7:11, 36:12, 41:1, 41:4, 46:12, 56:2, 57:6, 64:18, 85:8, 89:8, 103:23
**Ritter's** [2] - 46:9, 85:23
**ROBERT** [1] - 1:17
**rolls** [1] - 76:9
**rule** [1] - 102:18
**ruled** [1] - 68:5
**ruling** [4] - 4:5, 5:25, 48:5, 82:18
**run** [1] - 12:3

---

## S

**sail** [1] - 100:1
**sample** [1] - 53:21
**samples** [1] - 53:19
**Saylor** [1] - 70:17
**scanned** [1] - 19:17
**scope** [1] - 95:24
**score** [2] - 77:24, 78:2
**scrutiny** [3] - 93:17, 93:19, 93:25
**se** [1] - 16:22
**seal** [1] - 22:18
**second** [2] - 27:18, 65:9
**secondary** [1] - 30:5
**secrecy** [3] - 19:9, 22:19, 49:19
**Secretary** [1] - 96:12
**secretary** [1] - 27:10
**Section** [5] - 9:4, 65:9, 68:16, 87:13, 102:8
**section** [3] - 25:24, 47:7, 47:15
**sections** [1] - 85:22
**security** [4] - 51:15, 51:16, 61:12, 73:5
**see** [11] - 7:24, 8:9, 8:11, 10:18, 53:18, 77:24, 88:23, 90:2, 95:14, 95:16
**seem** [1] - 73:21
**seminars** [1] - 16:25
**send** [5] - 17:22, 17:23, 56:7, 57:6, 79:15
**sends** [1] - 17:22
**sense** [3] - 9:9, 34:6, 82:15
**sent** [13] - 18:9, 18:13, 18:21, 19:8, 22:9, 22:10, 25:1, 25:4, 25:6, 25:8, 51:14, 56:7, 84:9
**separate** [1] - 88:14
**separated** [6] - 49:25, 50:2, 50:3, 50:5, 50:15, 88:10
**served** [1] - 66:20
**set** [13] - 6:5, 8:9, 9:19,

19:10, 19:21, 30:17, 40:19, 44:22, 46:3, 67:12, 68:14, 97:20, 103:3
**setting** [1] - 97:14
**settled** [1] - 100:15
**seventy** [1] - 46:11
**seventy-four** [1] - 46:11
**shall** [16] - 7:4, 9:6, 9:7, 47:19, 68:18, 69:25, 70:3, 72:8, 76:19, 80:5, 80:13, 80:15, 80:16, 85:1, 85:5, 85:6
**sheet** [1] - 52:12
**show** [3] - 74:17, 87:24, 95:17
**showed** [1] - 91:25
**shows** [1] - 97:11
**sided** [3] - 51:17, 52:8, 52:10
**sign** [23] - 22:17, 23:2, 25:21, 25:23, 27:22, 70:3, 70:21, 71:8, 73:9, 76:20, 78:11, 78:19, 79:4, 79:6, 79:17, 80:13, 84:5, 84:10, 85:2, 89:24, 90:15, 92:16
**signature** [2] - 22:25, 84:7
**signed** [7] - 38:14, 61:10, 61:11, 61:13, 61:18, 76:1
**significance** [2] - 97:2, 97:9
**signing** [3] - 69:5, 77:23, 94:9
**similar** [2] - 21:16, 66:12
**simple** [3] - 71:15, 73:8, 73:12
**simply** [2] - 26:15, 38:18
**simultaneously** [1] - 14:24
**single** [1] - 52:12
**situation** [2] - 41:20, 41:21
**size** [1] - 90:17
**sole** [2] - 13:17, 14:3
**solicitor** [2] - 23:21, 23:24
**solid** [1] - 79:25
**sometimes** [1] - 87:15
**somewhat** [1] - 97:11
**soon** [1] - 30:19
**sorry** [16] - 20:20, 20:23, 24:16, 26:6, 29:10, 31:22, 32:17, 33:12, 41:3, 43:9, 49:3, 56:12, 68:24, 71:13, 92:3, 102:3
**sort** [1] - 90:4
**Spanish** [1] - 26:20
**speaking** [1] - 47:7
**speaks** [1] - 58:21
**specific** [9] - 23:23, 28:11, 29:13, 29:19, 30:1, 30:24, 47:6, 50:3, 53:1
**specifically** [4] - 50:6, 68:14, 84:10, 84:11
**spend** [2] - 62:6, 62:7
**staff** [2] - 37:24, 102:24

**stamped** [1] - 12:11
**stamps** [1] - 12:7
**stand** [2] - 15:1, 59:5
**standard** [4] - 90:24, 93:15, 93:16, 95:23
**standing** [2] - 18:4, 103:9
**start** [3] - 4:16, 4:17, 8:11
**started** [2] - 30:13, 33:6
**starting** [1] - 30:12
**State** [12] - 23:6, 27:5, 27:11, 28:22, 69:22, 70:16, 72:14, 72:22, 79:15, 79:16, 94:7, 98:9
**state** [11] - 9:2, 26:23, 27:1, 72:3, 73:17, 73:18, 75:6, 75:14, 75:17, 75:21, 96:10
**State's** [1] - 80:1
**statement** [1] - 96:12
**statements** [1] - 52:4
**states** [9] - 6:20, 7:3, 9:5, 47:15, 70:2, 70:19, 71:7, 96:23, 96:24
**statewide** [1] - 89:3
**stating** [1] - 66:24
**status** [4] - 76:21, 76:22, 77:9, 81:10
**Statute** [1] - 72:7
**statute** [17] - 7:2, 35:17, 41:17, 46:23, 47:13, 67:9, 70:1, 73:9, 73:10, 74:9, 74:10, 76:18, 76:19, 77:8, 77:22, 80:5, 85:1
**statutorily** [3] - 35:15, 36:17, 66:8
**statutory** [9] - 8:21, 34:22, 35:7, 67:11, 67:16, 67:20, 69:5, 81:10, 101:24
**stay** [1] - 6:24
**stayed** [1] - 7:23
**step** [4] - 57:1, 57:15, 63:24, 89:17
**stepped** [2] - 93:14, 93:16
**stepped-up** [2] - 93:14, 93:16
**stipulate** [2] - 10:19, 11:2
**stipulated** [8] - 18:11, 44:4, 44:8, 73:22, 75:13, 76:15, 79:8, 93:5
**stipulations** [1] - 8:10
**Street** [1] - 62:17
**strict** [4] - 93:19, 93:23, 93:24, 93:25
**strictly** [1] - 96:5
**strike** [1] - 77:11
**strong** [3] - 84:18, 84:19, 85:6
**stuff** [1] - 35:12
**subject** [1] - 80:8
**subjective** [1] - 90:5
**submit** [1] - 99:6

**substantive** [7] - 13:25, 14:2, 24:20, 57:20, 64:10, 85:21, 95:19
**sufficiency** [2] - 54:7, 102:18
**sufficient** [5] - 71:10, 89:23, 91:5, 91:9, 93:10
**suffrage** [1] - 9:8
**suggest** [1] - 72:19
**sum** [2] - 47:19, 68:18
**supervising** [2] - 102:16, 102:23
**supplies** [1] - 30:5
**suppose** [3] - 76:18, 77:22, 80:23
**supposed** [5] - 5:22, 36:25, 46:16, 80:2, 81:6
**supposing** [1] - 74:21
**Supreme** [12] - 28:11, 69:21, 70:5, 77:16, 77:19, 79:22, 81:13, 82:9, 84:14, 84:25, 91:9, 99:13
**SURE** [8] - 12:8, 12:11, 19:17, 20:1, 20:3, 54:14
**suspend** [1] - 7:4
**suspended** [1] - 7:19
**sustaining** [1] - 95:3
**swear** [1] - 11:15
**sworn** [2] - 11:18, 59:8
**system** [7] - 6:14, 12:9, 12:11, 19:17, 20:1, 20:3, 54:14

# T

**table** [1] - 8:9
**tea** [2] - 84:21, 84:24
**team** [5] - 30:21, 36:15, 45:9, 46:5, 50:7
**technical** [1] - 97:22
**term** [3] - 8:16, 29:22, 104:5
**terms** [7] - 4:24, 5:24, 6:12, 7:23, 8:9, 29:24, 52:18
**test** [1] - 80:24
**testified** [5] - 11:19, 39:10, 59:9, 94:4, 94:24
**testify** [1] - 15:2
**testimony** [3] - 35:12, 36:5, 94:21
**TESTIMONY** [1] - 1:10
**text** [1] - 54:15
**THE** [244] - 1:12, 4:1, 4:2, 4:3, 5:6, 5:9, 5:12, 5:15, 5:19, 6:22, 7:7, 7:20, 8:3, 8:8, 8:25, 9:3, 9:15, 9:18, 10:1, 10:8, 10:17, 10:22, 11:7, 11:15, 11:20, 11:21, 11:22, 11:24, 11:25, 12:1, 12:3, 12:5, 12:6, 12:10, 12:13, 12:18, 12:22, 12:25, 13:6, 13:9, 13:16, 14:1,

14:11, 14:15, 14:19, 15:3, 15:7, 15:9, 15:14, 15:22, 15:25, 16:8, 17:25, 18:3, 18:10, 18:16, 18:19, 19:2, 20:9, 20:15, 21:21, 21:25, 22:1, 22:2, 23:13, 23:16, 23:17, 23:18, 25:12, 25:16, 29:8, 29:12, 34:12, 34:19, 34:25, 35:5, 35:10, 35:20, 36:4, 36:11, 36:17, 36:20, 36:25, 37:16, 37:20, 38:1, 38:16, 38:23, 39:9, 39:17, 39:19, 39:20, 39:23, 40:7, 40:15, 41:1, 41:4, 41:7, 41:10, 42:10, 42:14, 42:20, 43:2, 43:7, 43:10, 43:12, 43:16, 43:20, 43:23, 44:4, 44:8, 44:14, 44:17, 45:12, 45:13, 46:19, 46:25, 47:4, 47:6, 47:13, 47:24, 48:4, 48:12, 48:16, 48:20, 48:22, 49:2, 49:4, 49:8, 50:10, 50:13, 50:16, 50:19, 50:21, 50:23, 53:22, 55:24, 56:11, 56:14, 57:1, 57:3, 57:14, 57:16, 57:17, 57:23, 58:2, 58:8, 58:17, 58:23, 59:6, 59:10, 63:4, 63:11, 63:22, 63:24, 64:1, 64:2, 64:7, 64:11, 64:14, 68:20, 68:25, 69:2, 69:4, 69:10, 69:12, 69:20, 71:11, 71:14, 71:20, 74:13, 74:15, 74:18, 74:25, 76:3, 77:7, 77:15, 77:18, 78:3, 78:6, 78:12, 78:15, 78:21, 78:23, 78:25, 79:20, 80:7, 80:14, 80:20, 80:23, 81:13, 81:18, 81:21, 81:25, 82:3, 82:6, 82:14, 82:21, 83:1, 83:4, 83:7, 83:11, 83:16, 83:18, 83:21, 84:17, 84:21, 84:24, 85:4, 85:11, 85:13, 85:18, 86:6, 86:8, 86:19, 90:6, 90:13, 93:14, 93:18, 93:21, 94:14, 95:9, 97:2, 97:7, 97:13, 97:17, 98:14, 98:21, 98:24, 99:8, 99:23, 100:25, 101:9, 101:14, 101:17, 102:1, 102:4, 102:12, 103:1, 103:4, 103:7, 103:12, 103:16, 103:19
**themselves** [1] - 50:16
**theory** [1] - 93:24
**third** [1] - 65:16
**thirds** [1] - 25:25
**thorough** [1] - 72:24
**Thorpe** [1] - 16:12
**thoughtful** [1] - 6:3
**three** [3] - 8:13, 40:25,

41:17, 52:22, 65:22, 66:2, 74:6, 85:1, 91:2, 91:3, 102:10
**throughout** [2] - 26:22, 64:22
**throwing** [1] - 76:16
**Tim** [1] - 11:21
**time-stamped** [1] - 12:11
**timeline** [2] - 32:25
**timely** [6] - 11:1, 12:19, 18:20, 34:15, 58:15, 98:3
**timing** [1] - 5:21
**TIMOTHY** [2] - 2:6, 11:17
**TO** [2] - 2:2, 3:2
**today** [8] - 6:5, 7:21, 17:15, 58:5, 81:17, 92:3, 100:9, 101:22
**today's** [1] - 25:23
**together** [1] - 31:13
**took** [2] - 38:4, 41:12
**top** [2] - 53:4, 53:17
**total** [3] - 46:9, 46:10, 95:7
**toward** [2] - 9:3, 96:11
**Transcript** [1] - 3:11
**transcript** [5] - 42:11, 42:15, 48:13, 89:12, 99:21
**trash** [1] - 63:8
**treat** [1] - 71:7
**tried** [1] - 61:5
**triggered** [1] - 91:16
**triggers** [1] - 93:18
**trouble** [1] - 15:10
**troubled** [1] - 73:16
**troubling** [1] - 91:17
**true** [1] - 32:23
**try** [7] - 15:25, 16:2, 91:18, 102:1, 102:4, 103:20
**trying** [13] - 9:19, 10:17, 39:25, 47:3, 75:14, 77:20, 79:11, 79:13, 79:24, 94:1, 99:1
**turn** [5] - 20:4, 21:19, 24:5, 27:8, 53:10
**turns** [1] - 104:5
**twenty** [1] - 46:1
**twenty-one** [1] - 46:1
**twice** [3] - 13:2, 103:4, 103:5
**two** [20] - 13:24, 25:25, 29:24, 29:25, 37:16, 37:19, 37:21, 38:3, 42:24, 51:17, 52:8, 52:9, 52:15, 65:14, 66:19, 74:5, 75:2, 89:17, 89:22, 90:21
**two-judge** [1] - 66:19
**two-part** [1] - 89:22
**two-sided** [1] - 51:17
**two-step** [1] - 89:17
**two-thirds** [1] - 25:25
**type** [2] - 4:7, 90:17

**typing** [1] - 4:17

# U

**U.S.C** [1] - 72:7
**unambiguous** [1] - 70:2
**uncounted** [1] - 70:1
**undated** [25] - 26:24, 26:25, 27:6, 28:9, 28:14, 28:16, 29:3, 29:6, 29:13, 30:15, 31:9, 34:8, 35:25, 39:3, 39:14, 51:5, 55:12, 56:3, 56:22, 58:5, 58:21, 65:2, 68:11, 84:14
**under** [10] - 7:2, 70:11, 72:8, 72:14, 72:22, 75:14, 80:17, 85:25, 88:5, 103:22
**underneath** [1] - 25:22
**unfortunately** [2] - 41:11, 83:19
**unless** [1] - 100:2
**unnecessary** [1] - 101:11
**unquestionable** [1] - 70:20
**unresolved** [1] - 100:4
**up** [19] - 6:6, 6:18, 7:25, 15:25, 16:3, 30:8, 38:20, 42:19, 46:7, 55:16, 76:16, 83:12, 87:24, 91:25, 93:14, 93:16, 98:15, 99:12, 101:16
**updated** [1] - 27:20
**upheld** [1] - 89:16
**upstairs** [1] - 60:23
**uses** [1] - 100:8
**utilize** [1] - 66:8
**utilizing** [2] - 101:24, 102:8

# V

**vaccinated** [3] - 77:2, 77:3
**vaccination** [4] - 76:21, 77:9, 78:5
**valid** [4] - 58:13, 88:9, 88:18
**value** [1] - 81:2
**various** [5] - 16:25, 32:3, 34:20, 36:7, 36:9
**verb** [1] - 86:14
**verbally** [1] - 68:11
**verifiable** [1] - 11:8
**verification** [1] - 78:19
**verifications** [4] - 38:15, 40:25, 68:3, 68:4
**verified** [3] - 65:22, 66:1, 102:11
**versus** [2] - 4:4, 22:9
**vindicating** [1] - 6:13
**violation** [3] - 70:9, 72:2, 97:22
**viscerally** [1] - 90:18
**visual** [1] - 90:4

voiced [1] - 89:20
vote [35] - 8:14, 8:18, 9:9,
  13:2, 18:23, 46:9, 60:1,
  60:13, 68:16, 72:3, 72:9,
  72:14, 72:22, 73:3, 73:20,
  75:6, 75:19, 76:2, 76:14,
  76:23, 77:1, 79:1, 80:24,
  81:5, 81:9, 87:11, 89:8,
  92:3, 92:7, 93:13, 96:7,
  102:17
voted [5] - 50:18, 58:15,
  60:5, 61:7, 84:14
voter [26] - 11:9, 17:12, 19:8,
  19:15, 20:2, 20:11, 22:17,
  23:2, 25:4, 26:23, 35:14,
  39:2, 59:19, 59:22, 69:24,
  73:5, 76:6, 76:7, 76:9,
  83:25, 84:10, 88:9, 88:10,
  88:18, 96:19
Voter [1] - 17:4
Voter's [1] - 25:23
voter's [2] - 84:5, 88:14
voters [17] - 27:22, 51:14,
  54:9, 54:21, 55:2, 55:7,
  58:5, 58:10, 64:5, 66:2,
  90:22, 91:21, 93:8, 97:24,
  98:1, 102:10
votes [10] - 7:5, 7:16, 7:17,
  29:21, 35:8, 65:6, 65:17,
  66:18, 88:12
voting [5] - 60:10, 60:11,
  72:12, 93:3, 94:23
Voting [1] - 72:2, 93:3

## W

wants [1] - 92:20
warning [3] - 91:6, 91:10,
  101:13
warnings [1] - 89:23
warrant [2] - 70:11, 97:23
Wecht [10] - 71:5, 71:14,
  72:16, 82:11, 83:12, 91:11,
  93:2, 98:17, 99:11, 100:1
Wecht's [7] - 73:8, 79:19,
  79:23, 89:18, 92:22, 98:15,
  100:12
Wednesday [3] - 31:15,
  87:24, 87:25
week [7] - 6:7, 31:21, 31:23,
  31:24, 31:25, 41:23, 45:22
welcome [1] - 33:2
whatsoever [1] - 94:19
whereby [1] - 11:11
wherewithal [1] - 11:11
white [1] - 22:19
whole [3] - 33:1, 63:9, 73:12
wish [1] - 104:4
withdraw [1] - 24:22
witness [7] - 10:18, 11:18,

15:8, 16:7, 58:17, 59:2,
  59:8
WITNESS [19] - 11:21, 11:24,
  12:1, 12:5, 12:10, 20:9,
  21:25, 22:2, 23:16, 23:18,
  29:12, 39:19, 45:13, 47:6,
  50:13, 50:19, 53:22, 57:16,
  64:1
WITNESSES [3] - 2:2, 2:4,
  2:17
witnesses [5] - 57:18, 57:25,
  58:19, 64:2, 64:8
wondering [1] - 99:16
word [4] - 23:2, 75:15, 86:12,
  103:17
wording [1] - 100:8
words [2] - 11:9, 82:18
works [2] - 90:7, 103:10
worth [1] - 59:3
write [6] - 25:23, 60:6, 60:7,
  66:18, 69:16, 88:12
write-in [1] - 60:6, 60:7,
  66:18, 69:16, 88:12
writing [2] - 57:10, 69:17
written [1] - 96:18
wrote [1] - 69:18

## Y

year [7] - 21:6, 21:11, 21:12,
  21:13, 51:4, 82:17, 103:24
years [4] - 17:7, 60:4, 80:15,
  103:24
yourself [3] - 36:12, 59:14,
  89:21

## Z

Zac [1] - 5:16
Zachary [1] - 1:21