# Exhibit J

# IN THE SUPREME COURT OF PENNSYLVANIA
# MIDDLE DISTRICT

| | | |
|---|---|---|
| DAVID D. RITTER, | : | No. 9 MAL 2022 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| v. | : | Court |
| | : | |
| LEHIGH COUNTY BOARD OF ELECTIONS | : | |
| | : | |
| PETITION OF: ZAC COHEN | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of January, 2022, the Petition for Allowance of Appeal and the Application to File a Reply Brief in Support of Petition are **DENIED**.