# Exhibit K

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
CIVIL DIVISION

DAVID D. RITTER,

          Plaintiff

    v.

LEHIGH COUNTY BOARD OF ELECTIONS,

          Defendant

NO. 2021-C-2805

CIVIL ACTION

ASSIGNED TO:
The Honorable J. Brian Johnson

## O R D E R

AND NOW, this 27th day of January, 2022, the Commonwealth Court of Pennsylvania having reversed and remanded this case to this Court with instructions, and the Supreme Court having denied allocatur;

**IT IS ORDERED** that the Appeal Of David Ritter From Decision Of Lehigh County Board Of Elections Dated November 15, 2021, Pursuant To 25 P.S. §3157 filed on November 17, 2021 is SUSTAINED and the Lehigh County Board of Elections is directed to exclude the 257 ballots at issue in this case that fail to include a date on the return envelope from the certified returns of the 2021 municipal election of Lehigh County.

BY THE COURT:

J. Brian Johnson, P.J.