# Exhibit L




LEHIGH VALLEY PA
28 OCT 2021 PM 2 L

RECEIVED
2021 NOV -1 AM 11:44

Place a $0.58 stamp here
Coloque $.58 sello aquí

OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service

ELECTION MATERIAL — PLEASE EXPEDITE

LEHIGH COUNTY VOTER SERVICES
17 S. 7TH STREET
ALLENTOWN, PA 18101-2401

RINGER, KENNETH L

ur ballot must have the following to be counted:
☐ ou sign and date the voter's declaration in your own handwriting
☐ ou seal your ballot inside the white secrecy envelope ("Official Election Ballot") and place it in here

Su papeleta electoral debe incluir todo lo siguiente para que se cuente:
☐ Usted firma y pone la fecha en la declaración del votante de su puño y letra
☐ Usted **selle** el sobre de confidencialidad blanco (que dice "papeleta electoral oficial") con su papeleta adentro y lo coloca aquí

**'s declaration:** I hereby declare that I am qualified to vote in this election he address stated on the reverse side of this envelope; that I have not already in this election; and I further declare that I marked my ballot in secret. I am ed to vote the enclosed ballot. I understand I am no longer eligible to vote at lling place after I return my voted ballot. However, if my ballot is not received county, I understand I may only vote by provisional ballot at my polling place, I surrender my balloting materials, to be voided, to the judge of elections at lling place.

**ración de votante:** Por lo presente declaro que estoy calificado para votar a elección desde la dirección indicado en el reverso de este sobre; que aún votado en estas elecciones; y declaro, además, que marqué mi papeleta en o. Califico para votar con la papeleta adjunta. Entiendo que, después que mi papeleta con mi voto, ya no cumplo los requerimientos para votar en mi de votación. Sin embargo, si el condado no recibe mi papeta, entiendo que uedo votar por medio de una papeleta provisional en mi centro de votación, a que entregue mis materiales de votación al juez de elecciones en mi centro ación, para ser anulados.

ign or mark here (required) /
, firme o marque aquí (obligatorio)

*[signature]*

Date (MM/DD/YYYY) (required) /
Fecha (MM/DD/AAAA) (obligatorio)

oter, print name / Votante, nombre en letra de Imprenta

**To be completed by voter unable to sign their declaration because of illness or physical disability:** I hereby declare that I am unable to sign my declaration for voting my ballot without assistance because I am unable to write by reason of my illness or physical disability. I have made or received assistance in making my mark in lieu of my signature.

**El votante que no pueda firmar su declaración debido a una enfermedad o discapacidad física debe completar lo siguiente:** Por la presente declaro que no puedo firmar mi declaración para finalizar mi papeleta sin ayuda, ya que no puedo escribir debido a mi enfermedad o discapacidad física. He puesto mi marca o recibí ayuda para ponerla, en lugar de mi firma.

Voter, mark here / Votante, marque aquí

✗

Date (MM/DD/YYYY) / Fecha (MM/DD/AAAA)

Witness, print name / Testigo, nombre en letra de Imprenta

Witness, address (city, zip code) / Testigo, dirección (ciudad, código postal)

Witness, sign here / Testigo, firme aquí

SERGIO RIVAS

LEHIGH VALLEY PA 180
21 OCT 2021 PM 3 L



Place a $0.58 stamp here
Coloque $.58 sello aquí

21 OCT 25 PM 2:28

018049

## OFFICIAL ELECTION MAIL
*Authorized by the U.S. Postal Service*

**ELECTION MATERIAL — PLEASE EXPEDITE**

LEHIGH COUNTY VOTER SERVICES
17 S. 7TH STREET
ALLENTOWN, PA 18101-2401

LHR

014730
2353894

ur ballot must have the following to be counted:
You sign and date the voter's declaration in your own handwriting
You **seal** your ballot inside the white secrecy envelope ("Official Election Ballot") and place it in here

Su papeleta electoral debe incluir todo lo siguiente para que se cuente:
☐ Usted firma y pone la fecha en la declaración del votante de su puño y letra
☐ Usted **selle** el sobre de confidencialidad blanco (que dice "papeleta electoral oficial") con su papeleta adentro y lo coloca aquí

r's declaration: I hereby declare that I am qualified to vote in this election the address stated on the reverse side of this envelope; that I have not already in this election; and I further declare that I marked my ballot in secret. I am ied to vote the enclosed ballot. I understand I am no longer eligible to vote at olling place after I return my voted ballot. However, if my ballot is not received e county, I understand I may only vote by provisional ballot at my polling place, surrender my balloting materials, to be voided, to the judge of elections at olling place.

aración de votante: Por lo presente declaro que estoy calificado para votar ta elección desde la dirección indicado en el reverso de este sobre; que aún votado en estas elecciones; y declaro, además, que marqué mi papeleta en to. Califico para votar con la papeleta adjunta. Entiendo que, después que mi papeleta con mi voto, ya no cumplo los requerimientos para votar en mi o de votación. Sin embargo, si el condado no recibe mi papelta, entiendo que uedo votar por medio de una papeleta provisional en mi centro de votación, a s que entregue mis materiales de votación al juez de elecciones en mi centro tación, para ser anulados.

sign or mark here (required) /
e, firme o marque aquí (obligatorio)

*Sergio Rivas*

Date (MM/DD/YYYY) (required) /
Fecha (MM/DD/AAAA) (obligatorio)

ergio Rivas

Voter, print name / Votante, nombre en letra de Imprenta

**To be completed by voter unable to sign their declaration because of illness or physical disability:** I hereby declare that I am unable to sign my declaration for voting my ballot without assistance because I am unable to write by reason of my illness or physical disability. I have made or received assistance in making my mark in lieu of my signature.

**El votante que no pueda firmar su declaración debido a una enfermedad o discapacidad física debe completar lo siguiente:** Por la presente declaro que no puedo firmar mi declaración para finalizar mi papeleta sin ayuda, ya que no puedo escribir debido a mi enfermedad o discapacidad física. He puesto mi marca o recibí ayuda para ponerla, en lugar de mi firma.

Voter, mark here / Votante, marque aquí

☒

Date (MM/DD/YYYY) / Fecha (MM/DD/AAAA)

Witness, print name / Testigo, nombre en letra de Imprenta

Witness, address (city, zip code) / Testigo, dirección (ciudad, código postal)

Witness, sign here / Testigo, firme aquí

RICHARD E RICHARDS JR



RECEIVED
2021 OCT 14

OFFICIAL LEHIGH COUNTY
ELECTION MAIL
*Authorized by the U.S. Postal Service*

ELECTION MATERIAL — PLEASE EXPEDITE

Place a $0.58 stamp here
Coloque $.58 sello aquí


011308


LHR

LEHIGH COUNTY VOTER SERVICES
17 S. 7TH STREET
ALLENTOWN, PA 18101-2401

014730
2365214

ur ballot must have the following to be counted:
☐ You sign and date the voter's declaration in your own handwriting
☐ You seal your ballot inside the white secrecy envelope ("Official Election Ballot") and place it in here

Su papeleta electoral debe incluir todo lo siguiente para que se cuente:
☐ Usted firma y pone la fecha en la declaración del votante de su puño y letra
☐ Usted selle el sobre de confidencialidad blanco (que dice "papeleta electoral oficial") con su papeleta adentro y lo coloca aquí

r's declaration: I hereby declare that I am qualified to vote in this election the address stated on the reverse side of this envelope; that I have not already in this election; and I further declare that I marked my ballot in secret. I am ied to vote the enclosed ballot. I understand I am no longer eligible to vote at olling place after I return my voted ballot. However, if my ballot is not received e county, I understand I may only vote by provisional ballot at my polling place, s I surrender my balloting materials, to be voided, to the judge of elections at olling place.

aración de votante: Por lo presente declaro que estoy calificado para votar ta elección desde la dirección indicado en el reverso de este sobre; que aún votado en estas elecciones; y declaro, además, que marqué mi papeleta en to. Califico para votar con la papeleta adjunta. Entiendo que, después que mi papeleta con mi voto, ya no cumplo los requerimientos para votar en mi o de votación. Sin embargo, si el condado no recibe mi papelta, entiendo que uedo votar por medio de una papeleta provisional en mi centro de votación, a s que entregue mis materiales de votación al juez de elecciones en mi centro tación, para ser anulados.

sign or mark here (required) /
e, firme o marque aquí (obligatorio)

_Richard E. Richards Jr._ (signature)

Date (MM/DD/YYYY) (required) /
Fecha (MM/DD/AAAA) (obligatorio)

_Richard E. Richards, JR._
Voter, print name / Votante, nombre en letra de Imprenta

To be completed by voter unable to sign their declaration because of illness or physical disability: I hereby declare that I am unable to sign my declaration for voting my ballot without assistance because I am unable to write by reason of my illness or physical disability. I have made or received assistance in making my mark in lieu of my signature.

El votante que no pueda firmar su declaración debido a una enfermedad o discapacidad física debe completar lo siguiente: Por la presente declaro que no puedo firmar mi declaración para finalizar mi papeleta sin ayuda, ya que no puedo escribir debido a mi enfermedad o discapacidad física. He puesto mi marca o recibí ayuda para ponerla, en lugar de mi firma.

Voter, mark here / Votante, marque aquí

[✗]

Date (MM/DD/YYYY) / Fecha (MM/DD/AAAA)

Witness, print name / Testigo, nombre en letra de Imprenta

Witness, address (city, zip code) / Testigo, dirección (ciudad, código postal)

Witness, sign here / Testigo, firme aquí

FRANCIS J FOX JR

LEHIGH VALLEY PA
16 OCT 2021 PM 3 L

21 OCT 18 PM 1:4[ ]

Place a $0.58 stamp here
Coloque $.58 sello aquí



OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service

ELECTION MATERIAL — PLEASE EXPEDITE


011788


LHR

LEHIGH COUNTY VOTER SERVICES
17 S. 7TH STREET
ALLENTOWN, PA 18101-2401

014730
2351408

ur ballot must have the following to be counted:
You sign and date the voter's declaration in your own handwriting
You **seal** your ballot inside the white secrecy envelope ("Official Election Ballot") and place it in here

Su papeleta electoral debe incluir todo lo siguiente para que se cuente:
☐ Usted firma y pone la fecha en la declaración del votante de su puño y letra
☐ Usted **selle** el sobre de confidencialidad blanco (que dice "papeleta electoral oficial") con su papeleta adentro y lo coloca aquí

r's declaration: I hereby declare that I am qualified to vote in this election the address stated on the reverse side of this envelope; that I have not already in this election; and I further declare that I marked my ballot in secret. I am ied to vote the enclosed ballot. I understand I am no longer eligible to vote at olling place after I return my voted ballot. However, if my ballot is not received e county, I understand I may only vote by provisional ballot at my polling place, I surrender my balloting materials, to be voided, to the judge of elections at olling place.

aración de votante: Por lo presente declaro que estoy calificado para votar ta elección desde la dirección indicado en el reverso de este sobre; que aún votado en estas elecciones; y declaro, además, que marqué mi papeleta en to. Califico para votar con la papeleta adjunta. Entiendo que, después que mi papeleta con mi voto, ya no cumplo los requerimientos para votar en mi o de votación. Sin embargo, si el condado no recibe mi papelta, entiendo que uedo votar por medio de una papeleta provisional en mi centro de votación, a s que entregue mis materiales de votación al juez de elecciones en mi centro tación, para ser anulados.

sign or mark here (required) /
e, firme o marque aquí (obligatorio)

*Francis J Fox* 

Date (MM/DD/YYYY) (required) /
Fecha (MM/DD/AAAA) (obligatorio)

RANCIST FOX JR.

Voter, print name / Votante, nombre en letra de Imprenta

To be completed by voter unable to sign their declaration because of illness or physical disability: I hereby declare that I am unable to sign my declaration for voting my ballot without assistance because I am unable to write by reason of my illness or physical disability. I have made or received assistance in making my mark in lieu of my signature.

El votante que no pueda firmar su declaración debido a una enfermedad o discapacidad física debe completar lo siguiente: Por la presente declaro que no puedo firmar mi declaración para finalizar mi papeleta sin ayuda, ya que no puedo escribir debido a mi enfermedad o discapacidad física. He puesto mi marca o recibí ayuda para ponerla, en lugar de mi firma.

Voter, mark here / Votante, marque aquí

[✗]

Date (MM/DD/YYYY) / Fecha (MM/DD/AAAA)

Witness, print name / Testigo, nombre en letra de Imprenta

Witness, address (city, zip code) / Testigo, dirección (ciudad, código postal)

Witness, sign here / Testigo, firme aquí

LINDA D MIGLIORI

21 OCT 28 AM 10: 05



**OFFICIAL ELECTION MAIL**
Authorized by the U.S. Postal Service

ELECTION MATERIAL — PLEASE EXPEDITE


003880


LHR

LEHIGH COUNTY VOTER SERVICES
17 S. 7TH STREET
ALLENTOWN, PA 18101-2401

014730
2359858


Place a $0.58 stamp here
Coloque $.58 sello aquí

ur ballot must have the following to be counted:
- You sign and date the voter's declaration in your own handwriting
- You **seal** your ballot inside the white secrecy envelope ("Official Election Ballot") and place it in here

Su papeleta electoral debe incluir todo lo siguiente para que se cuente:
- ☐ Usted firma y pone la fecha en la declaración del votante de su puño y letra
- ☐ Usted **selle** el sobre de confidencialidad blanco (que dice "papeleta electoral oficial") con su papeleta adentro y lo coloca aquí

**r's declaration:** I hereby declare that I am qualified to vote in this election the address stated on the reverse side of this envelope; that I have not already in this election; and I further declare that I marked my ballot in secret. I am ied to vote the enclosed ballot. I understand I am no longer eligible to vote at olling place after I return my voted ballot. However, if my ballot is not received e county, I understand I may only vote by provisional ballot at my polling place, s I surrender my balloting materials, to be voided, to the judge of elections at olling place.

**aración de votante:** Por lo presente declaro que estoy calificado para votar ta elección desde la dirección indicado en el reverso de este sobre; que aún votado en estas elecciones; y declaro, además, que marqué mi papeleta en to. Califico para votar con la papeleta adjunta. Entiendo que, después que mi papeleta con mi voto, ya no cumplo los requerimientos para votar en mi o de votación. Sin embargo, si el condado no recibe mi papeleta, entiendo que uedo votar por medio de una papeleta provisional en mi centro de votación, a s que entregue mis materiales de votación al juez de elecciones en mi centro tación, para ser anulados.

sign or mark here (required) /
e, firme o marque aquí (obligatorio)

[signature]

Date (MM/DD/YYYY) (required) /
Fecha (MM/DD/AAAA) (obligatorio)

*nda D. Migliori*

Voter, print name / Votante, nombre en letra de Imprenta

**To be completed by voter unable to sign their declaration because of illness or physical disability:** I hereby declare that I am unable to sign my declaration for voting my ballot without assistance because I am unable to write by reason of my illness or physical disability. I have made or received assistance in making my mark in lieu of my signature.

**El votante que no pueda firmar su declaración debido a una enfermedad o discapacidad física debe completar lo siguiente:** Por la presente declaro que no puedo firmar mi declaración para finalizar mi papeleta sin ayuda, ya que no puedo escribir debido a mi enfermedad o discapacidad física. He puesto mi marca o recibí ayuda para ponerla, en lugar de mi firma.

Voter, mark here / Votante, marque aquí

[X mark in box]

Date (MM/DD/YYYY) / Fecha (MM/DD/AAAA)

Witness, print name / Testigo, nombre en letra de Imprenta

Witness, address (city, zip code) / Testigo, dirección (ciudad, código postal)

Witness, sign here / Testigo, firme aquí