# Exhibit M

**From:** Stephen Loney <sloney@aclupa.org>
**Sent:** Friday, February 4, 2022 3:02 PM
**To:** Stephen Loney
**Subject:** FW: FW: Your Ballot Has Been Received

**From:** RA-voterregstatcert@state.pa.us <RA-voterregstatcert@state.pa.us>
**Sent:** Friday, October 29, 2021 8:31 AM
**To:** ██████████@PTD.NET
**Subject:** Your Ballot Has Been Received

Dear LINDA D MIGLIORI,

Your ballot has been received by LEHIGH County on 10/29/2021.

Your ballot status has been updated to cancelled because it cannot be counted due to voting at the polling place.

If you have questions about your ballot, please contact LEHIGH County at (610) 782-3194.

Thank you

****Please do not reply to this email.****