UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| LINDA MIGLIORI, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 5:22-cv-00397 |
| | : | |
| LEHIGH COUNTY BOARD OF ELECTIONS, | : | |
| | : | |
| Defendant. | : | |

_____

## O R D E R

**AND NOW**, this 11th day of February, 2022, upon consideration of Zac Cohen's Motion to Intervene, ECF No. 28, **IT IS HEREBY ORDERED THAT**:

1.     Cohen's Motion, ECF No. 28, is **GRANTED.**

2.     The Clerk of Court is **DIRECTED** to amend the case caption to include Zac Cohen as an Intervenor Plaintiff.

3.     The Clerk of Court is **DIRECTED** to file Exhibit A to Cohen's motion as a supplemental pleading.[1]

4.     All deadlines set forth in the Order of this Court entered on February 8, 2022, ECF No. 24, continue to apply to all parties, including Intervenor Plaintiff Zac Cohen.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

_____

[1]     In light of the fact that no new allegations or requests for relief are raised in this pleading, the parties are not required to file a supplemental answer thereto.