**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| Linda MIGLIORI, et al, |
|              *Plaintiffs*, |
|    v. |
| LEHIGH COUNTY BOARD OF ELECTIONS, |
|              *Defendant.* |

No. 5:22-cv-00397-JFL

## INTERVENOR ZAC COHEN'S JOINDER IN PLAINTIFFS' COMPLAINT

Intervenor Zac Cohen, by and through his undersigned counsel, hereby joins Plaintiffs' Complaint in its entirety as an Intervenor-Plaintiff.

1. – 63.   Intervenor Zac Cohen admits the allegations contained in paragraphs 1 through 63 of Plaintiffs' Complaint and joins in Plaintiffs' requests for relief.

**WHEREFORE**, Intervenor Zac Cohen respectfully requests that the Court enter judgment in favor of Plaintiffs and award all relief sought by Plaintiffs in their Complaint.

Respectfully submitted,

By:   _Adam C. Bonin_
Adam C. Bonin, Esq.
*adam@boninlaw.com*
Attorney I.D. No. 80929
THE LAW OFFICE OF ADAM C. BONIN
121 S. Broad Street, Suite 400
Philadelphia, Pennsylvania 19107
Telephone: (267) 242-5014
Facsimile: (215) 827-5300

Dated: February 11, 2022          Attorney for Zac Cohen