IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA MIGLIORI, et al.,** | : | |
| | : | No.   **5:22-CV-00397** |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **LEHIGH COUNTY BOARD OF ELECTIONS,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## CERTIFICATE OF NON-CONCURRENCE

I, Lucas J. Repka, Esq. counsel for Defendant, hereby certify and affirm that Plaintiffs' counsel does not concur in Defendant's Motion for Summary Judgment.

Respectfully Submitted,

*Lucas J. Repka*

BY: _____
Lucas J. Repka, Esq.
Pa. ID. No. 93509
108 East Center Street
Nazareth, Pennsylvania 18064
Phone: (610) 365-2670

DATED: February 11, 2022