**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 5:22-cv-00397-JFL |
| and | ) ) | |
| ZACHARY COHEN, | ) ) | |
| Intervenor-Plaintiff, | ) ) | |
| v. | ) ) | |
| LEHIGH COUNTY BOARD OF ELECTIONS, | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| DAVID RITTER, | ) ) | |
| Intervenor-Defendant. | ) ) | |

## MOTION FOR SUMMARY JUDGMENT

Plaintiffs Linda Migliori, Francis J. Fox, Richard E. Richards, Kenneth Ringer and Sergio hereby move pursuant to Rule 56 of the Federal Rules of Civil Procedure for an order granting summary judgment and entering a final judgment in Plaintiffs' favor as to Counts I and II of the Complaint. The grounds for this Motion for Summary Judgment are more fully set forth in the accompanying Memorandum of Law and the parties' February 10, 2022 Joint Stipulation of Facts, which are fully incorporated herein by reference.

Respectfully submitted,

Dated: February 11, 2022

s/ Stephen A. Loney, Jr.
Witold Walczak (No. 62976)
Richard Ting (No. 200438)
Connor Hayes (No. 330447)
ACLU OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
P: 412-681-7864
vwalczak@aclupa.org
rting@aclupa.org
chayes@aclupa.org

Stephen A. Loney, Jr.  (No. 202535)
Marian K. Schneider (No. 50337)
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
P: 215-592-1513
sloney@aclupa.org
mschneider@aclupa.org

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I, Stephen A. Loney, Jr., hereby certify that on the date set forth below, I caused the foregoing Motion for Summary Judgment to be served, together with all papers in support thereof, on all parties of record via the Court's CM/ECF system.


Dated: February 11, 2022 <u>s/ Stephen A. Loney, Jr.</u>
Stephen A. Loney, Jr.