IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS,<br><br>        Plaintiffs,<br><br>and<br><br>ZACHARY COHEN,<br><br>        Intervenor-Plaintiff,<br><br>v.<br><br>LEHIGH COUNTY BOARD OF ELECTIONS,<br><br>        Defendants,<br><br>and<br><br>DAVID RITTER,<br><br>        Intervenor-Defendant. | No. 5:22-cv-00397-JFL |

## CERTIFICATE OF NON-CONCURRENCE

I, Stephen A. Loney, Jr., hereby certify that I sought concurrence of Intervenor-Plaintiff Zachary Cohen, Defendant Lehigh County Board of Elections, and Intervenor-Defendant David Ritter in the Motion for Summary Judgment filed by Plaintiffs, Linda Migliori et al., and that counsel for Intervenor-Plaintiff concurs in said Motion, but counsel for Defendant and counsel for Intervenor-Defendant do not concur in said Motion.

Dated:  February 11, 2022

/s/ Stephen A. Loney, Jr.
Stephen A. Loney, Jr. (No. 202535)
ACLU OF PENNSYLVANIA

*Counsel for Plaintiffs*