IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, ET AL., | No. 5:22-cv-00397-JFL |
| Plaintiffs, | |
| v. | |
| LEHIGH COUNTY BOARD OF ELECTIONS, | |
| Defendant. | |

## ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of Intervenor Defendant David Ritter's ("Ritter") Motion for Summary Judgment, and the response thereto, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that judgment is entered in Ritter's favor.

BY THE COURT:

_____
JOSEPH F. LEESON, JR, U.S.D.J.