**CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2022, I served the Motion for Summary Judgment, and the Brief in Support thereof, on all parties via the Court's CM/ECF system.

| | |
|---|---|
| Dated: February 11, 2022 | /s/ Joshua J. Voss |
| | Joshua J. Voss (No. 306853) |
| | KLEINBARD LLC |
| | Three Logan Square |
| | 1717 Arch Street, 5th Floor |
| | Philadelphia, PA 19103 |
| | Ph: (215) 568-2000 |
| | Fax: (215) 568-0140 |
| | Eml: jvoss@kleinbard.com |
| | |
| | *Attorneys for Intervenor Defendant David Ritter* |