**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

LINDA MIGLIORI, et al.,
              *Plaintiff*,

v.

THE LEHIGH COUNTY BOARD
OF ELECTIONS, et al.,
              *Defendants*.

Case No. 5:22-cv-00397

### ORDER

    **AND NOW**, this _____ day of February, 2022, upon consideration of the motion of Speaker of the Pennsylvania House of Representatives, Bryan Cutler, Majority Leader of the Pennsylvania House of Representatives, Kerry Benninghoff, President Pro Tempore of the Pennsylvania Senate, Jake Corman, and Majority Leader of the Pennsylvania Senate, Kim Ward, *Amici Curiae*, for leave to file a brief as *Amici Curiae*, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**.

    The Clerk of Court is **DIRECTED** to cause the brief attached to the Motion as Attachment 1 to be filed and entered on the docket in the above-captioned matter.

**BY THE COURT**:

_____
Judge Joseph F. Leeson, Jr.

1