UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| LINDA MIGLIORI, *et al.*, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 5:22-cv-00397 |
| | : | |
| LEHIGH COUNTY BOARD OF ELECTIONS | : | |
| *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF CANCELLATION OF ARGUMENT

Notice is hereby given that the oral argument scheduled for **Wednesday, March 2, 2022,** at **9:00 a.m.** is hereby **CANCELLED.**[1]

BY THE COURT:

By: /s/ Diane J. Abeles
      Diane J. Abeles, Civil Deputy Clerk
      The Honorable Joseph F. Leeson, Jr.
      Diane_J_Abeles@paed.uscourts.gov
      610-391-7020

Dated:  February 25, 2022

---

[1] All counsel indicated to the Court via email that they would submit their arguments on the legal briefs filed, and did not require oral argument.