UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LINDA MIGLIORI, *et al.*,
      Plaintiffs,

v.

LEHIGH COUNTY BOARD OF ELECTIONS *et al.*,
      Defendants.

No. 5:22-cv-00397

# O R D E R

**AND NOW**, this 16th day of March, 2022, upon consideration of Plaintiffs' Motion for Summary Judgment, ECF No. 33, Defendant Lehigh County Board of Elections' Motion for Summary Judgment, ECF No. 32, Defendant David Ritter's Motion for Summary Judgment, ECF No. 34, Ritter's Response to Plaintiffs' motion, ECF No. 43, Plaintiffs' response to Defendants' motions, ECF No. 44, Intervenor-Plaintiff Zachary Cohen's response in support of Plaintiffs' motion, ECF No. 45, Ritter's reply in support of his motion, ECF No. 47, Plaintiffs' reply in support of their motion, ECF No. 48, the Amicus Brief in Support of Defendants' Motions for Summary Judgment,[1] ECF No. 37, the Amicus Brief of the Commonwealth of Pennsylvania in Support of Plaintiffs' Motion for Summary Judgment, ECF No. 40, and for the reasons set forth in the Court's Opinion issued this date **IT IS HEREBY ORDERED THAT**:

    1.    Plaintiffs' Motion for Summary Judgment, ECF No. 33, is **DENIED**.

---

[1] This Amicus Brief was filed by the Speaker of the Pennsylvania House of Representatives, Bryan Cutler, the Majority Leader of the Pennsylvania House of Representatives, Kerry Benninghoff, the President Pro Tempore of the Pennsylvania Senate, Jake Corman, and the Majority Leader of the Pennsylvania Senate, Kim Ward.

2. Defendants' Motions for Summary Judgment, ECF Nos. 32 and 34, are **GRANTED**.

3. **JUDGMENT IS ENTERED** in Defendants' favor and against Plaintiffs on all remaining Counts.

4. The matter is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge