IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 5:22-cv-00397-JFL |
| and | ) ) | |
| ZACHARY COHEN, | ) ) | |
| Intervenor-Plaintiff, | ) ) | |
| v. | ) ) | |
| LEHIGH COUNTY BOARD OF ELECTIONS, | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| DAVID RITTER, | ) ) | |
| Intervenor-Defendant. | ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Linda Migliori, Richard E. Richards and Sergio Rivas hereby appeal to the United States Court of Appeals for the Third Circuit from the Judgment and Order dated March 16, 2022 (Dkt. No. 50), including all opinions and orders that merge into or describe that Judgment and Order, including but not limited to this Court's Opinion dated March 16, 2022 (Dkt. No. 49).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 18, 2022 | /s/ Stephen A. Loney, Jr. |

Witold Walczak (No. 62976)
Richard Ting (No. 200438)
Connor Hayes (No. 330447)
ACLU OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
P: 412-681-7864
vwalczak@aclupa.org
rting@aclupa.org
chayes@aclupa.org

Stephen A. Loney, Jr.  (No. 202535)
Marian K. Schneider (No. 50337)
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
P: 215-592-1513
sloney@aclupa.org
mschneider@aclupa.org

## **CERTIFICATE OF SERVICE**

  I, Stephen A. Loney, Jr., hereby certify that on March 18, 2022, I electronically filed the foregoing Notice of Appeal using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

              /s/ Stephen A. Loney, Jr.
              Stephen A. Loney, Jr.