IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS,<br><br>        Plaintiffs,<br><br>and<br><br>ZACHARY COHEN,<br><br>        Intervenor-Plaintiff,<br><br>   v.<br><br>LEHIGH COUNTY BOARD OF ELECTIONS,<br><br>        Defendants,<br><br>and<br><br>DAVID RITTER,<br>        Intervenor-Defendant. | No. 5:22-cv-00397-JFL |

## CERTIFICATE OF NON-CONCURRENCE

I, Witold J. Walczak, hereby certify that I sought concurrence of Intervenor-Plaintiff Zachary Cohen, Defendant Lehigh County Board of Elections, and Intervenor-Defendant David Ritter in the Emergency Motion for an Injunction Pending Appeal filed by Plaintiffs Linda Migliori, Richard E. Richards and Sergio Rivas, and that counsel for Intervenor-Plaintiff concurs in said Motion, but counsel for Defendant and counsel for Intervenor-Defendant do not concur in said Motion.

Dated:  March 18, 2022 /s/ Witold J. Walczak
Witold J. Walczak
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
P: 215-592-1513
sloney@aclupa.org