IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 5:22-cv-00397-JFL |
| and | ) ) | |
| ZACHARY COHEN, | ) ) | |
| Intervenor-Plaintiff, | ) ) | |
| v. | ) ) | |
| LEHIGH COUNTY BOARD OF ELECTIONS, | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| DAVID RITTER, | ) | |
| Intervenor-Defendant. | ) | |

## **[PROPOSED] ORDER**

This matter is before the Court on Plaintiffs' Emergency Motion for an Injunction Pending Appeal. The Court has determined that, for the reasons stated in Plaintiffs' Motion, it is hereby **ORDERED** that Defendant Lehigh County Board of Elections delay final certification of the 2021 Lehigh County General Election pending resolution of Plaintiffs' appeal.

Dated: This ___ day of _____, 2022.

_____
Hon. Joseph F. Leeson, Jr.
United States District Judge