# Exhibit A



Connor Hayes <chayes@aclupa.org>

## Certification of Lehigh County Election

6 messages

---

**Lucas Repka** <Lucas@repkamazinlaw.com>                                    Thu, Mar 17, 2022 at 12:54 PM
To: "mschneider@aclupa.org" <mschneider@aclupa.org>, "adam@boninlaw.com" <adam@boninlaw.com>, Vic Walczak <vwalczak@aclupa.org>, "sloney@aclupa.org" <sloney@aclupa.org>, "mfischer@attorneygeneral.gov" <mfischer@attorneygeneral.gov>, "jvoss@kleinbard.com" <jvoss@kleinbard.com>, "rting@aclupa.org" <rting@aclupa.org>, "szimmer@kleinbard.com" <szimmer@kleinbard.com>, "jgorman@kleinbard.com" <jgorman@kleinbard.com>, "fnotarianni@kleinbard.com" <fnotarianni@kleinbard.com>, "chayes@aclupa.org" <chayes@aclupa.org>, "zwallen@chalmersadams.com" <zwallen@chalmersadams.com>, Josh Mazin <Josh@repkamazinlaw.com>, "svance@kleinbard.com" <svance@kleinbard.com>

To all,


Please be advised that based on the Federal court decision in Migliori v. Lehigh County Board of Election dated March 16, 2022 and the Court of Common Pleas order issued on January 27, 2022, the Lehigh County Board of Elections has set a meeting for Monday, March 21, 2022 at 1:30pm, for the purpose of formally/officially certifying the election at issue in Migliori.   Notice of the meeting will be advertised in the newspaper in the very near future in order to comply with Pennsylvania election law. A copy of the notice is attached hereto.  My intention of this correspondence is to provide all interested parties/entities with notice of the meeting as soon as possible so that any and all appropriate action can be taken and responded to in a timely manner.


If you have any questions or concerns, please contact me at your earliest convenience.


PLEASE NOTE OUR NEW EMAIL ADDRESS.  Repka Mazin, LLC, is proud to continue its relationship with O'Donnell Stacey.  In updating and streamlining the communication process to better serve our clients, we created a new email address.  Please have any and all future communications directed to this new email address.


With Best Regards,


Lucas J. Repka, Esq.

Repka Mazin, LLC

Lehigh Valley Office of O'Donnell Stacey

108 East Center Street

Nazareth, Pennsylvania 18064

Phone: (610) 365-2670

Fax: (610) 356-2672

**ELECTION BOARD MEETINGS**

The Lehigh County Board of Elections will convene a meeting on Monday, March 21st, 2022 at 1:30PM in Conference Room 43 A & B, Government Center, 17 South 7th Street, Allentown, for the purpose of Final Certification of the conditional results for the 2021 Municipal Election within Lehigh County and for general purposes.

Election Board of Lehigh County
By: Timothy A. Benyo

**REUNIONES DE LA JUNTA ELECTORAL**

La Junta Electoral del Condado de Lehigh convocará una reunión el martes 1 de febrero de 2022 a la 1:00 PM en la Sala de Audiencias Públicas, Centro de Gobierno, 17 South 7th Street, Allentown, con el propósito de certificar finalmente los resultados condicionales para las Elecciones Municipales de 2021 dentro del Condado de Lehigh y para fines generales.

Junta Electoral del Condado Lehigh
Por: Timothy A. Benyo
