UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, *et al.*,<br>   Plaintiffs,<br><br>  v.<br><br>LEHIGH COUNTY BOARD OF ELECTIONS *et al.*,<br>   Defendants. | No. 5:22-cv-00397 |

**O R D E R**

**AND NOW**, this 18th day of March, 2022, upon consideration of Plaintiffs' Emergency Motion for Preliminary Injunction Pending Appeal, ECF No. 52, the exhibits thereto, ECF No. 54 and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

 1. Plaintiffs' Motion for an Emergency Injunction, ECF No. 52 is **DENIED**.

              BY THE COURT:


              */s/ Joseph F. Leeson, Jr.*
              JOSEPH F. LEESON, JR.
              United States District Judge