UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-035
No. 22-1499

MS. LINDA MIGLORI; FRANCIS J. FOX; RICHARD E. RICHARDS;
KENNETH RINGER; SERGIO RIVAS

v.

ZACHARY COHEN,
Intervenor - Plaintiff

v.

LEHIGH COUNTY BOARD OF ELECTIONS

v.

DAVID RITTER,
Intervenor - Defendant

MS. LINDA MIGLORI; RICHARD E. RICHARDS; SERGIO RIVAS,
Appellant

(E.D. Pa. No. 5-22-cv-00397)

Present:  CHAGARES, Chief Judge

1. Appellants' Emergency Motion for Injunction Pending Appeal and for Temporary Administrative Relief filed on March 19, 2022

2. Appellee's Memorandum of Law in Opposition to Plaintiffs' Emergency Motion for Injunction Pending Appeal filed March 19, 2022

3. David Ritter's Response in Opposition to Appellants' Emergency Motion for Injunction Pending Appeal and for Temporary Administrative Relief filed March 19, 2022

Respectfully,
Clerk/JK

_____ORDER_____

Appellants' motion for injunctive relief is hereby granted on a temporary basis in order to allow time for a full panel of this Court to consider the motion and responses in opposition. Appellee shall not certify the election results (scheduled to occur on March 21, 2022) pending further order of this Court.

The Clerk will refer this matter to a three judge panel on an expedited basis.

By the Court,

s/ Michael A. Chagares
Chief Judge

Dated: March 20, 2022

cc:  Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk