IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS, | |
| Plaintiffs, | No. 5:22-cv-00397-JFL |
| and | |
| ZACHARY COHEN, | |
| Intervenor-Plaintiff, | |
| v. | |
| LEHIGH COUNTY BOARD OF ELECTIONS, | |
| Defendants, | |
| and | |
| DAVID RITTER, | |
| Intervenor-Defendant. | |

## AMENDED NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Linda Migliori, Richard E. Richards, Sergio Rivas, Francis J. Fox and Kenneth Ringer[1] hereby appeal to the United States Court of Appeals for the Third Circuit from the Judgment and Order dated March 16, 2022 (Dkt. No. 50), including all opinions and orders that merge into or describe that Judgment and Order, including but not limited to this Court's Opinion dated March 16, 2022 (Dkt. No. 49).

---

[1] Plaintiffs Migliori, Richards and Rivas previously noticed this appeal (Dkt. No. 51), and this Amended Notice is to add Plaintiffs Fox and Ringer. To the extent that this Amended Notice is treated as a separate notice from the March 18, 2022 Notice, Plaintiffs ask that all Appellants be joined into the same pending appeal (3d Cir. No. 22-1499) pursuant to Fed. R. App. P. 3(b)(2).

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: March 22, 2022 | /s/ Stephen A. Loney, Jr. |

Witold Walczak (No. 62976)
Richard Ting (No. 200438)
Connor Hayes (No. 330447)
ACLU OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
P: 412-681-7864
vwalczak@aclupa.org
rting@aclupa.org
chayes@aclupa.org

Stephen A. Loney, Jr. (No. 202535)
Marian K. Schneider (No. 50337)
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
P: 215-592-1513
sloney@aclupa.org
mschneider@aclupa.org

# CERTIFICATE OF SERVICE

I, Stephen A. Loney, Jr., hereby certify that on March 22, 2022, I electronically filed the foregoing Amended Notice of Appeal using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

/s/ Stephen A. Loney, Jr.
Stephen A. Loney, Jr.