IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 5:22-cv-00397-JFL |
| and | ) ) | |
| ZACHARY COHEN, | ) ) | |
| Intervenor-Plaintiff, | ) ) | |
| v. | ) ) | |
| LEHIGH COUNTY BOARD OF ELECTIONS, | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| DAVID RITTER, | ) ) | |
| Intervenor-Defendant. | ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I, Connor Hayes, hereby respectfully withdraw my appearance as counsel for Plaintiffs due to my departure from the American Civil Liberties Union of Pennsylvania. Plaintiffs will continue to be represented by Marian Schneider, Rich Ting, Stephen Loney, and Witold Walczak of the American Civil Liberties Union of Pennsylvania.

 

Respectfully submitted,

Dated: August 31, 2022

s/ Connor P. Hayes
Connor P. Hayes
Pennsylvania ID No. 330447

1

**AMERICAN CIVIL LIBERTIES
UNION OF PENNSYLVANIA**
P.O. Box 23058
Pittsburgh, PA 15222
P: 412-681-7864
chayes@aclupa.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2022, the foregoing Notice of Withdrawal of Appearance was served on all parties of record via the Court's CM/ECF system.

Dated: August 31, 2022                                                          s/ Connor P. Hayes
                                                                                                          Connor P. Hayes