# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, *ET AL.* | No. 5:22-CV-00397-JFL |
| *Plaintiffs*, | |
| and | |
| ZACHARY COHEN, | |
| *Intervenor-Plaintiff*, | |
| v. | |
| LEHIGH COUNTY BOARD OF ELECTIONS, | |
| *Defendants,* and | |
| DAVID RITTER, | |
| *Intervenor-Defandant*. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of James G. Gorman as counsel for Intervenor Defendant David Ritter.

Respectfully submitted,

Dated: August 31, 2022

/s/ *James G. Gorman*
James G. Gorman (No. 328376)
BLANK ROME
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Ph: (215p) 569-5368
Fax: (215) 832-5468
Eml: james.gorman@blankrome.com

*Attorney for Intervenor Defendant David Ritter*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2022, the foregoing Notice of Withdrawal of Appearance was served on all parties of record via the Court's CM/ECF system.

Dated: August 31, 2022                                                     /s/ *James G. Gorman*
                                                                                    James G. Gorman