## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS,<br><br>        Plaintiffs,<br><br>and<br><br>ZACHARY COHEN,<br><br>        Intervenor-Plaintiff,<br><br>v.<br><br>LEHIGH COUNTY BOARD OF ELECTIONS,<br><br>        Defendants,<br><br>and<br><br>DAVID RITTER,<br><br>        Intervenor-Defendant. | No. 5:22-cv-00397-JFL |

## ORDER

**AND NOW**, this ___ day of _____, upon consideration of Plaintiffs' Petition for Attorneys' Fees and Defendant's opposition thereto, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Petition is **GRANTED**.

2. Pursuant to 42 U.S.C. § 1988, Plaintiffs are awarded reasonable attorneys' fees of $249,122.50.

 

_____
JOSEPH F. LEESON, JR.
United States District Judge