# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

22-1499

Linda Migliori, et al v. Lehigh County Board of Elections

5-22-cv-00397

**O R D E R**

The mandate issued on 06/13/22 is hereby recalled in light of the U.S. Supreme Court's decision vacating the judgment of this Court with costs and remanding the matter for further proceedings.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: November 15, 2022

cc:

Noah Bokat-Lindell Esq.
Adam C. Bonin Esq.
Jacob B. Boyer Esq.
Tovah R. Calderon Esq.
Adriel I. Cepeda Derieux Esq.
Michael J. Fischer Esq.
Sophia Lin Lakin Esq.
Stephen A. Loney Jr. Esq.
Joshua Mazin Esq.
Lucas J. Repka Esq.
Ari J. Savitzky Esq.
Marian K. Schneider Esq.
Richard T. Ting Esq.
Shohin H Vance Esq.
Joshua J. Voss Esq.
Witold J. Walczak Esq.
Zachary M. Wallen Esq.
Edward M. Wenger Esq.
Samantha G. Zimmer Esq.