UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-1499
_____

MS. LINDA MIGLIORI; FRANCIS J. FOX;
RICHARD E. RICHARDS; KENNETH RINGER; SERGIO RIVAS,
                Appellants

v.

ZACHARY COHEN,
                Intervenor – Plaintiff

v.

LEHIGH COUNTY BOARD OF ELECTIONS

v.

DAVID RITTER,
                Intervenor - Defendant
_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
No. 5-22-cv-00397
District Judge: Honorable Joseph F. Leeson

On Remand from
the Supreme Court of the United States
_____

Before: GREENAWAY JR., MATEY, and McKEE,[*] *Circuit Judges*

**JUDGMENT ORDER**

    In accordance with the mandate of the Supreme Court of the United States issued November 7, 2022, it is

---

[*] The Honorable Theodore A. McKee assumed senior judge status on October 21, 2022.

ORDERED and ADJUDGED the above captioned appeal is dismissed as moot. The Clerk is directed to issue the mandate forthwith.

By the Court,

s/ Joseph A, Greenaway, Jr.
Circuit Judge

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: November 16, 2022

**Certified as a true copy and issued in lieu of a formal mandate on  11/16/2022**

**Teste:** *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**