**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LINDA MIGLIORI, ET AL., | : No. 5:22-cv-00397-JFL |
|         Plaintiffs, | : |
| and | : |
| ZACHARY COHEN, | : |
|         Intervenor-Plaintiff, | : |
|      v. | : |
| LEHIGH COUNTY BOARD OF ELECTIONS, | : |
|         Defendant, | : |
| and | : |
| DAVID RITTER, | : |
|         Intervenor-Defendant. | : |

**INTERVENOR-DEFENDANT DAVID RITTER'S ANSWER TO PLAINTIFFS'
PETITION FOR ATTORNEYS' FEES**

On November 10, 2022, Plaintiffs filed a petition entitled Plaintiffs' Petition for

Attorneys' Fees (doc. 65). By email dated November 14, 2022, counsel for Plaintiffs confirmed

to the undersigned that Plaintiffs are not seeking fees from Intervenor-Defendant David Ritter.

Accordingly, Mr. Ritter submits this Answer solely to make clear for the record that Plaintiffs

seek no remedy against him.

                           Respectfully submitted,

Dated: November 16, 2022          /s/ Joshua J. Voss
                           Joshua J. Voss (No. 306853)
                           Shohin H. Vance (No. 323551)
                           Samantha G. Zimmer (No. 325650)
                           Francis G. Notarianni (No. 327461)
                           KLEINBARD LLC
                           Three Logan Square
                           1717 Arch Street, 5th Floor
                           Philadelphia, PA 19103
                           Ph: (215) 568-2000
                           Eml: jvoss@kleinbard.com
                           mhaverstick@kleinbard.com
                           svance@kleinbard.com
                           szimmer@kleinbard.com
                           fnotarianni@kleinbard.com

                           *Attorneys for Intervenor-Defendant David Ritter*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2022, I served the foregoing Answer on all parties

via the Court's CM/ECF system.

Dated: November 16, 2022

/s/ Joshua J. Voss
Joshua J. Voss (No. 306853)
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Ph: (215) 568-2000
Eml: jvoss@kleinbard.com

*Attorneys for Intervenor-Defendant David Ritter*