UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| LINDA MIGLIORI, *et al.*,                   : | |
|                        Plaintiffs,          : | |
|                                             : | |
|               v.                            : | No. 5:22-cv-00397 |
|                                             : | |
| LEHIGH COUNTY BOARD OF ELECTIONS            : | |
| *et al.*,                                   : | |
|                        Defendants.          : | |

## **O R D E R**

**AND NOW**, this 28th day of November, 2022, upon consideration of Defendant Lehigh

County Board of Elections' failure to timely file a brief in response to Plaintiffs', Linda Migliori,

Francis J. Fox, Richard E. Richards, Kenneth Ringer, and Sergio Rivas, pending Motion for

Attorney's Fees, ECF No. 65, **IT IS ORDERED THAT:**

 1.      Defendant shall respond to Plaintiffs' Motion for Attorney's Fees, ECF No. 65, **on**

**or before December 2, 2022.**

 2.      Defendant is advised that failure to respond to the motion may result in the

motion being granted as uncontested.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1]      *See* E.D. Pa. L.R. 7.1 (providing that "any party opposing the motion shall serve a brief in
opposition together with such answer or other response that may be appropriate, within fourteen
(14) days after service of the motion and supporting brief [and i]n the absence of timely
response, the motion may be granted as uncontested").