UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

LINDA MIGLIORI, FRANCIS J. FOX, :
RICHARD E. RICHARDS, KENNETH :
RINGER, and SERGIO RIVAS, :
         Plaintiffs, :
    v. : No. 5:22-cv-00397
  :
LEHIGH COUNTY BOARD OF ELECTIONS, :
         Defendant. :
_____

## **O R D E R**

**AND NOW**, this 20th day of April, 2023, upon consideration of the parties' joint letter request, received today, for an extension of time to file supplemental briefing to Plaintiffs' Motion for Attorney's Fees, ECF No. 65, which was Ordered by this Court on April 4, 2023, ECF No. 74, **IT IS HEREBY ORDERED THAT**:

1. Each party's supplemental briefing as to the reasonableness of the fees requested, not to exceed ten pages, shall be filed no later than **Monday, May 8, 2023.**

2. If the parties determine that response briefing is necessary, they are permitted to submit response briefs, not to exceed five pages, no later than **Monday, May 15, 2023.** Further reply briefing will not be permitted.

                       BY THE COURT:

                       */s/ Joseph F. Leeson, Jr.*
                       JOSEPH F. LEESON, JR.
                       United States District Judge