**EXHIBIT 1**

**Time Entries Corresponding to Hours Identified by the Board**

**Item 1**

Attorney Loney: "36.2 hours analyzing litigation options, drafting a temporary restraining order petition, and discussing the petition with colleagues (for a total of $19,005)."  ECF No. 77 at 5.

Time entries from ECF No. 65-4 at 4:

| Date | Description | Time | Amount | |
|------|-------------|------|--------|--|
| 1/28/2022 | Analyze litigation options; draft TRO petition and supporting brief; discuss same with Z. Cohen, potential plaintiffs and ACLU team | 6.40 | $ | 3,360.00 |
| 1/29/2022 | Analyze litigation options; draft TRO petition and supporting brief; discuss same with Z. Cohen and ACLU team | 7.00 | $ | 3,675.00 |
| 1/30/2022 | Analyze litigation options; draft TRO petition and supporting brief; discuss same with Z. Cohen, potential plaintiffs and ACLU team | 12.20 | $ | 6,405.00 |
| 1/31/2022 | Analyze litigation options; draft TRO petition and supporting brief; discuss same with Z. Cohen, potential plaintiffs and ACLU team; prepare for potential TRO hearing | 10.60 | $ | 5,565.00 |
| | **TOTAL** | **36.20** | **$** | **19,005.00** |

**Item 2**

Attorney Loney: "12.8 hours reviewing and revising a stipulation and summary judgment brief

and corresponding with opposing counsel."  ECF No. 77 at 5.

Time entries from ECF No. 65-4 at 5:

| Date | Description | Time | Amount |
|------|-------------|------|--------|
| 2/9/2022 | Review and revise proposed fact stipulation and summary judgment brief; discuss same with ACLU team; correspondence with opposing counsel re proposed stipulated facts | 4.90 | $ 2,572.50 |
| 2/10/2022 | Review and revise proposed fact stipulation and summary judgment brief; discuss same with ACLU team; correspondence with opposing counsel re proposed stipulated facts | 7.90 | $ 4,147.50 |
| | **TOTAL** | **12.80** | **$ 6,720.00** |

**Item 3**

Attorney Loney: "47.8 hours drafting sections of a summary judgment response and discussing it

with colleagues (for a total of $25,095)."  ECF No. 77 at 5.

Time entries from ECF No. 65-4 at 5:

| Date | Description | Time | Amount |
|------|-------------|------|--------|
| 2/16/2022 | Draft sections to summary judgment response; discuss same with ACLU team | 1.70 | $ 892.50 |
| 2/17/2022 | Draft sections to summary judgment response; discuss same with ACLU team | 0.70 | $ 367.50 |
| 2/18/2022 | Draft sections to summary judgment response; discuss same with ACLU team | 12.50 | $ 6,562.50 |
| 2/19/2022 | Draft summary judgment response; discuss same with ACLU team | 9.00 | $ 4,725.00 |
| 2/20/2022 | Draft summary judgment response; discuss same with ACLU team | 7.20 | $ 3,780.00 |
| 2/21/2022 | Draft summary judgment response; discuss same with ACLU team | 6.60 | $ 3,465.00 |
| 2/22/2022 | Draft summary judgment response; discuss same with ACLU team | 10.10 | $ 5,302.50 |
| | **TOTAL** | **47.80** | **$ 25,095.00** |

2

**Item 4**

Attorney Loney: "12.9 hours drafting a reply brief and discussing it with colleagues."  ECF No.

77 at 5.

Time entries from ECF No. 65-4 at 5:

| Date | Description | Time | Amount | |
|------|-------------|------|--------|---|
| 2/24/2022 | Draft reply brief in support of summary judgment; correspondence with court and opposing counsel re oral argument; discuss same with case team | 4.90 | $ | 2,572.50 |
| 2/25/2022 | Draft reply brief in support of summary judgment; discuss same with case team | 8.00 | $ | 4,200.00 |
| | **TOTAL** | **12.90** | **$** | **6,772.50** |

**Item 5**

Attorney Walczak: "almost 27 hours editing a brief written by colleagues (for a total of

$20,250)."  ECF No. 77 at 5.

Time entries from ECF No. 65-2 at 6:

| Date | Description | Time | Amount | |
|------|-------------|------|--------|---|
| 2/11/2022 | Edited SJ brief (early morning) | 5.10 | $ | 3,825.00 |
| 2/18/2022 | Edited RT's section on laches | 2.00 | $ | 1,500.00 |
| 2/18/2022 | Edited CH's section on res judicata | 1.40 | $ | 1,050.00 |
| 2/19/2022 | Edited RT's due process section | 2.10 | $ | 1,575.00 |
| 2/20/2022 | Edited about 2/3 brief, up through last three subsections. | 6.50 | $ | 4,875.00 |
| 2/21/2022 | Edited last third of brief; significant rewrites | 6.25 | $ | 4,687.50 |
| 2/22/2022 | Final edits on race and private-right sections; final read through | 3.50 | $ | 2,625.00 |
| | **TOTAL** | **26.85** | **$** | **20,137.50** |

**Item 6**

Attorney Walczak: "approximately 15 hours drafting a 20-page, 3-count complaint upon which Plaintiffs only succeeded on one count (which, as set forth below, another of Plaintiff's Co-Counsel billed 17 hours working on also at an hourly rate of $750)."  ECF No. 77 at 5.

Time entries from ECF No. 65-2 at 5:

| Date | Description | Time | Amount | |
|------|-------------|------|--------|--|
| 1/29/2022 | Complaint drafting; read materials on private right of action. | 5.50 | $ | 4,125.00 |
| 1/31/2022 | Final edits on complaint; drafted motion; final edits on brief; filed papers; reached out to solicitor's office (connected with Murray and Repka) (5:45a-3;00) | 9.25 | $ | 6,937.50 |
| | **TOTAL** | **14.75** | **$** | **11,062.50** |

**Item 7**

Attorney Schneider: "17 hours drafting the same 20-page, 3-count complaint upon which Plaintiffs only succeeded on one count (in addition to the 15 hours billed by Attorney Walczak for a total of 32 hours at $750 per hour which totals $24,000)."  ECF No. 77 at 5.

Time entries from ECF No. 65-3 at 5:

| Date | Description | Time | Amount | |
|------|-------------|------|--------|--|
| 1/29/2022 | Research and outreach in preparation for filing complaint | 4.00 | $ | 3,000.00 |
| 1/30/2022 | Edit and draft complaint, draft verifications, phone calls disenfranchised voters ; write notes of conversations | 11.00 | $ | 8,250.00 |
| 1/31/2022 | Review drafts for finalizing | 2.00 | $ | 1,500.00 |
| | **TOTAL** | **17.00** | **$** | **12,750.00** |

**Item 8**

Attorney Schneider: "3.5 hours for unspecified legal research and analysis."  ECF No. 77 at 6.

Time entry from ECF No. 65-3 at 5:

| Date | Description | Time | Amount | |
|------|-------------|------|--------|--|
| 1/31/2022 | Legal research and analysis | 3.50 | $ | 2,625.00 |

**Item 9**

Attorney Schneider: "3.8 hours reviewing a motion for summary judgment."  ECF No. 77 at 6.

Time entries from ECF No. 65-3 at 5:

| Date | Description | Time | Amount |
|---|---|---|---|
| 2/9/2022 | Review draft motion for summary judgment | 1.75 | $ 1,312.50 |
| 2/10/2022 | Review MSJ draft | 2.00 | $ 1,500.00 |
| | **TOTAL** | **3.75** | **$ 2,812.50** |

**Item 10**

Attorney Schneider: "11 hours researching and drafting a section of a brief."  ECF No. 77 at 6.

Time entry from ECF No. 65-3 at 6:

| Date | Description | Time | Amount |
|---|---|---|---|
| 2/18/2022 | research case law on private right of action; Draft Private Right of Action section of opposition brief | 11.00 | $ 8,250.00 |

**Item 11**

Attorney Schneider: "25 hours reviewing and editing Plaintiffs' brief in opposition to

Defendant's motion for summary judgment (for a total of $18,750)."  ECF No. 77 at 6.

Time entries from ECF No. 65-3 at 6:

| Date | Description | Time | Amount |
|---|---|---|---|
| 2/19/2022 | Review and edit draft opposition to MSJ | 5.00 | $ 3,750.00 |
| 2/20/2022 | Review and edit draft oppositon to motion for summary judgment | 2.00 | $ 1,500.00 |
| 2/21/2022 | Review and edit draft opposition to MSJ | 1.00 | $ 750.00 |
| 2/22/2022 | Draft and edit opposition; review opponents MSJ brief | 5.00 | $ 3,750.00 |
| 2/23/2022 | Research and Draft rebuttal to hypos in opposition brief | 5.00 | $ 3,750.00 |
| 2/24/2022 | Revise and rewrite rebuttals to hypos in opposition brief | 3.50 | $ 2,625.00 |
| 2/25/2022 | Review and edit draft opposition to Ritter's MSJ | 3.50 | $ 2,625.00 |
| | **TOTAL** | **25.00** | **$ 18,750.00** |

**Item 12**

Attorney Ting: "11.4 hours researching due process and equal protection."  ECF No. 77 at 6.

Time entries from ECF No. 65-5 at 5 (time apparently identified by Board in bold):

| Date | Description | Time | Amount | |
|------|-------------|------|--------|--|
| 1/29/2022 | Review case background materials (0.3); videoconference with V. Walczak, S. Loney, and M. Schneider to discuss tasks for preparing complaint and motion for temporary restraining order, and potential claims (0.8); **legal research re due process and equal protection voting restriction claims (7.8)**; begin drafting temporary restraining order brief equal protection and due process arguments (1.4) | 10.3 | $ | 4,892.50 |
| 1/30/2022 | **Legal research re 14th Amendment arguments for TRO brief (3.6)**; continue drafting 14th Amendment arguments for TRO brief (5.1) | 8.7 | $ | 4,132.50 |
| | **TOTAL (bolded entries only)** | **11.4** | **$** | **5,415.00** |

**Item 13**

Attorney Ting: "14.7 hours reviewing and revising Plaintiffs' summary judgment brief."  ECF

No. 77 at 6.

Time entries from ECF No. 65-5 at 6:

| Date | Description | Time | Amount | |
|------|-------------|------|--------|--|
| 2/8/2022 | Revise draft summary judgment brief from C. Hayes | 3.5 | $ | 1,662.50 |
| 2/9/2022 | Review documents for summary judgment motions and outline factual support for summary judgment arguments | 2.3 | $ | 1,092.50 |
| 2/9/2022 | Prepare statement of facts section for summary judgment brief | 3.2 | $ | 1,520.00 |
| 2/10/2022 | Revise summary judgment brief argument on materiality provision | 2.2 | $ | 1,045.00 |
| 2/11/2022 | Review and revise draft summary judgment brief | 3.5 | $ | 1,662.50 |
| | **TOTAL** | **14.7** | **$** | **6,982.50** |

**Item 14**

Attorney Ting: "19.4 hours researching and writing a laches response to a laches argument (for a total of $9,215)."  ECF No. 77 at 6.

Time entries from ECF No. 65-5 at 6-7:

| Date | Description | Time | Amount |
|------|-------------|------|--------|
| 2/14/2022 | Legal research re laches | 6.3 | $   2,992.50 |
| 2/15/2022 | Continue legal research re laches | 0.9 | $      427.50 |
| 2/15/2022 | Write laches argument for summary judgment response brief | 3.1 | $   1,472.50 |
| 2/16/2022 | Continue writing laches argument for summary judgment response brief | 1.8 | $      855.00 |
| 2/17/2022 | Continue legal research re laches | 0.9 | $      427.50 |
| 2/17/2022 | Continue writing laches argument for summary judgment response brief | 2.9 | $   1,377.50 |
| 2/19/2022 | Legal research re unsigned declarations and laches | 3.5 | $   1,662.50 |
|  | **TOTAL** | **19.4** | **$   9,215.00** |

**Item 15**

Attorney Ting: "7.8 hours preparing and reviewing the summary judgment reply brief (which Attorney Loney spent 12.9 hours drafting and discussing at an hourly rate of $525)."  ECF No. 77 at 6.

Time entries from ECF No. 65-5 at 7:

| Date | Description | Time | Amount |
|------|-------------|------|--------|
| 2/23/2022 | Prepare summary judgment reply brief | 1.7 | $      807.50 |
| 2/24/2022 | Revise summary judgment reply brief | 2.2 | $   1,045.00 |
| 2/25/2022 | Review and revise summary judgment reply brief | 3.9 | $   1,852.50 |
|  | **TOTAL** | **7.8** | **$   3,705.00** |