UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS,<br>            Plaintiffs,<br><br>            v.<br><br>LEHIGH COUNTY BOARD OF ELECTIONS,<br><br>            Defendant. | No. 5:22-cv-00397 |

**O R D E R**

**AND NOW**, this 20th day of June, 2023, upon consideration of Plaintiffs', Linda Migliori, Francis J. Fox, Richard E. Richards, Kenneth Ringer, and Sergio Rivas, pending Motion for Attorney's Fees filed in Appeal Number 22-1499 before the Third Circuit, which was referred to this Court by the Third Circuit in an Order dated June 15, 2023, **IT IS ORDERED THAT:** Defendant Lehigh County Board of Elections shall respond to Plaintiffs' motion **on or before July 3, 2023.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge