IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS,<br><br>Plaintiffs,<br><br>and<br><br>ZACHARY COHEN,<br><br>Intervenor- Plaintiff,<br><br>v.<br><br>LEHIGH COUNTY BOARD OF ELECTIONS,<br><br>Defendant,<br><br>and<br><br>DAVID RITTER,<br><br>Intervenor-Defendant. | No. 5:22-cv-00397-JFL |

## ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of Plaintiffs' Petition for Attorney Fees, and Defendant's Answer and Opposition thereto it hereby ORDERED that Plaintiff's Petition is DENIED.

_____
JOSEPH F. LEESON, JR.
United States District Judge