UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS, Plaintiffs, | : : : : : : | |
| v. | : : | No. 5:22-cv-00397 |
| LEHIGH COUNTY BOARD OF ELECTIONS, Defendant. | : : : : | |

**O R D E R**

**AND NOW**, this 5th day of July, 2023, upon consideration this Court's June 20th Order, ECF No. 81, which directed Defendant Lehigh County Board of Elections to respond to Plaintiffs', Linda Migliori, Francis J. Fox, Richard E. Richards, Kenneth Ringer, and Sergio Rivas, pending Motion for Attorney's Fees filed in Appeal Number 22-1499 before the Third Circuit, which was referred to this Court by the Third Circuit in an Order dated June 15, 2023, and of the response received by Defendant Lehigh County Board of Elections, ECF No. 82, which appears to further respond to Plaintiffs' motion before this Court, ECF No. 65, and not the pertinent Third Circuit motion, **IT IS ORDERED THAT:** Defendant Lehigh County Board of Elections shall respond to Plaintiffs' Third Circuit motion, which requests fees for the Third Circuit litigation and which has been remanded to this Court, **on or before July 7, 2023.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge