**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**MS. LINDA MIGLIORI**                                    **CIVIL ACTION**

            v.                                                **NO. 22-cv-397**

**LEHIGH COUNTY BOARD OF ELECTIONS**

<u>**O R D E R**</u>

    **AND NOW**, this 11th day of **AUGUST, 2023**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

    **ORDERED** that the above captioned is reassigned from the calendar of the Honorable Joseph F. Leeson, Jr. to the calendar of the Honorable John M. Gallagher for further proceedings.

                    **FOR THE COURT:**

                    **JUAN R. SÁNCHEZ**
                    **Chief Judge**

                    **ATTEST:**

                    <u>**/s/George Wylesol**</u>
                    **GEORGE WYLESOL**
                    **Clerk of Court**