### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIGLIORI et al** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **LEHIGH COUNTY BOARD OF ELECTIONS** | : | **NO.: 22-cv-0397** |

### O R D E R

**AND NOW**, this **20th** day of **OCTOBER 2023**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable John M. Gallagher to the calendar of the Honorable Jeffrey L. Schmehl for further proceedings.

FOR THE COURT:
JUAN R. SÁNCHEZ
**Chief Judge**

ATTEST:

 /s/George Wylesol
GEORGE WYLESOL
**Clerk of Court**