## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. 22-397 |
| : | |
| LEHIGH COUNTY BOARD OF : | |
| ELECTIONS, : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 20th day of October, 2023, in light of the transfer of the instant action to this Court, it is hereby **ORDERED** that by October 25, 2023, the parties shall submit a short statement of the parties' positions in regard to fees. It is further **ORDERED** that a telephonic status conference shall be held on October 27, 2023, at 11:00 a.m. The parties shall call into the conference at 888-204-5984 using access code 3221457.

                                                            **BY THE COURT:**

                                                           */s/ Jeffrey L. Schmehl*
                                                           **JEFFREY L. SCHMEHL, J.**