# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA MIGLIORI et al., | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 22-397 |
| LEHIGH COUNTY BOARD OF ELECTIONS, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 23rd day of September, 2024, it is hereby **ORDERED** that the Plaintiff's motion for attorney fees [Doc. 65] is **REFERRED** to United States Magistrate Craig M. Straw for the purpose of writing a Report and Recommendation.

                                                              BY THE COURT:


                                                              */s/ Jeffrey L. Schmehl*
                                                              **JEFFREY L. SCHMEHL, J.**