IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA MIGLIORI et al., : | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 22-cv-397 |
| | : | |
| | : | |
| LEHIGH COUNTY BOARD | : | |
| OF ELECTIONS, | : | |
| Defendant. | : | |

# ORDER

AND NOW, this 4th day of March 2025, IT IS HEREBY ORDERED that the parties submit evidence of the Allentown market rates for civil rights attorneys within (10) days of this order. The parties may submit a short letter brief, no more than (3) pages, addressing the Allentown market rates in addition to the evidence submitted.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW, U.S.M.J.