IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA MIGLIORI et al.,<br>Plaintiffs, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : <br> : | No. 22-cv-397 |
| LEHIGH COUNTY BOARD<br>OF ELECTIONS,<br>Defendant. | : <br> : <br> : | |

## ORDER

AND NOW, this 12th day of March 2025, upon consideration of Defendant's Motion for Extension Time to File (Doc. 96), IT IS HEREBY ORDERED that the motion is **GRANTED in part** and **DENIED in part**. The parties shall submit evidence of the Allentown market rates for civil rights attorneys no later than March 24, 2025. The parties may submit a short letter brief, no more than (3) pages, addressing the Allentown market rates in addition to the evidence submitted.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW, U.S.M.J.