# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, AND SERGIO RIVAS,<br><br>Plaintiffs,<br><br>v.<br><br>LEHIGH COUNTY BOARD OF ELECTIONS,<br><br>Defendant | No. 5:22-cv-00397-JLS |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of David Ritter in the above matter

Respectfully submitted,

Dated: April 24, 2025

/s/ Joshua Voss
Joshua Voss, Esq.
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Email: jvoss@kleinbard.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I served all parties using the Court's CM/ECF filing system.

Dated: April 24, 2025             /s/ Joshua Voss
                                                        Joshua Voss, Esq.
                                                        KLEINBARD LLC
                                                        Three Logan Square, 5th Floor
                                                        1717 Arch Street
                                                        Philadelphia, PA 19103
                                                        Ph: (215) 568-2000
                                                        Email: jvoss@kleinbard.com