IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA MIGLIORI, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 22-cv-397 |
| | : | |
| | : | |
| LEHIGH COUNTY BOARD | : | |
| OF ELECTIONS, | : | |
| Defendant. | : | |

**ORDER**

**JEFFREY L. SCHMEHL, J.**

AND NOW, this 19th day of May 2025, upon careful and independent consideration of Plaintiffs' Motion for Attorney Fees, Defendant's response in opposition to the motion, and supplemental briefing submitted by both parties at the request of the Court, and after review of the Report and Recommendation of United States Magistrate Judge Craig M. Straw, IT IS ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiffs' Motion for Attorney Fees (Doc. 65) is **GRANTED in part**, and **DENIED in part**, in accordance with the Report and Recommendation;

3. Plaintiffs are awarded $185,330.00 in reasonable attorneys' fees for their District Court litigation; and

4. It is recommended that the Court award Plaintiffs $183,006.50 in reasonable attorneys' fees for their Third Circuit litigation for the reasons set forth in the Report and Recommendation.

BY THE COURT:

_____
JEFFREY L. SCHMEHL
U.S. DISTRICT COURT JUDGE