**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

5/19/25

**LINDA MIGLIORI**  CA No.: 22-397

v.

**LEHIGH COUNTY BOARD OF ELECTIONS**

**NOTICE**

     Enclosed please find a copy of the Report and Recommendation filed by United States Magistrate Judge CRAIG M. STRAW on this date in the above captioned matter. You are hereby notified that within fourteen (14) days from the date of service of this Notice of the filing of the Report and Recommendation of the United States Magistrate Judge, any party may file with the clerk and serve upon all other parties' written objections thereto (See Local Civil Rule 72.1 IV (b)). **Failure of a party to file timely objections to the Report & Recommendation shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to factual findings and legal conclusions of the Magistrate Judge that are accepted by the District Court Judge**.

     In accordance with 28 U.S.C. §636(b)(1)(B), the judge to whom the case is assigned will make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. The judge may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate judge, receive further evidence or recommit the matter to the magistrate judge with instructions.

     Where the magistrate judge has been appointed as special master under F.R.Civ.P 53, the procedure under that rule shall be followed.

                                               **GEORGE WYLESOL**
                                               Clerk of Court

                                             By: s/Joseph Gerard Lavin
                                                 Joseph Gerard Lavin, Deputy Clerk

civ623.frm (11/07)