IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI et al.,  :  |   |
|  : |  |
| Plaintiffs,  : |  |
|  : |  |
| v.  : | CIVIL ACTION NO. 22-397 |
|  : |  |
| LEHIGH COUNTY BOARD OF  : |  |
| ELECTIONS,  : |  |
|  : |  |
| Defendant.  : |  |

## ORDER

AND NOW, this 31st day of July, 2025, upon careful and independent consideration of Plaintiffs' Motion for Attorney Fees, Defendant's response in opposition to the motion, and supplemental briefing submitted by both parties at the request of the Court, and after review of the Report and Recommendation of United States Magistrate Judge Craig M. Straw, and Plaintiffs' Objections thereto, **IT IS ORDERED** that:

1. Plaintiffs' Objections [Doc. 102] are **OVERRULED**.

2. The Report and Recommendation (Doc. 101) is **APPROVED and ADOPTED**;

3. Plaintiffs' Motion for Attorney Fees (Doc. 65) is **GRANTED** in part, and **DENIED** in part, in accordance with the Report and Recommendation;

4. Plaintiffs are awarded $185,330.00 in reasonable attorneys' fees for their District Court litigation; and

5. It is recommended that the Third Court of Appeals award Plaintiffs $183,006.50 in reasonable attorneys' fees for their Third Circuit litigation for the reasons set forth in the Report and Recommendation.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**