IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LINDA MIGLIORI et al.,** <br><br> Plaintiff <br><br> v. <br><br> **LEHIGH COUNTY BOARD OF ELECTIONS** <br><br> Defendants | **CIVIL ACTION NO. 22-397** <br><br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT'S NOTICE OF APPEAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Defendant, Lehigh County Board of Elections, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit Order granting Plaintiff's Motion for Attorney Fees entered by this Court in this action on the 31st day of July, 2025, (Ex. A) (Doc. 104), which is inclusive of this Court's non-final/interlocutory Order of the 4th day of April, 2023 (Ex. B) (Doc. 74).

    Respectfully submitted,

    *Joshua S. Mazin*

    ―――――――――――――――
    Joshua S. Mazin
    Pa. ID. No. 87680
    3734 Nazareth Rd, Suite 204
    Easton, Pennsylvania 18045
    Phone: (610) 365-2670
    *Attorney for Defendant*

DATED: <u>August 26, 2025</u>

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 22-397 |
| LEHIGH COUNTY BOARD OF ELECTIONS, | : |
| Defendant. | : |

## ORDER

AND NOW, this 31st day of July, 2025, upon careful and independent consideration of Plaintiffs' Motion for Attorney Fees, Defendant's response in opposition to the motion, and supplemental briefing submitted by both parties at the request of the Court, and after review of the Report and Recommendation of United States Magistrate Judge Craig M. Straw, and Plaintiffs' Objections thereto, **IT IS ORDERED** that:

1. Plaintiffs' Objections [Doc. 102] are **OVERRULED.**

2. The Report and Recommendation (Doc. 101) is **APPROVED and ADOPTED;**

3. Plaintiffs' Motion for Attorney Fees (Doc. 65) is **GRANTED** in part, and **DENIED** in part, in accordance with the Report and Recommendation;

4. Plaintiffs are awarded $185,330.00 in reasonable attorneys' fees for their District Court litigation; and

5. It is recommended that the Third Court of Appeals award Plaintiffs $183,006.50 in reasonable attorneys' fees for their Third Circuit litigation for the reasons set forth in the Report and Recommendation.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**

# Exhibit "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

LINDA MIGLIORI, FRANCIS J. FOX, : 
RICHARD E. RICHARDS, KENNETH :
RINGER, and SERGIO RIVAS, :
         Plaintiffs, :
 :
v. :   No. 5:22-cv-00397
 :
LEHIGH COUNTY BOARD OF ELECTIONS, :
 :
         Defendant. :
_____

# O R D E R

**AND NOW**, this 4th day of April, 2023, upon consideration of the Order of the Third Circuit Court of Appeals in Appeal Number 22-1499, in which the Third Circuit recalled its mandate issued to this Court on June 13, 2022 in light of the U.S. Supreme Court's decision vacating the judgment of the Third Circuit, ECF No. 66, as well as Plaintiffs' Motion for Attorney's Fees, ECF No. 65, and the response and reply thereto, ECF Nos. 70-72, and pursuant to the Opinion issued on this date, **IT IS HEREBY ORDERED THAT**:

1.    The Clerk of Court is directed to **REOPEN** this case.

2.    The Court's Order dated June 10, 2022, ECF No. 59, is **VACATED.**

3.    The Court **defers** reaching a final decision on the Motion for Attorney's Fees, ECF No. 65.

4.    The parties are **directed to file supplemental briefing** as to the reasonableness of the fees requested.[1] Each party's briefing, which shall be no longer than ten pages, shall be submitted no later than **Monday, April 24, 2023.**

---

[1] The Court has determined pursuant to its Opinion issued today that Plaintiffs are "prevailing parties" for purposes of 42 U.S.C. § 1988 and therefore entitled to receive attorney's fees. Because much of the briefing previously submitted resolves around the prevailing party issue, the Court is requesting additional briefing solely on the reasonableness of the amount of attorney's fees requested by Plaintiffs. The parties may attach additional exhibits if deemed necessary, but the Court requests the parties not to submit duplicate exhibits of those already attached to the Motion for Attorney's Fees, ECF No. 65.

2

5. If the parties determine that a response briefing is necessary, they are permitted to submit response briefs no later than **Friday, April 28, 2023.** Further reply briefing will not be permitted.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge