IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MIGLIORI, FRANCIS J. FOX, RICHARD E. RICHARDS, KENNETH RINGER, and SERGIO RIVAS, <br><br> Plaintiffs, <br><br> v. <br><br> LEHIGH COUNTY BOARD OF ELECTIONS, <br><br> Defendant. | No. 5:22-cv-00397-JLS |

**NOTICE OF CROSS-APPEAL**

Notice is hereby given that Plaintiffs Linda Migliori, Francis J. Fox, Richard E. Richards, Kenneth Ringer, and Sergio Rivas appeal to the United States Court of Appeals for the Third Circuit from the Order (Doc. 104) entered in this case on July 31, 2025.

Respectfully submitted,

Dated: September 9, 2025

*s/Richard T. Ting*
Richard T. Ting (PA No. 200438)
Witold Walczak (PA No. 62976)
ACLU OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
P: 412-681-7736
vwalczak@aclupa.org
rting@aclupa.org

Stephen A. Loney, Jr. (PA No. 202535)
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
P: 215-592-1513
sloney@aclupa.org

*Counsel for Plaintiff-Voters*

1

## **CERTIFICATE OF SERVICE**

The foregoing document is being filed via the Court's ECF system, which will electronically serve all counsel of record via Notice of Electronic Case Filing, and make the document available for viewing and downloading from the ECF system.

Dated: September 9, 2025                              *s/Richard T. Ting*