# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA MIGLIORI et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-397** |
| | : | |
| **LEHIGH COUNTY BOARD OF ELECTIONS,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 16th day of April, 2026, in accordance with the Court's previous Order of July 31, 2025 [Doc. 104] in which the Court approved and adopted the Report and Recommendation of United States Magistrate Judge Craig M. Straw, the Clerk is **DIRECTED** to mark this case as **TERMINATED**.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**